# UNITED FIRE & RESCUE
**First In Report - FIRE**

Station: Hammond  (Baldwin)  Woodville
Incident Location: 105 River St
(Village) / Township: Woodville

Incident Commander: 3302 B. Krogendorf
CAD: 18-77790    Police Accident Number: _____
Report Completed By: Austin VanSomeren

The unit I arrived in was (First) – Second – Third – Fourth to arrive at the scene.

When I arrived I observed: Fire – Smoke –(Fire & Smoke)

  If you observed fire – describe the color: (Red) – (Orange) – Yellow – White – Blue – Other: _____

  If you observed smoke – describe the color: (Black) – (Brown) – (White) – Yellow – (Gray) – Other: _____

Describe the area of the building which you first observed involved: Interior – Exterior –(Both)

  If the fire involved both interior & exterior: was the fire traveling into the building? Yes (No)
  was the fire traveling out of the building? (Yes) No

  The area involved is best described as: North - South - East - West
  Basement - 1st floor - 2nd floor - Floor above
  (Kitchen) - Bathroom - Living/(Assembly Room) - Hallway (Bar)

Did the fire burn with greater speed than the material involved would justify: Yes (No)

On arrival did you observe any 'out of the ordinary' events: Yes (No) Explain: _____

Did you observe any suspicious vehicles in the area of the fire or traveling away as you were responding: Yes (No)

  Describe if possible: _____

Did you overhear any conversations or comments made by by-standers which may have a bearing on the investigation:

  Yes (No)  Explain: _____

Did he owner or occupant make a comment to you which may have a bearing on the investigation: Yes (No)

  Explain: _____

When you entered the fire building, were the doors and windows locked: (Yes) No

Was forcible entry required: (Yes) No  Who forced entry: Tim Dibona + myself

  Explain: North side door handle was locked, but not dead-bolted. We forced entry on the North door to access the fire.

Were any windows covered in any manner which would prevent you from seeing into the building: Yes (No)

Did you observer more than one fire within the building: Yes (No)

Did you observe any containers which may have contained flammable liquids in or near the building: Yes (No)

What is your opinion as to the origin and cause of this fire: Fire appeared to originate near the kitchen/bar/dance hall area of the building. Upon entry in the North door, the false ceiling was collapsed with heavy smoke.

Signature: _____  Date: 12-29-18   → see back

Use the back of this form for any comments

Revised: August 20, 2007

EX. 3

Fire was mostly in the attic, but some fire was located on the backside of the wall adjoining the bar. After the fire was knocked down and some smoke cleared, fire was located below the floor of the bar. The most charred area was along the bar wall near the kitchen. While doing final overhaul of the area, a smell of gasoline in this area was present. It appeared the fire in this area flashed over before we made entry, as the rafters away from the fire were charred.