INVESTIGATION PHOTOGRAPHS

WFC File #: 18-M557                                             Claim #: ███████3-M94

| | |
|---|---|
| **Insured:** | Kevin & Dayna Grant |
| **Location:** | 105 East River Street |
| | Woodville, Wisconsin |
| **Date of Inspection:** | January 7, 2019 – Evidence Samples Taken |
| **By:** | Jeffrey R. Blomseth, CFI |

**Photo No.**  1-2

**Comments:**  This series of photographs depict views of the south exterior of the building located at 105 East River St. in Woodville, WI.





Photo #2





INVESTIGATION PHOTOGRAPHS

WFC File #: 18-M557  Claim #: ▮▮▮▮3-M94

| | |
|---|---|
| Insured: | Kevin & Dayna Grant |
| Location: | 105 East River Street |
| | Woodville, Wisconsin |
| Date of Inspection: | January 7, 2019 – Evidence Samples Taken |
| By: | Jeffrey R. Blomseth, CFI |
| Photo No. | 3 |
| Comments: | This photograph depicts a view of the east exterior. |





EX. B

INVESTIGATION PHOTOGRAPHS

WFC File #: 18-M557                                         Claim #: ███████3-M94

| | |
|---|---|
| **Insured:** | **Kevin & Dayna Grant** |
| **Location:** | **105 East River Street** |
| | **Woodville, Wisconsin** |
| **Date of Inspection:** | **January 7, 2019 – Evidence Samples Taken** |
| **By:** | **Jeffrey R. Blomseth, CFI** |
| **Photo No.** | **4-6** |
| **Comments:** | This series of photographs depict views of the dining area located in the northeast portion of the structure. |





WHITEMORE
FIRE CONSULTANTS, INC.

EX. B

Photo #5



Photo #6





## INVESTIGATION PHOTOGRAPHS

WFC File #: 18-M557  Claim #: ███████3-M94

| | |
|---|---|
| **Insured:** | Kevin & Dayna Grant |
| **Location:** | 105 East River Street |
| | Woodville, Wisconsin |
| **Date of Inspection:** | January 7, 2019 – Evidence Samples Taken |
| **By:** | Jeffrey R. Blomseth, CFI |
| **Photo No.** | 7 |
| **Comments:** | This photograph depicts a view of the kitchen located in the southeast corner of the building. |





INVESTIGATION PHOTOGRAPHS

WFC File #: 18-M557                                             Claim #: ███████3-M94

| | |
|---|---|
| **Insured:** | **Kevin & Dayna Grant** |
| **Location:** | **105 East River Street** |
| | **Woodville, Wisconsin** |
| **Date of Inspection:** | **January 7, 2019 – Evidence Samples Taken** |
| **By:** | **Jeffrey R. Blomseth, CFI** |
| **Photo No.** | **8** |
| **Comments:** | This photograph depicts a view of the hallway leading from the kitchen to the bar area. |





EX. B

INVESTIGATION PHOTOGRAPHS

WFC File #: 18-M557            Claim #: ▉▉▉3-M94

| | |
|---|---|
| **Insured:** | **Kevin & Dayna Grant** |
| **Location:** | **105 East River Street** |
| | **Woodville, Wisconsin** |
| **Date of Inspection:** | **January 7, 2019 – Evidence Samples Taken** |
| **By:** | **Jeffrey R. Blomseth, CFI** |
| **Photo No.** | **9-13** |
| **Comments:** | This series of photographs depict views of the waitress stand located within the bar area. |





Photo #10



Photo #11





**Photo #12**



**Photo #13**





INVESTIGATION PHOTOGRAPHS

WFC File #: 18-M557                                Claim #: ███████3-M94

Insured:              Kevin & Dayna Grant
Location:             105 East River Street
                      Woodville, Wisconsin
Date of Inspection:   January 7, 2019 – Evidence Samples Taken
By:                   Jeffrey R. Blomseth, CFI

Photo No.             14-19

Comments:             This series of photographs depict views of the collection of sample #1. This was electrical items located in tupperware containers located in the waitress station area.





EX. B

Photo #15



Photo #16







Photo #17



Photo #18





Photo #19





INVESTIGATION PHOTOGRAPHS

WFC File #: 18-M557                                                                 Claim #: ███████3-M94

| | |
|---|---|
| Insured: | Kevin & Dayna Grant |
| Location: | 105 East River Street |
| | Woodville, Wisconsin |
| Date of Inspection: | January 7, 2019 – Evidence Samples Taken |
| By: | Jeffrey R. Blomseth, CFI |
| Photo No. | 20-24 |
| Comments: | This series of photographs depict views of the collection of sample #2 which is charred debris from a blue tarp located within the dining area. |





EX. B

Photo #21



Photo #22





EX. B

WFC File #: 18-M557		Claim #: ███3-M94		Refer to Previous Photo #:20

Photo #23



Photo #24





EX. B

INVESTIGATION PHOTOGRAPHS

WFC File #: 18-M557        Claim #: ███3-M94

| | |
|---|---|
| **Insured:** | Kevin & Dayna Grant |
| **Location:** | 105 East River Street |
| | Woodville, Wisconsin |
| **Date of Inspection:** | January 7, 2019 – Evidence Samples Taken |
| **By:** | Jeffrey R. Blomseth, CFI |
| **Photo No.** | 25-26 |
| **Comments:** | This series of photographs depict views of the third item being collected. This was a tupperware of electrical items. |





WFC File #: 18-M557　　　Claim #: ▮▮▮▮3-M94　　　Refer to Previous Photo #:25

Photo #26



