

**Armstrong**
*Forensic Laboratory, Inc.*
330 Loch'n Green Trail   Arlington, Texas 76012-3458
817-275-2691   Fax: 817-275-1883

Andrew T. Armstrong, PhD
Marion K. Armstrong, MSPH, MBA, CIH
Kelly L. Wouters, PhD
Karen M. Deiss, BS

January 14, 2019

Ms. Libby Kastens
State Farm Insurance Company
P.O. Box 106169
Atlanta, GA 30348

| | | |
|---|---|---|
| Re: | Forensic Examination/Fire Debris Evaluation | Requested By: Mr. Brian Haag |
| Insured: | Grant, Kevin and Dayna | Company: Whitemore Fire Consultants, Inc. |
| Location: | 105 East River Street | Requestor File: 18-M557 |
| | Woodville, WI | Carrier: FedEx |
| Policy: | ▋3M94 | Date of Loss: 12/29/18 |

LABORATORY REPORT: B9FR0254-1

Two debris samples were received on January 11, 2019, for laboratory evaluation. The evidence is from an investigation as indicated above. Armstrong was requested to evaluate the debris for the presence and identification of ignitable liquids.

*Sample Descriptions:*

| Laboratory ID | Client ID | Client Description | Container/Laboratory Description |
|---|---|---|---|
| B9-0254A-001A | 1 | Electrical items from tupperware obtained from waitress stand | Gallon can of metal and plastic |
| B9-0254A-002A | 2 | Charred fire debris obtained from blue tarp in dining room | Gallon can of fire debris, paper, glass, and wood |

*Methods of Analyses:*

Fire debris is examined in accordance with ASTM Methods E1412 and E1618. Recovery of ignitable liquids is by charcoal absorption with analysis by high-resolution capillary column Gas Chromatography-Flame Ionization (GC-FID) and Gas Chromatography/Mass Spectrometry (GC/MS) with computer comparison to the EPA/NIST Database.

*Data Analysis and Interpretations:*

- B9-0254A-001A and B9-0254A-002A contain a refined petroleum fuel mixture identified as gasoline. Fresh gasoline typically ranges from $nC_4$-$nC_{12}$. Weathered, or concentrated, fuels show a loss of the more volatile components and can extend into the medium ($nC_8$-$nC_{13}$) and heavy ($nC_8$-$nC_{20}$) ranges. The recoveries from the debris are identified as gasoline.

*Armstrong Forensic Laboratory, Inc.*
Report No: B9FR0254-1
Policy: ███ 3M94
Page 2 of 2

*Results and Conclusions:*

**B9-0254A-001A, electrical items from tupperware obtained from waitress stand, contains gasoline.**

**B9-0254A-002A, charred fire debris obtained from blue tarp in dining room, contains gasoline.**

*Evidence Disposition:*
Evidence has been placed into secure storage at Armstrong Forensic Laboratory, Inc., for final disposition in accordance with Client's instructions.

*Armstrong Forensic Laboratory, Inc. (Armstrong) is accredited through ANAB and the Texas Forensic Science Commission for criminal casework in the disciplines of Controlled Substances; Toxicology in the category of Blood Alcohol; and Trace Evidence in the categories of Paint, Fibers & Textiles, Fire Debris, and General Physical & Chemical Analysis. Unless noted otherwise, all work performed on this case was in accordance with these requirements and Armstrong's standard operating procedures.*

Respectfully submitted,
*ARMSTRONG FORENSIC LABORATORY, INC.*

Original signed by:


Kelly L. Wouters, PhD
Laboratory Director
Fellow, American Board of Criminalistics
ANAB, Certificate ALI-037-T

cc:  Mr. Brian Haag, Prior Lake, MN
     Mr. Jeffrey Blomseth, Prior Lake, MN
B9-0254-1.doc

EX. C