**Page 1:**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

---------------------------

Kevin J. Grant and Dayna L. Grant,

        Plaintiffs,

    vs.    File No. 3:21-cv-00055-wmc

State Farm Fire

And Casualty Company,

        Defendant.

---------------------------

(The following is the DEPOSITION OF
KEVIN GRANT, taken pursuant to Notice of
Taking Deposition, and taken before Sandra
Fellows, a Notary Public in and for the
county of Ramsey, state of Minnesota, at 1666
Princeton Crossing, in the city of Eau
Claire, state of Wisconsin, commencing at
approximately 9:00 a.m., October 13, 2021.)

AFFILIATED COURT REPORTERS
6880 RIVER ROAD
INVER GROVE HEIGHTS, MINNESOTA 55076
(612) 338-4348

**Page 2:**

APPEARANCES:

ON BEHALF OF THE PLAINTIFFS:

    MICHAEL J. ANDERSON

    HAYLEY HETHERINGTON

    MJA Law LLC

    2886 South Syene Road

    Fitchburg, Wisconsin 53711

ON BEHALF OF THE DEFENDANT:

    EMILY R. WEBER

    HAWS-KM, P.A.

    30 East Seventh Street

    Suite 3200

    St. Paul, Minnesota 55101

**Page 3:**

### I N D E X

| EXAMINATION: | PAGE |
|---|---|
| Ms. Weber | 5,159 |
| Mr. Anderson | 157 |

| EXHIBITS | | PAGE |
|---|---|---|
| 1 | Grant EUO | 8 |
| 2 | Appraisal Report | 101 |
| 3 | Renters Rate Quote | 105 |
| 4 | Insurance Application WI | 106 |
| 5 | State Farm Policy | 113 |
| 6 | Declarations | 114 |
| 7 | Renewal Declarations | 119 |
| 8 | Renewal Declarations | 122 |
| 9 | Grant Statement | 132 |
| 10 | State Farm Payment | 134 |
| 11 | State Farm Letter 10-2-20 | 134 |
| 12 | State Farm Payment | 135 |
| 13 | State Farm Letter 11-5-20 | 136 |
| 14 | State Farm Payment | 136 |
| 15 | State Farm Letter 10-8-20 | 137 |
| 16 | State Farm Payment | 137 |
| 17 | State Farm Letter 5-29-19 | 138 |
| 18 | State Farm Letter 11-29-19 | 139 |
| 19 | State Farm Letter 2-13-20 | ? |

**Page 4:**

| 20 | State Farm Sworn Statement | 141 |
|---|---|---|
| 21 | State Farm Letter 1-28-19 | 142 |
| 22 | State Farm Letter 3-7-19 | 142 |
| 23 | State Farm Letter 5-28-19 | 143 |
| 24 | Kennedy Letter 6-18-20 | 143 |
| 25 | State Farm Letter 8-26-20 | 144 |
| 26 | State Farm Letter 9-8-20 | 144 |
| 27 | State Farm Letter 9-14-20 | 145 |
| 28 | Answers to Interrogatories | 148 |
| 29 | Criminal Complaint | 152 |

(Original transcript to Ms. Weber.)

    *   *   *

EX. 1

1      P R O C E E D I N G S
2      (Witness Sworn.)
3                KEVIN GRANT,
4      called as a witness, being first duly sworn,
5      was examined and testified as follows:
6                EXAMINATION
7      BY MS. WEBER:
8   Q.  Mr. Grant, my name is Emily Weber with State
9       Farm in this action.  Can you go ahead and
10      state your full name for the record?
11  A.  Kevin Joseph Grant.
12  Q.  And what's your date of birth?
13  A.  ▓▓▓▓▓▓▓▓▓▓
14  Q.  Have you ever been deposed before?
15  A.  Yes.
16  Q.  And I am going to run through just some quick
17      reminder instructions for the deposition.  We
18      do have the court reporter here taking down
19      everything that we say so I do ask that you
20      have audible answers.  Head nods, head shakes
21      don't appear on the record well.  Also, if we
22      could avoid uh-huh or uh-uh, those look very
23      similar, so yeses or noes would be
24      appreciated.  Also, if we could try not to
25      talk over each other.  I know

1       conversationally we tend to do those things,
2       but for the record, for the court reporter,
3       let's try to let each one answer a question
4       and answer before we start our own.
5            If I ask you any question and you
6       don't understand it, please feel free at any
7       time to ask me to clarify.  If I ask you a
8       question and you answer, I'm going to assume
9       that you understood the question.  So I will
10      probably ask a bad question at some point in
11      time, just let me know so I can clarify.
12           We'll take regular breaks for the
13      court reporter, for ourselves.  If you need a
14      break, please let me know.  I'd just ask that
15      if there's a question pending, you answer
16      that question prior to the break?
17           Your attorneys may object at any
18      point in time.  Unless they instruct you not
19      to answer, please go ahead and answer
20      whatever question I ask despite the
21      objection.
22           Are you on any medications today
23      that would affect your ability to testify
24      truthfully or have any memory issues?
25  A.  No.

1   Q.  Do you have any medical conditions that would
2       affect your ability to testify truthfully or
3       have any memory issues?
4   A.  No.
5   Q.  So I'm going to jump back to when you were
6       deposed before.  Why were you deposed?
7   A.  The deposition was for State Farm through the
8       BorgeIt attorney firm.
9   Q.  Okay.  So are you referring to your
10      Examination Under Oath that was for this
11      claim?
12  A.  Yes, I am.
13  Q.  Okay.  Have you been deposed for any other
14      reason other than that?
15  A.  No.
16  Q.  Did you review anything to prepare for this
17      deposition, any documents or anything like
18      that?
19  A.  Yes.
20  Q.  What did you review?
21  A.  The Examination Under Oath transcripts.
22  Q.  Did you review anything else?
23  A.  No.
24  Q.  Have you talked to anybody besides your
25      attorney regarding this deposition?

1   A.  Yes.
2   Q.  Who have you talked to?
3   A.  My wife.
4   Q.  And did you meet with your attorney regarding
5       this deposition?  I don't want to know
6       details, but did you meet with your attorney
7       regarding this deposition?
8   A.  Yes.
9            (Deposition Exhibit Number 1 was
10      marked for identification.)
11  BY MS. WEBER:
12  Q.  Okay.  Mr. Grant, I'm showing you a document
13      marked Exhibit Number 1.  Do you recognize
14      this document?
15  A.  Yes.
16  Q.  Can you flip to the back two pages for me?
17           Actually, I believe it's the back
18      page we need to look at.  Is that your
19      signature on the bottom of the last page?
20  A.  Yes.
21  Q.  And this Examination Under Oath was given on
22      March 18th, 2020; is that correct?  Should be
23      on the front page.
24  A.  That's what's written on the front page.
25  Q.  You mentioned that you read this prior to

EX. 1

**1**   your deposition today, correct?
**2 A.**  Yes.
**3 Q.**  Is there anything you'd like to change?
**4 A.**  No.
09:04:42 **5**   MR. ANDERSON: I just have a
**6**   clarifying question. Is there anything
**7**   regarding his response or is there anything
**8**   he would like to change as far as --
**9**   BY MS. WEBER:
09:04:51 **10 Q.**  In the EUO. Do you want to change any
**11**   answers or anything in the Examination Under
**12**   Oath?
**13 A.**  No.
**14 Q.**  So everything you've said in that Examination
09:05:03 **15**   Under Oath is still true and correct?
**16 A.**  Yes.
**17**   Have you been involved in any litigation
**18**   before?
**19 A.**  Yes.
09:05:11 **20 Q.**  What litigation?
**21 A.**  We've been in lawsuits.
**22 Q.**  What lawsuits?
**23 A.**  I was plaintiff in an action against two of
**24**   my business partners.
09:05:28 **25 Q.**  Who were those business partners?

**1 A.**  Mark Tyler and James Hauschild.
**2 Q.**  And what was that litigation about?
**3 A.**  That was the dispute over the company value.
**4 Q.**  Had you sold the company or why were you
09:06:01 **5**   disputing the value of the company?
**6 A.**  A buy-sell agreement was put into effect.
**7 Q.**  So you sued Mark Tyler and James Hauschild,
**8**   what was your cause of action?
**9 A.**  The value of the company just prior to that
09:06:26 **10**   had been appraised at a much higher value,
**11**   but when the buy-sell agreement was exercised
**12**   they had a different value on it.
**13 Q.**  So did you sue them for breach of contract?
**14 A.**  I don't know if it would have been a breach
09:06:45 **15**   of contract issue.
**16 Q.**  Okay.
**17**   MR. ANDERSON: I want this for a
**18**   clear record. Can you specify what company
**19**   we're talking about? I believe my client has
09:06:54 **20**   a number of companies over the years.
**21**   BY MS. WEBER:
**22 Q.**  Absolutely. What company was this?
**23 A.**  That would be OEM Fabricators, Incorporated.
**24 Q.**  When did you start this company?
09:07:08 **25 A.**  1986.

**1 Q.**  Did you start it with those two business
**2**   partners?
**3 A.**  I was actually an employee for a few years.
**4 Q.**  Did you start as an employee in 1986?
09:07:27 **5 A.**  Yes.
**6 Q.**  And at some point in time you became the
**7**   owner of this company?
**8 A.**  Yes.
**9 Q.**  When did you become the owner of the company?
09:07:34 **10 A.**  I believe it would have been 1994.
**11 Q.**  When you became the owner, did you have any
**12**   business partners at that time?
**13 A.**  Other than the two I'm talking about?
**14 Q.**  Okay. So Mark Tyler and James Hauschild
09:07:56 **15**   bought the company with you in 1994?
**16 A.**  We were -- to clarify, they were the original
**17**   owners. They allowed me to buy an equal
**18**   share.
**19 Q.**  What did that company do?
09:08:16 **20 A.**  They were a fabricator of heavy metal
**21**   components for other end product
**22**   manufacturers.
**23 Q.**  Okay. What were your duties as a partial
**24**   owner at OEM Fabricators?
09:08:40 **25 A.**  I was mainly in charge of sales.

**1 Q.**  What did you do in charge of sales?
**2 A.**  I identified companies all across the state
**3**   as well as surrounding states that could use
**4**   our services in their products.
09:09:13 **5 Q.**  What was the business organization of OEM
**6**   Fabricators? Was that a corporation, an LLC?
**7 A.**  It was a corporation.
**8 Q.**  Corporation. Okay. In 1986, when you were
**9**   an employee, to 1994, when you became a
09:09:35 **10**   partial owner, what were your job duties in
**11**   that amount of time?
**12 A.**  My job duties were varied, because in order
**13**   to do a proper sales job, I had to learn a
**14**   lot of the components of the actual business
09:09:51 **15**   itself. So my duties were in actual
**16**   production in various areas of fabrication.
**17 Q.**  Can you explain to us what your duties in
**18**   production were?
**19 A.**  I ran a flame cutter. I ran a press brake.
09:10:17 **20**   I ran some machining equipment. I did some
**21**   welding.
**22 Q.**  And was there a time when you switched over
**23**   to primarily sales?
**24 A.**  Yes. This would have been over a period of
09:10:41 **25**   time where I transitioned from the shop to an

EX. 1

1    office position in sales.

2  Q.  And was OEM Fabricators registered with the

3    state of Wisconsin as a corporation?

4  A.  Yes.

09:11:05 5  Q.  Did you mention what percentage of the

6    business you owned?

7  A.  33 and 1/3 percent.

8  Q.  So each you Mark and Jacob (sic), 1/3 of the

9    company?

09:11:18 10  A.  Yes.

11  Q.  Where was OEM Fabricators facility located?

12  A.  In Woodville, Wisconsin.

13  Q.  Did they have land or building there?

14  A.  Yes.

09:11:39 15  Q.  Both land and a building?

16  A.  Yes.

17  Q.  Do you know how much land they had?

18  A.  I would say approximately five acres.

19  Q.  And how large was the building?

09:12:00 20  A.  The building started out as a small facility

21    and then over several additions it grew into

22    a large facility.

23  Q.  About how large was it when you started in

24    1986?

09:12:21 25  A.  In the original building that was leased, we

1    started in about 1200 square feet.

2  Q.  And when you left or sold your portion of the

3    company, how large was it then?

4  A.  I would say approximately 250,000 square

09:12:43 5    feet.

6  Q.  Quite the change?

7  A.  Yes. I'm sorry. Sorry. Back up. I got too

8    many zeros in there. We had three additions

9    of 10,000 -- 25,000 square feet.

09:13:02 10    MR. ANDERSON: Not 250,000?

11    THE WITNESS: No.

12    MR. ANDERSON: That's a substantial

13    zero.

14    THE WITNESS: It's a big zero, yes.

09:13:09 15  BY MS. WEBER:

16  Q.  And when did you -- what year did you sell

17    your portion of the business?

18  A.  2004.

19  Q.  You sold that to your other two partners,

09:13:28 20    correct?

21  A.  Yes.

22  Q.  Was this business insured?

23  A.  Yes.

24  Q.  Do you know who it was insured through?

09:13:39 25  A.  No.

1  Q.  Did you have any hand in purchasing the

2    insurance for this company?

3  A.  No.

4  Q.  Do you know of any claims ever made under the

09:13:55 5    insurance of that company?

6  A.  Not that I am aware of.

7  Q.  Okay. We're going to jump back to prior

8    litigation. Besides the action that you

9    brought against Mark Tyler and Jacob

09:14:35 10    Hauschild.

11    Have you been involved in any other

12    litigation?

13  A.  Really, no more than small claims.

14  Q.  What small claims actions have you been

09:14:46 15    involved in?

16  A.  I've been involved in both defendant and

17    plaintiff in several years in different small

18    claims.

19  Q.  What small claims have you brought as a

09:15:05 20    plaintiff?

21  A.  I brought an action against a lessee of my

22    business for non-payment of lease.

23  Q.  And who what that?

24  A.  Kelly Holm.

09:15:22 25  Q.  When did you bring that action?

1  A.  That action would have been started in 2014.

2  Q.  And how did that action resolve?

3  A.  That was dismissed by the courts.

4  Q.  Was the action against Kelly Holm brought in

09:15:50 5    Wisconsin?

6  A.  Yes.

7  Q.  What county?

8  A.  St. Croix County.

9  Q.  You mentioned this action was for non-payment

09:16:11 10    of a lease, can you go into a little more

11    detail on that?

12  A.  She was the lessee of the Cubby Hole business

13    that I had got up and running.

14  Q.  When did she lease the Cubby Hole?

09:16:38 15  A.  In 2012.

16  Q.  Do you know what month in 2012 the lease

17    started?

18  A.  I believe it coincided with the liquor

19    license, so it would have been July 1st.

09:16:53 20  Q.  And how long did you that lease run?

21  A.  For one year.

22    MR. ANDERSON: Do you know that for

23    a fact or are you guessing the 7-1.

24    THE WITNESS: It's basically an

09:17:16 25    assumption.

EX. 1

1    BY MS. WEBER:
2    Q.    When did Ms. Holm stop leasing the Cubby
3          Hole?
4    A.    She stopped leasing in the end of May 2013.
09:17:41  5    Q.    So you sued her for non-payment of the lease.
6          What months has she not paid that lease?
7    A.    It was basically a cumulative effect of
8          several months.  So at some point during her
9          lease she was unable to make those payments.
09:18:21 10         She had made partial payments in some months.
11   Q.    How much money did you bring that action
12         against Kelly Holm for?
13   A.    I believe it was the limit of the small
14         claims at that time, which was $10,000.
09:18:39 15   Q.    And when we refer to the Cubby Hole, we are
16         referring to the building at 105 River Street
17         in Woodville Wisconsin?
18               MR. ANDERSON:  Object to the form
19         of the question.  I don't believe the Cubby
09:19:09 20         Hole encompasses the entire building.
21   BY MS. WEBER:
22   Q.    When we refer to the Cubby Hole, we are
23         referring to a portion of the building
24         located at 105 River Street, Woodville,
09:19:20 25         Wisconsin?

1    A.    Yes.
2    Q.    And the entire building located at 105 River
3          Street, Woodville, Wisconsin, is the building
4          that is the subject of the insurance claim we
09:19:35  5          are here in this litigation for, correct?
6    A.    Yes.
7    Q.    Have you been involved in any other
8          litigation besides the two that we've talked
9          about, including the small claim with Ms.
09:19:56 10         Holm?
11   A.    Yes.
12   Q.    What other litigation have you been involved
13         in?
14   A.    I was the defendant in a small claims action.
09:20:06 15   Q.    And what was that action?
16   A.    That was an attorney who I had hired to
17         represent me in the action against Mark Tyler
18         and James Hauschild.
19   Q.    And who were the attorneys that you had
09:20:28 20         hired?
21   A.    The attorney was Chuck Harris.
22   Q.    Was Chuck Harris with a firm when you sued
23         him?
24   A.    Yes.
09:20:40 25   Q.    What firm was he with?

1    A.    Arthur Chapman.
2    Q.    Did you sue Chuck Harris individually -- I'm
3          sorry, I had this backwards.
4                Did Chuck Harris individually sue
09:20:58  5          you or did Arthur Chapman the firm sue you?
6    A.    I believe that Arthur Chapman was the
7          litigant.
8    Q.    And why had they brought this action against
9          you?
09:21:21 10   A.    I had paid the firm a $10,000 retainer and
11         they had -- after the action was dismissed,
12         had charged me an additional $6,000.  And I
13         told them that based on his performance, he
14         wasn't getting it.
09:21:45 15   Q.    And how did this action resolve?
16   A.    There was a judgement entered against me.
17   Q.    Has that judgment been paid?
18   A.    Yes.
19   Q.    Have you been involved in any other
09:22:18 20         litigation?
21               MR. ANDERSON:  Could I just object
22         to form.  Can you define litigation, please?
23         That's a crazy question.
24   BY MS. WEBER:
09:22:42 25   Q.    Have you been sued by anybody in civil court

1          or small claims court or have you sued
2          anybody in civil court or small claims court,
3          which I will hereafter refer to as
4          litigation.
09:23:02  5                MR. ANDERSON:  Thank you.
6                THE WITNESS:  I believe I have.
7          But I'm trying to check my memory, nothing is
8          really coming to the forefront.
9    BY MS. WEBER:
09:23:18 10   Q.    Have you been involved in a civil action with
11         Dale Amundson?
12   A.    Yes.
13   Q.    Can you tell me about that action?
14   A.    Dale Amundson was a contractor who built my
09:23:35 15         home in 2003.
16   Q.    And when you say your home in 2003, what was
17         the address of that location?
18   A.    The home was at 1273 250th Street, Glenwood
19         City, Wisconsin.
09:24:05 20   Q.    Is that not your current address?
21   A.    It is not.
22   Q.    What is your current address?
23   A.    2648 State Road 64, Emerald, Wisconsin 54013.
24   Q.    Jumping back to litigation with Dale
25         Amundson.

EX. 1

1             Were you the plaintiff or defendant

2   in that action?

3   A.  Defendant.

4   Q.  And what was Mr. Amundson suing you for?

09:24:46  5   A.  For non-payment of a final payment.

6   Q.  And how did that action resolve?

7   A.  The court awarded me several thousand dollars

8   and I didn't have to pay him anything.

9   Q.  Was that a small claim action?

09:25:13  10  A.  No.

11  Q.  What year was that?

12  A.  To the best of my recollection, in the 2009

13  range.

14  Q.  Jumping back a little bit. When was the

09:25:55  15  action by Arthur Chapman or Chuck Harris

16  commenced against you, about what year?

17  A.  About 2012.

18  Q.  Have you ever been sued by Liberty Mutual?

19  A.  Can I ask you a question?

09:26:41  20  Q.  Sure.

21  A.  Liberty Mutual doesn't really ring a bell,

22  but I know there's a reason for your

23  question, so could you give me a little bit

24  more information?

09:26:54  25  Q.  Did Liberty Mutual or an insurance company

---

1   generally bring an action against you and

2   multiple other defendants, these defendants

3   could have included your wife, your insurance

4   company, possibly another person or entity.

09:27:22  5   A.  With that information, it doesn't ring a

6   bell.

7          MR. ANDERSON:  Is there a document

8   that you have that could refresh his

9   recollection?

09:27:30  10        MS. WEBER:  No, there's not.

11  That's okay.

12         MR. ANDERSON:  Okay.

13  BY MS. WEBER:

14  Q.  Have you ever been sued by American Express

09:27:43  15  National Bank?

16  A.  Yes.

17  Q.  And when was that action?

18  A.  That action was taken within the last year.

19  Q.  Where was that action venued?  Was that in

09:28:01  20  the state of Wisconsin?

21  A.  Yes.

22  Q.  What county?

23  A.  St. Croix.

24  Q.  Were you the defendant in that action?

09:28:17  25  A.  Yes.

---

1   Q.  What was that action about?

2   A.  That was for a considerable sum of money that

3   they claim I owed them because of fraudulent

4   charges on my credit card.

09:28:34  5   Q.  Has that action resolved?

6   A.  That action was resolved at one time, but it

7   has been reopened as a trial by American

8   Express.

9   Q.  So it is currently pending?

09:28:47  10  A.  It's pending.

11  Q.  Have you ever been sued by Brooks Ketchum?

12  A.  Yes.

13  Q.  And when about was that action?

14  A.  2010.

09:29:15  15  Q.  Was that in the state of Wisconsin?

16  A.  Yes.

17  Q.  What county?

18  A.  St. Croix.

19  Q.  What action was that about?

09:29:24  20  A.  He had done a bunch of metal work for me on a

21  houseboat hull.

22  Q.  Were you the defendant in that action?

23  A.  Yes.

24  Q.  Why was Mr. Ketchum suing you?

09:29:42  25        (Reporter Interruption.)

---

1         MR. ANDERSON:  Objection.  You're

2   asking the client to get into the head of Mr.

3   Ketchum.  I don't know -- you can ask him why

4   you think, but I don't think you can ask him

09:29:59  5   why did he.

6   BY MS. WEBER:

7   Q.  In Mr. Ketchum's complaint against you, what

8   was he alleging?

9   A.  He alleged that I owed him additional monies

09:30:11  10  for the work that he had done.

11  Q.  And how did that action resolve?

12  A.  I paid him the additional monies that he

13  requested.

14  Q.  Have you ever been sued by Janelle Tim?

09:30:41  15  A.  Yes.

16  Q.  And when about was that brought?

17  A.  That would have been in the 2009 range.

18  Q.  Was that in the state of Wisconsin?

19  A.  Yes.

09:31:04  20  Q.  And what county?

21  A.  St. Croix.

22  Q.  Were you the defendant in that action?

23  A.  Yes.

24  Q.  And what was Janelle -- what were Janelle

09:31:15  25  Tim's allegations against you?

---

EX. 1

1  A.  Her husband had done some custom cabinet work
2      for me and she alleged that I owed her
3      additional monies.
4  Q.  How did that action resolve?
09:31:30  5  A.  I paid her the additional monies.
6  Q.  Is there any other litigation we have not
7      talked about today that you have been
8      involved in?
9  A.  Not that I am aware of.
09:31:47  10  Q.  Have you ever been convicted of a felony?
11  A.  No.
12  Q.  Have you ever been convicted of a misdemeanor
13      involving dishonesty such as fraud or
14      perjury?
09:32:06  15  A.  No.
16  Q.  Have you ever been convicted of any other
17      misdemeanor?
18          THE WITNESS:  Can I consult?
19          MS. WEBER:  Yes.
09:33:14  20      (Attorney-Client discussion held
21      off the record.)
22          THE WITNESS:  Could you repeat the
23      question, please?
24  BY MS. WEBER:
09:34:04  25  Q.  And have you ever been convicted of any

1      misdemeanor?
2  A.  An incident that goes back 40 years comes to
3      mind, but I don't know if I was ever
4      convicted of, but restitution was made.
09:34:29  5  Q.  What were the charges?
6  A.  Assault and battery.
7  Q.  You said that goes back roughly 40 years, can
8      you give me a general range of the year that
9      may have occurred?
09:34:46  10  A.  1972.
11          MR. ANDERSON:  That's closer to 50.
12          THE WITNESS:  Oh, God, yeah, sorry.
13      You can see my math isn't good.
14  BY MS. WEBER:
09:35:01  15  Q.  Have you ever been charged with any crime?
16  A.  No.  I recant.  Yes.
17  Q.  What crime have you been charged with?
18      (Attorney-Client discussion off the
19      record.)
09:35:27  20          MR. ANDERSON:  I'll object and say
21      that it is a public record.  That if counsel
22      wants to find out what he's been charged
23      with, then counsel is free to find out what
24      the charges are pending against him.
09:35:40  25          I'll instruct him not to answer.

1          THE WITNESS:  On the advice of
2      counsel, I elect to assert my Fifth Amendment
3      privilege.
4  BY MS. WEBER:
09:35:55  5  Q.  Have you ever been charged by the state of
6      Wisconsin with failure to check traps and
7      remove animals?
8  A.  Yes.
9  Q.  Roughly, when was that?
09:36:07  10  A.  Two years ago.
11  Q.  And we're in 2021, so roughly 2019?
12  A.  Yes.
13  Q.  Were you convicted of that?
14  A.  I'm --
09:36:26  15          MR. ANDERSON:  Let me object to
16      that.  I don't know whether that is something
17      that was a citation issue, but it was a
18      misdemeanor.  So I haven't seen the charges.
19      So if you know the answer, answer it.  If you
09:36:41  20      don't know the way in which that matter was
21      framed --
22          THE WITNESS:  I'll answer.
23      Rephrase the question.  Reask the question,
24      please.
09:36:53  25  BY MS. WEBER:

1  Q.  I'm going to rephrase slightly.
2          Do you know if you were found
3      guilty in that matter?
4  A.  I'm going to qualify that.  I paid a fine
09:37:10  5      based on the inability to join a Zoom
6      conference and because I couldn't join the
7      Zoom conference, they found me guilty of that
8      misdemeanor.  And when I was asked to reopen
9      the case which I had strong evidence that I
09:37:39  10      wasn't, it was denied.
11  Q.  Where did you go to high school?
12  A.  Woodville High School.
13          MR. ANDERSON:  Hold on a second,
14      Counsel.
15      (Reporter read back.)
16          MR. ANDERSON:  Baldwin Woodville
17      High School.
18  BY MS. WEBER:
19  Q.  Did you graduate?
09:38:26  20  A.  No, I did not.
21  Q.  Did you have any other education?
22  A.  Yes, I did.
23  Q.  What education did you have?
24  A.  I took a business course for two years at the
09:38:38  25      Minnesota School of Business.

EX. 1

| | | |
|--|--|--|
| 1 | Q. | Where was that located? |
| 2 | A. | Downtown Minneapolis. |
| 3 | Q. | What years did you take those courses? |
| 4 | A. | I believe 1975 to 1977. |
| 09:38:59 5 | Q. | Did you get a GED? |
| 6 | A. | Yes, I did. |
| 7 | Q. | What year did you get your GED? |
| 8 | A. | I believe that was 1975. |
| 9 | Q. | Have you had any other formal education? |
| 09:39:21 10 | A. | No. |
| 11 | Q. | Did you graduate from the Minnesota School of |
| 12 | | Business in 1977? |
| 13 | A. | No. |
| 14 | Q. | What did you do after you left school in |
| 09:39:50 15 | | 1977? |
| 16 | A. | I started working for a company in Baldwin, |
| 17 | | Wisconsin, called Ideal Door. |
| 18 | Q. | What was your title there? |
| 19 | A. | I had several different positions over the |
| 09:40:09 20 | | course of eight years. |
| 21 | Q. | What years did you work at Ideal Door? |
| 22 | A. | From 1977 to 1985. |
| 23 | Q. | When you started in 1977, what was your |
| 24 | | position? |
| 09:40:23 25 | A. | I was a production worker. |

| | | |
|--|--|--|
| 1 | Q. | And what years did you hold that title? |
| 2 | A. | I probably held that title for about a year. |
| 3 | Q. | What were your duties as a production worker? |
| 4 | A. | I ran a finishing line for a garage door |
| 09:40:48 5 | | manufacturer. |
| 6 | Q. | After you held the title of production |
| 7 | | worker, what was your next title? |
| 8 | A. | I was moved to a sales position in the |
| 9 | | office. |
| 09:41:13 10 | Q. | What year was that? |
| 11 | A. | I would say approximately 1979. |
| 12 | Q. | And how long did you hold that title? |
| 13 | A. | Probably another year. |
| 14 | Q. | What were your duties in the sales office? |
| 09:41:37 15 | A. | I was basically an inside salesperson that |
| 16 | | was answering telephones from customers. |
| 17 | Q. | What was your next position? |
| 18 | A. | I was moved to assistant sales manager. |
| 19 | Q. | What year was that? |
| 09:41:57 20 | A. | 1981. |
| 21 | Q. | How long did you hold that position? |
| 22 | A. | I probably held that for another year. |
| 23 | Q. | What were your duties in that position? |
| 24 | A. | In that position, I was actively on the road |
| 09:42:22 25 | | visiting customers as well as soliciting new |

| | | |
|--|--|--|
| 1 | | customers. |
| 2 | Q. | As assistant sales manager, did you manage |
| 3 | | any employees? |
| 4 | A. | No. |
| 09:42:42 5 | Q. | After you were assistant sales manager, what |
| 6 | | was your title? |
| 7 | A. | Production control manager. |
| 8 | Q. | What years did you hold that title? |
| 9 | A. | I would say from 1982 until I left in 1985. |
| 09:43:13 10 | Q. | What were your duties? |
| 11 | A. | I basically coordinated all of the customer's |
| 12 | | orders through the shop for a timely delivery |
| 13 | | as well as I was in control of the delivery |
| 14 | | truck drivers. |
| 09:43:43 15 | Q. | At any time did you own any part of that |
| 16 | | business? |
| 17 | A. | No. |
| 18 | Q. | At any time when you worked at Ideal Door, |
| 19 | | were you in charge or have any hand in |
| 09:44:05 20 | | purchasing insurance? |
| 21 | A. | No. |
| 22 | Q. | Are you aware of any insurance claims or were |
| 23 | | you involved in any insurance claims while |
| 24 | | you were at Ideal Door? |
| 09:44:15 25 | A. | From a company standpoint? |

| | | |
|--|--|--|
| 1 | Q. | Correct. |
| 2 | A. | No. |
| 3 | Q. | After you left Ideal Door in 1985, what did |
| 4 | | you do next for work? |
| 09:44:35 5 | A. | I started a business in Washburn, Wisconsin. |
| 6 | Q. | What was that business? |
| 7 | A. | That was a bar and restaurant business. |
| 8 | Q. | What was that bar and restaurant called? |
| 9 | A. | Pier I. |
| 09:44:58 10 | Q. | What year did you start that business? |
| 11 | | MR. ANDERSON: Asked and answered, |
| 12 | | objection. |
| 13 | | MS. WEBER: He's previously |
| 14 | | answered that he started the business after |
| 09:45:17 15 | | he left Ideal Door, but has not specified a |
| 16 | | date, so I do ask that you answer what year. |
| 17 | | MR. ANDERSON: I believe it is |
| 18 | | specified. Go ahead. |
| 19 | | THE WITNESS: 1985. |
| 09:45:27 20 | | BY MS. WEBER: |
| 21 | Q. | Were you the sole owner of that business? |
| 22 | A. | My wife would have been listed as co-owner. |
| 23 | Q. | You and your wife were the only owners of |
| 24 | | that business? |
| 09:45:50 25 | A. | Yes. |

EX. 1

1 Q. Can you describe that business to me?
2 Generally, what did it do?
3 A. Basically it was just a liquor and beer
4 establishment that served pizzas and it was a
09:46:16 5 live entertainment venue.
6 Q. How was that business organized? A
7 corporation, an LLC, or something else?
8 A. It would have been a sole proprietorship.
9 (Attorney-Client discussion off the
10 record.)
11 BY MS. WEBER:
12 Q. Was that business registered with the state
13 of Wisconsin?
14 A. Yes.
09:47:32 15 MR. ANDERSON: Hold on a second.
16 (Attorney-Client discussion off the
17 record.)
18 THE WITNESS: Can I qualify?
19 BY MS. WEBER:
09:47:50 20 Q. Sure.
21 A. The business was a sole proprietorship, but
22 in answer to your registration of the state,
23 I had to register to get the sales tax
24 identification.
09:48:13 25 Q. What were your responsibilities as the owner

1 of this establishment?
2 A. I did everything. I cleaned. I cooked. I
3 was a bartender.
4 Q. You said this business sold liquor and beer,
09:48:40 5 did it have a liquor license?
6 A. Yes.
7 Q. Did you obtain that liquor license?
8 A. Yes.
9 Q. Did you obtain the insurance for the
09:48:53 10 business?
11 A. Yes.
12 Q. Who was that insured through?
13 A. I really can't remember way back that far.
14 Q. Do you know if you used an agent?
09:49:10 15 A. I cannot remember.
16 Q. Do you know what type of policy you had?
17 A. No.
18 Q. Do you know how your limits were determined
19 under that policy?
09:49:42 20 A. No.
21 Q. Did you have to have special coverage or
22 additional coverage for live entertainment at
23 that establishment?
24 A. I cannot remember.
09:49:58 25 Q. How long did you own Pier I?

1 A. I owned it for three years.
2 Q. So roughly until 1988; does that sound
3 correct?
4 A. That sounds correct.
09:50:30 5 Q. Did you sell it in 1988?
6 A. Yes.
7 Q. Who did you sell it to?
8 A. I believe it was Bill and Betty Brooks, and
9 they had a partner, but I don't recall his
09:50:47 10 name.
11 Q. After you sold Pier I, in roughly 1988, what
12 did you do for work next?
13 A. I was basically with OEM Fabricators by that
14 time.
09:51:13 15 Q. In 1988?
16 A. Yes.
17 Q. You came back to OEM Fabricators. I'm sorry,
18 I apologize. I was looking at the wrong
19 notes.
09:51:25 20 MR. ANDERSON: I believe there
21 might have been some overlap, if you want to
22 go down that road.
23 MS. WEBER: We will.
24 BY MS. WEBER:
09:52:02 25 Q. Did you come in as an owner of OEM

1 Fabricators right away?
2 A. No.
3 Q. So you started working there roughly 1988?
4 A. 1986.
09:52:20 5 Q. 1986. And including your ownership, you were
6 there through 2004?
7 A. Yes.
8 Q. In 1986, when you started at OEM, what was
9 your job title?
09:52:41 10 A. Production worker.
11 Q. What did you do as a production worker?
12 A. Can I -- this is something that we've already
13 done.
14 MR. ANDERSON: I'll object. Asked
09:52:59 15 and answered. I thought we -- we already
16 started at the time in which he came in as a
17 partner. So if you think you're asking him
18 anything new, go ahead. But I think you did
19 go down this road already.
09:53:12 20 MS. WEBER: I think you're correct.
21 MR. ANDERSON: Before your next
22 question, we're closing in on the one hour
23 mark, can we take a short break.
24 MS. WEBER: Yes. When I get to a
09:53:35 25 good stopping point.

EX. 1

1          MR. ANDERSON: I appreciate it.

2    BY MS. WEBER:

3    **Q.**  What did you do in 2004, after you -- or sold

4        I'm sorry, OEM Fabricators?

09:53:59  5    **A.**  There was a period of time after 2004, for

6        probably a year or so, that I didn't really

7        do anything as far as occupational.

8    **Q.**  What was your next job after OEM Fabricators?

9    **A.**  Basically, I spent -- after that year of time

09:54:30 10    off, I started refurbishing the Cubby Hole

11        building, which wasn't the Cubby Hole at the

12        time. It was the lumberyard building that

13        Dayna and I owned.

14    **Q.**  I'm going to separate this slightly. With

09:55:04 15    the exception of the Cubby Hole building and

16        the businesses generally inside of the Cubby

17        Hole, so, for purposes of this question,

18        anything before 2005, have we discussed all

19        of your employment after high school?

09:55:25 20    **A.**  No.

21    **Q.**  What have we missed?

22    **A.**  After high school, I was a construction

23        worker.

24    **Q.**  Let me revise that question a little bit.

09:55:47 25          MR. ANDERSON: I think the

1    questions you asked were after his GED in

2    '75, dropping out of high school and

3    obtaining his GED, so I think we're going to

4    way back to '70, 1969, '70.

5    BY MS. WEBER:

6    **Q.**  I want to drop back to 1977, after business

7        school. Between 1977, when you finished

8        business school, and 2005, have we talked

9        about all of your employment?

09:56:16 10    **A.**  I believe we have as an employee.

11    **Q.**  Between 1977 and 2005, have we discussed all

12        businesses that you've had a part or

13        ownership in?

14    **A.**  No.

09:56:47 15    **Q.**  What have we not discussed?

16    **A.**  I was co-owner of a business called the

17        Carpet Outlet.

18    **Q.**  When did you become co-owner of the Carpet

19        Outlet?

09:57:11 20    **A.**  I would say in the area of 1999.

21    **Q.**  Were you the sole owner of the Carpet Outlet?

22        You said you were the co-owner, who did you

23        own it with?

24    **A.**  I owned that with Mark Tyler and James

09:57:37 25    Hauschild.

1    **Q.**  And how long were you the co-owner of that

2        business?

3    **A.**  I'm going to say approximately two years.

4    **Q.**  So is it fair to say until roughly 2001?

09:58:17  5    **A.**  I'm thinking more likely 2000.

6    **Q.**  What did that business do?

7    **A.**  They were a company who sold flooring and

8        furniture.

9    **Q.**  Where was it located?

09:58:41 10    **A.**  Physical address, I'm not aware of for sure,

11        but it was Woodville, Wisconsin.

12    **Q.**  What percentage of the business did you own?

13    **A.**  One-third.

14    **Q.**  Roughly 2000, did you sell your portion of

09:59:10 15    the Carpet Outlet?

16    **A.**  Yes.

17    **Q.**  Who did you sell it to?

18    **A.**  Kathy Cook.

19    **Q.**  What were your responsibilities as co-owners

09:59:31 20    at the Carpet Outlet?

21    **A.**  Basically, very little. All the co-owners

22        were really not hands on. It was all Kathy's

23        business who was an employee.

24    **Q.**  Did you purchase any insurance for the Carpet

09:59:52 25    Outlet?

1    **A.**  No.

2    **Q.**  Have we now talked about all businesses that

3        you have owned from 1977 until 2005?

4    **A.**  No.

10:00:17  5    **Q.**  What businesses have we not talked about?

6    **A.**  Fab Express.

7    **Q.**  Can you spell Fab for me? Is it F-A-B?

8    **A.**  F-A-B.

9    **Q.**  Okay. Let's take a five-minute break.

10:00:42 10          (At this time a recess was taken.)

11    BY MS. WEBER:

12    **Q.**  Mr. Grant, when you became involved with the

13        Carpet Outlet, was that business already

14        running or were you part of starting it up?

10:09:37 15    **A.**  That business had started in Eau Claire and

16        we found out that it was possibly for sale,

17        so we purchased it.

18    **Q.**  Did you open a second location in Woodville

19        or did you move the business?

10:10:01 20    **A.**  The business's original location was in Eau

21        Claire. We moved it to Baldwin for a year

22        and then we moved it to Woodville.

23    **Q.**  When we left for our break, you told me you

24        were involved in a business called Fab

10:10:36 25    Express, can you tell me what that business

EX. 1

1    was?

2    A.  That business was a separate company to

3    enhance OEM Fabricators. A lot of our

4    customers needed product more or less in a

10:10:51 5    emergency fashion, and this was geared up

6    with a crew and equipment that would take

7    orders on that basis and produce them timely.

8    Q.  And you were involved in starting this

9    business?

10:11:10 10    A.  Yes.

11    Q.  What year did you start this business?

12    A.  Approximately 2000.

13    Q.  And how long were a part of this business?

14    A.  Until the business was disbanded in

10:11:34 15    approximately 2003.

16    Q.  Were you the sole owner or did you have

17    co-owners to this business?

18    A.  Co-owners.

19    Q.  Who were the co-owners?

10:11:51 20    A.  Mark Tyler and James Hauschild.

21    Q.  Did you each own one-third?

22    A.  Yes.

23           MR. ANDERSON: Can we get spelling

24    on James Hauschild's name?

10:12:01 25           THE WITNESS: H-A-U-S-C-H-I-L-D.

1    BY MS. WEBER:

2    Q.  Was this business registered with the state

3    of Wisconsin?

4    A.  Yes.

10:12:36 5    Q.  I should ask you: Was this business located

6    in Wisconsin?

7    A.  Yes.

8    Q.  Where was it located?

9    A.  Woodville, Wisconsin.

10:12:49 10    Q.  And how was this business organized, for

11    example, was it a corporation or an LLC or

12    otherwise?

13    A.  I don't know for sure. It would have been a

14    corporation or an LLC.

10:13:16 15    Q.  What were your responsibilities for Fab

16    Express?

17    A.  I had no direct involvement.

18    Q.  Who managed the business for you?

19    A.  A gentleman called Kent Radunzel.

10:13:47 20    Q.  Can you spell that for us?

21    A.  R-A-D-U-N-Z-E-L.

22    Q.  Did you have any hand in purchasing the

23    insurance for this business?

24    A.  No.

10:14:02 25    Q.  Do you know who did?

1    A.  Yes.

2    Q.  Who was that?

3    A.  Mark Tyler.

4    Q.  Were you an owner or involved in any other

10:14:25 5    businesses that we have not discussed between

6    1977 and 2005?

7    A.  Yes.

8    Q.  What business?

9    A.  OEM Machine, Incorporated.

10:14:41 10    Q.  Did you start OEM Machine, Incorporated, or

11    did you purchase it?

12    A.  We started OEM Machine, Incorporated, but it

13    was basically a result of purchasing a

14    different company.

10:14:55 15    Q.  What company did you purchase that resulted

16    in the start-up of OEM Machine?

17    A.  I can't remember the name.

18    Q.  What year did you purchase that business?

19    A.  2000.

10:15:33 20    Q.  Did you also start OEM Machine, Incorporated

21    in 2000?

22    A.  Yes.

23    Q.  And how long were you a part of OEM Machine,

24    Incorporated?

10:15:50 25    A.  Until it was disbanded in 2002.

1    Q.  Was OEM Machine a corporation?

2    A.  Yes.

3    Q.  Under the laws of Wisconsin?

4    A.  No.

10:16:07 5    Q.  What state?

6    A.  Minnesota.

7    Q.  Where was OEM Machine located?

8    A.  Sauk Rapids, Minnesota.

9    Q.  Did you have business partners with OEM

10:16:39 10    Machine, Incorporated?

11    A.  Yes.

12    Q.  Who are they?

13    A.  Mark Tyler and James Hauschild.

14    Q.  Did you each own one-third of the business?

10:16:49 15    A.  Yes.

16    Q.  What was your role with OEM Machine,

17    Incorporated?

18    A.  I was the general manager.

19    Q.  What did you do as general manager?

10:17:08 20    A.  I oversaw the operations of the production

21    and sales at the Sauk Rapids facility.

22    Q.  Did you live in Sauk Rapids at the time.

23    A.  Yes.

24    Q.  Were you in charge of purchasing insurance

10:17:43 25    for this business?

EX. 1

1   A.   No.

2   Q.   Who was?

3   A.   Mark Tyler.

4   Q.   Have we now talked about all businesses

10:18:09   5   you've owned or been a part of from 1977 to

6   2005?

7   A.   No.

8   Q.   What other businesses?

9   A.   Venture Properties.

10:18:22   10   Q.   Were you the sole owner of Venture

11   Properties?

12   A.   No.

13   Q.   Who were the other individuals?

14   A.   James Hauschild and Warren Helgeson.

10:18:37   15   Q.   Can you spell that for us?

16   A.   H-E-L-G-E-S-O-N.

17   Q.   What was the first name?

18   A.   Warren.

19   Q.   Did you each own equal shares of that

10:18:55   20   business?

21   A.   Yes.

22   Q.   Did you start that business or did you

23   acquire it?

24   A.   We started that business.

10:19:05   25   Q.   When did you start it?

1   A.   1997.

2   Q.   And how long were you a part of that

3   business?

4   A.   I would say approximately three years.

10:19:32   5   Q.   Until roughly 2000?

6   A.   Yes.

7   Q.   Did you sell your portion of that business or

8   did it close down?

9   A.   The business sold all the properties that it

10:19:48   10   owned, so basically we closed it up as

11   collectively.

12   Q.   Where was Venture Properties located?

13   A.   I think we ran it out of the OEM Fabricators

14   offices.

10:20:15   15   Q.   And what did Venture Properties do?

16   A.   We built duplexes and rented them out.

17   Q.   Roughly, how many properties did Venture

18   Properties build?

19   A.   Three.

10:20:35   20   Q.   Where were they located in?

21   A.   In Woodville, Wisconsin.

22   Q.   All three?

23   A.   Yes.

24   Q.   What were your responsibilities related to

10:20:56   25   Venture Properties?

1   A.   I was in charge of renting them and

2   advertising vacancies, collecting rent.

3   Q.   Was Venture Properties registered with the

4   state of Wisconsin?

10:21:15   5   A.   I don't think so.

6   Q.   So it was not an LLC or a corporation or

7   other business organization?

8   A.   It was a partnership.

9   Q.   Were you in charge of purchasing insurance

10:21:44   10   for Venture Properties business or the

11   properties which it owned?

12   A.   No.

13   Q.   Who was?

14   A.   Mark Tyler.

10:21:53   15   Q.   In your role as renting out the properties,

16   did you deal with lease agreements?

17   A.   Yes.

18   Q.   Did you have an attorney draft these lease

19   agreements?

10:22:27   20   A.   No.

21   Q.   Did you draft the lease agreements?

22   A.   No.

23   Q.   Who drafted the lease agreements?

24   A.   Mark Tyler.

10:22:34   25   Q.   Did you read or review these lease

1   agreements?

2   A.   Yes.

3   Q.   In your role at Venture Properties being in

4   charge of advertising, what type of

10:23:06   5   advertising did you do?

6   A.   If a vacancy came up, we would basically just

7   put it in the newspaper.

8   Q.   Is the newspaper the only way you would

9   advertise those vacancies?

10:23:22   10   A.   Word of mouth.

11   Q.   Did you run any ads on billboards or the

12   radio?

13   A.   No.

14   Q.   Were there any other businesses that you

10:23:59   15   owned or were involved with between 1977 and

16   2005?

17   A.   I think we've covered them.

18   Q.   If you think of any others, just let me know.

19   A.   I will.

10:24:13   20   Q.   In a couple of different positions that

21   you've held that we have discussed, as well

22   as some of the businesses you've owned,

23   you've been involved in production.

24   Did you have any on-the-job

10:24:50   25   training for production?

EX. 1

1  A.  No.

2  Q.  Did you have any classes or informal training

3      on the job between 1977 and 2005?

4  A.  I had a welding class at WITC in New

10:25:25 5      Richmond, Wisconsin.  And when you say on the

6      job, I would have had experience when I first

7      started with OEM in those various positions.

8  Q.  Did you have any continuing education in

9      those positions; maybe, for example, on new

10:25:51 10      machines or updated safety procedures?

11  A.  No.

12  Q.  Do you hold any certificates that we have not

13      talked about?

14  A.  Yes.

10:26:11 15  Q.  What certificates do you hold?

16  A.  I have a pilot's certificate.

17  Q.  When did you get your pilot certificate?

18  A.  1985.

19  Q.  Is that active today?

10:26:27 20  A.  Yes.

21  Q.  Do you hold any other certificates?

22  A.  No.

23  Q.  Have you had any other formal education that

24      we've not discussed?

10:26:53 25  A.  No.

1  Q.  Excluding the business, which we're going to

2      generally refer to as the Cubby Hole

3      building, the entire building, after 2005,

4      have you been employed anywhere?

10:27:16 5  A.  Self-employed.

6  Q.  And what did you do?

7  A.  I started and ran a delivery company.

8  Q.  What was that company called?

9  A.  Delivery Central.

10:27:39 10  Q.  Were you the sole owner of Delivery Central?

11  A.  Yes.

12  Q.  When did you start that business?

13  A.  2009.

14  Q.  Do you own it still today?

10:27:52 15  A.  No.

16  Q.  When did you sell it or close it?

17  A.  We sold it in 2013.

18  Q.  Was Delivery Central registered under the

19      laws of Wisconsin?

10:28:11 20  A.  Yes.

21  Q.  What was it registered as?

22  A.  Delivery Central, LLC.

23  Q.  Where was Delivery Central's headquarters

24      located?

10:28:29 25  A.  At my residence at the time.  1253 250th

1      Street.

2  Q.  Did you own any land or any buildings related

3      to this business?

4  A.  No.

10:28:58 5  Q.  What did Delivery Central do, generally?

6  A.  We had a captive contract with the Menards

7      Hudson store and delivered their items that

8      customers wanted delivered.

9  Q.  So would you pick up at the Menards and then

10:29:23 10      bring to customers' residences?

11  A.  Yes.

12  Q.  Did you own any equipment for Delivery

13      Central?

14  A.  Yes.

10:29:32 15  Q.  What equipment did you own?

16  A.  A truck, a handcart and tools.

17  Q.  What size was that truck?

18  A.  It was 16-foot dry van.

19  Q.  Who was that truck registered to?

10:30:01 20  A.  Myself.

21  Q.  Did you purchase the insurance on that

22      vehicle?

23  A.  Yes.

24  Q.  Who was that insurance purchased through?

10:30:16 25  A.  I believe it was Rural Mutual.

1  Q.  Did you purchase it through an agent?

2  A.  Yes.

3  Q.  Who was that agent?

4  A.  I believe his name was Ron Singerhouse.

10:30:38 5  Q.  Can you spell Singerhouse for us?

6  A.  S-I-N-G-E-R-H-O-U-S-E.

7  Q.  Did you ever have any claims under that

8      policy?

9  A.  Yes.

10:31:10 10  Q.  What claims did you have?

11  A.  It was for a water leak in a refrigerator

12      that I hooked up and apparently it leaked and

13      destroyed a floor.

14  Q.  What did this policy cover?

10:31:30 15  A.  The policy was basically a truck contents and

16      liability.

17      (Attorney-Client off the record

18      discussion.)

19      MS. WEBER:  Counsel, I know I've

10:31:45 20  given you some leeway today.

21      MR. ANDERSON:  That's fine.  I just

22  wanted -- fine.  Go ahead.  He spoke about

23  installing, he said earlier it was delivery,

24  so I just want to have the record clear.  It

10:31:58 25  sounds like he did more than just delivery.

EX. 1

1    MS. WEBER: I will clarify.

2    MR. ANDERSON: Okay.

3    MS. WEBER: Can you read the last

4    question?

10:32:30  5    (Reporter Read Back.)

6    BY MS. WEBER:

7    Q.  And you said you had a water leak and

8    refrigerator that destroyed a floor that you

9    made a claim for under this policy?

10:32:43  10   A.  Yes.

11   Q.  Explain to me where this refrigerator was?

12   A.  In a kitchen in a house in Hudson.

13   Q.  So the policy covered the truck contents and

14   liability as well as other locations?

10:32:57  15   A.  The liability was for that specific purpose.

16   Q.  Okay. So the liability wasn't just vehicle

17   liability?

18   A.  No. It was for the type of service I was

19   offering.

10:33:13  20   Q.  So besides delivery services, what other

21   services did Delivery Central offer?

22   A.  It was part of a Menards contract. A

23   delivery person would install certain

24   appliances if the customer paid extra for

10:33:33  25   that. It was limited to anything that didn't

1    include electrical or plumbing.

2    Q.  So this claim was for a refrigerator that was

3    installed by Delivery Central that leaked?

4    A.  Yes.

10:33:56  5    Q.  Did you have any other claims under that

6    policy?

7    A.  I don't believe so.

8    Q.  Did you have any employees with Delivery

9    Central?

10:34:14  10   A.  No.

11   Q.  Who did you sell that to in 2013?

12   A.  Shannon Peterson.

13   Q.  Have you had any other employment between

14   2005 and today?

10:34:54  15   A.  No.

16   Q.  Have you owned any other businesses with the

17   exception of the building and businesses

18   contained in the Cubby Hole building between

19   2005 and today?

10:35:08  20   A.  No.

21   Q.  And you are currently married?

22   A.  Yes.

23   Q.  Who are you married to?

24   A.  Her name is Dayna, D-A-Y-N-A, Grant.

10:35:26  25   Q.  How long have you been married to Dayna?

1    A.  Almost 42 years.

2    Q.  Congratulations. Were you ever married prior

3    to Dayna?

4    A.  Yes. Her name was Faye Niccum, N-I-C-C-U-M.

10:35:43  5    Q.  When did you marry Faye?

6    A.  In April of 1971.

7    Q.  And when did you divorce?

8    A.  In the fall of 1975.

9    Q.  You and Dayna have been together for

10:36:07  10   42 years, but my math is terrible, what year

11   did you get married?

12   A.  1980.

13   Q.  Are those your only two marriages?

14   A.  Yes.

10:36:19  15   Q.  Do you have any children?

16   A.  Yes.

17   Q.  How many children do you have?

18   A.  Three.

19   Q.  How many daughters and how many sons?

10:36:29  20   A.  Three daughters.

21   Q.  What is your oldest daughter's name?

22   A.  Megan. M-E-G-A-N.

23   Q.  When about was Megan born?

24   A.  November 22, 1971.

10:36:49  25   Q.  Is Faye then Megan's mother?

1    A.  Yes.

2    Q.  Where does Megan live now?

3    A.  In Annandale, Minnesota.

4    Q.  And who is your next oldest daughter?

10:37:14  5    A.  Melanie. M-E-L-A-N-I-E.

6    Q.  And when was Melanie born?

7    A.  January 25, 1974.

8    Q.  Is Faye also Melanie's mother?

9    A.  Yes.

10:37:29  10   Q.  Where does Melanie live now?

11   A.  Brooklyn Center, Minnesota.

12   Q.  And who's your youngest daughter?

13   A.  Polly. P-O-L-L-Y.

14   Q.  And when was Polly born?

10:37:48  15   A.  August 2, 1980.

16   Q.  Is Dayna Polly's mother?

17   A.  Yes.

18   Q.  And where does Polly live now?

19   A.  She lives in Woodville, Wisconsin.

10:38:05  20   Q.  Do you have any grandchildren?

21   A.  Yes.

22   Q.  How many grandchildren do you have?

23   A.  Eight.

24   Q.  You have eight grandchildren.

10:38:14  25   Congratulations.

EX. 1

1   **A.** Yes.

2       MR. ANDERSON: Do we need all the

3   names, counsel?

4       MS. WEBER: No.

10:38:19  5       MR. ANDERSON: Okay. Thank you.

6   BY MS. WEBER:

7   **Q.** What type of insurance policies do you hold

8   currently?

9   **A.** What type?

10:38:41  10  **Q.** Yes.

11  **A.** We have property insurance. We have car

12  insurance. And when I say property,

13  homeowners. That would be, I believe, it.

14  **Q.** Do you have any boat insurance?

10:39:08  15  **A.** No.

16  **Q.** Specific policies for motorhomes?

17  **A.** Yes.

18  **Q.** Any business policies?

19  **A.** No.

10:39:20  20  **Q.** Do you have an umbrella policy?

21  **A.** No.

22  **Q.** How about any renters policies?

23  **A.** No.

24  **Q.** Life insurance?

10:39:31  25  **A.** No.

1   **Q.** Any disability insurance?

2   **A.** No.

3   **Q.** Who purchases the insurance policies?

4   **A.** At this time, I do.

10:39:44  5   **Q.** Have you held any other types of insurance

6   policies in the past?

7   **A.** I've had an aircraft insurance policy years

8   ago. I had the business policy when I ran

9   Delivery Central. I think that's it.

10:40:23  10  **Q.** And you also had the business policy that

11  we're here today for, correct?

12  **A.** Yes, yes.

13  **Q.** When did you buy your first home?

14  **A.** 1980.

10:40:50  15  **Q.** Did you purchase homeowners insurance at that

16  time?

17  **A.** Yes.

18  **Q.** Have you had homeowners insurance since that

19  time?

10:41:03  20  **A.** Yes.

21  **Q.** Have you had homeowners insurance

22  consistently since that time?

23  **A.** Yes.

24       MR. ANDERSON: Wait for her to

10:41:15  25  finish her question before you answer.

1   BY MS. WEBER:

2   **Q.** Who is your homeowners policy currently

3   through?

4   **A.** It is through Auto-Owners.

10:41:36  5   **Q.** And how long have you been with Auto-Owners

6   for your homeowners policy?

7   **A.** I would say three years.

8   **Q.** So since roughly 2018?

9   **A.** Yes.

10:41:58  10  **Q.** Who insured your home prior to that?

11  **A.** State Farm.

12  **Q.** And who's your current auto owners company?

13  **A.** Auto-Owners.

14  **Q.** Sorry. That was a bad question. Let me

10:42:26  15  rephrase that just to confirm.

16       Who is your current car insurance

17  policy through?

18  **A.** Auto-Owners.

19  **Q.** And the policy that covers your motorhome,

10:42:43  20  who's that through?

21  **A.** Auto-Owners.

22  **Q.** When did you obtain the Auto-Owners car

23  insurance policy?

24  **A.** That would have been just earlier than the

10:43:00  25  homeowners, but still 2018, I believe.

1   **Q.** And how about the motorhome policy, when did

2   you obtain that through Auto-Owners?

3   **A.** That would have been probably the same time

4   as the autos.

10:43:16  5   **Q.** Did you purchase these policies through an

6   agent?

7   **A.** Yes.

8   **Q.** Who is the agent?

9   **A.** His name is Al Duchnowski.

10:43:28  10  **Q.** Can you spell that for us?

11  **A.** D-U-C-H-N-O-W-S-K-I.

12  **Q.** Where is he located?

13  **A.** He is in Hudson, Wisconsin.

14  **Q.** Do you know the name of his business or

10:43:53  15  agency?

16  **A.** His agency is FS Insurance Group.

17  **Q.** Do they deal with specifically Auto-Owners or

18  do they sell all types of policies?

19  **A.** He's a broker so he's got access to almost

10:44:09  20  everybody.

21  **Q.** Who was your car -- your vehicles, your car

22  insurance through prior to Auto-Owners?

23  **A.** State Farm.

24  **Q.** And how about your motorhome policy?

10:44:25  25  **A.** State Farm.

EX. 1

1 Q. How do you communicate with your current
2 insurance agent?
3 A. Both by phone and personal visits.
4 Q. Do you e-mail him at all?
10:44:45 5 A. Not normally.
6 Q. Do you deal directly with him or somebody in
7 his office?
8 A. I try to deal with him, but every once in a
9 while I deal with one of his assistants.
10:45:04 10 Q. Do you ever communicate directly with
11 Auto-Owners?
12 A. No.
13 Q. You had an aircraft policy prior, who was
14 that through?
10:45:22 15 A. That company is called Wings, Incorporated.
16 Q. Did you purchase that through an agent?
17 A. I believe that was done all online.
18 Q. How did you communicate with Wings?
19 A. Through the e-mail process.
10:45:45 20 Q. Did you ever have any claims against your
21 Wings policy?
22 A. No.
23 Q. Who was your insurance policy for Delivery
24 Central through?
10:46:09 25 A. I think that was the Rural Mutual.

1 Q. Yes. We talked about that. Your agent for
2 that was Ron Singerhouse?
3 A. Yes.
4 Q. How did you communicate with Mr. Singerhouse?
10:46:37 5 A. Usually in person.
6 Q. Did you ever deal directly with the insurance
7 company or only through the agent?
8 A. Just the agent.
9 Q. Did you ever have any claims against that
10:47:02 10 policy? Oh, I'm sorry, we have already
11 discussed that. Strike that question.
12 How did you pay premiums on that
13 policy?
14 A. Always by check.
10:47:18 15 Q. How frequently did you pay those premiums?
16 A. I think -- I think it was a monthly payment.
17 Q. And your Wings aircraft policy, how did you
18 pay for that?
19 A. Those were usually semiannual payments.
10:47:56 20 Q. Did you write a check for that?
21 A. Yes.
22 Q. When did you purchase that Wings policy?
23 A. Mid-1990s.
24 Q. And how long did you have it?
10:48:17 25 A. Not very long. Maybe a year.

1 Q. How do you pay your Auto-Owners policies now?
2 A. Automatic withdrawal from a credit card. I
3 guess that's automatic payment through a
4 credit card.
10:48:45 5 Q. And do your premiums for all of your policies
6 with Auto-Owners come out at once or do they
7 come out at separate times?
8 A. Separate times.
9 Q. How frequently do you make your car insurance
10:49:05 10 payments?
11 A. Monthly.
12 Q. How about your homeowners payments?
13 A. Homeowners is monthly.
14 Q. And your motorhome policy?
10:49:19 15 A. Monthly.
16 Q. Prior to Auto-Owners, you had car insurance,
17 homeowners insurance, business insurance and
18 motorhome insurance through State Farm; is
19 that correct?
10:49:55 20 A. Yes.
21 Q. Did you have any other insurance with State
22 Farm?
23 A. They may have had an umbrella policy as well.
24 Q. On your current car insurance, what are your
10:50:25 25 policy limits?

1 A. I don't know for sure.
2 Q. Can you give me an estimate?
3 MR. ANDERSON: Objection. You're
4 asking him to speculate.
10:50:45 5 BY MS. WEBER:
6 Q. Go ahead and answer.
7 MR. ANDERSON: You can answer.
8 THE WITNESS: I think it's the
9 state requirement, which is -- is it a
10:50:57 10 million dollar liability and 500,000 injury?
11 BY MS. WEBER:
12 Q. What are the limits on your homeowners
13 insurance?
14 A. Without referring to the policy to date, I
10:51:22 15 don't know.
16 Q. Do you receive your declarations for that
17 policy regularly?
18 A. I think I've only received a declaration for
19 that policy once.
10:51:41 20 Q. When was that?
21 A. When we took the insurance out in 2018.
22 Q. How do you receive those declarations?
23 A. By mail.
24 Q. Did you save them?
10:51:52 25 A. Yes.

EX. 1

1    Q.   Do you put them in a certain location?

2    A.   They're filed.

3    Q.   Do you keep those files at your home?

4    A.   Yes.

10:52:03 5    Q.   Do you know the policy limits on your

6      Auto-Owners motorhome policy?

7    A.   No, I do not.

8    Q.   Besides the claim made with Rural Mutual for

9      the refrigerator leak, have you made any

10:52:53 10      other claims against your business insurance

11      in the past? Any business insurance.

12    A.   Business insurance, the only one that I can

13      think of is the fire.

14    Q.   Have you made any car insurance claims

10:53:16 15      against your insurance in the past?

16    A.   Yes.

17    Q.   When was the first one that you can think of?

18    A.   Probably, 2014.

19    Q.   And what was that for?

10:53:43 20    A.   Dayna hit a deer.

21    Q.   All too common around here, isn't it?

22    A.   (Nodding.)

23         MR. ANDERSON: You can answer her

24      question.

10:54:01 25         THE WITNESS: Yes.

1         MR. ANDERSON: You just nodded and

2      she gave instructions earlier about no

3      nodding.

4      BY MS. WEBER:

10:54:05 5    Q.   Who is the company that claim was made to?

6    A.   That one may have been State Farm.

7    Q.   Was that claim paid?

8    A.   Yes.

9    Q.   How did you make that claim? For example,

10:54:48 10      did you do it through the agent or directly

11      through the company?

12    A.   Through the agent.

13    Q.   Who was the agent on that?

14    A.   Chris LaMay.

10:55:02 15    Q.   And how did you communicate with Mr. LaMay?

16    A.   By telephone.

17    Q.   Did you talk to him directly or somebody in

18      his office?

19    A.   I believe it was him directly.

10:55:13 20    Q.   Any other car insurance claims that you can

21      think of?

22    A.   The only other one I can think of is I slid

23      off the road in a snowstorm and couldn't get

24      out, so I had a tow claim.

10:55:46 25    Q.   What year was that?

1    A.   That was probably 2016.

2    Q.   And who was your insurance company at that

3      time?

4    A.   State Farm.

10:56:01 5    Q.   And was that claim paid, your tow bill paid?

6    A.   Yes.

7    Q.   Did you work directly with State Farm or

8      through an agent?

9    A.   Through the agent.

10:56:15 10    Q.   And for this claim, did you communicate with

11      him via phone?

12    A.   Yes.

13    Q.   Directly with him?

14    A.   Yes.

10:56:21 15    Q.   And this was Chris LaMay.

16    A.   Chris LaMay.

17    Q.   Any other car insurance claims that you have

18      made in your lifetime that you can think of?

19    A.   Yes.

10:56:34 20    Q.   What else?

21    A.   I had a 1982 Toyota that burned.

22    Q.   What year was that?

23    A.   1982.

24    Q.   Brand new vehicle?

10:56:47 25    A.   Brand new vehicle.

1    Q.   Do you know who your insurance company was?

2    A.   Farmers Insurance.

3    Q.   And was that claim paid?

4    A.   Yes.

10:57:00 5    Q.   Did you work through an agent for that claim?

6    A.   Yes.

7    Q.   Do you remember who your agent was?

8    A.   Gary Stang.

9    Q.   And just for the record, can you spell that

10:57:13 10      for us?

11    A.   S-T-A-N-G.

12    Q.   How did you communicate with Mr. Stang?

13    A.   In person.

14    Q.   Any other car insurance claims?

10:57:42 15    A.   One, I think. Dayna got backed into.

16    Q.   When was that?

17    A.   2015.

18    Q.   Was that claim paid?

19    A.   It was.

10:58:10 20    Q.   And who was your insurance company at that

21      time?

22    A.   I believe that was State Farm.

23    Q.   Did you work through an agent for that claim?

24    A.   I think it was worked through the other car

10:58:30 25      insurance agent, but I don't know who that

EX. 1

1      was.

2   Q.   Any other car insurance claims that you've

3      made that you can think of?

4   A.   That is all that I can think of.

10:58:48   5   Q.   Any homeowners insurance claims that you've

6      made in the past?

7   A.   Yes.

8   Q.   When is the first one?

9   A.   The first one would have been about 2013.

10:59:32   10   Q.   What was that for?

11   A.   A robbery.

12   Q.   And who was that claim made to, what company?

13   A.   That was State Farm.

14   Q.   Was that claim paid?

10:59:48   15   A.   Yes.

16   Q.   At what property did this occur?

17   A.   This occurred at a lake cabin in Chetek,

18      Wisconsin.

19   Q.   Can you spell Chetek for me?

11:00:03   20   A.   C-H-E-T-E-K.

21   Q.   What kind of policy do you have -- or was

22      that policy that State Farm that insured that

23      office?

24   A.   That was a personal property extension of our

11:00:28   25      homeowners.

1   Q.   Do you know the limits of that personal

2      property extension?

3   A.   No, I do not.

4   Q.   And did you work this claim with an agent or

11:00:46   5      did you make it directly through the company?

6   A.   Through an agent.

7   Q.   And was that agent also Chris LaMay?

8   A.   Yes, it was.

9   Q.   Did you communicate with him for this claim

11:00:58   10      via phone?

11   A.   Yes.

12   Q.   And with him directly?

13   A.   Yes.

14   Q.   Any other homeowners claims?

11:01:10   15   A.   There was one prior to that one.

16   Q.   What year?

17   A.   2007.

18   Q.   And what happened?

19   A.   Wind damage.

11:01:19   20   Q.   Who was that insurance policy through?

21   A.   The policy, I don't know who it was through,

22      but the broker was Kado & Associates.

23   Q.   Spell Kado?

24   A.   K-A-D-O.

11:01:37   25   Q.   What property was that?

1   A.   That was for our residence at 1253 250th

2      Street.

3   Q.   Did you work directly with the broker or

4      agent for that claim?

11:02:00   5   A.   We worked through an adjuster for that claim.

6   Q.   Who was that adjuster?

7   A.   I cannot recall who that was.

8   Q.   Was that claim paid?

9   A.   Yes.

11:02:17   10   Q.   Any other homeowners claims?

11   A.   One more that I can think of. Most recently,

12      wind damage.

13   Q.   What year was that?

14   A.   2021.

11:02:32   15   Q.   That was through Auto-Owners?

16   A.   Yes.

17   Q.   Did you work with an agent or did you work

18      directly with the company?

19   A.   An agent.

11:02:51   20   Q.   How did you communicate with that agent?

21   A.   By telephone.

22   Q.   And directly with the agent or somebody in

23      the office?

24   A.   Directly with the agent.

11:03:04   25   Q.   And what property was that damage to?

1   A.   That is at our current residence at 2648

2      State Road 64.

3   Q.   Is that claim in process?

4   A.   No.

11:03:26   5   Q.   Was it paid?

6   A.   Yes.

7   Q.   Any other homeowners claims?

8   A.   I think that's the extent of them.

9   Q.   At this time have we discussed all insurance

11:03:54   10      claims you've made to your insurance company

11      throughout your lifetime?

12   A.   As far as I can recall.

13   Q.   Have you ever made claims against somebody

14      else's insurance?

11:04:19   15   A.   I don't think so.

16   Q.   Has anybody ever made claims against you or

17      your insurance?

18   A.   Not that I can recall.

19   Q.   At this time, have we discussed all insurance

11:05:08   20      claims that you have been a part of either

21      for or against in your lifetime?

22   A.   I believe we have.

23   Q.   Okay. Why don't we take a five-minute break?

24      (At this time a recess was taken.)

11:16:00   25      MR. ANDERSON: My client recalls

EX. 1

1    additional claims.

2    THE WITNESS: Right. There is an

3    additional claim you need to be aware of.

4    MS. WEBER: Okay.

11:16:11 5    THE WITNESS: In 2019, my storage

6    shed was broken into and I was robbed.

7    BY MS. WEBER:

8    Q.  What policy was that under?

9    A.  That was under Acuity Insurance policy.

11:16:30 10    Q.  What was that location's address?

11    A.  That was 1273 250th, Glenwood City,

12    Wisconsin.

13    Q.  And what type of Acuity Insurance policy was

14    this?

11:16:46 15    A.  It would have been a homeowners insurance,

16    but it was for a building.

17    Q.  Did you work with your agent or directly

18    through Acuity?

19    A.  With an agent.

11:17:06 20    Q.  Who was the agent?

21    A.  That was Al Duchnowski.

22    Q.  How did you communicate with Al?

23    A.  By telephone.

24    Q.  Directly with him or one of his staff?

11:17:29 25    A.  Directly with him.

1    Q.  Was that claim paid?

2    A.  Yes.

3    Q.  This policy you had with Acuity on the

4    storage shed, when did you obtain that

11:17:51 5    policy?

6    A.  2016.

7    Q.  Have you ever had any other claims against

8    that policy?

9    A.  No.

11:18:11 10    Q.  Prior to Auto-Owners, you said you had State

11    Farm insurance as your homeowners insurer,

12    when did you obtain that State Farm policy?

13    A.  I believe State Farm came onboard in the 2014

14    range.

11:18:59 15    Q.  Who insured your home prior to that?

16    A.  I think prior to State Farm, it was Rural

17    Mutual.

18    Q.  And prior to Auto-Owners on your auto policy,

19    you said you had State Farm, when did you

11:19:29 20    procure that State Farm policy?

21    A.  I believe they were all procured at about the

22    same time, 2014.

23    Q.  Does that include the business policy we're

24    here to talk about today?

11:19:40 25    A.  I think the business policy came just shortly

1    after that, 2015. --

2    Q.  We're going to talk -- besides homeowners,

3    auto insurance, and business insurance, do

4    you have any other policies with State Farm?

11:19:55 5    MR. ANDERSON: At present, Counsel?

6    MS. WEBER: Oh, I'm sorry, at any

7    time.

8    THE WITNESS: I think it was just,

9    perhaps, that umbrella policy.

11    BY MS. WEBER:

11    Q.  Umbrella, correct.

12    How did you pay your State Farm

13    premiums?

14    A.  By check.

11:20:12 15    Q.  How frequently did you pay your State Farm

16    homeowners insurance?

17    A.  I believe the homeowners was paid

18    semiannually.

19    Q.  How about your auto insurance, your State

11:20:31 20    Farm auto insurance?

21    A.  They were paid monthly.

22    Q.  Also by check?

23    A.  Yes.

24    Q.  And the State Farm business insurance, how

11:20:42 25    frequently was that paid?

1    A.  Twice a year.

2    Q.  And was that also paid by check?

3    A.  Yes.

4    Q.  Have you ever had an insurance claim denied?

11:21:04 5    A.  No.

6    Q.  What properties do you currently own?

7    A.  I'm sorry?

8    Q.  What properties do you currently own?

9    A.  What properties. I currently own my

11:21:34 10    residence at 2648 State Road 64. I currently

11    own a lake home in Luck, Wisconsin. And I

12    currently own a lake home in Chetek,

13    Wisconsin.

14    Q.  When did you purchase your residence at State

11:22:09 15    64?

16    A.  In December of 2015.

17    Q.  What was the purchase price?

18    A.  297,000.

19    Q.  What was the list price?

11:22:26 20    A.  300,000.

21    MR. ANDERSON: I'm sorry, Counsel,

22    I missed that. Are you talking about the

23    lake home right now? I apologize.

24    MS. WEBER: No. The State 64

11:22:40 25    location. The current residence.

EX. 1

BY MS. WEBER:

**Q.** Did you finance that purchase?

**A.** No.

**Q.** Have you always used that as your primary residence since the purchase?

**A.** Yes.

**Q.** Have you ever put that property up for sale?

**A.** No.

**Q.** Are there any judgments or liens against that property?

**A.** No.

**Q.** Your lake home in Luck, Wisconsin, when did you purchase that property?

**A.** Approximately, 2002.

**Q.** What was the purchase price?

**A.** 198,000.

**Q.** Do you know the list price?

**A.** 198,000.

**Q.** How do you currently use that property?

**A.** We basically use it very seldom, because it's just barely being brought back to a total remodel.

**Q.** When you purchased that property, did you take out a mortgage?

**A.** No.

**Q.** How did you pay for it?

**A.** Cash.

**Q.** You said you're currently remodeling it?

**A.** Yes.

**Q.** How are you financing the remodel?

**A.** It's not being financed.

**Q.** Just cash?

**A.** Yes.

**Q.** Have you ever put that property up for sale?

**A.** No.

**Q.** Are there any judgements or liens against that property?

**A.** No.

**Q.** Is that property currently insured.

**A.** Yes.

**Q.** Who is it insured through?

**A.** Auto-Owners.

**Q.** Under what policy?

**A.** Its own policy.

**Q.** Is it a homeowners policy?

**A.** Yes.

**Q.** What are the limits on that policy?

**A.** I do not know what the limits are.

**Q.** When did you procure that policy?

**A.** The current policy was taken out in 2019, I

believe.

**Q.** Who insured it prior to that?

**A.** It was not insured prior to that.

**Q.** Chetek, am I saying that correctly?

**A.** Yes.

**Q.** Your Chetek lake home, when did you purchase that?

**A.** Approximately, 2000.

**Q.** How much did you purchase it for?

**A.** 82,5.

**Q.** What was the list price?

**A.** 125.

**Q.** How do you use that property?

**A.** This is our go-to place when we want to get away.

**Q.** Fair to call it a cabin?

**A.** That's being generous.

**Q.** When you purchased that property, how did you pay for it?

**A.** Cash.

**Q.** Have you ever put the property up for sale?

**A.** Yes.

**Q.** When?

**A.** Qualify. No. I was approached by a person who asked if he could purchase it. And I

said yes, he could.

**Q.** And what happened to that deal?

**A.** It got spoiled by too much attorney involvement.

**Q.** I don't know that that's a thing?

MR. ANDERSON: I don't know that it's not a thing.

BY MS. WEBER:

**Q.** When did he approach you about that sale?

**A.** 2004.

**Q.** And you've not put it up for sale since then?

**A.** No.

**Q.** Is that property currently insured?

**A.** Yes.

**Q.** Who is it insured through?

**A.** That's Auto-Owners.

**Q.** And is it on its own policy?

**A.** No.

**Q.** What policy is it under?

**A.** It's an extension of our homeowners.

**Q.** Do you know the policy limits on your homeowners policy?

**A.** I do, but I don't know what they are.

**Q.** Your State Farm one, I apologize. The State Farm policy you had prior to your current

EX. 1

**1**     Auto-Owners policy on your home?

**2**   **A.**   Yes.

**3**   **Q.**   Do you know the limits on that?

**4**   **A.**   No, I do not.

11:29:18 **5**       MR. ANDERSON: And your question

**6**     was about the Highway 64 home?

**7**       MS. WEBER: Yes.

**8**   BY MS. WEBER:

**9**   **Q.**   Any other properties you currently own that

11:29:31 **10**   we have not discussed?

**11**   **A.**   No.

**12**   **Q.**   Have you sold any property in the last ten

**13**   years?

**14**   **A.**   Yes.

11:29:38 **15**   **Q.**   What properties have you sold in the last

**16**   years?

**17**   **A.**   I sold my residence at 1253 250th Street.

**18**   **Q.**   Is that it?

**19**   **A.**   No.

11:30:02 **20**   **Q.**   Continue.

**21**   **A.**   I sold my pole shed at 1273 250th Street.

**22**   **Q.**   Any others?

**23**   **A.**   And I sold the vacant shell of the Cubby Hole

**24**   at 105 River Street.

11:30:25 **25**   **Q.**   Any other property you've sold in the past

**1**   ten years?

**2**   **A.**   No.

**3**   **Q.**   1253 250th, that was a residence, correct?

**4**   **A.**   Yes.

11:30:58 **5**   **Q.**   When did you purchase that?

**6**   **A.**   We built that in 2003.

**7**   **Q.**   When did you purchase the land?

**8**   **A.**   In around 2000.

**9**   **Q.**   How much did you purchase the land for?

11:31:20 **10**   **A.**   157,000.

**11**   **Q.**   What was the list price of the land?

**12**   **A.**   That was a portion of a larger chunk, so it

**13**   was a negotiated price at that price.

**14**   **Q.**   Was that purchase financed?

11:31:51 **15**   **A.**   Yes.

**16**   **Q.**   Who was it financed through?

**17**   **A.**   The correct name is something Federal.

**18**   They're out of Hudson, but they've got a

**19**   Baldwin branch. First Federal, I believe.

11:32:27 **20**   **Q.**   That sounds right. How much was it mortgaged

**21**   for?

**22**   **A.**   The exact number is I do not know, but I'm

**23**   assuming it would have required about a

**24**   20 percent down.

11:32:58 **25**   **Q.**   Since you've sold that property, I assume

**1**   that that mortgage has been paid off?

**2**   **A.**   It was paid off long before we sold the

**3**   property.

**4**   **Q.**   When was it paid off?

11:33:12 **5**   **A.**   That I do not remember.

**6**   **Q.**   Did you ever miss a payment on that mortgage?

**7**   **A.**   I don't think so.

**8**   **Q.**   And did that mortgage ever go into

**9**   foreclosure?

11:33:25 **10**   **A.**   No.

**11**   **Q.**   You built on that in 2003, correct?

**12**   **A.**   Yes.

**13**   **Q.**   Did you finance that build?

**14**   **A.**   Yes.

11:33:43 **15**   **Q.**   Who was that financed through?

**16**   **A.**   That was through First Federal as well.

**17**   **Q.**   How much was it financed for?

**18**   **A.**   I think we took a $250,000 note out on that.

**19**   **Q.**   And, again, because you've sold the property,

11:34:10 **20**   I assume that that's been paid off?

**21**   **A.**   Yes.

**22**   **Q.**   When was that paid off?

**23**   **A.**   Close but not for sure, about, 2011.

**24**   **Q.**   Did you ever miss a payment on that note?

11:34:33 **25**   **A.**   No.

**1**   **Q.**   And that note was never foreclosed, correct?

**2**   **A.**   No.

**3**   **Q.**   When did you sell the residence?

**4**   **A.**   In December of 2014.

11:34:51 **5**   **Q.**   When you bought it in 2000, did you have

**6**   insurance on it?

**7**   **A.**   It was bare land, so no.

**8**   **Q.**   Did you ever have insurance on it?

**9**   **A.**   On the premises?

11:35:18 **10**   **Q.**   Yes.

**11**   **A.**   Yes.

**12**   **Q.**   When did you obtain your first policy for

**13**   1253 250th?

**14**   **A.**   It would have been through the construction

11:35:28 **15**   process in 2003.

**16**   **Q.**   Do you know who that policy was through?

**17**   **A.**   The very first one was I think through Kado &

**18**   Associates.

**19**   **Q.**   Do you know what type of policy that was?

11:35:45 **20**   **A.**   Homeowners.

**21**   **Q.**   And how long did you have that policy?

**22**   **A.**   I would say three years.

**23**   **Q.**   Who insured it after Kado & Associates?

**24**   **A.**   I believe it went through the progression to

11:36:21 **25**   Rural Mutual.

EX. 1

1  Q.  Same agent as your delivery company for Rural
2      Mutual?
3  A.  Yes.
4  Q.  Who did you switch to after Rural Mutual?
11:36:56  5  A.  I think we had him until it was sold.
6  Q.  When did it sell?
7  A.  In December of 2014.
8  Q.  Oh, right, I'm sorry.  Okay.  When you built
9      the structure on that property in 2003, did
11:37:35  10     you have a general contractor?
11  A.  Yes.
12  Q.  Did that contractor purchase the insurance
13      during the build or did you?
14  A.  He provided his own insurance up through a
11:37:56  15     point in the construction and then I provided
16      it after that.
17  Q.  And was this the homeowners policy or a
18      different policy?
19  A.  I think it was a construction -- I think it
11:38:07  20     was actually called a construction policy.
21  Q.  And how long do you think you had that
22      construction policy?
23  A.  Until 2004.
24  Q.  So roughly 2003 to 2004?
11:38:25  25  A.  Right.

1  Q.  Did you ever have any judgments or liens
2      besides the mortgage and note we discussed
3      against the 1253 250th property.
4  A.  No.
11:38:54  5  Q.  How much did you sell the property for in
6      December of 2014?
7  A.  662,000.
8  Q.  What did you have it listed at?
9  A.  The 662,000 was a breakout of a larger
11:39:35  10     parcel, so, again, that was a negotiated
11      price.
12  Q.  Did you retain any of that parcel?
13  A.  Yes.
14  Q.  Do you currently own any of that parcel?
11:39:52  15  A.  No.
16  Q.  Did you list that property for sale?
17  A.  Yes.
18  Q.  And around December of 2014?
19  A.  Yes.
11:40:12  20  Q.  Do you know how long it was on the market?
21  A.  30 days.
22  Q.  Who was your listing agent?
23  A.  Tammy DeGraw.
24  Q.  Had you ever listed the property prior to
11:40:33  25     roughly November, December 2014?

1  A.  No.
2  Q.  The parcel that you retained from the
3      December 2014 sale of the 1253 250th Street
4      property, how long did you retain that
11:41:01  5     parcel?
6  A.  Seven years.
7  Q.  So you sold it roughly 2020?  No, 2021?
8  A.  Yes.
9  Q.  Math, it's not my strong suit.  Did you
11:41:27  10     change that property at all between 2014 and
11      2021?
12  A.  Please explain.
13  Q.  Did you build anything on it or make any
14      improvements to the land at all?
11:41:42  15  A.  No.
16  Q.  Did you keep any insurance on that property
17      after the sale of the parcel with the
18      residence in 2014?
19  A.  Yes.
11:41:56  20  Q.  What insurance did you have on that?
21  A.  Up until we sold, it was Auto-Owners.
22  Q.  Did you have that Auto-Owners policy on it in
23      2014?
24  A.  No.
11:42:12  25  Q.  When did you get that Auto-Owners policy?

1  A.  Auto-Owners would have been put on that in
2      about 2019.
3  Q.  Did you have that property insured prior to
4      having the Auto-Owners policy on it in 2019?
11:42:38  5  A.  Yes.
6  Q.  Who was that insurance policy through?
7  A.  Acuity.
8  Q.  And when did you start insuring that property
9      with Acuity?
11:42:49  10  A.  I believe in 2018.
11  Q.  Did you insure that property prior to 2018?
12  A.  Yes.
13  Q.  Who did you insure it through?
14  A.  I believe that was State Farm.
11:43:13  15  Q.  And when did you obtain a State Farm policy
16      for that property?
17  A.  To be exact, I'm not sure, but I think I had
18      it for three years.
19  Q.  Did you have this insurance policy on this
11:43:36  20     property prior to State Farm after you sold
21      the residence?
22  A.  Yes.
23  Q.  Who was that through?
24  A.  That would have been the -- I'm pretty sure
11:43:54  25     that would have been the State Farm period.

EX. 1

1  Q.  So State Farm was the first insurance policy
2      you had on that property after the sale of
3      the residence?
4  A.  I believe so.
11:44:05  5  Q.  What type of State Farm policy was that?
6  A.  I guess it's not a homeowners, so it would be
7      specifically for that building.
8  Q.  For the building on the parcel, the 1253
9      250th parcel?
11:44:20  10  A.  The 273 250th parcel.
11  Q.  Oh, no, we're still on 1253 250th.  Or is the
12      parcel -- let me clarify.  Try this again.
13          The parcel that you retained after
14      you sold the residence at 1253 250, is the
11:44:39  15      that 1273 250th location?
16  A.  Yes.
17  Q.  Okay.  That makes things a lot clearer.
18  A.  Okay.
19  Q.  So when you split the properties, the 1273
11:45:07  20      and the 1253, was the building on the
21      property at that time?
22  A.  Yes.
23  Q.  And that is the pole shed we discussed
24      earlier?
11:45:28  25  A.  Yes.

1  Q.  When did you list that for sale?
2  A.  It wasn't listed when it sold.
3  Q.  Did somebody approach you about it?
4  A.  Yes.
11:45:52  5  Q.  How much did you sell it for?
6  A.  325,000.
7  Q.  Had you had it listed prior to that?
8  A.  When it was for sale with the house was the
9      only time.
11:46:15  10  Q.  Okay.  Let's move on to 105 River Street.
11          When did you purchase that
12      property?
13  A.  That would have been around 2000.
14  Q.  How much did you purchase it for?
11:47:24  15  A.  75,000.
16  Q.  What was the list price?
17  A.  75,000.
18  Q.  Did you mortgage the property at that time?
19  A.  Yes.
11:47:39  20  Q.  Who was the mortgage through?
21  A.  It was a land contract through Walter Nelson.
22  Q.  When was that paid off?
23  A.  We probably paid that off within less than a
24      year.
11:47:59  25  Q.  Did you ever miss a payment on that mortgage?

1  A.  No.
2  Q.  Did that mortgage ever go into foreclosure?
3  A.  No.
4  Q.  When did you sell that property?
11:48:23  5  A.  August 16, 2021.
6  Q.  How much did you sell it for?
7  A.  125,000.
8  Q.  Have you ever listed that property for sale?
9  A.  Yes.
11:48:49  10  Q.  When was the first time you listed that
11      property for sale?
12  A.  I believe the first time it was listed would
13      have been 2015.
14  Q.  Who was the listing agent on that?
11:49:07  15  A.  Tammy DeGraw.
16  Q.  What was the list price?
17  A.  I believe it was 489,000.
18  Q.  Did you get any offers on it?
19  A.  No.
11:49:23  20  Q.  How long did you have it listed?
21  A.  She would have run her one-year contract.
22  Q.  Did you list it for sale any time after that?
23  A.  Yes.
24  Q.  When?
11:49:40  25  A.  There was a lag in there, so it probably

1      would have been about 2016.
2  Q.  Who did you list it with?
3  A.  Home & Country Realty.
4  Q.  Did you have any specific realtors associated
11:50:03  5      with it?
6  A.  Yes.
7  Q.  Who was that?
8  A.  Larry Albrightson.
9  Q.  Would you spell that for the court reporter?
11:50:17  10  A.  A-L-B-R-I-G-H-T-S-O-N.
11  Q.  What was the list price on it at that time?
12  A.  I believe it was the same price of 489.
13  Q.  Did you have any offers on it?
14  A.  No.
11:50:34  15  Q.  How long was it up for sale that time?
16  A.  He would have run his one year listing
17      contract as well.
18  Q.  At any time in 2015, when it was listed with
19      Tammy DeGraw, did you reduce the asking
11:50:50  20      price?
21  A.  No.
22  Q.  At any time in 2016, when it was listed with
23      Home & Country, did you reduce the listing
24      price?
11:50:57  25  A.  No.

EX. 1

| | | |
|---|---|---|
| 1 | Q. | Have you listed it for sale any other time? |
| 2 | A. | No. |
| 3 | Q. | Did you list it for sale before it was sold |
| 4 | | in 2021? |
| 11:51:08 5 | A. | No. |
| 6 | Q. | Did somebody approach you about that sale? |
| 7 | A. | Yes. |
| 8 | Q. | Who did you sell it to? |
| 9 | A. | I believe his name is Nolan Sell. |
| 11:51:43 10 | Q. | Can you spell Sell for us? |
| 11 | A. | I believe it's S-E-L-L. |
| 12 | Q. | What was that property like when you bought |
| 13 | | it? |
| 14 | A. | Very dilapidated. |
| 11:52:18 15 | Q. | Were there any structures on it? |
| 16 | A. | Yes. |
| 17 | Q. | How many structures? |
| 18 | A. | One. |
| 19 | Q. | What was that structure? |
| 11:52:28 20 | A. | It was the remnants of an old lumberyard. |
| 21 | Q. | Can you describe the building for us? |
| 22 | A. | The footprint was probably 54 by 90.  It had |
| 23 | | a 20 by 20 attachment to it in the front.  I |
| 24 | | believe it had 14-foot sidewalls.  Half of |
| 11:53:00 25 | | the interior of the building in the lumber |

| | | |
|---|---|---|
| 1 | | portion was office up front with |
| 2 | | merchandising sales in the back, and the west |
| 3 | | half was all storage for lumber.  It had a |
| 4 | | drive-through for trucks from front to back. |
| 11:53:27 5 | Q. | Why did you purchase this property? |
| 6 | A. | We purchased that property specifically to |
| 7 | | give my wife a new location for her beauty |
| 8 | | salon. |
| 9 | Q. | You previously described the property in |
| 11:54:03 10 | | dilapidated condition when you purchased it. |
| 11 | | Did you make any modifications to the |
| 12 | | building so your wife could have her salon? |
| 13 | A. | Yes. |
| 14 | Q. | What modifications did you make? |
| 11:54:18 15 | A. | The first thing it got was a brand new roof. |
| 16 | | The second thing it got was the exterior |
| 17 | | sheet metal that was there that looked |
| 18 | | terrible was torn off, and the siding that |
| 19 | | was underneath it was nice Cedar, so that was |
| 11:54:38 20 | | stripped and repainted. |
| 21 | | Her front area where she was going |
| 22 | | to run her shop out of got new windows and |
| 23 | | doors.  Her shop area got new flooring as |
| 24 | | well as new plumbing for a bathroom and |
| 11:55:01 25 | | dispensary, which the salon people need.  New |

| | | |
|---|---|---|
| 1 | | paint, new ceiling, new lighting. |
| 2 | Q. | And what portion of the lumberyard building |
| 3 | | did the salon encompass? |
| 4 | A. | It was a portion -- it was all of the 20 by |
| 11:55:25 5 | | 20 addition with just a little bit of |
| 6 | | overflow into the main 50 by 90 footprint. |
| 7 | Q. | Had that previously been the office or the |
| 8 | | sales center or what the lumber area? |
| 9 | A. | It was probably considered an office or a |
| 11:55:50 10 | | sales counter area is more descript. |
| 11 | Q. | When did you make those changes? |
| 12 | A. | As soon as we purchased the building in 2000. |
| 13 | Q. | Did the rest of the building remain the same? |
| 14 | A. | Yes. |
| 11:56:15 15 | Q. | Did you finance those changes? |
| 16 | A. | Yes. |
| 17 | Q. | Who did you finance through? |
| 18 | A. | Wisconsin Credit Union. |
| 19 | Q. | What was the finance amount? |
| 11:56:26 20 | A. | I believe it was 125,000 for the remodel. |
| 21 | Q. | And has that been paid off? |
| 22 | A. | Yes. |
| 23 | Q. | When was that paid off? |
| 24 | A. | That would have been paid off in probably |
| 11:56:49 25 | | 2005. |

| | | |
|---|---|---|
| 1 | Q. | Did you ever miss any payments on that? |
| 2 | A. | No. |
| 3 | Q. | And that never went into foreclosure? |
| 4 | A. | No. |
| 11:56:59 5 | Q. | Did you ever make any other improvements to |
| 6 | | the property? |
| 7 | A. | Yes. |
| 8 | Q. | What other improvements did you make? |
| 9 | A. | The entire rest of the building was |
| 11:57:42 10 | | remodeled. |
| 11 | Q. | When was that done? |
| 12 | A. | I believe the project started in 2006. |
| 13 | Q. | Was that financed? |
| 14 | A. | Yes. |
| 11:57:59 15 | Q. | Who was that financed through? |
| 16 | A. | That was financed through Wisconsin Credit |
| 17 | | Union. |
| 18 | Q. | How much was it financed for? |
| 19 | A. | Our original note was 250,000. |
| 11:58:12 20 | Q. | Did you take out any additional? |
| 21 | A. | No. |
| 22 | Q. | Has that been paid off? |
| 23 | A. | Yes. |
| 24 | Q. | When was that paid off? |
| 11:58:23 25 | A. | That was paid off in approximately 2015. |

EX. 1

1 Q. What changes were made?

2 A. Everything. The lumberyard portion for

3 storage was completely torn out. There were

4 new beams put in for roof support. The

11:59:02 5 drive-through area was completely concreted

6 with in-floor heat. The east side, which was

7 the normal product storage for paints and

8 things got a new floor, got a new ceiling.

9 The entire structure was spray-foamed

11:59:27 10 insulated. It got a suspended ceiling, new

11 lighting, new plumbing, new electrical, new

12 windows, new doors, an ADA ramp, custom

13 cabinets, new bathrooms, in-floor heat.

14 Everything.

11:59:50 15 Q. When were these modifications completed?

16 A. We were open for business in May of 2007, so

17 just prior to.

18 Q. During this remodel of the building, was

19 anything done in the beauty salon?

12:00:07 20 A. No.

21 Q. So in May of 2007, the entire original

22 structure at 105 River Street had been

23 remodeled?

24 A. Looked like a new brand new building.

12:00:26 25 Q. Can you give us an idea of what that building

1 encompassed after the remodels in 2007?

2 A. In 2007, it encompassed the beauty salon,

3 which was originally there. It encompassed

4 about 1100 square feet of a dance studio,

12:00:46 5 which sparked the total rebuild. And it

6 encompassed the most biggest portion of the

7 building which was going to be the bar area.

8 Q. You said the dance studio sparked the

9 improvement in 2006, 2007, how did that come

12:01:17 10 about?

11 A. A local gal who had run a dance studio for

12 many years was losing her leased space, so

13 she approached me and asked if I would

14 consider building her a dance studio that she

12:01:35 15 could lease. And I said definitely.

16 So in order to do that, because of

17 the change in purpose, we had to make

18 application to the state for state-approved

19 plans. And instead of going through that

12:01:55 20 process multiple times, Dayna and I discussed

21 what we should do with the rest of the

22 building. That's when we -- because I had

23 run a bar and restaurant before, I said lets

24 do the entire building, dance studio, plus

12:02:10 25 bar and restaurant space and then we're done

1 with the application once and for all.

2 Q. Absolutely. Did this woman who approached

3 you about the dance studio, did she lease the

4 space after it was completed?

12:02:28 5 A. Yes, she did.

6 Q. What was her name.

7 A. Her name was Jacquile Wakeen.

8 Q. Could you spell both of those names for us?

9 A. I believe it's Jacquile, J-A-C-Q-U-I-L-E, and

12:02:49 10 Wakeen is W-A-K-E-E-N.

11 Q. Thank you. How long did Jacqueline lease the

12 space?

13 A. She leased it from 2007 until I think 2015.

14 Q. Did anybody lease the space after her?

12:03:14 15 A. Yes.

16 Q. Who leased the space after Jacqueline?

17 A. It was one of her students, which her name is

18 Britta Katlik.

19 Q. Could you spell both of those names for us?

12:03:26 20 A. Britta is B-R-I-T-T-A. And Katlik is

21 K-A-T-L-I-K.

22 Q. How long did Britta lease the space?

23 A. I believe Britta was in there until 2017.

24 Q. Why did Jacqueline cease to lease the dance

12:03:49 25 studio.

1 A. She got married and pregnant and moved away.

2 Q. Why did Britta cease to lease the dance

3 studio?

4 A. She got married and moved away.

12:04:04 5 Q. Did either Jacqueline or Britta have any

6 issues making their lease payments?

7 A. None.

8 Q. Have you ever had any appraisals on the 105

9 River Street location?

12:04:46 10 A. Yes.

11 Q. How many have you had done?

12 A. I believe two.

13 Q. When was the first one?

14 A. The first one would have been prior to our

12:04:58 15 first remodel for Dayna's shop, which would

16 have been in that 2000 range.

17 Q. Do you have a copy of that appraisal?

18 A. Yes.

19 Q. Can we please get a copy of that appraisal?

12:05:14 20 MR. ANDERSON: Sure. We can talk

21 about where it is.

22 THE WITNESS: It's been supplied so

23 many places, but this is a different firm.

24 We can get you a copy.

12:05:26 25 MR. ANDERSON: We'll work on it.

EX. 1

1  BY MS. WEBER:
2  Q.  When was the second time it was appraised?
3  A.  I believe that was in our second portion of
4     the remodel in that 2006 range.
12:05:40  5  Q.  On both of these appraisals, did the banks
6     require them to be appraised?
7  A.  Yes.
8  Q.  Who conducted the appraisals?
9  A.  The first one I know was Brian Ducklow.
12:05:57  10  Q.  Do you know the other one?
11  A.  I'm thinking it might have been him, but I
12     can't guarantee that.
13  Q.  go ahead and take a look at that document for
14     me.  Do you recognize this document?
12:07:17  15  A.  Yes.
16  Q.  What is it?
17  A.  This is an appraisal of the building.
18        MS. WEBER:  And go ahead and mark
19     this as Exhibit 2.
20        (Deposition Exhibit 2 was marked
21     for identification.)
22  BY MS. WEBER:
23  Q.  When was this appraisal conducted?
24  A.  It says here May 5th of 2006.
12:07:36  25  Q.  So this would have been the appraisal for the

1     remodel for the dance studio, restaurant and
2     bar?
3  A.  Yes.
4  Q.  Can you flip to, its numbered page 3?  I
12:08:19  5     think it's actually the fourth page for me.
6  A.  Yes.
7  Q.  At the top of the first page, the first
8     paragraph there are four bullet points.  The
9     fourth bullet points says "receipt and
12:08:40  10     analysis of information on the property from
11     the owner."  Do you see where I'm reading
12     there?
13  A.  Yes.
14  Q.  Did I read that correctly?
12:08:47  15  A.  Yes.
16  Q.  Do you know what information this is
17     referring to, the information from the
18     property owner?
19  A.  No, I do not.
12:09:06  20  Q.  Can you flip back to the page numbered 1?  I
21     think it's two pages prior.
22  A.  Yes.
23  Q.  I realize this isn't a great copy, but if you
24     can read what is in the first two boxes there
12:09:31  25     in the center of the page.  Would you read

1     that for us?
2  A.  I believe the first box that's shadowed is as
3     is as of May 5, 2006, 150,000.  And the
4     second shadow is subject to planned
12:09:50  5     remodeling and stabilized occupant,
6     occupancy, $380,000.
7  Q.  Is it your understanding that in 2006, via
8     this appraisal, the property appraised for
9     $150,000 as is and $380,000 subject to the
12:10:17  10     planned remodeling and stabilized occupancy?
11  A.  That would be my understanding.
12  Q.  Can you flip to the page numbered, at the
13     bottom, 11, for me?
14  A.  Yes.
12:10:55  15  Q.  The fourth box up from the bottom says
16     Interior Finish.  And then there's a
17     description in the second column.  Can you
18     please read that description, to yourself is
19     fine?
12:11:10  20  A.  To myself?
21  Q.  Yes.  Go ahead.  Let me know when you're
22     finished.
23  A.  I'm finished.
24  Q.  Do you agree that the description there is
12:11:38  25     referring to the planned remodels we've

1     discussed in 2006?
2  A.  I do.
3  Q.  And that remodel came to fruition, correct?
4  A.  Yes.
12:11:52  5  Q.  That is all I have for this exhibit.  And I
6     think we are at a good place to take a break.
7  A.  I think that's good.
8        (At this time a recess was taken.)
9  BY MS. WEBER:
13:18:45  10  Q.  Mr. Grant, we came back after a short lunch
11     break here.  I want to ask you about the
12     State Farm policy you had on 105 River
13     Street.  When did you purchase this policy?
14  A.  That policy was purchased I believe in
13:19:08  15     January of 2015.
16  Q.  Did you purchase it through an agent?
17  A.  Yes.
18  Q.  What agent was that?
19  A.  The agent would have been Jennifer Rivard.
13:19:21  20  Q.  Can you spell her name, please?
21  A.  J-E-N-N-I-F-E-R.  Rivard is R-I-V-A-R-D.
22  Q.  And how long was Jennifer Rivard your agent
23     for that policy?
24  A.  She left the State Farm network not too long
13:19:47  25     after that.  Maybe it would probably be

EX. 1

**1**      pushing a year, a year, I would say.

**2**   Q.   And then who became your agent?

**3**   A.   Well, it would have been the broker she

**4**      worked out of, Chris LaMay.

13:20:05 **5**   Q.   Do you know what type of policy you purchased

**6**      from State Farm?

**7**   A.   I believe it was a business policy.

**8**   Q.   Do you know if it was a specific type of

**9**      business policy?

13:20:29 **10**   A.   No, I do not.

**11**          MR. ANDERSON: Do you have the

**12**      policy?

**13**          (Deposition Exhibit 3 was marked

**14**      for identification.)

13:21:06 **15**   BY MS. WEBER:

**16**   Q.   Mr. Grant, I'm showing you what we have

**17**      marked as Exhibit 3. Do you recognize this

**18**      document?

**19**   A.   Yes, I do.

13:21:20 **20**   Q.   What is it?

**21**   A.   It is a State Farm Fire and Casualty Company

**22**      renter's rate quote.

**23**   Q.   Is that your name under Prepared For?

**24**   A.   Yes, it is.

13:21:32 **25**   Q.   You mentioned this is a renters rate quote,

**1**      correct?

**2**   A.   That's what it says on the sheet.

**3**   Q.   Is there a reason why you would be getting a

**4**      renters rate quote?

13:21:48 **5**   A.   I believe the agent mentioned it was the same

**6**      quote but under the renters rate it carried a

**7**      different premium.

**8**   Q.   And this quote was for the 105 River Street

**9**      location, correct?

13:22:05 **10**   A.   That's correct.

**11**   Q.   Did you end up purchasing this policy?

**12**   A.   That I cannot not say with certainty.

**13**          MR. ANDERSON: Is this marked as

**14**      Exhibit 3?

13:22:33 **15**          MS. WEBER: Yes.

**16**          (Deposition Exhibit Number 4 was

**17**      marked for identification.)

**18**   BY MS. WEBER:

**19**   Q.   Mr. Grant, I have just handed you a document

13:22:48 **20**      that we've marked as Exhibit 4. Do you

**21**      recognize this document?

**22**   A.   Not in its current form.

**23**   Q.   Have you seen a similar document with the

**24**      same information?

13:23:39 **25**   A.   I'm going to have to say no.

**1**   Q.   Is your name under Customers on this

**2**      document?

**3**   A.   It is.

**4**   Q.   And what is the property location under

13:23:53 **5**      Location Description?

**6**   A.   1253 250th Street, Glenwood City, Wisconsin.

**7**   Q.   Actually the line just above that. It says

**8**      Location Description, colon.

**9**          MR. ANDERSON: The line above gives

13:24:10 **10**      the names.

**11**   BY MS. WEBER:

**12**   Q.   Oh, down to location details, sorry.

**13**   A.   Oh, location details.

**14**   Q.   Yes.

13:24:18 **15**   A.   Location description, 105 River Street,

**16**      Woodville, Wisconsin.

**17**   Q.   And what is this titled at the top?

**18**   A.   Business Insurance Application.

**19**   Q.   And what is the number at the top on the

13:24:33 **20**      right side?

**21**   A.   99-BY-R▮▮▮▮▮

**22**   Q.   And is this your State Farm insurance policy

**23**      number?

**24**      Can I review the other --

13:24:50 **25**          MR. ANDERSON: No. She's asking

**1**      you from your memory.

**2**          THE WITNESS: From memory, I do not

**3**      know. I cannot recall.

**4**   BY MS. WEBER:

13:24:57 **5**   Q.   Take your time, look through this document

**6**      and let me know when you're finished.

**7**   A.   (Reviewing document.) I believe I'm

**8**      finished.

**9**   Q.   Is the information in this application

13:26:19 **10**      correct?

**11**   A.   I believe it is.

**12**          MR. ANDERSON: I will object to

**13**      that. He has already said he's not familiar

**14**      with this policy, so he can't speak as to

13:26:26 **15**      whether it's correct or not.

**16**   BY MS. WEBER:

**17**   Q.   Is your information and information provided

**18**      by you, such as the property description,

**19**      your name, eligibility information --

13:26:40 **20**          MR. ANDERSON: Objection as to

**21**      form. You're asking him to guess at

**22**      additional things based on your statements of

**23**      such as. If you ask him specifically a name,

**24**      he can answer that.

**25**   BY MS. WEBER:

EX. 1

1 Q. Is your name in this document, correct?

2 A. Yes, it is.

3 Q. Is your mailing address in this document,

4 correct?

13:26:58 5 A. Yes, it is.

6 Q. There are two Social Security numbers listed?

7 A. Yes.

8

9 MR. ANDERSON: Objection. They're

13:27:08 10 not listed as the entire Social Security

11 number.

12 BY MS. WEBER:

13 Q. They're the last four digits of two Social

14 Security numbers listed, is one of those

13:27:17 15 yours?

16 A. Yes, it is.

17 Q. Is it correct?

18 A. It is.

19 Q. Is the home phone number listed correct?

13:27:27 20 A. At that time particular time, no.

21 Q. It's not correct for the time?

22 A. That's correct.

23 Q. Is the business phone number correct?

24 A. Yes.

13:27:35 25 Q. Under location details, you were the owner

1 occupant of the property under described as

2 Location Description in this document,

3 correct?

4 A. Yes.

13:27:54 5 Q. And there was a type of business at this

6 location, a beauty cosmetology hair salon; is

7 that correct?

8 A. Yes.

9 Q. Under Location Details, are the details

13:28:08 10 listed in that portion of this document

11 correct for 105 River Street, Woodville,

12 Wisconsin?

13 A. Yes.

14 Q. Under Adjustments, is that information

13:28:21 15 correct for 105 River Street, Woodville,

16 Wisconsin?

17 A. Yes.

18 Q. And under enclosed building, is that

19 information correct for 105 River Street,

20 Woodville, Wisconsin?

21 A. Yes.

22 Q. And I do want to make one clarifying

23 question. The questions I ask you as relates

24 to this document and their correctness are at

13:28:58 25 the time, so, January 1, 2015, if they were

1 correct at the time.

2 MR. ANDERSON: Is there a question

3 on that?

4 MS. WEBER: Not yet. That was just

13:29:11 5 clarification.

6 BY MS. WEBER:

7 Q. Next page, page 2. The top portion of that

8 box is a continuation from the prior page.

9 Is that information correct?

13:29:53 10 A. The employees, which there was none. The

11 personal vehicle use in the course of

12 business would be yes for the only employee.

13 Dayna, the owner.

14 Q. But besides you and Dayna, there were no

13:30:11 15 other employees --

16 A. That's correct. So the information up to

17 that point is correct.

18 Q. I'm finished with this document.

19 Who insured 105 River Street prior

13:30:29 20 to State Farm?

21 A. That I do not know for sure. I thought it

22 was -- I thought it was Rural Mutual.

23 Q. Do you have reason to believe it wasn't Rural

24 Mutual?

13:30:58 25 A. I see on the form it said Mount Morris, but I

1 don't know if that was a company he

2 represented or not.

3 Q. Do you know when the policy through Rural

4 Mutual or Mount Morris would have been

13:31:16 5 purchased for the 105 River Street.

6 A. No, I do not.

7 Q. Do you know what type of policy that would

8 have been?

9 A. No, I do not.

13:31:29 10 Q. Do you know what the policy limits on that

11 policy would have been?

12 A. No, I do not.

13 Q. Do you know if you ever made a claim under

14 that policy?

13:31:43 15 A. To my recollection, there's no claims made on

16 that policy.

17 Q. Why did you switch to State Farm?

18 A. Insurance companies seem to follow the same

19 practice, they get you in there customer base

13:32:08 20 and then they continually eke up the

21 premiums, so we used to go comparative

22 shopping on occasion.

23 Q. And that led you to State Farm?

24 A. That led us to State Farm.

13:32:23 25 Q. How often did you pay premiums under the

EX. 1

**1** State Farm policy for 105 River Street?
**2** **A.** I believe that was an semiannual premium.
**3** **Q.** And how did you make those payments?
**4** **A.** Those payments, I believe, at that point in
**5** time, were made by my wife Dayna.
**6** **Q.** Did she make them by check, if you would
**7** know?
**8** **A.** She would have made them by check.
**9** **Q.** Did you receive premium due notices for this
**10** policy?
**11** **A.** Again, up until that point in time, she was
**12** taking care of most of the insurances, so I
**13** don't know for sure.
**14** **Q.** Okay. Do you know what your policy period --
**15** the timeframe for a policy period would be?
**16** Would it be six months when you made your
**17** payment? Was it a yearlong policy?
**18** **A.** They were usually all carried out for
**19** one-year terms.
**20** (Deposition Exhibit Number 5 was
**21** marked for identification.)
**22** MR. ANDERSON: Does this match up
**23** with the Bates stamp numbers provided?
**24** MS. WEBER: It is the same
**25** document. I don't have the certified page

**1** for it.
**2** BY MS. WEBER:
**3** **Q.** Do you recognize this document?
**4** **A.** Yes, I do.
**5** **Q.** What is it?
**6** **A.** This is a State Farm Business Owners Coverage
**7** Form.
**8** **Q.** Is this the State Farm policy you had for 105
**9** River Street?
**10** MR. ANDERSON: Objection, form.
**11** Timeframe.
**12** BY MS. WEBER:
**13** **Q.** Is this the State Farm policy that -- for 105
**14** River Street during 2018?
**15** MR. ANDERSON: Did you hear the
**16** question?
**17** THE WITNESS: I did. Right now I'm
**18** just looking at verbiage. There's nothing to
**19** tell me if it is or isn't. Sorry, I get a
**20** cramp in my hand. In its present form, I
**21** can't tell if this is the policy or not.
**22** MS. WEBER: This may help.
**23** MR. ANDERSON: There's no
**24** Declaration page, how is he to know.
**25** (Deposition Exhibit 6 was marked

**1** for identification.)
**2** BY MS. WEBER:
**3** **Q.** Mr. Grant, I've handed you a document that
**4** we're marking Exhibit 6. Do you recognize
**5** this document?
**6** **A.** This looks more recognizable.
**7** **Q.** What is it?
**8** **A.** It is State Farm Fire and Casualty
**9** Declarations page.
**10** **Q.** And is this the Declarations page for your
**11** policy of the 105 River Street?
**12** **A.** Yes, it is.
**13** **Q.** Do you agree that Exhibit 5 and Exhibit 6
**14** constitute the entire agreement between you
**15** and State Farm?
**16** **A.** I could not say that with certainty.
**17** **Q.** Okay. Did you receive a copy of the policy
**18** when you bought it in 2015?
**19** **A.** Yes, I did.
**20** **Q.** Did you read a copy of the policy when you
**21** bought it in 2015?
**22** **A.** No, I did not.
**23** MR. ANDERSON: I'm going to object
**24** as to form. I believe that the policy '15-16
**25** is one policy, '16-17 is another policy so on

**1** and so forth, so I'll object as to form.
**2** Which policy are you referring to?
**3** BY MS. WEBER:
**4** **Q.** I asked when he purchased it in 2015, it's
**5** the 2015 policy. Did you read that?
**6** **A.** No, I did not.
**7** **Q.** Did you receive a copy of declarations and
**8** Endorsements for your 2016 policy?
**9** **A.** Yes, I did.
**10** **Q.** Did you read those?
**11** **A.** No, I did not.
**12** **Q.** Did you receive a copy of your Declarations
**13** and Endorsements for your 2017 policy?
**14** **A.** I cannot answer that with certainty.
**15** **Q.** Did you receive a copy of your Declaration
**16** and Endorsements for your 2018 policy?
**17** **A.** I do not know.
**18** **Q.** Did you receive a copy of your Declarations
**19** and Endorsements for your 2019 policy?
**20** MR. ANDERSON: Objection. Assuming
**21** facts not in evidence.
**22** BY MS. WEBER:
**23** **Q.** Go ahead and answer.
**24** **A.** Would the 2019 policy be starting January 1st
**25** '19, or would that be ending December 31st,

EX. 1

1   '18?

2   **Q.** The policy date would have been January 15,

3   2019 to January 15, 2020?

4   **A.** Then I can say no.

13:39:42 5   **Q.** Did you read your policy at any time ever,

6   your State Farm policy?

7       MR. ANDERSON: Objection, form.

8   Which policy?

9   BY MS. WEBER:

13:39:56 10  **Q.** Any State Farm policy have you read at any

11  time?

12  **A.** If this copy is a portion of what you're

13  referring to as policy, no. (Indicating.)

14  **Q.** Let the record that show Mr. Grant

13:40:12 15  was holding up Exhibit 5.

16      When you received a copy of your

17  Declarations and Endorsements for any State

18  Farm policy would you save those?

19  **A.** Yes.

13:40:34 20  **Q.** Where would you save them?

21  **A.** Basically I've got a file folder that I keep

22  all of my major documents in.

23  **Q.** And do you keep that at home?

24  **A.** Yes.

13:40:53 25  **Q.** And that's where you would have saved your

1   Declarations and Endorsements for your 2016

2   policy, so that's the policy starting

3   January 15, 2016, and running to January 15,

4   2017?

13:41:09 5   **A.** Yes.

6   **Q.** And would you save your 2017 policy

7   Declarations and Endorsements in the same

8   location, and that would be the policy

9   running from January 15, 2017 to January 15,

10  2018?

11  **A.** If I would have received the new Declaration,

12  I would have gotten rid of the previous one.

13  **Q.** But during 2017, is that where you would save

14  your 2017 Declarations?

13:41:35 15  **A.** That is where I received it if I

16  received it.

17      MR. ANDERSON: I'll object as to

18  form. When you say 2017, there's two

19  possible policies if, in fact, that policy

13:41:42 20  begins January 15th.

21  BY MS. WEBER:

22  **Q.** Your 2018 policy which began January 15,

23  2018, and ran -- I'm sorry. I think I may

24  have misstated that.

13:42:01 25      January 15, 2018, through

1   January 15, 2019, which I will refer to as

2   the 2018 policy. When you received -- if you

3   received those Declarations, what would you

4   have done with them?

13:42:16 5   **A.** I would have put them in my file folder.

6   **Q.** Would you have read those when you received

7   them?

8   **A.** Declarations, I would have read.

9       (Deposition Exhibit Number 7 was

13:42:51 10  marked for identification.)

11  BY MS. WEBER:

12  **Q.** Mr. Grant, I just handed you a document that

13  we are marking as Exhibit 7. Do you

14  recognize this document?

13:43:26 15  **A.** I do not recognize it, but it's been in my

16  possession at one time because that's my

17  handwriting.

18  **Q.** I will represent to you that document was

19  produced by you to State Farm through

13:44:02 20  litigation.

21      Can you please note for me the page

22  numbers as noted at the bottom of the pages

23  contained in this document?

24  **A.** Both front and back?

13:44:12 25  **Q.** Yeah. All the page numbers that you see.

1       MR. ANDERSON: I'm just going to

2   object as relevance. It says the page

3   numbers on it.

4       THE WITNESS: 1 of 7, 3 of 7, 5 of

13:44:23 5   7, and no page.

6   BY MS. WEBER:

7   **Q.** That last one is kind of --

8   **A.** Oh, 6 of 7. I got it.

9   **Q.** As you just read, there's no page 2 of 7 or

13:44:40 10  page 7 of 7 for this document. Do you know

11  why page 2 or page 7 was not produced to us?

12  **A.** No, I do not.

13  **Q.** Can you read the middle of the bottom of the

14  first page, page 1 of 7? The very bottom

13:44:55 15  line in the middle?

16  **A.** Oh, continued on reverse side.

17  **Q.** Yes. So do you agree with me that it's

18  likely that page 2 is on the backside of page

19  1 of 7?

13:45:08 20  **A.** I would with agree that.

21      MR. ANDERSON: I'm just going to

22  object to this line. This is a document that

23  is in State Farms' possession. You guys know

24  what page 2 and page 7 say.

25  BY MS. WEBER:

EX. 1

1 Q. Is there a reason this document wasn't
2 provided to us in discovery, page 2 of 7?
3 A. There's no reason it wasn't provided.
4 Q. Is there any reason that it wasn't provided
13:45:31 5 upon request of counsel on August 18, 2021?
6 A. Other than just a copying mistake or
7 inattention, perhaps.
8 Q. Is there any reason it wasn't provided upon
9 request of counsel on September 15, 2021?
13:45:48 10 MR. ANDERSON: Object as to facts
11 not in evidence. I don't know that he would
12 know what's in counsel's mind and as to why
13 may counsel may not have produced it.
14 BY MS. WEBER:
13:45:58 15 Q. Ahead and answer.
16 A. Repeat the question, please.
17 MS. WEBER: Could you read that
18 question back for us?
19 (Reporter read back.)
13:46:04 20 Q. 15th.
21 A. Of 2021. I was never asked myself to provide
22 anything to counsel that I can -- that's just
23 a month ago, correct?
24 Q. Correct.
13:46:41 25 A. All of my requests were made much earlier in

1 the year than that.
2 Q. Yes. Counsel followed up and asked for these
3 pages since they appear to be missing. So
4 I'm just wondering if you know why they
13:47:01 5 weren't provided on that request?
6 A. I never received a request.
7 Q. Okay.
8 MR. ANDERSON: I just have clarity.
9 She's asking I believe whether you know why
13:47:15 10 my firm did not produce those additional
11 pages based on a request from Attorney
12 Weber's film.
13 THE WITNESS: Is that the question?
14 MS. WEBER: Yes.
13:47:27 15 THE WITNESS: Then no.
16 BY MS. WEBER:
17 Q. Can you please provide us these documents?
18 MR. ANDERSON: This is an
19 off-the-record thing. I need to talk to you
13:47:40 20 about.
21 (Off the record.)
22 BY MS. WEBER:
23 Q. Did you review this document when you
24 received it?
13:49:05 25 A. I would have to say normal practice would be

1 I did.
2 (Deposition Exhibit Number 8 was
3 marked for identification.)
4 BY MS. WEBER:
13:50:16 5 Q. Mr. Grant, I'm showing you a document now
6 that we have marked as Exhibit 8. Do you
7 recognize this document?
8 A. Not with any certainty.
9 Q. Okay. Is that your name at the top of the
13:50:45 10 document under Named Insured?
11 A. Yes, it is.
12 Q. And what is the effective date and expiration
13 date on this document?
14 A. Effective date is January 15, '19 to
13:51:05 15 January 15, 2020.
16 Q. And is that your agent's information under
17 Agent and Mailing Address?
18 A. Yes, it is.
19 Q. And what is the policy number listed on this
20 document?
21 A. 99-BY-R████
22 Q. Would you go ahead and flip through this
23 document and take note of the page numbers?
24 A. Yes.
13:51:44 25 MR. ANDERSON: She hasn't asked a

1 question yet.
2 THE WITNESS: Yeah, you're right.
3 BY MS. WEBER:
4 Q. Is there any reason page 2 of 7 was not
13:51:53 5 provided?
6 A. Again, if this was provided by counsel, I
7 don't know why.
8 Q. Okay. Would you have reviewed this document
9 upon receipt of it?
13:52:28 10 A. Probably not this one.
11 Q. Why not?
12 A. The date is January 15, 2019, through
13 January 15, 2020, and this is post-hazard.
14 Q. Okay. Can you read the Prepared By date at
13:52:46 15 the bottom left corner of the page?
16 A. October 31, 2018.
17 Q. If you had received this sometime between
18 October 31, 2018, and December 29, 2018,
19 would you have reviewed it?
13:52:59 20 A. Under those conditions, yes.
21 Q. How did you come about working with State
22 Farm agent Chris LaMay?
23 A. The original agent, Jennifer Rivard, was an
24 acquaintance of my daughter, Polly, and my
25 daughter and son-in-law had insurance with

EX. 1

1    the same State Farm brokerage.

2  Q.  And then after Jennifer left, you ended up

3    working with Chris who's in the same office,

4    correct?

13:53:49  5  A.  That's correct.

6  Q.  How did you generally communicate with Mr.

7    LaMay's office?

8  A.  Usually by telephone.

9  Q.  Did you usually communicate directly with him

13:54:04  10    or somebody in his office?

11  A.  Both.

12  Q.  Specifically during the claims process, so

13    we're talking after the fire, December 29,

14    2019, how did you communicate with Mr. LaMay?

13:54:26  15  A.  I don't think there was any communication

16    with Mr. LaMay at all after the fire, other

17    than to report the loss.

18  Q.  Throughout the claims process for this fire,

19    how did you communicate with State Farm?

13:54:51  20  A.  The only communication that was done with

21    State Farm is usually when they contacted me.

22  Q.  Between 2015, when you procured the policy

23    and the fire, did you ever cancel your State

24    Farm policy, this State Farm policy?

13:55:27  25  A.  No.

1  Q.  Did the policy ever lapse?

2  A.  Yes.

3  Q.  When did it lapse?

4  A.  I believe it lapsed midyear of 2018.

13:55:37  5  Q.  Why did it lapse?

6  A.  That is when I was trying to find another

7    insurer to replace this policy.

8  Q.  Why did you decide to stick with State Farm?

9  A.  The reason that I tried -- the reason I

13:55:56  10    stayed with State Farm is because the

11    comparable premiums were given to me the

12    were for a much higher value on the building,

13    which would have caused an increase in

14    premium, and when I went back to Chris to say

13:56:18  15    that another insurance company has quoted me

16    a policy with a larger value, what would

17    State Farm's premium be for that same value.

18    He took about a week to come back to me and

19    said that they would not insure it for that

13:56:41  20    value, but they would increase it from 4

21    something to the new price of 558 without any

22    premium increase. That's the reason that

23    policy stayed in force.

24  Q.  After Mr. LaMay informed you of that, did you

13:57:04  25    request he reinstate the policy?

1  A.  Basically, with the payment of a premium, it

2    automatically reinstated.

3  Q.  Did you ever request your limits be increased

4    on this policy?

13:57:20  5  A.  No.

6  Q.  I want to flip back to Exhibit 6, which is

7    the Declarations. I take that back. We have

8    to start at Exhibit 7.

9          On Exhibit 7 at the bottom left

13:58:14  10    corner of the first page, can you read the

11    prepared by date for me?

12  A.  Prepared November 2, 2017.

13  Q.  And what is the effective date and expiration

14    date on this?

13:58:27  15  A.  January 15, 2018, to January 15, 2019.

16  Q.  Do you believe you received this document

17    prior to January 15, 2018?

18  A.  Yes.

19  Q.  Okay. Now we can go back to Exhibit 6. Can

13:58:54  20    you read the prepared by date at the bottom

21    left corner on Exhibit 6 for me?

22  A.  Prepared October 19, 2018.

23  Q.  And can you read the effective date and

24    expiration date?

13:59:07  25  A.  Effective date, January 15, 2018, to

1    January 15, 2019.

2  Q.  And in the middle of the page, it says Reason

3    For Declarations, can you read those to me?

4  A.  Your policy is amended September 27, 2018,

13:59:26  5    building coverage changed.

6  Q.  Why would you have received these

7    declarations?

8  A.  This is probably from the conversation that I

9    had with Chris LaMay when we had talked about

13:59:51  10    the comparative policies.

11  Q.  So after Mr. LaMay let you know you could get

12    increased building coverage, does it appear

13    by this document that your coverage was

14    increased?

14:00:06  15  A.  It was increased to the 558.

16  Q.  Did you review this document when you

17    received it?

18  A.  Yes.

19  Q.  So it's fair to say that you knew your policy

14:00:27  20    limits in October, or November, fall of 2018?

21  A.  That's fair to say.

22  Q.  We're here to discuss a claim in this

23    litigation, to discuss a claim for a fire

24    loss at 105 River Street; is that correct?

14:00:56  25  A.  Yes.

EX. 1

1  Q.  When did that fire occur?

2  A.  December 29th, early morning hours, 2018.

3  Q.  Where were you at the time of the fire?

4  A.  At my residence, 2648 State Road 64.

14:01:12  5  Q.  Who were you with?

6  A.  On the advice of counsel, I elect to assert

7      my Fifth Amendment privilege.

8  Q.  How did you find out about the fire?

9  A.  On the advice of counsel, I elect to assert

14:01:29  10     my Fifth Amendment privilege.

11  Q.  What did you do after you found out about the

12      fire?

13  A.  On the advice of counsel, I elect to assert

14      my Fifth Amendment privilege.

14:01:38  15  Q.  Did you go to 105 River Street after you

16      found out about the fire?

17  A.  On the advice of counsel, I elect to assert

18      my Fifth Amendment privilege.

19  Q.  Were you at 10 River Street while the fire

14:01:51  20      was still burning?

21  A.  On the advice of counsel, I elect to assert

22      my Fifth Amendment privilege.

23  Q.  Did you speak with anybody at the property,

24      105 River Street, when you arrived thereafter

14:02:05  25      the -- or during the fire, after you found

1      out about the fire?

2          MR. ANDERSON:  Objection.  Assumes

3      facts not in evidence.

4          THE WITNESS:  On the advice of

14:02:13  5      counsel, I elect to assert my Fifth Amendment

6      privilege.

7  Q.  Did you speak with any law enforcement

8      officials regarding the fire?

9  A.  On the advice of counsel, I elect to assert

10      my Fifth Amendment privilege.

11  Q.  When was the last time you were at the

12      property before the fire?

13  A.  On the advice of counsel, I elect to assert

14      my Fifth Amendment privilege.

14:02:27  15  Q.  What did you do while you were there?

16          MR. ANDERSON:  Objection.  Assuming

17      facts not in evidence.

18          THE WITNESS:  On the advice of

19      counsel, I elect to assert my Fifth Amendment

14:02:35  20      privilege.

21  BY MS. WEBER:

22  Q.  The last time you were at the property prior

23      to the fire, were you alone?

24  A.  On the advice of counsel, I elect to assert

14:02:47  25      my Fifth Amendment privilege.

1  Q.  The last time you were at the property prior

2      to the fire, what were you doing?

3  A.  On the advice of counsel, I elect to assert

4      my Fifth Amendment privilege.

14:02:55  5  Q.  The last time you were at the property prior

6      to the fire, how long were you there?

7  A.  On the advice of counsel, I elect to assert

8      my Fifth Amendment privilege.

9  Q.  After you left the property the last time you

14:03:12  10      were there, where did you go next?

11  A.  On the advice of counsel, I elect to assert

12      my Fifth Amendment privilege.

13  Q.  Who have you spoken with regarding the fire?

14  A.  On the advice of counsel, I elect to assert

14:03:22  15      my Fifth Amendment privilege.

16  Q.  Have you talked to any family members

17      regarding the fire?

18  A.  On the advice of counsel, I elect to assert

19      my Fifth Amendment privilege.

14:03:29  20  Q.  Have you talked to any friends regarding the

21      fire?

22  A.  On the advice of counsel, I elect to assert

23      my Fifth Amendment privilege.

24  Q.  Have you talked to any law enforcement

14:03:40  25      officers regarding the fire?

1  A.  On the advice of counsel, I elect to assert

2      my Fifth Amendment privilege.

3  Q.  Have you talked to the state fire marshal

4      regarding the fire?

14:03:48  5  A.  On the advice of counsel, I elect to assert

6      my Fifth Amendment privilege.

7  Q.  Have you talked to anybody at State Farm

8      regarding the fire?

9  A.  On the advice of counsel, I elect to assert

14:04:01  10      my Fifth Amendment privilege.

11          (Deposition Exhibit Number 9 was

12      marked for identification.)

13  BY MS. WEBER:

14  Q.  Mr. Grant, I'm showing you a document that we

14:04:25  15      have marked as Exhibit 9.  Do you recognize

16      this document?

17  A.  Yes, I do.

18  Q.  What is it?

19  A.  This is a recorded interview by Greg

14:04:38  20      Peterson.

21  Q.  And who is Greg Peterson, if you know?

22  A.  I'm not sure what capacity he's in, but he is

23      a State Farm associate.

24  Q.  He works for State Farm?

14:04:51  25  A.  Okay.

EX. 1

1 Q. That was a question?

2 A. As far as I know, he does.

3 Q. Is everything that you said in this statement

4 still correct?

14:05:05 5 A. On the advice of counsel, I elect to assert

6 my Fifth Amendment privilege.

7 Q. Is there anything in this document that you'd

8 like to change?

9 A. On the advice of counsel, I elect to assert

14:05:14 10 my Fifth Amendment privilege.

11 Q. Are you aware of any results of the

12 investigation into the fire?

13 A. On the advice of counsel, I elect to assert

14 my Fifth Amendment privilege.

14:05:31 15 Q. Has law enforcement arrested anybody in

16 connection with the fire?

17 A. On the advice of counsel, I elect to assert

18 my Fifth Amendment privilege.

19 Q. Has law enforcement determined how the fire

14:05:46 20 started?

21 A. On the advice of counsel, I elect to assert

22 my Fifth Amendment privilege.

23 Q. After the fire, did you submit a claim to

24 State Farm for the fire loss?

14:06:21 25 A. On the advice of counsel, I elect to assert

---

1 my Fifth Amendment privilege.

2 Q. If you did submit such a claim, when did you

3 do so?

4 A. On the advice of counsel, I elect to assert

14:06:29 5 my Fifth Amendment privilege.

6 Q. Walk me through what happened with State Farm

7 after the fire?

8 A. On the advice of counsel, I elect to assert

9 my Fifth Amendment privilege.

14:06:36 10 Q. Did State Farm make any payments to you

11 regarding the fire?

12 A. Yes.

13 (Deposition Exhibit Number 10 was

14 marked for identification.)

15 BY MS. WEBER:

16 Q. Mr. Grant, I'm now showing you a document

17 that's been marked as Exhibit 10. Do you

18 recognize this document?

19 A. On the advice of counsel, I elect to assert

14:07:37 20 my Fifth Amendment privilege.

21 Q. Does this document accurately reflect the

22 amount State Farm paid on your building

23 coverage claim?

24 A. On the advice of counsel, I elect to assert

14:07:57 25 my Fifth Amendment privilege.

---

1 (Deposition Exhibit Number 11 was

2 marked for identification.)

3 BY MS. WEBER:

4 Q. Mr. Grant, I'm now showing you a document

14:08:12 5 marked as Exhibit 11. Do you recognize this

6 document?

7 A. On the advice of counsel, I elect to assert

8 my Fifth Amendment privilege.

9 Q. Did you receive this document in connection

14:08:23 10 with a payment from State Farm on your

11 building coverage claim?

12 A. On the advice of counsel, I elect to assert

13 my Fifth Amendment privilege.

14 Q. Has State Farm paid $568,000 -- I'm sorry,

14:08:39 15 let me try this. Has State Farm paid

16 $568,044 on your building coverage claim

17 related to the fire?

18 A. On the advice of counsel, I elect to assert

19 my Fifth Amendment privilege.

14:09:16 20 (Deposition Exhibit Number 12 was

21 marked for identification.)

22 BY MS. WEBER:

23 Q. Mr. Grant, I'm showing you a document marked

24 Exhibit 12. Do you recognize this document?

14:09:24 25 A. On the advice of counsel, I elect to assert

---

1 my Fifth Amendment privilege.

2 Q. Does this document accurately reflect what

3 State Farm has paid on your personal property

4 claim?

14:09:32 5 A. On the advice of counsel, I elect to assert

6 my Fifth Amendment privilege.

7 Q. Has State Farm paid you a total of $14,792.03

8 on your business personal property claim?

9 A. On the advice of counsel, I elect to assert

14:09:47 10 my Fifth Amendment privilege.

11 (Deposition Exhibit Number 13 was

12 marked for identification.)

13 BY MS. WEBER:

14 Q. Mr. Grant, I'm now showing you a document

14:10:06 15 that's marked Exhibit 13. Did you receive

16 this document in connection with the personal

17 property payment made to you?

18 A. On the advice of counsel, I elect to assert

19 my Fifth Amendment privilege.

14:10:22 20 (Deposition Exhibit Number 14 was

21 marked for identification.)

22 BY MS. WEBER:

23 Q. Mr. Grant, I'm now showing you a document we

24 have marked as Exhibit 14. Do you recognize

14:10:56 25 this document?

---

EX. 1

**137**

1    A.   On the advice of counsel, I elect to assert
2      my Fifth Amendment privilege.
3    Q.   Does this document accurately reflect payment
4      State Farm has made to you for business
14:11:08   5      interruption?
6    A.   On the advice of counsel, I elect to assert
7      my Fifth Amendment privilege.
8    Q.   Is it correct that State Farm has made
9      $390.67 for business interruption on your
14:11:19   10      claim related to the fire?
11    A.   On the advice of counsel, I elect to assert
12      my Fifth Amendment privilege.
13        (Deposition Exhibit Number 15 was
14      marked for identification.)
14:11:43   15   BY MS. WEBER:
16    Q.   Mr. Grant, I'm now showing you a document
17      marked as Exhibit 15. Do you recognize this
18      document?
19    A.   On the advice of counsel, I elect to assert
14:11:52   20      my Fifth Amendment privilege.
21    Q.   Did you receive this document in connection
22      with the State Farm payment made to you for
23      loss of income of $390.67?
24    A.   On the advice of counsel, I elect to assert
14:12:16   25      my Fifth Amendment privilege.

**138**

1        (Deposition Exhibit Number 16 was
2      marked for identification.)
3    Q.   Mr. Grant, I'm now showing you a document
4      marked as Exhibit 16. Do you recognize this
14:12:40   5      document?
6    A.   On the advice of counsel, I elect to assert
7      my Fifth Amendment privilege.
8    Q.   Does this document accurately reflect the
9      payment State Farm made to the Village of
14:12:54   10      Woodville in relation to your claim for the
11      fire loss?
12    A.   On the advice of counsel, I elect to assert
13      my Fifth Amendment privilege.
14    Q.   Is it correct that State Farm has paid $2,500
14:13:10   15      in fire department fees under your policy in
16      relation to the fire?
17    A.   On the advice of counsel, I elect to assert
18      my Fifth Amendment privilege.
19    Q.   Do the four payments we just discussed
14:13:24   20      represent all payments from State Farm on
21      your claim?
22    A.   On the advice of counsel, I elect to assert
23      my Fifth Amendment privilege.
24        (Deposition Exhibit Number 17 was
14:13:53   25      marked for identification.)

**139**

1   BY MS. WEBER:
2    Q.   Mr. Grant, I'm now showing you a document we
3      have marked Exhibit 17. Did you receive this
4      letter dated May 29, 2019, from State Farm in
14:14:05   5      relation to your claim?
6    A.   On the advice of counsel, I elect to assert
7      my Fifth Amendment privilege.
8    Q.   To date, has State Farm paid a total of
9      $585,726.69 on your fire loss claim?
14:14:23   10    A.   On the advice of counsel, I elect to assert
11      my Fifth Amendment privilege.
12        (Deposition Exhibit Number 18 was
13      marked for identification.)
14        MS. WEBER: We can go off the
14:14:45   15   record.
16        (At this time a recess was taken.)
17   BY MS. WEBER:
18    Q.   Mr. Grant, I'm now showing you a document
19      that's been marked Exhibit 18. Do you
14:22:57   20      recognize this document?
21    A.   On the advice of counsel, I elect to assert
22      my Fifth Amendment privilege.
23    Q.   Did you receive this document in relation to
24      your claim from State Farm?
14:23:04   25    A.   On the advice of counsel, I elect to assert

**140**

1      my Fifth Amendment privilege.
2    Q.   How long was January 29, 2019, after the
3      fire?
4    A.   On the advice of counsel, I elect to assert
14:23:26   5      my Fifth Amendment privilege.
6        (Deposition Exhibit Number 19 was
7      marked for identification.)
8   BY MS. WEBER:
9    Q.   Mr. Grant, I'm now showing a document we've
14:23:47   10      marked as Exhibit 19.
11        MR. ANDERSON: It's 20, I believe.
12      We just did 19.
13        MS. WEBER: We just did 18.
14        MR. ANDERSON: You're right. I
14:24:03   15      can't read my writing.
16   BY MS. WEBER:
17    Q.   Mr. Grant, showing you a document marked as
18      Exhibit 19. Do you recognize this document?
19    A.   On the advice of counsel, I elect to assert
14:24:12   20      my Fifth Amendment privilege.
21    Q.   Did you receive this document from State Farm
22      in relation to your claim for the fire loss?
23    A.   On the advice of counsel, I elect to assert
24      my Fifth Amendment privilege.
14:24:25   25    Q.   Who is Katie Bosworth?

EX. 1

1 A. On the advice of counsel, I elect to assert
2 my Fifth Amendment privilege.
3 Q. Did Katie Bosworth represent you in this
4 relation claim at any time?
14:24:44 5 A. On the advice of counsel, I elect to assert
6 my Fifth Amendment privilege.
7 Q. Was Katie Bosworth authorized to speak with
8 State Farm on your behalf in relation to this
9 claim?
14:24:57 10 A. On the advice of counsel, I elect to assert
11 my Fifth Amendment privilege.
12 (Deposition Exhibit Number 20 was
13 marked for identification.)
14 BY MS. WEBER:
14:25:22 15 Q. Mr. Grant, I'm now showing you a document
16 that we have marked as Exhibit 20. I would
17 also like to note that Exhibit 20 at the
18 bottom says Exhibit 4. It's dated 3-18-20.
19 Exhibit 4 doesn't relate to this deposition
14:25:45 20 exhibit.
21 Do you recognize this document?
22 A. On the advice of counsel, I elect to assert
23 my Fifth Amendment privilege.
24 Q. On the second page of this document, is that
14:25:54 25 your signature?

1 A. On the advice of counsel, I elect to assert
2 my Fifth Amendment privilege.
3 Q. What date did you sign this document?
4 A. On the advice of counsel, I elect to assert
14:26:04 5 my Fifth Amendment privilege.
6 Q. Did you submit this document to State Farm in
7 relation to your fire loss claim?
8 A. On the advice of counsel, I elect to assert
9 my Fifth Amendment privilege.
14:26:15 10 (Deposition Exhibit Number 21 was
11 marked for identification.)
12 BY MS. WEBER:
13 Q. Mr. Grant, I'm now showing you a document we
14 have marked as Exhibit 21. Do you recognize
14:26:49 15 this document?
16 A. On the advice of counsel, I elect to assert
17 my Fifth Amendment privilege.
18 Q. Did you receive this document in relation to
19 your fire loss claim?
14:26:55 20 A. On the advice of counsel, I elect to assert
21 my Fifth Amendment privilege.
22 (Deposition Exhibit Number 22 was
23 marked for identification.)
24 BY MS. WEBER:
14:28:01 25 Q. Mr. Grant, I'm showing you a document that we

1 have now marked as Exhibit 22. Do you
2 recognize this document?
3 A. On the advice of counsel, I elect to assert
4 my Fifth Amendment privilege.
14:28:07 5 Q. Did you receive this document from State Farm
6 in relation to your fire loss claim?
7 A. On the advice of counsel, I elect to assert
8 my Fifth Amendment privilege.
9 (Deposition Exhibit Number 23 was
14:28:18 10 marked for identification.)
11 BY MS. WEBER:
12 Q. Mr. Grant, I'm now showing a document that
13 we've marked as Exhibit 23. Do you recognize
14 this document?
14:28:37 15 A. On the advice of counsel, I elect to assert
16 my Fifth Amendment privilege.
17 Q. Did you receive this document in relation to
18 your -- from State Farm in relation to your
19 fire loss claim?
14:28:47 20 A. On the advice of counsel, I elect to assert
21 my Fifth Amendment privilege.
22 (Deposition Exhibit Number 24 was
23 marked for identification.)
24 BY MS. WEBER:
14:29:09 25 Q. Mr. Grant, I'm now showing you a document

1 marked as Exhibit 24. Do you recognize this
2 document?
3 A. On the advice of counsel, I elect to assert
4 my Fifth Amendment privilege.
14:29:19 5 Q. Did you receive this document from State Farm
6 counsel Kevin J. Kennedy in relation to your
7 fire loss claim?
8 A. On the advice of counsel, I elect to assert
9 my Fifth Amendment privilege.
14:29:35 10 (Deposition Exhibit Number 25 was
11 marked for identification.)
12 BY MS. WEBER:
13 Q. Mr. Grant, I'm now showing you a document
14 we've marked as Exhibit 25. Do you recognize
14:29:53 15 this document?
16 A. On the advice of counsel, I elect to assert
17 my Fifth Amendment privilege.
18 Q. Did you receive this document from State Farm
19 in relation to your fire loss claim?
14:30:02 20 A. On the advice of counsel, I elect to assert
21 my Fifth Amendment privilege.
22 (Deposition Exhibit Number 26 was
23 marked for identification.)
24 BY MS. WEBER:
14:30:22 25 Q. Mr. Grant, I'm now showing you a document we

EX. 1

1   have marked as Exhibit 26. Do you recognize
2   this document?
3   A.   On the advice of counsel, I elect to assert
4        my Fifth Amendment privilege.
14:30:27 5   Q.   Did you receive this document from State Farm
6        in relation to your fire loss claim?
7   A.   On the advice of counsel, I elect to assert
8        my Fifth Amendment privilege.
9            (Deposition Exhibit Number 27 was
14:30:40 10  marked for identification.)
11   BY MS. WEBER:
12   Q.   Mr. Grant, I'm now showing you a document
13        marked as Exhibit 27. Do you recognize this
14        document?
14:31:00 15  A.   On the advice of counsel, I elect to assert
16        my Fifth Amendment privilege.
17   Q.   Did you receive this document from State Farm
18        in relation to your fire loss claim?
19   A.   On the advice of counsel, I elect to assert
14:31:09 20        my Fifth Amendment privilege.
21   Q.   Mr. Grant, in relation to this lawsuit, what
22        claims are you making against State Farm?
23   A.   On the advice of counsel, I elect to assert
24        my Fifth Amendment privilege.
14:32:01 25  Q.   In this action, are you claiming that State

1        Farm breached its insurance contract?
2   A.   On the advice of counsel, I elect to assert
3        my Fifth Amendment privilege.
4   Q.   In this action, are you alleging that State
14:32:16 5        Farm acted in bad faith in the adjustment of
6        your claim?
7   A.   On the advice of counsel, I elect to assert
8        my Fifth Amendment privilege.
9   Q.   And in this action, are you claiming that
14:32:24 10        State Farm acted negligently?
11   A.   On the advice of counsel, I elect to assert
12        my Fifth Amendment privilege.
13   Q.   Can you state the facts upon which you base
14        your breach of contract claim?
14:32:41 15  A.   On the advice of counsel, I elect to assert
16        my Fifth Amendment privilege.
17   Q.   Do you believe State Farm breached the
18        contract the policy contract between yourself
19        and State Farm?
14:32:49 20  A.   On the advice of counsel, I elect to assert
21        my Fifth Amendment privilege.
22   Q.   Do you believe State Farm acted in bad faith
23        in the adjustment of your fire loss claim?
24   A.   On the advice of counsel, I elect to assert
14:33:01 25        my Fifth Amendment privilege.

1   Q.   Do you believe State Farm acted negligently
2        in issuing this policy to you?
3   A.   On the advice of counsel, I elect to assert
4        my Fifth Amendment privilege.
14:33:14 5   Q.   Do you believe State Farm, its agents or
6        employees acted negligently regarding the
7        insurance policy issued by State Farm to you?
8   A.   On the advice of counsel, I elect to assert
9        my Fifth Amendment privilege.
14:33:51 10  Q.   Do you believe State Farm failed to timely
11        pay your insurance claim related to the fire?
12   A.   On the advice of counsel, I elect to assert
13        my Fifth Amendment privilege.
14   Q.   Did State Farm deny your claim for the fire
14:34:24 15        loss related to the fire?
16            MR. ANDERSON: That was a good
17        question. But we'll still answer.
18        (Indicating.)
19            THE WITNESS: On the advice of
20        counsel, I elect to assert my Fifth Amendment
21        privilege.
22            MS. WEBER: Can you read my
23        terrible question back to me?
24            (Reporter Read Back.)
14:35:06 25        MS. WEBER: I'm going to try that

1        question again.
2            MR. ANDERSON: Okay. Rephrase.
3   BY MS. WEBER:
4   Q.   Did State Farm deny your claim for the fire
14:35:17 5        loss?
6   A.   On the advice of counsel, I elect to assert
7        my Fifth Amendment privilege.
8            MR. ANDERSON: Give me five
9        seconds.
14:35:42 10        (Off the record.)
11   BY MS. WEBER:
12   Q.   What is the current condition of 105 River
13        Street?
14   A.   On the advice of counsel, I elect to assert
14:36:32 15        my Fifth Amendment privilege.
16            (Deposition Exhibit Number 28 was
17        marked for identification.)
18   BY MS. WEBER:
19   Q.   Mr. Grant, has any demolition been done at
14:36:54 20        105 River Street?
21   A.   On the advice of counsel, I elect to assert
22        my Fifth Amendment privilege.
23   Q.   Have you paid for any demolition done at 105
24        River Street since the fire?
14:37:05 25  A.   On the advice of counsel, I elect to assert

EX. 1

1 my Fifth Amendment privilege.
2 Q. Has any debris been removed from 105 River
3 Street since the fire?
4 A. On the advice of counsel, I elect to assert
14:37:13 5 my Fifth Amendment privilege.
6 Q. Has any debris been removed from 105 River
7 Street since the fire?
8 A. On the advice of counsel, I elect to assert
9 my Fifth Amendment privilege.
14:37:22 10 Q. If you go to page 4 of the Exhibit 28.
11 MR. ANDERSON: I have them
12 numbered, but is that the same one that, look
13 further way down, has interrogatory number 7
14 on it.
14:37:45 15 MS. WEBER: Yes.
16 BY MS. WEBER:
17 Q. At the bottom of the previous page and the
18 top of the page I had you flip to, are you
19 claiming that State Farm owes you $179,000
14:38:02 20 for debris removal?
21 A. On the advice of counsel, I elect to assert
22 my Fifth Amendment privilege.
23 Q. How was this number calculated?
24 A. On the advice of counsel, I elect to assert
14:38:15 25 my Fifth Amendment privilege.

1 Q. Did you spend $179,000 for debris removal
2 related to the fire at 105 River Street?
3 A. On the advice of counsel, I elect to assert
4 my Fifth Amendment privilege.
14:38:26 5 Q. Do you have any invoices evidencing payments
6 made for debris removal at 105 River Street
7 in relation to the fire?
8 A. On the advice of counsel, I elect to assert
9 my Fifth Amendment privilege.
14:38:45 10 Q. I refer you again to the top of the fourth
11 page of Exhibit 28. Here it says State Farm
12 allegedly owes you $8,200 for the cost of
13 renting an alternative facility. How was
14 this number calculated?
14:39:12 15 MR. ANDERSON: Off the record for a
16 second.
17 (Off the record.)
18 MS. WEBER: Can you read that
19 question back?
14:39:50 20 (Reporter read back.)
21 THE WITNESS: On the advice of
22 counsel, I elect to assert my Fifth Amendment
23 privilege.
24 BY MS. WEBER:
14:40:05 25 Q. Do you recognize Exhibit 28?

1 A. On the advice of counsel, I elect to assert
2 my Fifth Amendment privilege.
3 Q. On the last page of Exhibit 28, is that your
4 signature?
14:40:17 5 A. On the advice of counsel, I elect to assert
6 my Fifth Amendment privilege.
7 Q. Have you paid $8,200 to rent an alternate
8 facility?
9 A. On the advice of counsel, I elect to assert
14:40:31 10 my Fifth Amendment privilege.
11 Q. When did you pay this amount?
12 A. On the advice of counsel, I elect to assert
13 my Fifth Amendment privilege.
14 Q. Who did you pay this amount to?
14:40:43 15 A. On the advice of counsel, I elect to assert
16 my Fifth Amendment privilege.
17 MR. ANDERSON: Objection. Assuming
18 facts not in evidence.
19 THE WITNESS: On the advice of
20 counsel, I elect to assert my Fifth Amendment
21 privilege.
22 BY MS. WEBER:
23 Q. Did you submit to State Farm through the
24 course of the claim the cost of renting an
14:41:06 25 alternate facility?

1 A. On the advice of counsel, I elect to assert
2 my Fifth Amendment privilege.
3 Q. Exhibit 28 you list damages allegedly owed to
4 you by State Farm for interruption of income,
14:41:29 5 $28,700. How was this number calculated?
6 A. On the advice of counsel, I elect to assert
7 my Fifth Amendment privilege.
8 Q. Do you have any documents supporting loss of
9 income related to the fire?
14:41:52 10 A. On the advice of counsel, I elect to assert
11 my Fifth Amendment privilege.
12 (Deposition Exhibit Number 29 was
13 marked for identification.)
14 BY MS. WEBER:
14:42:22 15 Q. Mr. Grant, I'm now showing you a document we
16 have marked as Exhibit 29. Do you recognize
17 this document?
18 A. On the advice of counsel, I elect to assert
19 my Fifth Amendment privilege.
14:42:42 20 Q. At the top of this document, does it say
21 State of Wisconsin, plaintiff, versus Kevin
22 Joseph Grant?
23 A. On the advice of counsel, I elect to assert
24 my Fifth Amendment privilege.
14:42:57 25 Q. At the top of this document, does it also

EX. 1

1  state State of Wisconsin, Circuit Court, St.
2  Croix County?
3  **A.**  On the advice of counsel, I elect to assert
4  my Fifth Amendment privilege.
14:43:06  5  **Q.**  At the top of this document in red, does it
6  say filed 7-9-2021?
7  **A.**  On the advice of counsel, I elect to assert
8  my Fifth Amendment privilege.
9  **Q.**  Does this document also state it is a
14:43:19  10  criminal complaint and warrant?
11  **A.**  On the advice of counsel, I elect to assert
12  my Fifth Amendment privilege.
13  **Q.**  The state contends you intentionally damaged
14  a building with intent to defraud an insurer
14:43:38  15  of that building.  Did you do what the
16  document contends?
17  **A.**  On the advice of counsel, I elect to assert
18  my Fifth Amendment privilege.
19  **Q.**  The state contends that you recklessly
14:43:52  20  endangered the safety of Aaron Bolt.  Did you
21  do what the state contends?
22  **A.**  On the advice of counsel, I elect to assert
23  my Fifth Amendment privilege.
24  **Q.**  The state contends that you recklessly
14:44:05  25  endangered the safety of Tim DiBona, D-I-

1  capital B-O-N-A.  Did you do what the state
2  contends?
3  **A.**  On the advice of counsel, I elect to assert
4  my Fifth Amendment privilege.
14:44:17  5  **Q.**  The state contends that the recklessly
6  endangered the safety of Shawn Kline.  Did
7  you do what the state contends?
8  **A.**  On the advice of counsel, I elect to assert
9  my Fifth Amendment privilege.
14:44:30  10  **Q.**  The state contends that you recklessly
11  endangered the safety of Matt Knegendorf,
12  K-N-E-G-E-N-D-O-R-F.  Did you do what the
13  state contends?
14  **A.**  On the advice of counsel, I elect to assert
14:44:47  15  my Fifth Amendment privilege.
16  **Q.**  The state contends that you recklessly
17  endangered the safety Mitchell Knegendorf.
18  Did you do what the state contends?
19  **A.**  On the advice of counsel, I elect to assert
14:44:58  20  my Fifth Amendment privilege.
21  **Q.**  The state contends that you recklessly
22  endangered the safety of Chad Shafer.  Did
23  you do what the state contends?
24  **A.**  On the advice of counsel, I elect to assert
14:45:11  25  my Fifth Amendment privilege.

1  **Q.**  The state contends that you recklessly
2  endangered the safety of Austin VanSomeren?
3  V-A-N-S-O-M-E-R-E-N.  Did you do what the
4  state contends?
14:45:28  5  **A.**  On the advice of counsel, I elect to assert
6  my Fifth Amendment privilege.
7  **Q.**  Did State Farm insure 105 River Street at the
8  time of fire?
9  **A.**  On the advice of counsel, I elect to assert
14:45:37  10  my Fifth Amendment privilege.
11  **Q.**  Did the fire occur on the early morning hours
12  of December 29, 2018?
13  **A.**  On the advice of counsel, I elect to assert
14  my Fifth Amendment privilege.
14:45:46  15  **Q.**  Was the building located at 105 River Street
16  completely destroyed by the fire?
17  **A.**  On the advice of counsel, I elect to assert
18  my Fifth Amendment privilege.
19  **Q.**  Did you set the fire?
14:46:03  20  **A.**  On the advice of counsel, I elect to assert
21  my Fifth Amendment privilege.
22  **Q.**  Did you hire anybody to set the fire?
23  **A.**  On the advice of counsel, I elect to assert
24  my Fifth Amendment privilege.
14:46:12  25  **Q.**  Did you ask anybody to set the fire?

1  **A.**  On the advice of counsel, I elect to assert
2  my Fifth Amendment privilege.
3  **Q.**  Do you know who set the fire?
4  **A.**  On the advice of counsel, I elect to assert
14:46:20  5  my Fifth Amendment privilege.
6  **Q.**  Did you have any hand in having the fire set?
7  **A.**  On the advice of counsel, I elect to assert
8  my Fifth Amendment privilege.
9  **Q.**  Did you have any hand in setting the fire?
14:46:31  10  **A.**  On the advice of counsel, I elect to assert
11  my Fifth Amendment privilege.
12      MS. WEBER:  Let's take a
13  couple-minute break.  I'm just going to
14  review my notes.
14:46:50  15      (At this time a recess was taken.)
16  BY MS. WEBER:
17  **Q.**  Mr. Grant, did State Farm pay all sums due to
18  you under the contract?
19  **A.**  On the advice of counsel, I elect to assert
14:52:26  20  my Fifth Amendment privilege.
21  **Q.**  Did State Farm fairly and reasonably adjust
22  your fire loss claim?
23  **A.**  On the advice of counsel, I elect to assert
24  my Fifth Amendment privilege.
14:52:34  25  **Q.**  Those are all of the questions that I have.

EX. 1

1      MR. ANDERSON:  See if I have
2  anything just for clarification purposes.
3           EXAMINATION
4  BY MR. ANDERSON:
14:53:02  5   Q.  For clarification purposes, Mr. Grant, do you
6      recall being asked some questions about a
7      lawsuit involving American Express National
8      Bank earlier today?
9   A.  Yes, I do.
14:53:11 10   Q.  There was some discussion about fraudulent
11      charges, correct?
12   A.  Yes.
13   Q.  To be specific, that was not American Express
14      National Bank alleging that you made
14:53:23 15      fraudulent charges, correct?
16   A.  That's correct.
17   Q.  This was you alleging that there were
18      fraudulent charges made on your account?
19   A.  Yes.
14:53:41 20   Q.  Do you recall being asked some questions
21      about another matter of litigation, whether
22      it's criminal or civil, about a failure to
23      check traps?
24   A.  Yes.
14:53:52 25   Q.  Okay.  There was never any finding of fact

1  following a hearing with a trier of fact,
2  whether it be a jury or a judge, determining
3  that, in fact, you had failed to do so?
4   A.  No, there wasn't.
14:54:07  5   Q.  What happened is that you were not there and,
6      not to put words in your mouth, but default
7      judgment was granted against you?
8   A.  It was a default judgment.
9   Q.  Do you remember being asked some questions
14:54:30 10      about Venture Properties?
11   A.  Yes.
12   Q.  Do you remember some testimony on your part
13      that that entity was not registered with the
14      state?
14:54:41 15   A.  Yes.
16   Q.  But, in fact, you had organized it as a
17      partnership, although that partnership was
18      not registered with the state, correct?
19   A.  Yes.
14:54:50 20   Q.  Do you remember being asked some questions
21      about a refrigerator causing some damage
22      earlier today?
23   A.  Yes.
24   Q.  Was that processed -- as to that damage, was
14:55:25 25      that processed through an insurance claim?

1   A.  Yes.
2   Q.  Okay.  Mr. Grant, have you ever received a
3      declination letter from State Farm?
4   A.  No.
14:55:59  5   Q.  Mr. Grant, have you ever received any
6      information from State Farm as to if claims
7      were not paid out why they were not paid out?
8   A.  No.
9   Q.  I don't think I have anything else.
14:56:33 10           MS. WEBER:  I have a couple follow
11  up.
12           MR. ANDERSON:  Sure.
13           FURTHER EXAMINATION
14  BY MS. WEBER:
14:56:15 15   Q.  Mr. Grant, did State Farm deny your claim
16      related to the fire loss?
17   A.  On the advice of counsel, I elect to assert
18      my Fifth Amendment privilege.
19   Q.  Has any part of your claim related to the
14:56:50 20      fire loss gone unpaid?
21   A.  On the advice of counsel, I elect to assert
22      my Fifth Amendment privilege.
23   Q.  That's all I have.
24           MR. ANDERSON:  Thank you, counsel.
14:57:00 25           MS. WEBER:  Thank you guys for

1  driving.  Read and sign?
2           MR. ANDERSON:  As far as the
3  transcript, I guess I have to see if it is an
4  accurate representation, so I don't know if I
5  can sign it just now.
6           MS. WEBER:  I'm asking if you want
7  to read and sign of if you want to waive it.
8           MR. ANDERSON:  Yes.
9           (The deposition concluded at
10  approximately 5:00 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

EX. 1

1            C E R T I F I C A T E

2        I, Sandra K. Fellows, hereby

3 certify that I am qualified as a verbatim

4 shorthand reporter, that I took in

5 stenographic shorthand the foregoing

6 deposition of KEVIN GRANT, at the time and

7 place aforesaid, and that the foregoing

8 transcript consisting of 162 pages is a true

9 and correct, full and complete transcription

10 of said shorthand notes, to the best of my

11 ability.

12        Dated at Roseville, Minnesota,

13 this 18th day of October, 2021.

14

15

16 _____

17

18

19

20

21

22

23

24

25

---

1          SIGNATURE PAGE

2      I, KEVIN GRANT, the deponent, hereby

3 certify that I have read the foregoing

4 transcript and made the following changes:

5 PAGE:    LINE:    CHANGE:

6

7

8

9

10

11

12

13

14

15

16        ------------------------------

17        KEVIN GRANT

18     Witness my hand and seal this _____

day of _____, _____.

19

20        ------------------------------

       Notary Public

21

       My Commission expires:

22

23

(SKF)

24     AFFILIATED COURT REPORTERS

       (651) 338-4348

25

EX. 1

## $

**$10,000** [2] - 17:14, 19:10
**$14,792.03** [1] - 136:7
**$150,000** [1] - 103:9
**$179,000** [2] - 149:19, 150:1
**$2,500** [1] - 138:14
**$250,000** [1] - 83:18
**$28,700** [1] - 152:5
**$380,000** [2] - 103:6, 103:9
**$390.67** [2] - 137:9, 137:23
**$568,000** [1] - 135:14
**$568,044** [1] - 135:16
**$585,726.69** [1] - 139:9
**$6,000** [1] - 19:12
**$8,200** [2] - 150:12, 151:7

## '

**'15-16** [1] - 115:24
**'16-17** [1] - 115:25
**'18** [1] - 117:1
**'19** [2] - 116:25, 123:14
**'70** [2] - 38:4
**'75** [1] - 38:2

## 1

**1** [8] - 3:7, 8:9, 8:13, 102:20, 110:25, 120:4, 120:14, 120:19
**1-28-19** [1] - 4:2
**1/3** [2] - 13:7, 13:8
**10** [4] - 3:16, 129:19, 134:13, 134:17
**10,000** [1] - 14:9
**10-2-20** [1] - 3:17
**10-8-20** [1] - 3:21
**101** [1] - 3:8
**105** [32] - 3:9, 17:16, 17:24, 18:2, 81:24, 90:10, 97:22, 100:8, 104:12, 106:8, 107:15, 110:11, 110:15, 110:19, 111:19, 112:5, 113:1, 114:8, 114:13, 115:11, 128:24, 129:15, 129:24, 148:12, 148:20,

148:23, 149:2, 149:6, 150:2, 150:6, 155:7, 155:15
**106** [1] - 3:10
**11** [5] - 3:17, 5:13, 103:13, 135:1, 135:5
**11-29-19** [1] - 3:24
**11-5-20** [1] - 3:19
**1100** [1] - 98:4
**113** [1] - 3:11
**114** [1] - 3:12
**119** [1] - 3:13
**12** [3] - 3:18, 135:20, 135:24
**1200** [1] - 14:1
**122** [1] - 3:14
**125** [1] - 79:12
**125,000** [2] - 91:7, 95:20
**1253** [12] - 50:25, 71:1, 81:17, 82:3, 84:13, 86:3, 87:3, 89:8, 89:11, 89:14, 89:20, 107:6
**1273** [5] - 20:18, 73:11, 81:21, 89:15, 89:19
**13** [4] - 1:18, 3:19, 136:11, 136:15
**132** [1] - 3:15
**134** [2] - 3:16, 3:17
**135** [1] - 3:18
**136** [2] - 3:19, 3:20
**137** [2] - 3:21, 3:22
**138** [1] - 3:23
**139** [1] - 3:24
**14** [3] - 3:20, 136:20, 136:24
**14-foot** [1] - 93:24
**141** [1] - 4:1
**142** [2] - 4:2, 4:3
**143** [2] - 4:4, 4:5
**144** [2] - 4:6, 4:7
**145** [1] - 4:8
**148** [1] - 4:9
**15** [22] - 3:21, 117:2, 117:3, 118:3, 118:9, 118:22, 118:25, 119:1, 121:9, 123:14, 123:15, 124:12, 124:13, 127:15, 127:17, 127:25, 128:1, 137:13, 137:17
**150,000** [1] - 103:3
**152** [1] - 4:10
**157** [1] - 3:4
**157,000** [1] - 82:10
**15th** [2] - 118:20, 121:20
**16** [4] - 3:22, 91:5,

138:1, 138:4
**16-foot** [1] - 51:18
**162** [1] - 161:8
**1666** [1] - 1:15
**17** [3] - 3:23, 138:24, 139:3
**18** [3] - 3:24, 121:5, 139:12, 139:19, 140:13
**18th** [2] - 8:22, 161:13
**19** [6] - 3:25, 127:22, 140:6, 140:10, 140:12, 140:18
**1952** [1] - 5:13
**1969** [1] - 38:4
**1971** [2] - 55:6, 55:24
**1972** [1] - 26:10
**1974** [1] - 56:7
**1975** [3] - 29:4, 29:8, 55:8
**1977** [13] - 29:4, 29:12, 29:15, 29:22, 29:23, 38:6, 38:7, 38:11, 40:3, 43:6, 45:5, 48:15, 49:3
**1979** [1] - 30:11
**198,000** [2] - 77:16, 77:18
**1980** [1] - 55:12, 56:15, 58:14
**1981** [1] - 30:20
**1982** [3] - 31:9, 67:21, 67:23
**1985** [5] - 29:22, 31:9, 32:3, 32:19, 49:18
**1986** [7] - 10:25, 11:4, 12:8, 13:24, 36:4, 36:5, 36:8
**1988** [5] - 35:2, 35:5, 35:11, 35:15, 36:3
**1994** [3] - 11:10, 11:15, 12:9
**1997** [1] - 46:1
**1999** [1] - 38:20
**1st** [2] - 16:19, 116:24

## 2

**2** [12] - 3:8, 56:15, 101:19, 101:20, 111:7, 120:9, 120:11, 120:18, 120:24, 121:2, 124:4, 127:12
**2-13-20** [1] - 3:25
**20** [10] - 4:1, 82:24, 93:23, 95:4, 95:5,

140:11, 141:12, 141:16, 141:17
**2000** [12] - 39:5, 39:14, 41:12, 43:19, 43:21, 46:5, 79:8, 82:8, 84:5, 90:13, 95:12, 100:16
**2001** [1] - 39:4
**2002** [2] - 43:25, 77:14
**2003** [8] - 20:15, 20:16, 41:15, 82:6, 83:11, 84:15, 85:9, 85:24
**2004** [2] - 14:18, 36:6, 37:3, 37:5, 80:10, 85:23, 85:24
**2005** [12] - 37:18, 38:8, 38:11, 40:3, 43:6, 45:6, 48:16, 49:3, 50:3, 54:14, 54:19, 95:25
**2006** [7] - 96:12, 98:9, 101:4, 101:24, 103:3, 103:7, 104:1
**2007** [7] - 70:17, 97:16, 97:21, 98:1, 98:2, 98:9, 99:13
**2009** [3] - 21:12, 24:17, 50:13
**2010** [1] - 23:14
**2011** [3] - 83:23
**2012** [3] - 16:15, 16:16, 21:17
**2013** [4] - 17:4, 50:17, 54:11, 69:9
**2014** [13] - 16:1, 65:18, 74:13, 74:22, 84:4, 85:7, 86:6, 86:18, 86:25, 87:3, 87:10, 87:18, 87:23
**2015** [14] - 68:17, 75:1, 76:16, 91:13, 92:18, 96:25, 99:13, 104:15, 110:25, 115:18, 115:21, 116:4, 116:5, 125:22
**2016** [7] - 67:1, 74:6, 92:1, 92:22, 116:8, 118:1, 118:3
**2017** [9] - 99:23, 116:13, 118:4, 118:6, 118:9, 118:13, 118:14, 118:18, 127:12
**2018** [24] - 59:8, 59:25, 64:21, 88:10, 88:11, 114:14, 116:16, 118:10, 118:22, 118:23,

118:25, 119:2, 124:16, 124:18, 126:4, 127:15, 127:17, 127:22, 127:25, 128:4, 128:20, 129:2, 155:12
**2019** [15] - 27:11, 73:5, 78:25, 88:2, 88:4, 116:19, 116:24, 117:3, 119:1, 124:12, 125:14, 127:15, 128:1, 139:4, 140:2
**2020** [5] - 8:22, 87:7, 117:3, 123:15, 124:13
**2021** [11] - 1:18, 27:11, 71:14, 87:7, 87:11, 91:5, 93:4, 121:5, 121:9, 121:21, 161:13
**21** [3] - 4:2, 142:10, 142:14
**22** [4] - 4:3, 55:24, 142:22, 143:1
**23** [3] - 4:4, 143:9, 143:13
**24** [3] - 4:5, 143:22, 144:1
**25** [4] - 4:6, 56:7, 144:10, 144:14
**25,000** [1] - 14:9
**250** [1] - 89:14
**250,000** [3] - 14:4, 14:10, 96:19
**250th** [15] - 20:18, 50:25, 71:1, 73:11, 81:17, 81:21, 82:3, 84:13, 86:3, 87:3, 89:9, 89:10, 89:11, 89:15, 107:6
**26** [3] - 4:7, 144:22, 145:1
**2648** [4] - 20:23, 72:1, 76:10, 129:4
**27** [4] - 4:8, 128:4, 145:9, 145:13
**273** [1] - 89:10
**28** [7] - 4:9, 148:16, 149:10, 150:11, 150:25, 151:3, 152:3
**2886** [1] - 2:6
**29** [8] - 4:10, 124:18, 125:13, 139:4, 140:2, 152:12, 152:16, 155:12
**297,000** [1] - 76:18
**29th** [1] - 129:2

## 3

**3** [6] - 3:9, 102:4, 105:13, 105:17, 106:14, 120:4
**3-18-20** [1] - 141:18
**3-7-19** [1] - 4:3
**30** [2] - 2:11, 86:21
**300,000** [1] - 76:20
**31** [2] - 124:16, 124:18
**31st** [1] - 116:25
**3200** [1] - 2:12
**325,000** [1] - 90:6
**33** [1] - 13:7
**338-4348** [2] - 1:22, 162:24
**3:21-cv-00055-wmc** [1] - 1:6

## 4

**4** [7] - 3:10, 106:16, 106:20, 126:20, 141:18, 141:19, 149:10
**40** [2] - 26:2, 26:7
**42** [2] - 55:1, 55:10
**489** [1] - 92:12
**489,000** [1] - 91:17

## 5

**5** [6] - 3:11, 103:3, 113:20, 115:13, 117:15, 120:4
**5,159** [1] - 3:3
**5-28-19** [1] - 4:4
**5-29-19** [1] - 3:23
**50** [2] - 26:11, 95:6
**500,000** [1] - 64:10
**53711** [1] - 2:7
**54** [1] - 93:22
**54013** [1] - 20:23
**55076** [1] - 1:22
**55101** [1] - 2:13
**558** [2] - 126:21, 128:15
**5:00** [1] - 160:10
**5th** [1] - 101:24

## 6

**6** [8] - 3:12, 114:25, 115:4, 115:13, 120:8, 127:6, 127:19, 127:21
**6-18-20** [1] - 4:5

**612** [1] - 1:22
**64** [7] - 20:23, 72:2, 76:10, 76:15, 76:24, 81:6, 129:4
**651** [1] - 162:24
**662,000** [2] - 86:7, 86:9
**6880** [1] - 1:21

## 7

**7** [19] - 3:13, 119:9, 119:13, 120:4, 120:5, 120:8, 120:9, 120:10, 120:11, 120:14, 120:19, 120:24, 121:2, 124:4, 127:8, 127:9, 149:13
**7-1** [1] - 16:23
**7-9-2021** [1] - 153:6
**75,000** [2] - 90:15, 90:17

## 8

**8** [4] - 3:7, 3:14, 123:2, 123:6
**8-26-20** [1] - 4:6
**82,5** [1] - 79:10

## 9

**9** [3] - 3:15, 132:11, 132:15
**9-14-20** [1] - 4:8
**9-8-20** [1] - 4:7
**90** [2] - 93:22, 95:6
**99-BY-R**█████ [2] - 107:21, 123:21
**9:00** [1] - 1:18

## A

**A-L-B-R-I-G-H-T-S-O-N** [1] - 92:10
**a.m** [1] - 1:18
**Aaron** [1] - 153:20
**ability** [3] - 6:23, 7:2, 161:11
**absolutely** [2] - 10:22, 99:2
**access** [1] - 60:19
**account** [1] - 157:18
**accurate** [1] - 160:4
**accurately** [4] - 134:21, 136:2, 137:3, 138:8

**acquaintance** [1] - 124:24
**acquire** [1] - 45:23
**acres** [1] - 13:18
**acted** [5] - 146:5, 146:10, 146:22, 147:1, 147:6
**action** [40] - 5:9, 9:23, 10:8, 15:8, 15:21, 15:25, 16:1, 16:2, 16:4, 16:9, 17:11, 18:14, 18:15, 18:17, 19:8, 19:11, 19:15, 20:10, 20:13, 21:2, 21:6, 21:9, 21:15, 22:1, 22:17, 22:18, 22:19, 22:24, 23:1, 23:5, 23:6, 23:13, 23:19, 23:22, 24:11, 24:22, 25:4, 145:25, 146:4, 146:9
**actions** [1] - 15:14
**active** [1] - 49:19
**actively** [1] - 30:24
**actual** [2] - 12:14, 12:15
**Acuity** [5] - 73:9, 73:13, 73:18, 74:3, 88:9
**acuity** [1] - 88:7
**ADA** [1] - 97:12
**addition** [1] - 95:5
**additional** [11] - 19:12, 24:9, 24:12, 25:3, 25:5, 34:22, 73:1, 73:3, 96:20, 108:22, 122:10
**additions** [2] - 13:21, 14:8
**address** [6] - 20:17, 20:20, 20:22, 39:10, 73:10, 109:3
**Address** [1] - 123:17
**adjust** [1] - 156:21
**adjuster** [2] - 71:5, 71:6
**adjustment** [2] - 146:5, 146:23
**Adjustments** [1] - 110:14
**ads** [1] - 48:11
**advertise** [1] - 48:9
**advertising** [3] - 47:2, 48:4, 48:5
**advice** [131] - 27:1, 129:6, 129:9, 129:13, 129:17, 129:21, 130:4, 130:9, 130:13, 130:18, 130:24, 131:3, 131:7, 131:11,

131:14, 131:18, 131:22, 132:1, 132:5, 132:9, 133:5, 133:9, 133:13, 133:17, 133:21, 133:25, 134:4, 134:8, 134:19, 134:24, 135:7, 135:12, 135:18, 135:25, 136:5, 136:9, 136:18, 137:1, 137:6, 137:11, 137:19, 137:24, 138:6, 138:12, 138:17, 138:22, 139:6, 139:10, 139:21, 139:25, 140:4, 140:19, 140:23, 141:1, 141:5, 141:10, 141:22, 142:1, 142:4, 142:8, 142:16, 142:20, 143:3, 143:7, 143:15, 143:20, 144:3, 144:8, 144:16, 144:20, 145:3, 145:7, 145:15, 145:19, 145:23, 146:2, 146:7, 146:11, 146:15, 146:20, 146:24, 147:3, 147:8, 147:12, 147:19, 148:6, 148:14, 148:21, 148:25, 149:4, 149:8, 149:21, 149:24, 150:3, 150:8, 150:21, 151:1, 151:5, 151:9, 151:12, 151:15, 151:19, 152:1, 152:6, 152:10, 152:18, 152:23, 153:3, 153:7, 153:11, 153:17, 153:22, 154:3, 154:8, 154:24, 155:5, 155:9, 155:13, 155:17, 155:20, 155:23, 156:1, 156:4, 156:7, 156:10, 156:19, 156:23, 159:17, 159:21
**affect** [2] - 6:23, 7:2
**AFFILIATED** [2] - 1:21, 162:24
**aforesaid** [1] - 161:7
**agency** [2] - 60:15, 60:16
**Agent** [1] - 123:17
**agent** [42] - 34:14, 52:1, 52:3, 60:6, 60:8, 61:2, 61:16, 62:1, 62:7, 62:8, 66:10,

66:12, 66:13, 67:8, 67:9, 68:5, 68:7, 68:23, 68:25, 70:4, 70:6, 70:7, 71:4, 71:17, 71:19, 71:20, 71:22, 71:24, 73:17, 73:19, 73:20, 85:1, 86:22, 91:14, 104:16, 104:18, 104:19, 104:22, 105:2, 106:5, 124:22, 124:23
**agent's** [1] - 123:16
**agents** [1] - 147:5
**ago** [3] - 27:10, 58:8, 121:23
**agree** [4] - 103:24, 115:13, 120:17, 120:20
**agreement** [3] - 10:6, 10:11, 115:14
**agreements** [5] - 47:16, 47:19, 47:21, 47:23, 48:1
**ahead** [12] - 5:9, 6:19, 32:18, 36:18, 52:22, 64:6, 101:13, 101:18, 103:21, 116:23, 121:15, 123:22
**aircraft** [2] - 58:7, 61:13, 62:17
**AI** [3] - 60:9, 73:21, 73:22
**Albrightson** [1] - 92:8
**allegations** [1] - 24:25
**alleged** [2] - 24:9, 25:2
**allegedly** [2] - 150:12, 152:3
**alleging** [4] - 24:8, 146:4, 157:14, 157:17
**allowed** [1] - 11:17
**almost** [2] - 55:1, 60:19
**alone** [1] - 130:23
**alternate** [2] - 151:7, 151:25
**alternative** [1] - 150:13
**amended** [1] - 128:4
**Amendment** [131] - 27:2, 129:7, 129:10, 129:14, 129:18, 129:22, 130:5, 130:10, 130:14, 130:19, 130:25, 131:4, 131:8, 131:12, 131:15, 131:19,

EX. 1

131:23, 132:2, 132:6, 132:10, 133:6, 133:10, 133:14, 133:18, 133:22, 134:1, 134:5, 134:9, 134:20, 134:25, 135:8, 135:13, 135:19, 136:1, 136:6, 136:10, 136:19, 137:2, 137:7, 137:12, 137:20, 137:25, 138:7, 138:13, 138:18, 138:23, 139:7, 139:11, 139:22, 140:1, 140:5, 140:20, 140:24, 141:2, 141:6, 141:11, 141:23, 142:2, 142:5, 142:9, 142:17, 142:21, 143:4, 143:8, 143:16, 143:21, 144:4, 144:9, 144:17, 144:21, 145:4, 145:8, 145:16, 145:20, 145:24, 146:3, 146:8, 146:12, 146:16, 146:21, 146:25, 147:4, 147:9, 147:13, 147:20, 148:7, 148:15, 148:22, 149:1, 149:5, 149:9, 149:22, 149:25, 150:4, 150:9, 150:22, 151:2, 151:6, 151:10, 151:13, 151:16, 151:20, 152:2, 152:7, 152:11, 152:19, 152:24, 153:4, 153:8, 153:12, 153:18, 153:23, 154:4, 154:9, 154:15, 154:20, 154:25, 155:6, 155:10, 155:14, 155:18, 155:21, 155:24, 156:2, 156:5, 156:8, 156:11, 156:20, 156:24, 159:18, 159:22

**American** [4] - 22:14, 23:7, 157:7, 157:13
**amount** [5] - 12:11, 95:19, 134:22, 151:11, 151:14
**Amundson** [4] - 20:11, 20:14, 20:25, 21:4
**analysis** [1] - 102:10
**ANDERSON** [80] - 2:3, 9:5, 10:17, 14:10, 14:12, 16:22, 17:18,

19:21, 20:5, 22:7, 22:12, 24:1, 26:11, 26:20, 27:15, 28:13, 28:16, 32:11, 32:17, 33:15, 35:20, 36:14, 36:21, 37:1, 37:25, 41:23, 52:21, 53:2, 57:2, 57:5, 58:24, 64:3, 64:7, 65:23, 66:1, 72:25, 75:5, 76:21, 80:6, 81:5, 100:20, 100:25, 105:11, 106:13, 107:9, 107:25, 108:12, 108:20, 109:9, 111:2, 113:22, 114:10, 114:15, 114:23, 115:23, 116:20, 117:7, 118:17, 120:1, 120:21, 121:10, 122:8, 122:18, 123:25, 130:2, 130:16, 140:11, 140:14, 147:16, 148:2, 148:8, 149:11, 150:15, 151:17, 157:1, 157:4, 159:12, 159:24, 160:2, 160:8
**Anderson** [1] - 3:4
**animals** [1] - 27:7
**Annandale** [1] - 56:3
**answer** [21] - 6:3, 6:4, 6:8, 6:15, 6:19, 26:25, 27:19, 27:22, 32:16, 33:22, 58:25, 64:6, 64:7, 65:23, 108:24, 116:14, 116:23, 121:15, 147:17
**answered** [3] - 32:11, 32:14, 36:15
**answering** [1] - 30:16
**Answers** [1] - 4:9
**answers** [2] - 5:20, 9:11
**apologize** [1] -
**appear** [3] - 5:21, 122:3, 128:12
**APPEARANCES** [1] - 2:1
**appliances** [1] - 53:24
**Application** [2] - 3:10, 107:18
**application** [3] - 98:18, 99:1, 108:9
**appraisal** [6] -

100:17, 100:19, 101:17, 101:23, 101:25, 103:8
**Appraisal** [1] - 3:8
**appraisals** [2] - 100:8, 101:5, 101:8
**appraised** [4] - 10:10, 101:2, 101:6, 103:8
**appreciate** [1] - 37:1
**appreciated** [1] - 5:24
**approach** [3] - 80:9, 90:3, 93:6
**approached** [3] - 79:24, 98:13, 99:2
**approved** [1] - 98:18
**April** [1] - 55:6
**area** [7] - 38:20, 94:21, 94:23, 95:8, 95:10, 97:5, 98:7
**areas** [1] - 12:16
**arrested** [1] - 133:15
**arrived** [1] - 129:24
**Arthur** [4] - 19:1, 19:5, 19:6, 21:15
**assault** [1] - 26:6
**assert** [131] - 27:2, 129:6, 129:9, 129:13, 129:17, 129:21, 130:5, 130:9, 130:13, 130:19, 130:24, 131:3, 131:7, 131:11, 131:14, 131:18, 131:22, 132:1, 132:5, 132:9, 133:5, 133:9, 133:13, 133:17, 133:21, 133:25, 134:4, 134:8, 134:19, 134:24, 135:7, 135:12, 135:18, 135:25, 136:5, 136:9, 136:18, 137:1, 137:6, 137:11, 137:19, 137:24, 138:6, 138:12, 138:17, 138:22, 139:6, 139:10, 139:21, 139:25, 140:4, 140:19, 140:23, 141:1, 141:5, 141:10, 141:22, 142:1, 142:4, 142:8, 142:16, 142:20, 143:3, 143:7, 143:15, 143:20, 144:3, 144:8, 144:16, 144:20, 145:3, 145:7, 145:19, 145:23, 146:2, 146:7, 146:11, 146:15,

146:20, 146:24, 147:3, 147:8, 147:12, 147:20, 148:6, 148:14, 148:21, 148:25, 149:4, 149:8, 149:21, 149:24, 150:3, 150:8, 150:22, 151:1, 151:5, 151:9, 151:12, 151:15, 151:20, 152:1, 152:6, 152:10, 152:18, 152:23, 153:3, 153:7, 153:11, 153:17, 153:22, 154:3, 154:8, 154:14, 154:19, 154:24, 155:5, 155:9, 155:13, 155:17, 155:20, 155:23, 156:1, 156:4, 156:7, 156:10, 156:19, 156:23, 159:17, 159:21
**assistant** [3] - 30:18, 31:2, 31:5
**assistants** [1] - 61:9
**associate** [1] - 132:23
**associated** [1] - 92:4
**Associates** [3] - 70:22, 84:18, 84:23
**assume** [3] - 6:8, 82:25, 83:20
**assumes** [1] - 130:2
**assuming** [4] - 82:23, 116:20, 130:16, 151:17
**assumption** [1] - 16:25
**attachment** [1] - 93:23
**attorney** [8] - 7:8, 7:25, 8:4, 8:6, 18:16, 18:21, 47:18, 80:3
**Attorney** [6] - 25:20, 26:18, 33:9, 33:16, 52:17, 122:11
**Attorney-Client** [5] - 25:20, 26:18, 33:9, 33:16, 52:17
**attorneys** [2] - 6:17, 18:19
**audible** [1] - 5:20
**August** [3] - 56:15, 91:5, 121:5
**Austin** [1] - 155:2
**authorized** [1] - 141:7
**Auto** [25] - 59:4, 59:5, 59:13, 59:18, 59:21, 59:22, 60:2,

60:17, 60:22, 61:11, 63:1, 63:6, 63:16, 65:6, 71:15, 74:10, 74:18, 78:17, 80:16, 81:1, 87:21, 87:22, 87:25, 88:1, 88:4
**auto** [1] - 59:12, 74:18, 75:3, 75:19, 75:20
**Auto-Owners** [25] - 59:4, 59:5, 59:13, 59:18, 59:21, 59:22, 60:2, 60:17, 60:22, 61:11, 63:1, 63:6, 63:16, 65:6, 71:15, 74:10, 74:18, 78:17, 80:16, 81:1, 87:21, 87:22, 87:25, 88:1, 88:4
**automatic** [2] - 63:2, 63:3
**automatically** [1] - 127:2
**autos** [1] - 60:4
**avoid** [1] - 5:22
**awarded** [1] - 21:7
**aware** [6] - 15:6, 25:9, 31:22, 39:10, 133:7, 133:11

---

**B**

**B-O-N-A** [1] - 154:1
**B-R-I-T-T-A** [1] - 99:20
**backed** [1] - 68:15
**backside** [1] - 120:18
**backwards** [1] - 19:3
**bad** [4] - 6:10, 59:14, 146:5, 146:22
**baldwin** [1] - 28:16
**Baldwin** [3] - 29:16, 40:21, 82:19
**Bank** [3] - 22:15, 157:8, 157:14
**banks** [1] - 101:5
**bar** [6] - 32:7, 32:8, 98:7, 98:23, 98:25, 102:2
**bare** [1] - 84:7
**barely** [1] - 77:21
**bartender** [1] - 34:3
**base** [2] - 112:19, 146:13
**based** [4] - 19:13, 28:5, 108:22, 122:11
**basis** [1] - 41:7
**Bates** [1] - 113:23

EX. 1

**bathroom** [1] - 94:24
**bathrooms** [1] - 97:13
**battery** [1] - 26:6
**beams** [1] - 97:4
**beauty** [4] - 94:7, 97:19, 98:2, 110:6
**became** [5] - 11:6, 11:11, 12:9, 40:12, 105:2
**become** [2] - 11:9, 38:18
**beer** [2] - 33:3, 34:4
**began** [1] - 118:22
**begins** [1] - 118:20
**behalf** [1] - 141:8
**BEHALF** [2] - 2:2, 2:8
**bell** [2] - 21:21, 22:6
**best** [2] - 21:12, 161:10
**Betty** [1] - 35:8
**between** [12] - 38:7, 38:11, 43:5, 48:15, 49:3, 54:13, 54:18, 87:10, 115:14, 124:17, 125:22, 146:18
**big** [1] - 14:14
**biggest** [1] - 98:6
**bill** [1] - 67:5
**Bill** [1] - 35:8
**billboards** [1] - 48:11
**birth** [1] - 5:12
**bit** [4] - 21:14, 21:23, 37:24, 95:5
**boat** [1] - 57:14
**Bolt** [1] - 153:20
**Borgelt** [1] - 7:8
**born** [3] - 55:23, 56:6, 56:14
**Bosworth** [3] - 140:25, 141:3, 141:7
**bottom** [11] - 8:19, 103:13, 103:15, 119:22, 120:13, 120:14, 124:15, 127:9, 127:20, 141:18, 149:17
**bought** [5] - 11:15, 84:5, 93:12, 115:18, 115:21
**box** [3] - 103:2, 103:15, 111:8
**boxes** [1] - 102:24
**brake** [1] - 12:19
**branch** [1] - 82:19
**brand** [4] - 67:24, 67:25, 94:15, 97:24
**breach** [3] - 10:13,

10:14, 146:14
**breached** [2] - 146:1, 146:17
**break** [9] - 6:14, 6:16, 36:23, 40:9, 40:23, 72:23, 104:6, 104:11, 156:13
**breakout** [1] - 86:9
**breaks** [1] - 6:12
**Brian** [1] - 101:9
**bring** [1] - 15:25, 17:11, 22:1, 51:10
**Britta** [6] - 99:18, 99:20, 99:22, 99:23, 100:2, 100:5
**broken** [1] - 73:6
**broker** [4] - 60:19, 70:22, 71:3, 105:3
**brokerage** [1] - 125:1
**Brooklyn** [1] - 56:11
**Brooks** [2] - 23:11, 35:8
**brought** [7] - 15:9, 15:19, 15:21, 16:4, 19:8, 24:16, 77:21
**build** [4] - 46:18, 83:13, 85:13, 87:13
**building** [46] - 13:13, 13:15, 13:19, 13:20, 13:25, 17:16, 17:20, 17:23, 18:2, 18:3, 37:11, 37:12, 37:15, 50:3, 54:17, 54:18, 73:16, 89:7, 89:8, 89:20, 93:21, 93:25, 94:12, 95:2, 95:12, 95:13, 96:9, 97:18, 97:24, 97:25, 98:7, 98:14, 98:22, 98:24, 101:17, 110:18, 126:12, 128:5, 128:12, 134:22, 135:11, 135:16, 153:14, 153:15, 155:15
**buildings** [1] - 51:2
**built** [5] - 20:14, 46:16, 82:6, 83:11, 85:8
**bullet** [2] - 102:8, 102:9
**bunch** [1] - 23:20
**burned** [1] - 67:21
**burning** [1] - 129:20
**Business** [3] - 28:25, 29:12, 114:6
**business** [87] - 9:24, 9:25, 11:1, 11:12, 12:5, 12:14, 13:6,

14:17, 14:22, 15:22, 16:12, 28:24, 31:16, 32:5, 32:6, 32:7, 32:10, 32:14, 32:21, 32:24, 33:1, 33:6, 33:12, 33:21, 34:4, 34:10, 38:6, 38:8, 38:16, 39:2, 39:6, 39:12, 39:23, 40:13, 40:15, 40:19, 40:24, 40:25, 41:2, 41:9, 41:11, 41:13, 41:14, 41:17, 42:2, 42:5, 42:10, 42:18, 42:23, 43:8, 43:18, 44:9, 44:14, 44:25, 45:20, 45:22, 45:24, 46:3, 46:7, 46:9, 47:7, 47:10, 50:1, 50:12, 51:3, 57:18, 58:8, 58:10, 60:14, 63:17, 65:10, 65:11, 65:12, 74:23, 74:25, 75:3, 75:24, 97:16, 105:7, 105:9, 107:18, 109:23, 110:5, 111:12, 136:8, 137:4, 137:9
**business 's** [1] - 40:20
**businesses** [11] - 37:16, 38:12, 40:2, 40:5, 43:5, 45:4, 45:8, 48:14, 48:22, 54:16, 54:17
**buy** [4] - 10:6, 10:11, 11:17, 58:13
**buy-sell** [2] - 10:6, 10:11
**BY** [91] - 5:7, 8:11, 9:9, 10:21, 14:15, 17:1, 17:21, 19:24, 20:9, 22:13, 24:6, 25:24, 26:14, 27:4, 27:25, 28:18, 32:20, 33:11, 33:19, 35:24, 37:2, 38:5, 40:11, 42:1, 53:6, 57:6, 59:1, 64:5, 64:11, 66:4, 73:7, 75:10, 77:1, 80:8, 81:8, 101:1, 101:22, 104:9, 105:15, 106:18, 107:11, 108:4, 108:16, 108:25, 109:12, 111:6, 114:2, 114:12, 115:2, 116:3, 116:22, 117:9, 118:21, 119:11, 120:6, 120:25,

121:14, 122:16, 122:22, 123:4, 124:3, 130:21, 132:13, 134:15, 135:3, 135:22, 136:13, 136:22, 137:15, 139:1, 139:17, 140:8, 140:16, 141:14, 142:12, 142:24, 143:11, 143:24, 144:12, 144:24, 145:11, 148:3, 148:11, 148:18, 149:16, 150:24, 151:22, 152:14, 156:16, 157:4, 159:14

## C

**C-H-E-T-E-K** [1] - 69:20
**cabin** [2] - 69:17, 79:16
**cabinet** [1] - 25:1
**cabinets** [1] - 97:13
**calculated** [3] - 149:23, 150:14, 152:5
**cancel** [1] - 125:23
**cannot** [4] - 34:15, 34:24, 71:7, 106:12, 108:3, 116:14
**capacity** [1] - 132:22
**capital** [1] - 154:1
**captive** [1] - 51:6
**car** [14] - 57:11, 59:16, 59:2, 60:21, 63:9, 63:16, 63:24, 65:14, 66:20, 67:17, 68:14, 68:24, 69:2
**card** [2] - 23:4, 63:2, 63:4
**care** [1] - 113:12
**Carpet** [7] - 38:17, 38:18, 38:21, 39:15, 39:20, 39:24, 40:13
**carried** [2] - 106:6, 113:18
**case** [1] - 28:9
**cash** [3] - 78:2, 78:7, 79:20
**Casualty** [3] - 1:8, 105:21, 115:8
**caused** [1] - 126:13
**causing** [1] - 158:21
**cease** [2] - 99:24, 100:2
**Cedar** [1] - 94:19
**ceiling** [3] - 95:1, 97:8, 97:10

**Center** [1] - 56:11
**center** [2] - 95:8, 102:25
**Central** [11] - 50:9, 50:10, 50:18, 50:22, 51:5, 51:13, 53:21, 54:3, 54:9, 58:9, 61:24
**Central 's** [1] - 50:23
**certain** [2] - 53:23, 65:1
**certainty** [1] - 106:12, 115:16, 116:14, 123:8
**certificate** [2] - 49:16, 49:17
**certificates** [3] - 49:12, 49:15, 49:21
**certified** [1] - 113:25
**certify** [2] - 161:3, 162:3
**Chad** [1] - 154:22
**change** [7] - 9:3, 9:8, 9:10, 14:6, 87:10, 98:17, 133:8
**CHANGE** [1] - 162:5
**changed** [1] - 128:5
**changes** [4] - 95:11, 95:15, 97:1, 162:4
**Chapman** [4] - 19:1, 19:5, 19:6, 21:15
**charge** [7] - 11:25, 12:1, 31:19, 44:24, 47:1, 47:9, 48:4
**charged** [5] - 19:12, 26:15, 26:17, 26:22, 27:5
**charges** [7] - 23:4, 26:5, 26:24, 27:18, 157:11, 157:15, 157:18
**check** [10] - 20:7, 27:6, 62:14, 62:20, 75:14, 75:22, 76:2, 113:6, 113:8, 157:23
**Chetek** [5] - 69:17, 69:19, 76:12, 79:4, 79:6
**children** [2] - 55:15, 55:17
**Chris** [9] - 66:14, 67:15, 67:16, 70:7, 105:4, 124:22, 125:3, 126:14, 128:9
**Chuck** [5] - 18:21, 18:22, 19:2, 19:4, 21:15
**chunk** [1] - 82:12
**Circuit** [1] - 153:1
**citation** [1] - 27:17

EX. 1

City [3] - 20:19, 73:11, 107:6
city [1] - 1:16
civil [4] - 19:25, 20:2, 20:10, 157:22
claim [67] - 7:11, 18:4, 18:9, 21:9, 23:3, 53:9, 54:2, 65:8, 66:5, 66:7, 66:9, 66:24, 67:5, 67:10, 68:3, 68:5, 68:18, 68:23, 69:12, 69:14, 70:4, 70:9, 71:4, 71:5, 71:8, 72:3, 73:3, 74:1, 76:4, 112:13, 128:22, 128:23, 133:23, 134:2, 134:23, 135:11, 135:16, 136:4, 136:8, 137:10, 138:10, 138:21, 139:5, 139:9, 139:24, 140:22, 141:4, 141:9, 142:7, 142:19, 143:6, 143:19, 144:7, 144:19, 145:6, 145:18, 146:6, 146:14, 146:23, 147:11, 147:14, 148:4, 151:24, 156:22, 158:25, 159:15, 159:19
claiming [3] - 145:25, 146:9, 149:19
claims [37] - 15:4, 15:13, 15:14, 15:18, 15:19, 17:14, 18:14, 20:1, 20:2, 31:22, 31:23, 52:7, 52:10, 54:5, 61:20, 62:9, 65:10, 65:14, 66:20, 67:17, 68:14, 69:2, 69:5, 70:14, 71:10, 72:7, 72:10, 72:13, 72:16, 72:20, 73:1, 74:7, 112:15, 125:12, 125:18, 145:22, 159:6
Claire [3] - 1:17, 40:15, 40:21
clarification [3] - 111:5, 157:2, 157:5
clarify [5] - 6:7, 6:11, 11:16, 53:1, 89:12
clarifying [2] - 9:6, 110:22
clarity [1] - 122:8
class [1] - 49:4
classes [1] - 49:2
cleaned [1] - 34:2
clear [2] - 10:18, 52:24

clearer [1] - 89:17
Client [5] - 25:20, 26:18, 33:9, 33:16, 52:17
client [1] - 10:19, 24:2, 72:25
close [3] - 46:8, 50:16, 83:23
closed [1] - 46:10
closer [1] - 26:11
closing [1] - 36:22
co [10] - 32:22, 38:16, 38:18, 38:22, 39:1, 39:19, 39:21, 41:17, 41:18, 41:19
co-owner [5] - 32:22, 38:16, 38:18, 38:22, 39:1
co-owners [5] - 39:19, 39:21, 41:17, 41:18, 41:19
coincided [1] - 16:18
collecting [1] - 47:2
collectively [1] - 46:11
colon [1] - 107:8
column [1] - 103:17
coming [1] - 20:8
commenced [1] - 21:16
commencing [1] - 1:17
Commission [1] - 162:21
common [1] - 65:21
communicate [14] - 61:1, 61:10, 61:18, 62:4, 66:15, 67:10, 68:12, 70:9, 71:20, 73:22, 125:6, 125:9, 125:14, 125:19
communication [2] - 125:15, 125:20
companies [3] - 10:20, 12:2, 112:18
Company [2] - 1:8, 105:21
company [41] - 10:3, 10:4, 10:5, 10:9, 10:18, 10:22, 10:24, 11:7, 11:9, 11:15, 11:19, 13:9, 14:3, 15:2, 15:5, 21:25, 22:4, 29:16, 31:25, 39:7, 41:2, 43:14, 43:15, 50:7, 50:8, 59:12, 61:15, 62:7, 66:5, 66:11, 67:2, 68:1, 68:20, 69:12, 69:23, 70:5, 71:18,

72:10, 85:1, 112:1, 126:15
comparable [1] - 126:11
comparative [2] - 112:21, 128:10
complaint [2] - 24:7, 153:10
Complaint [1] - 4:10
complete [1] - 161:9
completed [2] - 97:15, 99:4
completely [3] - 97:3, 97:5, 155:16
components [2] - 11:21, 12:14
concluded [1] - 160:9
concreted [1] - 97:5
condition [2] - 94:10, 148:12
conditions [2] - 7:1, 124:20
conducted [2] - 101:8, 101:23
conference [2] - 28:6, 28:7
confirm [1] - 59:15
congratulations [2] - 55:2, 56:25
connection [4] - 133:16, 135:9, 136:16, 137:21
consider [1] - 98:14
considerable [1] - 23:2
considered [1] - 95:9
consistently [1] - 58:22
consisting [1] - 161:8
constitute [1] - 115:14
construction [6] - 37:22, 84:14, 85:15, 85:19, 85:20, 85:22
consult [1] - 25:18
contacted [1] - 125:21
contained [2] - 54:18, 119:23
contends [15] - 153:13, 153:16, 153:19, 153:21, 153:24, 154:2, 154:5, 154:7, 154:10, 154:13, 154:16, 154:18, 154:21, 154:23, 155:1
contents [3] - 52:15,

53:13, 155:4
continually [1] - 112:20
continuation [1] - 111:8
continue [1] - 81:20
continued [1] - 120:16
continuing [1] - 49:8
contract [12] - 10:13, 10:15, 51:6, 53:22, 90:21, 91:21, 92:17, 146:1, 146:14, 146:18, 156:18
contractor [3] - 20:14, 85:10, 85:12
control [2] - 31:7, 31:13
conversation [1] - 128:8
conversationally [1] - 6:1
convicted [6] - 25:10, 25:12, 25:16, 25:25, 26:4, 27:13
Cook [1] - 39:18
cooked [1] - 34:2
coordinated [1] - 31:11
copy [12] - 100:17, 100:19, 100:24, 102:23, 115:17, 115:20, 116:7, 116:12, 116:15, 116:18, 117:12, 117:16
copying [1] - 121:6
corner [3] - 124:15, 127:10, 127:21
corporation [9] - 12:6, 12:7, 12:8, 13:3, 33:7, 42:11, 42:14, 44:1, 47:6
correct [51] - 8:22, 9:1, 9:15, 14:20, 18:5, 32:1, 35:3, 35:4, 36:20, 58:11, 63:19, 75:11, 82:3, 82:17, 83:11, 84:1, 104:3, 106:1, 106:9, 106:10, 108:10, 108:15, 109:1, 109:4, 109:17, 109:19, 109:21, 109:22, 109:23, 110:3, 110:7, 110:11, 110:15, 110:19, 111:1, 111:9, 111:16, 111:17, 121:23, 121:24, 125:4, 125:5, 128:24, 133:4, 137:8,

138:14, 157:11, 157:15, 157:16, 158:18, 161:9
correctly [2] - 79:4, 102:14
correctness [1] - 110:24
cosmetology [1] - 110:6
cost [2] - 150:12, 151:24
counsel [143] - 26:21, 26:23, 27:2, 52:19, 57:3, 121:5, 121:9, 121:13, 121:22, 122:2, 124:6, 129:6, 129:9, 129:13, 129:17, 129:21, 130:5, 130:9, 130:13, 130:19, 130:24, 131:3, 131:7, 131:11, 131:14, 131:18, 131:22, 132:1, 132:5, 132:9, 133:5, 133:9, 133:13, 133:17, 133:21, 133:25, 134:4, 134:8, 134:19, 134:24, 135:7, 135:12, 135:18, 135:25, 136:5, 136:9, 136:18, 137:1, 137:6, 137:11, 137:19, 137:24, 138:6, 138:12, 138:17, 138:22, 139:6, 139:10, 139:21, 139:25, 140:4, 140:19, 140:23, 141:1, 141:5, 141:10, 141:22, 142:1, 142:4, 142:8, 142:16, 142:20, 143:3, 143:7, 143:15, 143:20, 144:3, 144:6, 144:8, 144:16, 144:20, 145:3, 145:7, 145:15, 145:19, 145:23, 146:2, 146:7, 146:11, 146:15, 146:20, 146:24, 147:3, 147:8, 147:12, 147:20, 148:6, 148:14, 148:21, 148:25, 149:4, 149:8, 149:21, 149:24, 150:3, 150:8, 150:22, 151:1, 151:5, 151:9, 151:12, 151:15, 151:20, 152:1, 152:6, 152:10, 152:18, 152:23,

EX. 1

153:3, 153:7, 153:11, 153:17, 153:22, 154:3, 154:8, 154:14, 154:19, 154:24, 155:5, 155:9, 155:13, 155:17, 155:20, 155:23, 156:1, 156:4, 156:7, 156:10, 156:19, 156:23, 159:17, 159:21, 159:24

**Counsel** [2] - 28:14, 75:5, 76:21

**counsel 's** [1] - 121:12

**counter** [1] - 95:10

**Country** [2] - 92:3, 92:23

**County** [2] - 16:8, 153:2

**county** [5] - 1:15, 16:7, 22:22, 23:17, 24:20

**couple** [3] - 48:20, 156:13, 159:10

**couple -minute** [1] - 156:13

**course** [4] - 28:24, 29:20, 111:11, 151:24

**courses** [1] - 29:3

**COURT** [3] - 1:1, 1:21, 162:24

**Court** [1] - 153:1

**court** [5] - 5:18, 6:2, 6:13, 19:25, 20:1, 20:2, 21:7, 92:9

**courts** [1] - 16:3

**cover** [1] - 52:14

**coverage** [8] - 34:21, 34:22, 128:5, 128:12, 128:13, 134:23, 135:11, 135:16

**Coverage** [1] - 114:6

**covered** [2] - 48:17, 53:13

**covers** [1] - 59:19

**cramp** [1] - 114:20

**crazy** [1] - 19:23

**Credit** [2] - 95:18, 96:16

**credit** [3] - 23:4, 63:2, 63:4

**crew** [1] - 41:6

**crime** [2] - 26:15, 26:17

**Criminal** [1] - 4:10

**criminal** [2] - 153:10, 157:22

**Croix** [5] - 16:8, 22:23, 23:18, 24:21,

153:2

**Crossing** [1] - 1:16

**Cubby** [13] - 16:12, 16:14, 17:2, 17:15, 17:19, 17:22, 37:10, 37:11, 37:15, 37:16, 50:2, 54:18, 81:23

**cumulative** [1] - 17:7

**current** [12] - 20:20, 20:22, 59:12, 59:16, 61:1, 63:24, 72:1, 76:25, 78:25, 80:25, 106:22, 148:12

**custom** [2] - 25:1, 97:12

**customer** [2] - 53:24, 112:19

**customer 's** [1] - 31:11

**Customers** [1] - 107:1

**customers** [5] - 30:16, 30:25, 31:1, 41:4, 51:8

**customers '** [1] - 51:10

**cutter** [1] - 12:19

## D

**D-U-C-H-N-O-W-S-K-I** [1] - 60:11

**Dale** [3] - 20:11, 20:14, 20:24

**damage** [5] - 70:19, 71:12, 71:25, 158:21, 158:24

**damaged** [1] - 153:13

**damages** [1] - 152:3

**dance** [9] - 98:4, 98:8, 98:11, 98:14, 98:24, 99:3, 99:24, 100:2, 102:1

**date** [18] - 5:12, 32:16, 64:14, 117:2, 123:12, 123:13, 123:14, 124:12, 124:14, 127:11, 127:13, 127:14, 127:20, 127:23, 127:24, 127:25, 139:8, 142:3

**Dated** [1] - 161:12

**dated** [2] - 139:4, 141:18

**daughter** [4] - 56:4, 56:12, 124:24, 124:25

**daughter 's** [1] -

55:21

**daughters** [2] - 55:19, 55:20

**DAYNA** [1] - 54:24

**Dayna** [13] - 1:4, 37:13, 54:24, 54:25, 55:3, 55:9, 56:16, 65:20, 68:15, 98:20, 111:13, 111:14, 113:5

**Dayna's** [1] - 100:15

**days** [1] - 86:21

**deal** [7] - 47:16, 60:17, 61:6, 61:8, 61:9, 62:6, 80:2

**debris** [5] - 149:2, 149:6, 149:20, 150:1, 150:6

**December** [12] - 76:16, 84:4, 85:7, 86:6, 86:18, 86:25, 87:3, 116:25, 124:18, 125:13, 129:2, 155:12

**decide** [1] - 126:8

**declaration** [1] - 64:18

**Declaration** [3] - 114:24, 116:15, 118:11

**Declarations** [14] - 3:12, 3:13, 3:14, 115:9, 115:10, 116:12, 116:18, 117:17, 118:1, 118:7, 118:14, 119:3, 127:7, 128:3

**declarations** [5] - 64:16, 64:22, 116:7, 119:8, 128:7

**declination** [1] - 159:3

**deer** [1] - 65:20

**default** [2] - 158:6, 158:8

**Defendant** [1] - 1:9

**defendant** [7] - 15:16, 18:14, 21:1, 21:3, 22:24, 23:22, 24:22

**DEFENDANT** [1] - 2:8

**defendants** [1] - 22:2

**define** [1] - 19:22

**definitely** [1] - 98:15

**defraud** [1] - 153:14

**DeGraw** [3] - 86:23, 91:15, 92:19

**delivered** [2] - 51:7, 51:8

**delivery** [8] - 31:12, 31:13, 50:7, 52:23,

52:25, 53:20, 53:23, 85:1

**Delivery** [12] - 50:9, 50:10, 50:18, 50:22, 50:23, 51:5, 51:12, 53:21, 54:3, 54:8, 58:9, 61:23

**demolition** [2] - 148:19, 148:23

**denied** [2] - 28:10, 76:4

**deny** [3] - 147:14, 148:4, 159:15

**department** [1] - 138:15

**deponent** [1] - 162:2

**deposed** [4] - 5:14, 7:6, 7:13

**DEPOSITION** [1] - 1:11

**deposition** [10] - 5:17, 7:7, 7:17, 7:25, 8:5, 8:7, 9:1, 141:19, 160:9, 161:6

**Deposition** [30] - 1:13, 8:9, 101:20, 105:13, 106:16, 113:20, 114:25, 119:9, 123:2, 132:11, 134:13, 135:1, 135:20, 136:11, 136:20, 137:13, 138:1, 138:24, 139:12, 140:6, 141:12, 142:10, 142:22, 143:9, 143:22, 144:10, 144:22, 145:9, 148:16, 152:12

**describe** [2] - 33:1, 93:21

**described** [2] - 94:9, 110:1

**descript** [1] - 95:10

**description** [5] - 103:17, 103:18, 103:24, 107:15, 108:18

**Description** [3] - 107:5, 107:8, 110:2

**despite** [1] - 6:20

**destroyed** [3] - 52:13, 53:8, 155:16

**detail** [1] - 16:11

**details** [5] - 8:6, 107:12, 107:13, 109:25, 110:9

**Details** [1] - 110:9

**determined** [2] - 34:18, 133:19

**determining** [1] - 158:2

**DI** [1] - 153:25

**DiBona** [1] - 153:25

**different** [8] - 10:12, 15:17, 29:19, 43:14, 48:20, 85:18, 100:23, 106:7

**digits** [1] - 109:13

**dilapidated** [2] - 93:14, 94:10

**direct** [1] - 42:17

**directly** [18] - 61:6, 61:10, 62:6, 66:10, 66:17, 66:19, 67:7, 67:13, 70:5, 70:12, 71:3, 71:18, 71:22, 71:24, 73:17, 73:24, 73:25, 125:9

**disability** [1] - 58:1

**disbanded** [2] - 41:14, 43:25

**discovery** [1] - 121:2

**discuss** [2] - 128:22, 128:23

**discussed** [15] - 37:18, 38:11, 38:15, 43:5, 48:21, 49:24, 62:11, 72:9, 72:19, 81:10, 86:2, 89:23, 98:20, 104:1, 138:19

**discussion** [6] - 25:20, 26:18, 33:9, 33:16, 52:18, 157:10

**dishonesty** [1] - 25:13

**dismissed** [2] - 16:3, 19:11

**dispensary** [1] - 94:25

**dispute** [1] - 10:3

**disputing** [1] - 10:5

**DISTRICT** [2] - 1:1, 1:2

**divorce** [1] - 55:7

**document** [104] - 8:12, 8:14, 22:7, 101:13, 101:14, 105:18, 106:19, 106:21, 106:23, 107:2, 108:5, 108:7, 109:1, 109:3, 110:2, 110:10, 110:24, 111:18, 113:25, 114:3, 115:3, 115:5, 119:12, 119:14, 119:18, 119:23, 120:10, 120:22, 121:1, 122:23, 123:5, 123:7, 123:10,

EX. 1

123:13, 123:20, 123:23, 124:8, 127:16, 128:13, 128:16, 132:14, 132:16, 133:7, 134:16, 134:18, 134:21, 135:4, 135:6, 135:9, 135:23, 135:24, 136:2, 136:14, 136:16, 136:23, 136:25, 137:3, 137:16, 137:18, 137:21, 138:3, 138:5, 138:8, 139:2, 139:18, 139:20, 139:23, 140:9, 140:17, 140:18, 140:21, 141:15, 141:21, 141:24, 142:3, 142:6, 142:13, 142:15, 142:18, 142:25, 143:2, 143:5, 143:12, 143:14, 143:17, 143:25, 144:2, 144:5, 144:13, 144:15, 144:18, 144:25, 145:2, 145:5, 145:12, 145:14, 145:17, 152:15, 152:17, 152:20, 152:25, 153:5, 153:9, 153:16

**documents** [4] - 7:17, 117:22, 122:17, 152:8

**dollar** [1] - 64:10

**dollars** [1] - 21:7

**done** [13] - 23:20, 24:10, 25:1, 36:13, 61:17, 96:11, 97:19, 98:25, 100:11, 119:4, 125:20, 148:19, 148:23

**Door** [6] - 29:17, 29:21, 31:18, 31:24, 32:3, 32:15

**door** [1] - 30:4

**doors** [2] - 94:23, 97:12

**down** [7] - 5:18, 35:22, 36:19, 46:8, 82:24, 107:12, 149:13

**downtown** [1] - 29:2

**draft** [2] - 47:18, 47:21

**drafted** [1] - 47:23

**drive** [2] - 94:4, 97:5

**drive-through** [2] - 94:4, 97:5

**drivers** [1] - 31:14

**driving** [1] - 160:1

**drop** [1] - 38:6

**dropping** [1] - 38:2

**dry** [1] - 51:18

**Duchnowski** [2] - 60:9, 73:21

**Ducklow** [1] - 101:9

**due** [2] - 113:9, 156:17

**duly** [1] - 5:4

**duplexes** [1] - 46:16

**during** [7] - 17:8, 85:13, 97:18, 114:14, 118:13, 125:12, 129:25

**duties** [9] - 11:23, 12:10, 12:12, 12:15, 12:17, 30:3, 30:14, 30:23, 31:10

## E

**e-mail** [2] - 61:4, 61:19

**early** [2] - 129:2, 155:11

**east** [1] - 97:6

**East** [1] - 2:11

**Eau** [3] - 1:16, 40:15, 40:20

**education** [5] - 28:21, 28:23, 29:9, 49:8, 49:23

**effect** [2] - 10:6, 17:7

**effective** [5] - 123:12, 123:14, 127:13, 127:23, 127:25

**eight** [3] - 29:20, 56:23, 56:24

**either** [2] - 72:20, 100:5

**eke** [1] - 112:20

**elect** [131] - 27:2, 129:6, 129:9, 129:13, 129:17, 129:21, 130:5, 130:9, 130:13, 130:19, 130:24, 131:3, 131:7, 131:11, 131:14, 131:18, 131:22, 132:1, 132:5, 132:9, 133:5, 133:9, 133:13, 133:17, 133:21, 133:25, 134:4, 134:8, 134:19, 134:24, 135:7, 135:12, 135:18, 135:25, 136:5, 136:9, 136:18, 137:1, 137:6,

137:11, 137:19, 137:24, 138:6, 138:12, 138:17, 138:22, 139:6, 139:10, 139:21, 139:25, 140:4, 140:19, 140:23, 141:1, 141:5, 141:10, 141:22, 142:1, 142:4, 142:8, 142:16, 142:20, 142:25, 143:3, 143:7, 144:3, 144:8, 144:16, 144:20, 145:3, 145:7, 145:15, 145:19, 145:23, 146:2, 146:7, 146:11, 146:15, 146:20, 146:24, 147:3, 147:8, 147:12, 147:20, 148:6, 148:21, 148:25, 149:4, 149:8, 149:21, 149:24, 150:3, 150:8, 150:22, 151:1, 151:5, 151:9, 151:12, 151:15, 151:20, 152:1, 152:6, 152:10, 152:18, 152:23, 153:3, 153:7, 153:11, 153:17, 153:22, 154:3, 154:8, 154:14, 154:19, 154:24, 155:5, 155:9, 155:13, 155:17, 155:20, 155:23, 156:1, 156:4, 156:7, 156:10, 156:19, 156:23, 159:17, 159:21

**electrical** [2] - 54:1, 97:11

**eligibility** [1] - 108:19

**Emerald** [1] - 20:23

**emergency** [1] - 41:5

**Emily** [1] - 5:8

**EMILY** [1] - 2:9

**employed** [2] - 50:4, 50:5

**employee** [6] - 11:3, 11:4, 12:9, 38:10, 39:23, 111:12

**employees** [5] - 31:3, 54:8, 111:10, 111:15, 147:6

**employment** [2] - 37:19, 38:9, 54:13

**enclosed** [1] - 110:18

**encompass** [1] -

95:3

**encompassed** [4] - 98:1, 98:2, 98:3, 98:6

**encompasses** [1] - 17:20

**end** [3] - 11:21, 17:4, 106:11

**endangered** [7] - 153:20, 153:25, 154:6, 154:11, 154:17, 154:22, 155:2

**ended** [1] - 125:2

**ending** [1] - 116:25

**Endorsements** [7] - 116:8, 116:13, 116:16, 116:19, 117:17, 118:1, 118:7

**enforcement** [4] - 130:7, 131:24, 133:15, 133:19

**enhance** [1] - 41:3

**entered** [1] - 19:16

**entertainment** [2] - 33:5, 34:22

**entire** [9] - 17:20, 18:2, 50:3, 96:9, 97:9, 97:21, 98:24, 109:10, 115:14

**entity** [2] - 22:4, 158:13

**equal** [2] - 11:17, 45:19

**equipment** [4] - 12:20, 41:6, 51:12, 51:15

**establishment** [3] - 33:4, 34:1, 34:23

**estimate** [1] - 64:2

**EUO** [2] - 3:7, 9:10

**evidence** [6] - 28:9, 116:21, 121:11, 130:3, 130:17, 151:18

**evidencing** [1] - 150:5

**exact** [2] - 82:22, 88:17

**Examination** [5] - 7:10, 7:21, 8:21, 9:11, 9:14

**EXAMINATION** [4] - 3:2, 5:6, 157:3, 159:13

**examined** [1] - 5:5

**example** [3] - 42:11, 49:9, 66:9

**exception** [2] - 37:15, 54:17

**excluding** [1] - 50:1

**exercised** [1] - 10:11

**exhibit** [2] - 104:5,

141:20

**Exhibit** [74] - 8:9, 8:13, 101:19, 101:20, 105:13, 105:17, 106:14, 106:16, 106:20, 113:20, 114:25, 115:4, 115:13, 117:15, 119:9, 119:13, 123:2, 123:6, 127:6, 127:8, 127:9, 127:19, 127:21, 132:11, 132:15, 134:13, 134:17, 135:1, 135:5, 135:20, 135:24, 136:11, 136:15, 136:20, 136:24, 137:13, 137:17, 138:1, 138:4, 138:24, 139:3, 139:12, 139:19, 140:6, 140:10, 140:18, 141:12, 141:16, 141:17, 141:18, 141:19, 142:10, 142:14, 142:22, 143:1, 143:9, 143:13, 143:22, 144:1, 144:10, 144:14, 144:22, 145:1, 145:9, 145:13, 148:16, 149:10, 150:11, 150:25, 151:3, 152:3, 152:12, 152:16

**EXHIBITS** [1] - 3:6

**experience** [1] - 49:6

**expiration** [2] - 123:12, 127:13, 127:24

**expires** [1] - 162:21

**explain** [3] - 12:17, 53:11, 87:12

**Express** [7] - 22:14, 23:8, 40:6, 40:25, 42:16, 157:7, 157:13

**extension** [3] - 69:24, 70:2, 80:20

**extent** [1] - 72:8

**exterior** [1] - 94:16

**extra** [1] - 53:24

## F

**F-A-B** [1] - 40:8

**Fab** [3] - 40:6, 40:7, 40:24, 42:15

**FAB** [1] - 40:7

**fabrication** [1] - 12:16

**fabricator** [1] - 11:20

EX. 1

**Fabricators** [12] - 10:23, 11:24, 12:6, 13:2, 13:11, 35:13, 35:17, 36:1, 37:4, 37:8, 41:3, 46:13

**facility** [7] - 13:11, 13:20, 13:22, 44:21, 150:13, 151:8, 151:25

**fact** [6] - 16:23, 118:19, 157:25, 158:1, 158:3, 158:16

**facts** [6] - 116:21, 121:10, 130:3, 130:17, 146:13, 151:18

**failed** [2] - 147:10, 158:3

**failure** [2] - 27:6, 157:22

**fair** [4] - 39:4, 79:16, 128:19, 128:21

**fairly** [1] - 156:21

**faith** [2] - 146:5, 146:22

**fall** [2] - 55:8, 128:20

**familiar** [1] - 108:13

**family** [1] - 131:16

**far** [6] - 9:8, 34:13, 37:7, 72:12, 133:2, 160:2

**Farm** [131] - 1:7, 3:11, 3:16, 3:17, 3:18, 3:19, 3:20, 3:21, 3:22, 3:23, 3:24, 3:25, 4:1, 4:2, 4:3, 4:4, 4:6, 4:7, 4:8, 5:9, 7:7, 59:11, 60:23, 60:25, 63:18, 63:22, 66:6, 67:4, 67:7, 68:22, 69:13, 69:22, 74:11, 74:12, 74:13, 74:16, 74:19, 74:20, 75:4, 75:12, 75:15, 75:20, 75:24, 80:24, 80:25, 88:14, 88:15, 88:20, 88:25, 89:1, 89:5, 104:12, 104:24, 105:6, 105:21, 107:22, 111:20, 112:17, 112:23, 112:24, 113:1, 114:6, 114:8, 114:13, 115:8, 115:15, 117:6, 117:10, 117:18, 119:19, 124:22, 125:1, 125:19, 125:21, 125:24, 126:8, 126:10, 132:7, 132:23, 132:24, 133:24, 134:6,

134:10, 134:22, 135:10, 135:14, 135:15, 136:3, 136:7, 137:4, 137:8, 137:22, 138:9, 138:14, 138:20, 139:4, 139:8, 139:24, 140:21, 141:8, 142:6, 143:5, 143:18, 144:5, 144:18, 145:5, 145:17, 145:22, 146:1, 146:5, 146:10, 146:17, 146:19, 146:22, 147:1, 147:5, 147:7, 147:10, 147:14, 148:4, 149:19, 150:11, 151:23, 152:4, 155:7, 156:17, 156:21, 159:3, 159:6, 159:15

**Farm's** [1] - 126:17

**Farmers** [1] - 68:2

**Farms'** [1] - 120:23

**fashion** [1] - 41:5

**Faye** [4] - 55:4, 55:5, 55:25, 56:8

**February** [1] - 5:13

**Federal** [2] - 82:17, 82:19, 83:16

**fees** [1] - 138:15

**feet** [4] - 14:1, 14:5, 14:9, 98:4

**Fellows** [2] - 1:14, 161:2

**felony** [1] - 25:10

**few** [1] - 11:3

**Fifth** [131] - 27:2, 129:7, 129:10, 129:14, 129:18, 129:22, 130:5, 130:10, 130:14, 130:19, 130:25, 131:4, 131:8, 131:12, 131:15, 131:19, 131:23, 132:2, 132:6, 132:10, 133:6, 133:10, 133:14, 133:18, 133:22, 134:1, 134:5, 134:9, 134:20, 134:25, 135:8, 135:13, 135:19, 136:1, 136:6, 136:10, 136:19, 137:2, 137:7, 137:12, 137:20, 137:25, 138:7, 138:13, 138:18, 138:23, 139:7, 139:11, 139:22, 140:1, 140:5, 140:20, 140:24,

141:2, 141:6, 141:11, 141:23, 142:2, 142:5, 142:9, 142:17, 142:21, 143:4, 143:8, 143:16, 143:21, 144:4, 144:9, 144:17, 144:21, 145:4, 145:8, 145:16, 145:20, 145:24, 146:3, 146:8, 146:12, 146:16, 146:21, 146:25, 147:4, 147:9, 147:13, 147:20, 148:7, 148:15, 148:22, 149:1, 149:5, 149:9, 149:22, 149:25, 150:4, 150:9, 150:22, 151:2, 151:6, 151:10, 151:13, 151:16, 151:20, 152:2, 152:7, 152:19, 152:19, 152:24, 153:4, 153:8, 153:12, 153:18, 153:23, 154:4, 154:9, 154:15, 154:20, 155:2, 155:6, 155:10, 155:14, 155:19, 155:24, 156:2, 156:5, 156:8, 156:11, 156:20, 156:24, 159:18, 159:22

**file** [2] - 117:21, 119:5

**File** [1] - 1:6

**filed** [2] - 65:2, 153:6

**files** [1] - 65:3

**film** [1] - 122:12

**final** [1] - 21:5

**finance** [1] - 77:2, 83:13, 95:15, 95:17, 95:19

**financed** [9] - 78:6, 82:14, 82:16, 83:15, 83:17, 96:13, 96:15, 96:16, 96:18

**financing** [1] - 78:5

**fine** [4] - 28:4, 52:21, 52:22, 103:19

**Finish** [1] - 103:16

**finish** [1] - 58:25

**finished** [6] - 38:7, 103:22, 103:23, 108:6, 108:8, 111:18

**finishing** [1] - 30:4

**fire** [5] - 125:1, 125:13, 125:16, 125:18, 125:23, 128:23, 129:1, 129:3, 129:8, 129:12,

129:16, 129:19, 129:25, 130:1, 130:8, 130:12, 130:23, 131:2, 131:6, 131:13, 131:17, 131:21, 131:25, 132:3, 132:4, 132:8, 133:12, 133:16, 133:19, 133:23, 133:24, 134:7, 134:11, 135:17, 137:10, 138:11, 138:15, 138:16, 139:9, 140:3, 140:22, 142:7, 142:19, 143:6, 143:19, 144:7, 144:19, 145:6, 145:18, 146:23, 147:14, 147:15, 148:4, 148:24, 149:3, 149:7, 150:2, 150:7, 152:9, 155:8, 155:11, 155:16, 155:19, 155:22, 155:25, 156:3, 156:6, 156:9, 156:22, 159:16, 159:20

**Fire** [1] - 1:7, 105:21, 115:8

**firm** [7] - 7:8, 18:22, 18:25, 19:5, 19:10, 100:23, 122:10

**first** [23] - 5:4, 45:17, 46:9, 58:13, 65:17, 69:8, 69:9, 84:12, 84:17, 89:1, 91:10, 91:12, 94:15, 100:13, 100:14, 100:15, 101:9, 102:7, 102:24, 103:2, 120:14, 127:10

**First** [2] - 82:19, 83:16

**Fitchburg** [1] - 2:7

**five** [4] - 13:18, 40:9, 72:23, 148:8

**five-minute** [2] - 40:9, 72:23

**flame** [1] - 12:19

**flip** [7] - 8:16, 102:4, 102:20, 103:12, 123:22, 127:6, 149:18

**floor** [5] - 52:13, 53:8, 97:6, 97:8, 97:13

**flooring** [2] - 39:7, 94:23

**foamed** [1] - 97:9

**folder** [2] - 117:21, 119:5

**follow** [2] - 112:18, 159:10

**followed** [1] - 122:2

**following** [3] - 1:11, 158:1, 162:4

**follows** [1] - 5:5

**footprint** [2] - 93:22, 95:6

**force** [1] - 126:23

**foreclosed** [1] - 84:1

**foreclosure** [3] - 83:9, 91:2, 96:3

**forefront** [1] - 20:8

**foregoing** [3] - 161:5, 161:7, 162:3

**form** [11] - 17:18, 19:22, 106:22, 108:21, 111:25, 114:10, 114:20, 115:24, 116:1, 117:7, 118:18

**Form** [1] - 114:7

**formal** [2] - 29:9, 49:23

**forth** [1] - 116:1

**four** [2] - 102:8, 109:13, 138:19

**fourth** [4] - 102:5, 102:9, 103:15, 150:10

**framed** [1] - 27:21

**fraud** [2] - 25:13

**fraudulent** [4] - 23:3, 157:10, 157:15, 157:18

**free** [2] - 6:6, 26:23

**frequently** [4] - 62:15, 63:9, 75:15, 75:25

**friends** [1] - 131:20

**front** [7] - 8:23, 8:24, 93:23, 94:1, 94:4, 94:21, 119:24

**fruition** [1] - 104:3

**FS** [1] - 60:16

**full** [2] - 5:10, 161:9

**furniture** [1] - 39:8

**FURTHER** [1] - 159:13

## G

**gal** [1] - 98:11

**garage** [1] - 30:4

**Gary** [1] - 68:8

**geared** [1] - 41:5

**GED** [4] - 29:5, 29:7, 38:1, 38:3

**general** [4] - 26:8, 44:18, 44:19, 85:10

EX. 1

**generally** [6] - 22:1, 33:2, 37:16, 50:2, 51:5, 125:6
**generous** [1] - 79:17
**gentleman** [1] - 42:19
**given** [3] - 8:21, 52:20, 126:11
**Glenwood** [3] - 20:18, 73:11, 107:6
**go-to** [1] - 79:14
**God** [1] - 26:12
**graduate** [2] - 28:19, 29:11
**grandchildren** [3] - 56:20, 56:22, 56:24
**Grant** [43] - 1:4, 3:7, 3:15, 5:8, 5:11, 8:12, 40:12, 54:24, 104:10, 105:16, 106:19, 119:12, 123:5, 132:14, 134:16, 135:4, 135:23, 136:14, 136:23, 137:16, 138:3, 139:2, 139:18, 140:9, 140:17, 141:15, 142:13, 142:25, 143:12, 143:25, 144:13, 144:25, 145:12, 145:21, 148:19, 152:15, 152:22, 156:17, 157:5, 159:2, 159:5, 159:15
**grant** [2] - 115:3, 117:14
**GRANT** [5] - 1:12, 5:3, 161:6, 162:2, 162:17
**granted** [1] - 158:7
**great** [1] - 102:23
**Greg** [2] - 132:19, 132:21
**grew** [1] - 13:21
**Group** [1] - 60:16
**GROVE** [1] - 1:22
**guarantee** [1] - 101:12
**guess** [4] - 63:3, 89:6, 108:21, 160:3
**guessing** [1] - 16:23
**guilty** [2] - 28:3, 28:7
**guys** [2] - 120:23, 159:25

## H

**H-A-U-S-C-H-I-L-D**

[1] - 41:25
**H-E-L-G-E-S-O-N** [1] - 45:16
**hair** [1] - 110:6
**half** [2] - 93:24, 94:3
**hand** [7] - 15:1, 31:19, 42:22, 114:20, 156:6, 156:9, 162:18
**handcart** [1] - 51:16
**handed** [3] - 106:19, 115:3, 119:12
**hands** [1] - 39:22
**handwriting** [1] - 119:17
**Harris** [5] - 18:21, 18:22, 19:2, 19:4, 21:15
**Hauschild** [9] - 10:1, 10:7, 11:14, 15:10, 18:18, 38:25, 41:20, 44:13, 45:14
**Hauschild 's** [1] - 41:24
**hAWS** [1] - 2:10
**hAWS-KM** [1] - 2:10
**HAYLEY** [1] - 2:4
**hazard** [1] - 124:13
**head** [2] - 5:20, 24:2
**headquarters** [1] - 50:23
**hear** [1] - 114:15
**hearing** [1] - 158:1
**heat** [2] - 97:6, 97:13
**heavy** [1] - 11:20
**HEIGHTS** [1] - 1:22
**held** [6] - 25:20, 30:2, 30:6, 30:22, 48:21, 58:5
**Helgeson** [1] - 45:14
**help** [1] - 117:4
**hereafter** [1] - 20:3
**hereby** [2] - 161:2, 162:2
**HETHERINGTON** [1] - 2:4
**high** [4] - 28:11, 37:19, 37:22, 38:2
**High** [2] - 28:12, 28:17
**higher** [2] - 10:10, 126:12
**Highway** [1] - 81:6
**hire** [1] - 155:22
**hired** [2] - 18:16, 18:20
**hit** [1] - 65:20
**hold** [10] - 28:13, 30:1, 30:12, 30:21, 31:8, 33:15, 49:12, 49:15, 49:21, 57:7

**holding** [1] - 117:15
**Hole** [13] - 16:12, 16:14, 17:3, 17:15, 17:20, 17:22, 37:10, 37:11, 37:15, 37:17, 50:2, 54:18, 81:23
**Holm** [5] - 15:24, 16:4, 17:2, 17:12, 18:10
**home** [16] - 20:15, 20:16, 20:18, 58:13, 59:10, 65:3, 74:15, 76:11, 76:12, 76:23, 77:12, 79:6, 81:1, 81:6, 109:19, 117:23
**Home** [1] - 92:3, 92:23
**homeowners** [27] - 57:13, 58:15, 58:18, 58:21, 59:2, 59:6, 59:25, 63:12, 63:13, 63:17, 64:12, 69:5, 69:25, 70:14, 71:10, 72:7, 73:15, 74:11, 75:2, 75:16, 75:17, 78:20, 80:20, 80:22, 84:20, 85:17, 89:6
**hooked** [1] - 52:12
**hour** [1] - 36:22
**hours** [2] - 129:2, 155:11
**house** [2] - 53:12, 90:8
**houseboat** [1] - 23:21
**Hudson** [4] - 51:7, 53:12, 60:13, 82:18
**hull** [1] - 23:21
**husband** [1] - 25:1

## I

**idea** [1] - 97:25
**Ideal** [6] - 29:17, 29:21, 31:18, 31:24, 32:3, 32:15
**identification** [30] - 8:10, 33:24, 101:21, 105:14, 106:17, 113:21, 115:1, 119:10, 123:3, 132:12, 134:14, 135:2, 135:21, 136:12, 136:21, 137:14, 138:2, 138:25, 139:13, 140:7, 141:13, 142:11, 142:23, 143:10, 143:23,

144:11, 144:23, 145:10, 148:17, 152:13
**identified** [1] - 12:2
**improvement** [1] - 98:9
**improvements** [3] - 87:14, 96:5, 96:8
**in-floor** [2] - 97:6, 97:13
**inability** [1] - 28:5
**inattention** [1] - 121:7
**incident** [1] - 26:2
**include** [2] - 54:1, 74:23
**included** [1] - 22:3
**including** [2] - 18:9, 36:5
**income** [3] - 137:23, 152:4, 152:9
**Incorporated** [9] - 10:23, 43:9, 43:10, 43:12, 43:20, 43:24, 44:10, 44:17, 61:15
**increase** [3] - 126:13, 126:20, 126:22
**increased** [4] - 127:3, 128:12, 128:14, 128:15
**Indicating** [2] - 117:13, 147:18
**individually** [2] - 19:2, 19:4
**individuals** [1] - 45:13
**informal** [1] - 49:2
**information** [16] - 21:24, 22:5, 102:10, 102:16, 102:17, 106:24, 108:9, 108:17, 108:19, 110:14, 110:19, 111:9, 111:16, 123:16, 159:6
**informed** [1] - 126:24
**injury** [1] - 64:10
**inside** [2] - 30:15, 37:16
**install** [1] - 53:23
**installed** [1] - 54:3
**installing** [1] - 52:23
**instead** [1] - 98:19
**instruct** [2] - 6:18, 26:25
**instructions** [2] - 5:17, 66:2
**insulated** [1] - 97:10

**insurance** [88] - 15:2, 15:5, 18:4, 21:25, 22:3, 31:20, 31:22, 31:23, 34:9, 39:24, 42:23, 44:24, 47:9, 51:21, 51:24, 57:7, 57:11, 57:12, 57:14, 57:24, 58:1, 58:3, 58:5, 58:7, 58:13, 58:18, 58:21, 59:16, 59:23, 60:22, 61:2, 61:23, 62:6, 63:9, 63:16, 63:17, 63:18, 63:21, 63:24, 64:13, 64:21, 65:10, 65:11, 65:12, 65:14, 65:15, 66:20, 67:2, 67:17, 68:1, 68:14, 68:20, 68:25, 69:2, 69:5, 70:20, 72:9, 72:10, 72:14, 72:17, 72:19, 73:15, 74:11, 75:3, 75:16, 75:19, 75:20, 75:24, 76:4, 84:6, 84:8, 85:12, 85:14, 87:16, 87:20, 88:6, 88:19, 89:1, 107:22, 112:18, 124:25, 126:15, 146:1, 147:7, 147:11, 158:25
**Insurance** [6] - 3:10, 60:16, 68:2, 73:9, 73:13, 107:18
**insurances** [1] - 113:12
**insure** [4] - 88:11, 88:13, 126:19, 155:7
**Insured** [1] - 123:10
**insured** [15] - 14:22, 14:24, 34:12, 59:10, 69:22, 74:15, 78:14, 78:16, 79:2, 79:3, 80:13, 80:15, 84:23, 88:3, 111:19
**insurer** [3] - 74:11, 126:7, 153:14
**insuring** [1] - 88:8
**intent** [1] - 153:14
**intentionally** [1] - 153:13
**interior** [1] - 93:25
**Interior** [1] - 103:16
**Interrogatories** [1] - 4:9
**interrogatory** [1] - 149:13
**Interruption** [1] - 23:25
**interruption** [3] -

EX. 1

137:5, 137:9, 152:4
**interview** [1] - 132:19
**INVER** [1] - 1:22
**investigation** [2] - 133:12
**invoices** [1] - 150:5
**involved** [16] - 9:17, 15:11, 15:15, 15:16, 18:7, 18:12, 19:19, 20:10, 25:8, 31:23, 40:12, 40:24, 41:8, 43:4, 48:15, 48:23
**involvement** [2] - 42:17, 80:4
**involving** [2] - 25:13, 157:7
**issue** [2] - 10:15, 27:17
**issued** [1] - 147:7
**issues** [3] - 6:24, 7:3, 100:6
**issuing** [1] - 147:2
**items** [1] - 51:7
**itself** [1] - 12:15

**J**

**J-E-N-N-I-F-E-R** [1] - 104:21
**Jacob** [2] - 13:8, 15:9
**Jacqueline** [4] - 99:11, 99:16, 99:24, 100:5
**Jacquile** [2] - 99:7, 99:9
**JACQUILE** [1] - 99:9
**James** [9] - 10:1, 10:7, 11:14, 18:18, 38:24, 41:20, 41:24, 44:13, 45:14
**Janelle** [3] - 24:14, 24:24
**January** [24] - 56:7, 104:15, 110:25, 116:24, 117:2, 117:3, 118:3, 118:9, 118:20, 118:22, 118:25, 119:1, 123:14, 123:15, 124:12, 124:13, 127:15, 127:17, 127:25, 128:1, 140:2
**Jennifer** [4] - 104:19, 104:22, 124:23, 125:2
**job** [8] - 12:10, 12:12, 12:13, 36:9, 37:8, 48:24, 49:3,

49:6
**join** [2] - 28:5, 28:6
**Joseph** [2] - 5:11, 152:22
**judge** [1] - 158:2
**judgement** [1] - 19:16
**judgements** [1] - 78:11
**judgment** [3] - 19:17, 158:7, 158:8
**judgments** [2] - 77:9, 86:1
**July** [1] - 16:19
**jump** [2] - 7:5, 15:7
**jumping** [2] - 20:24, 21:14
**jury** [1] - 158:2

**K**

**K-A-D-O** [1] - 70:24
**K-A-T-L-I-K** [1] - 99:21
**K-N-E-G-E-N-D-O-R -F** [1] - 154:12
**Kado** [4] - 70:22, 70:23, 84:17, 84:23
**Kathy** [1] - 39:18
**Kathy's** [1] - 39:22
**Katie** [3] - 140:25, 141:3, 141:7
**Katlik** [2] - 99:18, 99:20
**keep** [4] - 65:3, 87:16, 117:21, 117:23
**Kelly** [3] - 15:24, 16:4, 17:12
**Kennedy** [2] - 4:5, 144:6
**Kent** [1] - 42:19
**Ketchum** [3] - 23:11, 23:24, 24:3
**Ketchum's** [1] - 24:7
**Kevin** [4] - 1:4, 5:11, 144:6, 152:21
**KEVIN** [5] - 1:12, 5:3, 161:6, 162:2, 162:17
**kind** [2] - 69:21, 120:7
**kitchen** [1] - 53:12
**Kline** [1] - 154:6
**KM** [1] - 2:10
**Knegendorf** [2] - 154:11, 154:17

**L**

**lag** [1] - 91:25
**lake** [6] - 69:17, 76:11, 76:12, 76:23, 77:12, 79:6
**LaMay** [12] - 66:14, 66:15, 67:15, 67:16, 70:7, 105:4, 124:22, 125:14, 125:16, 126:24, 128:9, 128:11
**LaMay's** [1] - 125:7
**land** [10] - 13:13, 13:15, 13:17, 51:2, 82:7, 82:9, 82:11, 84:7, 87:14, 90:21
**lapse** [3] - 126:1, 126:3, 126:5
**lapsed** [1] - 126:4
**larger** [4] - 13:19, 13:22, 13:23, 14:3
**larger** [3] - 82:12, 86:9, 126:16
**Larry** [1] - 92:8
**last** [13] - 8:19, 22:18, 53:3, 81:12, 81:15, 109:13, 120:7, 130:11, 130:22, 131:1, 131:5, 131:9, 151:3
**Law** [1] - 2:5
**law** [5] - 124:25, 130:7, 131:24, 133:15, 133:19
**laws** [2] - 44:3, 50:19
**lawsuit** [2] - 145:21, 157:7
**lawsuits** [2] - 9:21, 9:22
**leak** [3] - 52:11, 53:7, 65:9
**leaked** [2] - 52:12, 54:3
**learn** [1] - 12:13
**lease** [21] - 15:22, 16:10, 16:14, 16:16, 16:20, 17:5, 17:6, 17:9, 47:16, 47:18, 47:21, 47:23, 47:25, 98:15, 99:3, 99:11, 99:14, 99:22, 99:24, 100:2, 100:6
**leased** [4] - 13:25, 98:12, 99:13, 99:16
**leasing** [2] - 17:2, 17:4
**led** [2] - 112:23, 112:24
**leeway** [1] - 52:20

**left** [12] - 14:2, 29:14, 31:9, 32:3, 32:15, 40:23, 104:24, 124:15, 125:2, 127:9, 127:21, 131:9
**less** [2] - 41:4, 90:23
**lessee** [2] - 15:21, 16:12
**letter** [2] - 139:4, 159:3
**Letter** [13] - 3:17, 3:19, 3:21, 3:23, 3:24, 3:25, 4:2, 4:3, 4:4, 4:5, 4:6, 4:7, 4:8
**liability** [5] - 52:16, 53:14, 53:15, 53:16, 53:17, 64:10
**Liberty** [3] - 21:18, 21:21, 21:25
**license** [3] - 16:19, 34:5, 34:7
**liens** [3] - 77:9, 78:11, 86:1
**life** [1] - 57:24
**lifetime** [3] - 67:18, 72:11, 72:21
**lighting** [2] - 95:1, 97:11
**likely** [2] - 39:5, 120:18
**limit** [1] - 17:13
**limited** [1] - 53:25
**limits** [12] - 34:18, 63:25, 64:12, 65:5, 70:1, 78:22, 78:23, 80:21, 81:3, 112:10, 127:3, 128:20
**line** [5] - 30:4, 107:7, 107:9, 120:15, 120:22
**LINE** [1] - 162:5
**liquor** [5] - 16:18, 33:3, 34:4, 34:5, 34:7
**list** [13] - 76:19, 77:17, 79:11, 82:11, 86:16, 90:1, 90:16, 91:16, 91:22, 92:2, 92:11, 93:3, 152:3
**listed** [18] - 32:22, 86:8, 86:24, 90:2, 90:7, 91:8, 91:10, 91:12, 91:20, 92:18, 92:22, 93:1, 109:6, 109:10, 109:14, 109:19, 110:10, 123:19
**listing** [4] - 86:22, 91:14, 92:16, 92:23
**litigant** [1] - 19:7
**litigation** [16] - 9:17, 9:20, 10:2, 15:8,

15:12, 18:5, 18:8, 18:12, 19:20, 19:22, 20:4, 20:24, 25:6, 119:20, 128:23, 157:21
**live** [6] - 33:5, 34:22, 44:22, 56:2, 56:10, 56:18
**lives** [1] - 56:19
**LLC** [7] - 2:5, 12:6, 33:7, 42:11, 42:14, 47:6, 50:22
**local** [1] - 98:11
**located** [13] - 13:11, 17:24, 18:2, 29:1, 39:9, 42:5, 42:8, 44:7, 46:12, 46:20, 50:24, 60:12, 155:15
**location** [16] - 20:17, 40:18, 40:20, 65:1, 76:25, 89:15, 94:7, 100:9, 106:9, 107:4, 107:12, 107:13, 107:15, 109:25, 110:6, 118:8
**Location** [4] - 107:5, 107:8, 110:2, 110:9
**location's** [1] - 73:10
**locations** [1] - 53:14
**look** [5] - 5:22, 8:18, 101:13, 108:5, 149:12
**looked** [2] - 94:17, 97:24
**looking** [2] - 35:18, 114:18
**looks** [1] - 115:6
**losing** [1] - 98:12
**loss** [22] - 125:17, 128:24, 133:24, 137:23, 138:11, 139:9, 140:22, 142:7, 142:19, 143:6, 143:19, 144:7, 144:19, 145:6, 145:18, 146:23, 147:15, 148:5, 152:8, 156:22, 159:16, 159:20
**Luck** [2] - 76:11, 77:12
**lumber** [3] - 93:25, 94:3, 95:8
**lumberyard** [4] - 37:12, 93:20, 95:2, 97:2
**lunch** [1] - 104:10

EX. 1

# M

**M-E-G-A-N** [1] - 55:22
**M-E-L-A-N-I-E** [1] - 56:5
**Machine** [10] - 43:9, 43:10, 43:12, 43:16, 43:20, 43:23, 44:1, 44:7, 44:10, 44:16
**machines** [1] - 49:10
**machining** [1] - 12:20
**mail** [3] - 61:4, 61:19, 64:23
**Mailing** [1] - 123:17
**mailing** [1] - 109:3
**main** [1] - 95:6
**major** [1] - 117:22
**manage** [1] - 31:2
**managed** [1] - 42:18
**manager** [6] - 30:18, 31:2, 31:5, 31:7, 44:18, 44:19
**manufacturer** [1] - 30:5
**manufacturers** [1] - 11:22
**March** [1] - 8:22
**mark** [2] - 36:23, 101:18
**Mark** [13] - 10:1, 10:7, 11:14, 13:8, 15:9, 18:17, 38:24, 41:20, 43:3, 44:13, 45:3, 47:14, 47:24
**marked** [55] - 8:10, 8:13, 101:20, 105:13, 105:17, 106:13, 106:17, 106:20, 113:21, 114:25, 119:10, 123:3, 123:6, 132:12, 132:15, 134:14, 134:17, 135:2, 135:5, 135:21, 135:23, 136:12, 136:15, 136:21, 136:24, 137:14, 137:17, 138:2, 138:4, 138:25, 139:3, 139:13, 139:19, 140:7, 140:10, 140:17, 141:13, 141:16, 142:11, 142:14, 142:23, 143:1, 143:10, 143:13, 143:23, 144:1, 144:11, 144:14, 144:23,

145:1, 145:10, 145:13, 148:17, 152:13, 152:16
**market** [1] - 86:20
**marking** [2] - 115:4, 119:13
**marriages** [1] - 55:13
**married** [7] - 54:21, 54:23, 54:25, 55:2, 55:11, 100:1, 100:4
**marry** [1] - 55:5
**marshal** [1] - 132:3
**match** [1] - 113:22
**math** [3] - 26:13, 55:10, 87:9
**Matt** [1] - 154:11
**matter** [3] - 27:20, 28:3, 157:21
**medical** [1] - 7:1
**medications** [1] - 6:22
**meet** [2] - 8:4, 8:6
**Megan** [3] - 55:22, 55:23, 56:2
**Megan's** [1] - 55:25
**Melanie** [3] - 56:5, 56:6, 56:10
**Melanie 's** [1] - 56:8
**members** [1] - 131:16
**memory** [5] - 6:24, 7:3, 20:7, 108:1, 108:2
**Menards** [3] - 51:6, 51:9, 53:22
**mention** [1] - 13:5
**mentioned** [4] - 8:25, 16:9, 105:25, 106:5
**merchandising** [1] - 94:2
**metal** [3] - 11:20, 23:20, 94:17
**MICHAEL** [1] - 2:3
**mid-1990s** [1] - 62:23
**middle** [3] - 120:13, 120:15, 128:2
**midyear** [1] - 126:4
**might** [3] - 35:21, 101:11
**million** [1] - 64:10
**mind** [2] - 26:3, 121:12
**Minneapolis** [1] - 29:2
**Minnesota** [9] - 1:15, 2:13, 28:25, 29:11, 44:6, 44:8, 56:3, 56:11, 161:12
**MINNESOTA** [1] -

1:22
**minute** [3] - 40:9, 72:23, 156:13
**misdemeanor** [5] - 25:12, 25:17, 26:1, 27:18, 28:8
**miss** [4] - 83:6, 83:24, 90:25, 96:1
**missed** [2] - 37:21, 76:22
**missing** [1] - 122:3
**misstated** [1] - 118:24
**mistake** [1] - 121:6
**Mitchell** [1] - 154:17
**MJA** [1] - 2:5
**modifications** [1] - 94:11, 94:14, 97:15
**money** [2] - 17:11, 23:2
**monies** [4] - 24:9, 24:12, 25:3, 25:5
**month** [2] - 16:16, 121:23
**monthly** [5] - 62:16, 63:11, 63:13, 63:15, 75:21
**months** [4] - 17:6, 17:8, 17:10, 113:16
**morning** [2] - 129:2, 155:11
**Morris** [2] - 111:25, 112:4
**mortgage** [9] - 77:24, 83:1, 83:6, 83:8, 86:2, 90:18, 90:20, 90:25, 91:2
**mortgaged** [1] - 82:20
**most** [3] - 71:11, 98:6, 113:12
**mother** [2] - 55:25, 56:8, 56:16
**motorhome** [6] - 59:19, 60:1, 60:24, 63:14, 63:18, 65:6
**motorhomes** [1] - 57:16
**Mount** [2] - 111:25, 112:4
**mouth** [2] - 48:10, 158:6
**move** [2] - 40:19, 90:10
**moved** [6] - 30:8, 30:18, 40:21, 40:22, 100:1, 100:4
**MR** [79] - 9:5, 10:17, 14:10, 14:12, 16:22, 17:18, 19:21, 20:5,

22:7, 22:12, 24:1, 26:11, 26:20, 27:15, 28:13, 28:16, 32:11, 32:17, 33:15, 35:20, 36:14, 36:21, 37:1, 37:25, 41:23, 52:21, 53:2, 57:2, 57:5, 58:24, 64:3, 64:7, 65:23, 66:1, 72:25, 75:5, 76:21, 80:6, 81:5, 100:20, 100:25, 105:11, 106:13, 107:9, 107:25, 108:12, 108:20, 109:9, 111:2, 113:22, 114:10, 114:15, 114:23, 115:23, 116:20, 117:7, 118:17, 120:1, 120:21, 121:10, 122:8, 122:18, 123:25, 130:2, 130:16, 140:11, 140:14, 147:16, 148:2, 148:8, 149:11, 150:15, 151:17, 157:1, 157:4, 159:12, 159:24, 160:2, 160:8
**MS** [121] - 5:7, 8:11, 9:9, 10:21, 14:15, 17:1, 17:21, 19:24, 20:9, 22:10, 22:13, 24:6, 25:19, 25:24, 26:14, 27:4, 27:25, 28:18, 32:13, 32:20, 33:11, 33:19, 35:23, 35:24, 36:20, 36:24, 37:2, 38:5, 40:11, 42:1, 52:19, 53:1, 53:3, 53:6, 57:4, 57:6, 59:1, 64:5, 64:11, 66:4, 73:4, 73:7, 75:6, 75:10, 76:24, 77:1, 80:8, 81:7, 81:8, 101:1, 101:18, 101:22, 104:9, 105:15, 106:15, 106:18, 107:11, 108:6, 108:16, 108:25, 109:12, 111:4, 111:6, 113:24, 114:2, 114:12, 114:22, 115:2, 116:3, 116:22, 117:9, 118:21, 119:11, 120:6, 120:25, 121:14, 121:17, 122:22, 123:4, 124:3, 130:21, 132:13, 134:15, 135:3,

135:22, 136:13, 136:22, 137:15, 139:1, 139:14, 139:17, 140:8, 140:13, 140:16, 141:14, 142:12, 142:24, 143:11, 143:24, 144:12, 144:24, 145:11, 147:22, 147:25, 148:3, 148:11, 148:18, 149:15, 149:16, 150:18, 150:24, 151:22, 152:14, 156:12, 156:16, 159:10, 159:14, 159:25, 160:6
**multiple** [2] - 22:2, 98:20
**Mutual** [13] - 21:18, 21:21, 21:25, 51:25, 61:25, 65:8, 74:17, 84:25, 85:2, 85:4, 111:22, 111:24, 112:4

# N

**N-I-C-C-U-M** [1] - 55:4
**name** [24] - 5:8, 5:10, 35:10, 41:24, 43:17, 45:17, 52:4, 54:24, 55:4, 55:21, 60:9, 60:14, 82:17, 93:9, 99:6, 99:7, 99:17, 104:20, 105:23, 107:1, 108:19, 108:23, 109:1, 123:9
**Named** [1] - 123:10
**names** [4] - 57:3, 99:8, 99:19, 107:10
**National** [3] - 22:15, 157:7, 157:14
**need** [6] - 6:13, 8:18, 57:2, 73:3, 94:25, 122:19
**needed** [1] - 41:4
**negligently** [3] - 146:10, 147:1, 147:6
**negotiated** [2] - 82:13, 86:10
**Nelson** [2] - 90:21
**network** [1] - 104:24
**never** [5] - 84:1, 96:3, 121:21, 122:6, 157:25
**New** [1] - 49:4
**new** [26] - 30:25, 36:18, 49:9, 67:24, 67:25, 94:7, 94:15,

EX. 1

94:22, 94:23, 94:24, 94:25, 95:1, 97:4, 97:8, 97:10, 97:11, 97:12, 97:13, 97:24, 118:11, 126:21
**newspaper** [2] - 48:7, 48:8
**next** [9] - 30:7, 30:17, 32:4, 35:12, 36:21, 37:8, 56:4, 111:7, 131:10
**Niccum** [1] - 55:4
**nice** [1] - 94:19
**noes** [1] - 5:23
**Nolan** [1] - 93:9
**non** [4] - 15:22, 16:9, 17:5, 21:5
**non-payment** [4] - 15:22, 16:9, 17:5, 21:5
**none** [2] - 100:7, 111:10
**normal** [2] - 97:7, 122:25
**normally** [1] - 61:5
**Notary** [2] - 1:14, 162:20
**note** [6] - 83:18, 83:24, 84:1, 86:2, 96:19, 119:21, 123:23, 141:17
**noted** [1] - 119:22
**notes** [3] - 35:19, 156:14, 161:10
**nothing** [2] - 20:7, 114:18
**Notice** [1] - 1:12
**notices** [1] - 113:9
**November** [4] - 55:24, 86:25, 127:12, 128:20
**number** [12] - 10:20, 82:22, 107:19, 107:23, 109:11, 109:19, 109:23, 123:19, 149:13, 149:23, 150:14, 152:5
**Number** [27] - 8:9, 8:13, 106:16, 113:20, 119:9, 123:2, 132:11, 134:13, 135:1, 135:20, 136:11, 136:20, 137:13, 138:1, 138:24, 139:12, 140:6, 141:12, 142:10, 142:22, 143:9, 143:22, 144:10, 144:22, 145:9, 148:16, 152:12

**numbered** [4] - 102:4, 102:20, 103:12, 149:12
**numbers** [7] - 109:6, 109:14, 113:23, 119:22, 119:25, 120:3, 123:23

## O

**Oath** [5] - 7:10, 7:21, 8:21, 9:12, 9:15
**object** [13] - 6:17, 17:18, 19:21, 26:20, 27:15, 36:14, 108:12, 115:23, 116:1, 118:17, 120:2, 120:22, 121:10
**objection** [12] - 6:21, 24:1, 32:12, 64:3, 108:20, 109:9, 114:10, 116:20, 117:7, 130:2, 130:16, 151:17
**obtain** [8] - 34:7, 34:9, 59:22, 60:2, 74:4, 74:12, 84:12, 88:15
**obtaining** [1] - 38:3
**occasion** [1] - 112:22
**occupancy** [2] - 103:6, 103:10
**occupant** [2] - 103:5, 110:1
**occupational** [1] - 37:7
**occur** [3] - 69:16, 129:1, 155:11
**occurred** [2] - 26:9, 69:17
**October** [6] - 1:18, 124:16, 124:18, 127:22, 128:20, 161:13
**OEM** [24] - 10:23, 11:24, 12:5, 13:2, 13:11, 35:13, 35:17, 35:25, 36:8, 37:4, 37:8, 41:3, 43:9, 43:10, 43:12, 43:16, 43:20, 43:23, 44:1, 44:7, 44:9, 44:16, 46:13, 49:7
**OF** [4] - 1:2, 1:11, 2:2, 2:8
**off-the-record** [1] - 122:19
**offer** [1] - 53:21

**offering** [1] - 53:19
**offers** [2] - 91:18, 92:13
**office** [12] - 13:1, 30:9, 30:14, 61:7, 66:18, 71:23, 94:1, 95:7, 95:9, 125:3, 125:7, 125:10
**officers** [1] - 131:25
**offices** [1] - 46:14
**officials** [1] - 130:8
**often** [1] - 112:25
**old** [1] - 93:20
**oldest** [2] - 55:21, 56:4
**ON** [2] - 2:2, 2:8
**on-the-job** [1] - 48:24
**onboard** [1] - 74:13
**once** [4] - 61:8, 63:6, 64:19, 99:1
**one** [38] - 6:3, 16:21, 23:6, 36:22, 39:13, 41:21, 44:14, 61:9, 65:12, 65:17, 66:6, 66:22, 68:15, 69:8, 69:9, 70:15, 71:11, 73:24, 80:24, 84:17, 91:21, 92:16, 93:18, 99:17, 100:13, 100:14, 101:9, 101:10, 109:14, 110:22, 113:19, 115:25, 118:12, 119:16, 120:7, 124:10, 149:12
**one-third** [3] - 39:13, 41:21, 44:14
**one-year** [2] - 91:21, 113:19
**online** [1] - 61:17
**open** [2] - 40:18, 97:16
**operations** [1] - 44:20
**order** [2] - 12:12, 98:16
**orders** [2] - 31:12, 41:7
**organization** [2] - 12:5, 47:7
**organized** [2] - 33:6, 42:10, 158:16
**Original** [1] - 4:11
**original** [6] - 11:16, 13:25, 40:20, 96:19, 97:21, 124:23
**originally** [1] - 98:3
**otherwise** [1] - 42:12
**ourselves** [1] - 6:13

**Outlet** [7] - 38:17, 38:19, 38:21, 39:15, 39:20, 39:25, 40:13
**overflow** [1] - 95:6
**overlap** [1] - 35:21
**oversaw** [1] - 44:20
**owed** [4] - 23:3, 24:9, 25:2, 152:3
**owes** [2] - 149:19, 150:12
**own** [22] - 6:4, 31:15, 34:25, 38:23, 39:12, 41:21, 44:14, 45:19, 50:14, 51:2, 51:12, 51:15, 76:6, 76:8, 76:9, 76:11, 76:12, 78:19, 80:17, 81:9, 85:14, 86:14
**owned** [11] - 13:6, 35:1, 37:13, 38:24, 40:3, 45:5, 46:10, 47:11, 48:15, 48:22, 54:16
**owner** [22] - 11:7, 11:9, 11:11, 11:24, 12:10, 32:21, 32:22, 33:25, 35:25, 38:16, 38:18, 38:21, 38:22, 39:1, 41:16, 43:4, 45:10, 50:10, 102:11, 102:18, 109:25, 111:13
**Owners** [26] - 59:4, 59:5, 59:13, 59:18, 59:21, 59:22, 60:2, 60:17, 60:22, 61:11, 63:1, 63:6, 63:16, 65:6, 71:15, 74:10, 74:18, 78:17, 80:16, 81:1, 87:21, 87:22, 87:25, 88:1, 88:4, 114:6
**owners** [8] - 11:17, 32:23, 39:19, 39:21, 41:17, 41:18, 41:19, 59:12
**ownership** [2] - 36:5, 38:13

## P

**P-O-L-L-Y** [1] - 56:13
**P.A** [1] - 2:10
**p.m** [1] - 160:10
**page** [43] - 8:18, 8:19, 8:23, 8:24, 102:4, 102:5, 102:7, 102:20, 102:25, 103:12, 111:7, 111:8, 113:25, 114:24,

115:9, 115:10, 119:21, 119:25, 120:2, 120:5, 120:9, 120:10, 120:11, 120:14, 120:18, 120:24, 121:2, 123:23, 124:4, 124:15, 127:10, 128:2, 141:24, 149:10, 149:17, 149:18, 150:11, 151:3
**PAGE** [4] - 3:2, 3:6, 162:1, 162:5
**pages** [6] - 8:16, 102:21, 119:22, 122:3, 122:11, 161:8
**paid** [44] - 17:6, 19:10, 19:17, 24:12, 25:5, 28:4, 53:24, 66:7, 67:5, 68:3, 68:18, 69:14, 71:8, 72:5, 74:1, 75:17, 75:21, 75:25, 76:2, 83:1, 83:2, 83:4, 83:20, 83:22, 90:22, 90:23, 95:21, 95:23, 95:24, 96:22, 96:24, 96:25, 134:22, 135:14, 135:15, 136:3, 136:7, 138:14, 139:8, 148:23, 151:7, 159:7
**paint** [1] - 95:1
**paints** [1] - 97:7
**paragraph** [1] - 102:8
**parcel** [3] - 86:10, 86:12, 86:14, 87:2, 87:5, 87:17, 89:8, 89:9, 89:10, 89:12, 89:13
**part** [11] - 31:15, 38:12, 40:14, 41:13, 43:23, 45:5, 46:2, 53:22, 72:20, 158:12, 159:19
**partial** [3] - 11:23, 12:10, 17:10
**particular** [1] - 109:20
**partner** [2] - 35:9, 36:17
**partners** [6] - 9:24, 9:25, 11:2, 11:12, 14:19, 44:9
**partnership** [3] - 47:8, 158:17
**past** [5] - 58:6, 65:11, 65:15, 69:6, 81:25

EX. 1

**Paul** [1] - 2:13
**pay** [14] - 21:8, 62:12, 62:15, 62:18, 63:1, 75:12, 75:15, 78:1, 79:19, 112:25, 147:11, 151:11, 151:14, 156:17
**payment** [17] - 15:22, 16:9, 17:5, 21:5, 62:16, 63:3, 83:6, 83:24, 90:25, 113:17, 127:1, 135:10, 136:17, 137:3, 137:22, 138:9
**Payment** [4] - 3:16, 3:18, 3:20, 3:22
**payments** [13] - 17:9, 17:10, 62:19, 63:10, 63:12, 96:1, 100:6, 113:3, 113:4, 134:10, 138:19, 138:20, 150:5
**pending** [4] - 6:15, 23:9, 23:10, 26:24
**people** [1] - 94:25
**percent** [2] - 13:7, 82:24
**percentage** [2] - 13:5, 39:12
**performance** [1] - 19:13
**perhaps** [2] - 75:9, 121:7
**period** [5] - 12:24, 37:5, 88:25, 113:14, 113:15
**perjury** [1] - 25:14
**person** [5] - 22:4, 53:23, 62:5, 68:13, 79:24
**personal** [7] - 61:3, 69:24, 70:1, 111:11, 136:3, 136:8, 136:16
**Peterson** [3] - 54:12, 132:20, 132:21
**phone** [5] - 61:3, 67:11, 70:10, 109:19, 109:23
**physical** [1] - 39:10
**pick** [1] - 51:9
**Pier** [3] - 32:9, 34:25, 35:11
**pilot** [1] - 49:17
**pilot's** [1] - 49:16
**pizzas** [1] - 33:4
**place** [3] - 79:14, 104:6, 161:7
**places** [1] - 100:23
**plaintiff** [5] - 9:23, 15:17, 15:20, 21:1, 152:21

**PLAINTIFFS** [1] - 2:2
**Plaintiffs** [1] - 1:5
**planned** [3] - 103:4, 103:10, 103:25
**plans** [1] - 98:19
**plumbing** [3] - 54:1, 94:24, 97:11
**plus** [1] - 98:24
**point** [9] - 6:10, 6:18, 11:6, 17:8, 36:25, 85:15, 111:17, 113:4, 113:11
**points** [2] - 102:8, 102:9
**pole** [2] - 81:21, 89:23
**policies** [1] - 57:7
**policy** [13] - 57:16, 57:18, 57:22, 58:3, 58:6, 60:5, 60:18, 63:1, 63:5, 75:4, 118:19, 128:10
**policy** [146] - 34:16, 34:19, 52:8, 52:14, 52:15, 53:9, 53:13, 54:6, 57:20, 58:7, 58:8, 58:10, 59:2, 59:6, 59:17, 59:19, 59:23, 60:1, 60:24, 61:13, 61:21, 61:23, 62:10, 62:13, 62:17, 62:22, 63:14, 63:23, 63:25, 64:14, 64:17, 64:19, 65:5, 65:6, 69:21, 69:22, 70:20, 70:21, 73:8, 73:9, 73:13, 74:3, 74:5, 74:8, 74:12, 74:18, 74:20, 74:23, 74:25, 75:9, 78:18, 78:19, 78:20, 78:22, 78:24, 78:25, 80:17, 80:19, 80:21, 80:22, 80:25, 81:1, 84:12, 84:16, 84:19, 84:21, 85:17, 85:18, 85:20, 85:22, 87:22, 87:25, 88:4, 88:6, 88:15, 88:19, 89:1, 89:5, 104:12, 104:13, 104:14, 104:23, 105:5, 105:7, 105:9, 105:12, 106:11, 107:22, 108:14, 112:3, 112:7, 112:10, 112:11, 112:14, 112:16, 113:1, 113:10, 113:14, 113:15, 113:17, 114:8, 114:13, 114:21, 115:11, 115:17,

115:20, 115:24, 115:25, 116:2, 116:5, 116:8, 116:13, 116:16, 116:19, 116:24, 117:2, 117:5, 117:6, 117:8, 117:10, 117:13, 117:18, 118:2, 118:6, 118:8, 118:19, 118:22, 119:2, 123:19, 125:22, 125:24, 126:1, 126:7, 126:16, 126:23, 126:25, 127:4, 128:4, 128:19, 138:15, 146:18, 147:2, 147:7
**Policy** [1] - 3:11
**Polly** [4] - 56:13, 56:14, 56:18, 124:24
**Polly's** [1] - 56:16
**portion** [15] - 14:2, 14:17, 17:23, 39:14, 46:7, 82:12, 94:1, 95:2, 95:4, 97:2, 98:6, 101:3, 110:10, 111:7, 117:12
**position** [7] - 13:1, 29:24, 30:8, 30:17, 30:21, 30:23, 30:24
**positions** [4] - 29:19, 48:20, 49:7, 49:9
**possession** [2] - 119:16, 120:23
**possible** [1] - 118:19
**possibly** [2] - 22:4, 40:16
**post** [1] - 124:13
**post-hazard** [1] - 124:13
**practice** [2] - 112:19, 122:25
**pregnant** [1] - 100:1
**premises** [1] - 84:9
**premium** [7] - 106:7, 113:2, 113:9, 126:14, 126:17, 126:22, 127:1
**premiums** [7] - 62:12, 62:15, 63:5, 75:13, 112:21, 112:25, 126:11
**prepare** [1] - 7:16
**prepared** [4] - 127:11, 127:12, 127:20, 127:22
**Prepared** [2] - 105:23, 124:14
**present** [2] - 75:5, 114:20
**press** [1] - 12:19
**pretty** [1] - 88:24

**previous** [2] - 118:12, 149:17
**previously** [3] - 32:13, 94:9, 95:7
**price** [16] - 76:17, 76:19, 77:15, 77:17, 79:11, 82:11, 82:13, 86:11, 90:16, 91:16, 92:11, 92:12, 92:20, 92:24, 126:21
**primarily** [1] - 12:23
**primary** [1] - 77:4
**Princeton** [1] - 1:16
**privilege** [131] - 27:3, 129:7, 129:10, 129:14, 129:18, 129:22, 130:6, 130:10, 130:14, 130:20, 130:25, 131:4, 131:8, 131:12, 131:15, 131:19, 131:23, 132:2, 132:6, 132:10, 133:6, 133:10, 133:14, 133:18, 133:22, 134:1, 134:5, 134:9, 134:20, 134:25, 135:8, 135:13, 135:19, 136:1, 136:6, 136:10, 136:19, 137:2, 137:7, 137:12, 137:20, 137:25, 138:7, 138:13, 138:18, 138:23, 139:7, 139:11, 139:22, 140:1, 140:5, 140:20, 140:24, 141:2, 141:6, 141:11, 141:23, 142:2, 142:5, 142:9, 142:17, 142:21, 143:4, 143:8, 143:16, 143:21, 144:4, 144:9, 144:17, 144:21, 145:4, 145:8, 145:16, 145:20, 145:24, 146:3, 146:8, 146:12, 146:16, 146:21, 146:25, 147:4, 147:9, 147:13, 147:21, 148:7, 148:15, 148:22, 149:1, 149:5, 149:9, 149:22, 149:25, 150:4, 150:9, 150:23, 151:2, 151:6, 151:10, 151:13, 151:16, 151:21, 152:2, 152:7, 152:11, 152:19, 152:24, 153:4, 153:8, 153:12, 153:18,

153:23, 154:4, 154:9, 154:15, 154:20, 154:25, 155:6, 155:10, 155:14, 155:18, 155:21, 155:24, 156:2, 156:5, 156:8, 156:11, 156:20, 156:24, 159:18, 159:22
**procedures** [1] - 49:10
**process** [6] - 61:19, 72:3, 84:15, 98:20, 125:12, 125:18
**processed** [2] - 158:24, 158:25
**procure** [2] - 74:20, 78:24
**procured** [2] - 74:21, 125:22
**produce** [2] - 41:7, 122:10
**produced** [3] - 119:19, 120:11, 121:13
**product** [3] - 11:21, 41:4, 97:7
**production** [11] - 12:16, 12:18, 29:25, 30:3, 30:6, 31:7, 36:10, 36:11, 44:20, 48:23, 48:25
**products** [1] - 12:4
**progression** [1] - 84:24
**project** [1] - 96:12
**proper** [1] - 12:13
**properties** [10] - 46:9, 46:17, 47:11, 47:15, 76:6, 76:8, 76:9, 81:9, 81:15, 89:19
**Properties** [10] - 45:9, 45:11, 46:12, 46:15, 46:18, 46:25, 47:3, 47:10, 48:3, 158:10
**property** [64] - 57:11, 57:12, 69:16, 69:24, 70:2, 70:25, 71:25, 77:7, 77:10, 77:13, 77:19, 77:23, 78:9, 78:12, 78:14, 79:13, 79:18, 79:21, 80:13, 81:12, 81:25, 82:25, 83:3, 83:19, 85:9, 86:3, 86:5, 86:16, 86:24, 87:4, 87:10, 87:16, 88:3, 88:8, 88:11, 88:16, 88:20,

EX. 1

89:2, 89:21, 90:12, 90:18, 91:4, 91:8, 91:11, 93:12, 94:5, 94:6, 94:9, 96:6, 102:10, 102:18, 103:8, 107:4, 108:18, 110:1, 129:23, 130:12, 130:22, 131:1, 131:5, 131:9, 136:3, 136:8, 136:17

**proprietorship** [2] - 33:8, 33:21

**provide** [2] - 121:21, 122:17

**provided** [11] - 85:14, 85:15, 108:17, 113:23, 121:2, 121:3, 121:4, 121:8, 122:5, 124:5, 124:6

**public** [1] - 26:21

**Public** [1] - 1:14, 162:20

**purchase** [29] - 39:24, 43:11, 43:15, 43:18, 51:21, 52:1, 58:15, 60:5, 61:16, 62:22, 76:14, 76:17, 77:2, 77:5, 77:13, 77:15, 79:6, 79:9, 79:25, 82:5, 82:7, 82:9, 82:14, 85:12, 90:11, 90:14, 94:5, 104:13, 104:16

**purchased** [11] - 40:17, 51:24, 77:23, 79:18, 94:6, 94:10, 95:12, 104:14, 105:5, 112:5, 116:4

**purchases** [1] - 58:3

**purchasing** [7] - 15:1, 31:20, 42:22, 43:13, 44:24, 47:9, 106:11

**purpose** [2] - 53:15, 98:17

**purposes** [3] - 37:17, 157:2, 157:5

**pursuant** [1] - 1:12

**pushing** [1] - 105:1

**put** [11] - 10:6, 48:7, 65:1, 77:7, 78:9, 79:21, 80:11, 88:1, 97:4, 119:5, 158:6

## Q

**qualified** [1] - 161:3

**qualify** [3] - 28:4, 33:18, 79:24

---

**questions** [7] - 38:1, 110:23, 156:25, 157:6, 157:20, 158:9, 158:20

**quick** [1] - 5:16

**quite** [1] - 14:6

**Quote** [1] - 3:9

**quote** [5] - 105:22, 105:25, 106:4, 106:6, 106:8

**quoted** [1] - 126:15

## R

**R-A-D-U-N-Z-E-L** [1] - 42:21

**R-I-V-A-R-D** [1] - 104:21

**radio** [1] - 48:12

**Radunzel** [1] - 42:19

**ramp** [1] - 97:12

**Ramsey** [1] - 1:15

**ran** [8] - 12:19, 12:20, 30:4, 46:13, 50:7, 58:8, 118:23

**range** [6] - 21:13, 24:17, 26:8, 74:14, 100:16, 101:4

**Rapids** [3] - 44:8, 44:21, 44:22

**Rate** [1] - 3:9

**rate** [4] - 105:22, 105:25, 106:4, 106:6

**Read** [2] - 53:5, 147:24

**read** [31] - 8:25, 28:15, 47:25, 53:3, 102:14, 102:24, 102:25, 103:18, 115:20, 116:5, 116:10, 117:5, 117:10, 119:6, 119:8, 120:9, 120:13, 121:17, 121:19, 124:14, 127:10, 127:20, 127:23, 128:3, 140:15, 147:22, 150:18, 150:20, 160:1, 160:7, 162:3

**reading** [1] - 102:11

**realize** [1] - 102:23

**really** [6] - 15:13, 20:8, 21:21, 34:13, 37:6, 39:22

**realtors** [1] - 92:4

**Realty** [1] - 92:3

**reask** [1] - 27:23

**Reason** [1] - 128:2

---

**reason** [12] - 7:14, 21:22, 106:3, 111:23, 121:1, 121:3, 121:4, 121:8, 124:4, 126:9, 126:22

**reasonably** [1] - 156:21

**rebuild** [1] - 98:5

**recant** [1] - 26:16

**receipt** [2] - 102:9, 124:9

**receive** [21] - 64:16, 64:22, 113:9, 115:17, 116:7, 116:12, 116:15, 116:18, 135:9, 136:15, 137:21, 139:3, 139:23, 140:21, 142:18, 143:5, 143:17, 144:5, 144:18, 145:5, 145:17

**received** [16] - 64:18, 117:16, 118:11, 118:15, 118:16, 119:2, 119:3, 119:6, 122:6, 122:24, 124:17, 127:16, 128:6, 128:17, 159:2, 159:5

**recently** [1] - 71:11

**recess** [2] - 40:10, 72:24, 104:8, 139:16, 156:15

**recklessly** [7] - 153:19, 153:24, 154:5, 154:10, 154:16, 154:21, 155:1

**recognizable** [1] - 115:6

**recognize** [28] - 8:13, 101:14, 105:17, 106:21, 114:3, 115:4, 119:14, 119:15, 123:7, 132:15, 134:18, 135:5, 135:24, 136:24, 137:17, 138:4, 139:20, 140:18, 141:21, 142:14, 143:2, 143:13, 144:1, 145:1, 145:13, 150:25, 152:16

**recollection** [3] - 21:12, 22:9, 112:15

**record** [19] - 5:10, 5:21, 6:2, 10:18, 25:21, 26:19, 26:21, 33:10, 33:17, 52:17, 52:24, 68:9, 117:14,

---

122:19, 122:21, 139:15, 148:10, 150:15, 150:17

**recorded** [1] - 132:19

**red** [1] - 153:5

**reduce** [2] - 92:19, 92:23

**refer** [6] - 17:15, 17:22, 20:3, 50:2, 119:1, 150:10

**referring** [8] - 7:9, 17:16, 17:23, 64:14, 102:17, 103:25, 116:2, 117:13

**reflect** [4] - 134:21, 136:2, 137:3, 138:8

**refresh** [1] - 22:8

**refrigerator** [6] - 52:11, 53:8, 53:11, 54:2, 65:9, 158:21

**refurbishing** [1] - 37:10

**regarding** [13] - 7:25, 8:4, 8:7, 9:7, 130:8, 131:13, 131:17, 131:20, 131:25, 132:4, 132:8, 134:11, 147:6

**register** [1] - 33:23

**registered** [9] - 13:2, 33:12, 42:2, 47:3, 50:18, 50:21, 51:19, 158:13, 158:18

**registration** [1] - 33:22

**regular** [1] - 6:12

**regularly** [1] - 64:17

**reinstate** [1] - 126:25

**reinstated** [1] - 127:2

**relate** [1] - 141:19

**related** [10] - 46:24, 51:2, 135:17, 137:10, 147:11, 147:15, 150:2, 152:9, 159:16, 159:19

**relates** [1] - 110:23

**relation** [18] - 138:10, 138:16, 139:5, 139:23, 140:22, 141:4, 141:8, 142:7, 142:18, 143:6, 143:17, 143:18, 144:6, 144:19, 145:6, 145:18, 145:21, 150:7

**relevance** [1] - 120:2

**remain** [1] - 95:13

**remember** [9] - 34:13, 34:15, 34:24, 43:17, 68:7, 83:5,

---

158:9, 158:12, 158:20

**reminder** [1] - 5:17

**remnants** [1] - 93:20

**remodel** [8] - 77:22, 78:5, 95:20, 97:18, 100:15, 101:4, 102:1, 104:3

**remodeled** [2] - 96:10, 97:23

**remodeling** [3] - 78:3, 103:5, 103:10

**remodels** [2] - 98:1, 103:25

**removal** [3] - 149:20, 150:1, 150:6

**remove** [1] - 27:7

**removed** [2] - 149:2, 149:6

**Renewal** [2] - 3:13, 3:14

**rent** [2] - 47:2, 151:7

**rented** [1] - 46:16

**renter's** [1] - 105:22

**renters** [4] - 57:22, 105:25, 106:4, 106:6

**Renters** [1] - 3:9

**renting** [4] - 47:1, 47:15, 150:13, 151:24

**reopen** [1] - 28:8

**reopened** [1] - 23:7

**repainted** [1] - 94:20

**repeat** [2] - 25:22, 121:16

**rephrase** [4] - 27:23, 28:1, 59:15, 148:2

**replace** [1] - 126:7

**Report** [1] - 3:8

**report** [1] - 125:17

**reporter** [5] - 5:18, 6:2, 6:13, 92:9, 161:4

**Reporter** [6] - 23:25, 28:15, 53:5, 121:19, 147:24, 150:20

**REPORTERS** [2] - 1:21, 162:24

**represent** [4] - 18:17, 119:18, 138:20, 141:3

**representation** [1] - 160:4

**represented** [1] - 112:2

**request** [7] - 121:5, 121:9, 122:5, 122:6, 122:11, 126:25, 127:3

**requested** [1] - 24:13

**requests** [1] - 121:25

**require** [1] - 101:6

**required** [1] - 82:23

**requirement** [1] -

EX. 1

64:9

**residence** [15] - 50:25, 71:1, 72:1, 76:10, 76:14, 76:25, 77:5, 81:17, 82:3, 84:3, 87:18, 88:21, 89:3, 89:14, 129:4

**residences** [1] - 51:10

**resolve** [5] - 16:2, 19:15, 21:6, 24:11, 25:4

**resolved** [2] - 23:5, 23:6

**response** [1] - 9:7

**responsibilities** [4] - 33:25, 39:19, 42:15, 46:24

**rest** [3] - 95:13, 96:9, 98:21

**restaurant** [5] - 32:7, 32:8, 98:23, 98:25, 102:1

**restitution** [1] - 26:4

**result** [1] - 43:13

**resulted** [1] - 43:15

**results** [1] - 133:11

**retain** [2] - 86:12, 87:4

**retained** [2] - 87:2, 89:13

**retainer** [1] - 19:10

**reverse** [1] - 120:16

**review** [8] - 7:16, 7:20, 7:22, 47:25, 107:24, 122:23, 128:16, 156:14

**reviewed** [2] - 124:8, 124:19

**Reviewing** [1] - 108:7

**revise** [1] - 37:24

**Richmond** [1] - 49:5

**rid** [1] - 118:12

**ring** [2] - 21:21, 22:5

**Rivard** [4] - 104:19, 104:21, 104:22, 124:23

**River** [32] - 17:16, 17:24, 18:2, 81:24, 90:10, 97:22, 100:9, 104:12, 106:8, 107:15, 110:11, 110:15, 110:19, 111:19, 112:5, 113:1, 114:9, 114:14, 115:11, 128:24, 129:15, 129:19, 129:24, 148:12, 148:20, 148:24,

149:2, 149:6, 150:2, 150:6, 155:7, 155:15

**RIVER** [1] - 1:21

**road** [4] - 30:24, 35:22, 36:19, 66:23

**Road** [5] - 2:6, 20:23, 72:2, 76:10, 129:4

**ROAD** [1] - 1:21

**robbed** [1] - 73:6

**robbery** [1] - 69:11

**role** [4] - 44:16, 47:15, 48:3

**Ron** [2] - 52:4, 62:2

**roof** [2] - 94:15, 97:4

**Roseville** [1] - 161:12

**roughly** [14] - 26:7, 27:9, 27:11, 35:2, 35:11, 36:3, 39:4, 39:14, 46:5, 46:17, 59:8, 85:24, 86:25, 87:7

**run** [8] - 5:16, 16:20, 48:11, 91:21, 92:16, 94:22, 98:11, 98:23

**running** [4] - 16:13, 40:14, 118:3, 118:9

**Rural** [5] - 51:25, 61:25, 65:8, 74:16, 84:25, 85:1, 85:4, 111:22, 111:23, 112:3

## S

**S-E-L-L** [1] - 93:11

**S-I-N-G-E-R-H-O-U-S-E** [1] - 52:6

**S-T-A-N-G** [1] - 68:11

**safety** [8] - 49:10, 153:20, 153:25, 154:6, 154:11, 154:17, 154:22, 155:2

**sale** [19] - 40:16, 77:7, 78:9, 79:21, 80:9, 80:11, 86:16, 87:3, 87:17, 89:22, 90:1, 90:8, 91:8, 91:11, 91:22, 92:15, 93:1, 93:3, 93:6

**sales** [15] - 11:25, 12:1, 12:13, 12:23, 13:1, 30:8, 30:14, 30:18, 31:2, 31:5, 33:23, 44:21, 94:2, 95:8, 95:10

**salesperson** [1] - 30:15

**salon** [7] - 94:8, 94:12, 94:25, 95:3,

97:19, 98:2, 110:6

**Sandra** [2] - 1:13, 161:2

**Sauk** [3] - 44:8, 44:21, 44:22

**save** [5] - 64:24, 117:18, 117:20, 118:6, 118:13

**saved** [1] - 117:25

**school** [7] - 28:11, 29:14, 37:19, 37:22, 38:2, 38:7, 38:8

**School** [4] - 28:12, 28:17, 28:25, 29:11

**seal** [1] - 162:18

**second** [10] - 28:13, 33:15, 40:18, 94:16, 101:2, 101:3, 103:4, 103:17, 141:24, 150:16

**seconds** [1] - 148:9

**Security** [3] - 109:6, 109:10, 109:14

**see** [6] - 26:13, 102:11, 111:25, 119:25, 157:1, 160:3

**seem** [1] - 112:18

**seldom** [1] - 77:20

**self** [1] - 50:5

**self-employed** [1] - 50:5

**sell** [18] - 10:6, 10:11, 14:16, 35:5, 35:7, 39:14, 39:17, 46:7, 50:16, 54:11, 60:18, 84:3, 85:6, 86:5, 90:5, 91:4, 91:6, 93:8

**Sell** [2] - 93:9, 93:10

**semiannual** [2] - 62:19, 113:2

**semiannually** [1] - 75:18

**separate** [4] - 37:14, 41:2, 63:7, 63:8

**September** [2] - 121:9, 128:4

**served** [1] - 33:4

**service** [1] - 53:18

**services** [3] - 12:4, 53:20, 53:21

**set** [5] - 155:19, 155:22, 155:25, 156:3, 156:6

**setting** [1] - 156:9

**seven** [1] - 87:6

**Seventh** [1] - 2:11

**several** [5] - 13:21, 15:17, 17:8, 21:7, 29:19

**shadow** [1] - 103:4

**shadowed** [1] - 103:2

**Shafer** [1] - 154:22

**shakes** [1] - 5:20

**Shannon** [1] - 54:12

**share** [1] - 11:18

**shares** [1] - 45:19

**Shawn** [1] - 154:6

**shed** [4] - 73:6, 74:4, 81:21, 89:23

**sheet** [2] - 94:17, 106:2

**shell** [1] - 81:23

**shop** [5] - 12:25, 31:12, 94:22, 94:23, 100:15

**shopping** [1] - 112:22

**short** [2] - 36:23, 104:10

**shorthand** [3] - 161:4, 161:5, 161:10

**shortly** [1] - 74:25

**show** [1] - 117:14

**showing** [24] - 8:12, 105:16, 123:5, 132:14, 134:16, 135:4, 135:23, 136:14, 136:23, 137:16, 138:3, 139:2, 139:18, 140:9, 140:17, 141:15, 142:13, 142:25, 143:12, 143:25, 144:13, 144:25, 145:12, 152:15

**sic** [1] - 13:8

**side** [2] - 97:6, 107:20, 120:16

**sidewalls** [1] - 93:24

**siding** [1] - 94:18

**sign** [4] - 142:3, 160:1, 160:5, 160:7

**SIGNATURE** [1] - 162:1

**signature** [3] - 8:19, 141:25, 151:4

**similar** [2] - 5:23, 106:23

**Singerhouse** [4] - 52:4, 52:5, 62:2, 62:4

**six** [1] - 113:16

**size** [1] - 51:17

**SKF** [1] - 162:23

**slid** [1] - 66:22

**slightly** [2] - 28:1, 37:14

**small** [11] - 13:20, 15:13, 15:14, 15:17,

15:19, 17:13, 18:9, 18:14, 20:1, 20:2, 21:9

**snowstorm** [1] - 66:23

**Social** [3] - 109:6, 109:10, 109:13

**sold** [25] - 10:4, 14:2, 14:19, 34:4, 35:11, 37:3, 39:7, 46:9, 50:17, 81:12, 81:15, 81:17, 81:21, 81:23, 81:25, 82:25, 83:2, 83:19, 85:5, 87:7, 87:21, 88:20, 89:14, 90:2, 93:3

**sole** [7] - 32:21, 33:8, 33:21, 38:21, 41:16, 45:10, 50:10

**soliciting** [1] - 30:25

**sometime** [1] - 124:17

**son** [1] - 124:25

**son-in-law** [1] - 124:25

**sons** [1] - 55:19

**soon** [1] - 95:12

**sorry** [16] - 14:7, 19:3, 26:12, 35:17, 37:4, 59:14, 62:10, 75:6, 76:7, 76:21, 85:8, 107:12, 114:19, 118:23, 135:14

**sound** [1] - 35:2

**sounds** [1] - 35:4, 52:25, 82:20

**South** [1] - 2:6

**space** [7] - 98:12, 98:25, 99:4, 99:12, 99:14, 99:16, 99:22

**sparked** [2] - 98:5, 98:8

**special** [1] - 34:21

**specific** [5] - 53:15, 57:16, 92:4, 105:8, 157:13

**specifically** [5] - 60:17, 89:7, 94:6, 108:23, 125:12

**specified** [2] - 32:15, 32:18

**specify** [1] - 10:18

**speculate** [1] - 64:4

**spell** [10] - 40:7, 42:20, 45:15, 52:5, 60:10, 68:9, 69:19, 70:23, 92:9, 93:10, 99:8, 99:19, 104:20

**spelling** [1] - 41:23

**spend** [1] - 150:1

EX. 1

**spent** [1] - 37:9
**split** [1] - 89:19
**spoiled** [1] - 80:3
**spoken** [1] - 131:13
**spray** [1] - 97:9
**spray-foamed** [1] - 97:9
**square** [4] - 14:1, 14:4, 14:9, 98:4
**St** [5] - 16:8, 22:23, 23:18, 24:21, 153:1
**st** [1] - 2:13
**stabilized** [2] - 103:5, 103:10
**staff** [1] - 73:24
**stamp** [1] - 113:23
**standpoint** [1] - 31:25
**Stang** [2] - 68:8, 68:12
**start** [14] - 6:4, 10:24, 11:1, 11:4, 32:10, 41:11, 43:10, 43:16, 43:20, 45:22, 45:25, 50:12, 88:8, 127:8
**start-up** [1] - 43:16
**started** [20] - 13:20, 13:23, 14:1, 16:1, 16:17, 29:16, 29:23, 32:5, 32:14, 36:3, 36:8, 36:16, 37:10, 40:15, 43:12, 45:24, 49:7, 50:7, 96:12, 133:20
**starting** [4] - 40:14, 41:8, 116:24, 118:2
**State** [141] - 1:7, 3:11, 3:16, 3:17, 3:18, 3:19, 3:20, 3:21, 3:22, 3:23, 3:24, 3:25, 4:1, 4:2, 4:3, 4:4, 4:6, 4:7, 4:8, 5:8, 7:7, 20:23, 59:11, 60:23, 60:25, 63:18, 63:21, 66:6, 67:4, 67:7, 68:22, 69:13, 69:22, 72:2, 74:10, 74:12, 74:13, 74:16, 74:19, 74:20, 75:4, 75:12, 75:15, 75:19, 75:24, 76:10, 76:14, 76:24, 80:24, 88:14, 88:15, 88:20, 88:25, 89:1, 89:5, 104:12, 104:24, 105:6, 105:21, 107:22, 111:20, 112:17, 112:23, 112:24, 113:1, 114:6, 114:8, 114:13, 115:8, 115:15, 117:6,

117:10, 117:17, 119:19, 120:23, 124:21, 125:1, 125:19, 125:21, 125:23, 125:24, 126:8, 126:10, 126:17, 129:4, 132:7, 132:23, 132:24, 133:24, 134:6, 134:10, 134:22, 135:10, 135:14, 135:15, 136:3, 136:7, 137:4, 137:8, 137:22, 138:9, 138:14, 138:20, 139:4, 139:8, 139:24, 140:21, 141:8, 142:6, 143:5, 143:18, 144:5, 144:18, 145:5, 145:17, 145:22, 145:25, 146:4, 146:10, 146:17, 146:19, 146:22, 147:1, 147:5, 147:7, 147:10, 147:14, 148:4, 149:19, 150:11, 151:23, 152:4, 152:21, 153:1, 155:7, 156:17, 156:21, 159:3, 159:6, 159:15
**state** [38] - 1:15, 1:17, 5:10, 12:2, 13:3, 22:20, 23:15, 24:18, 27:5, 33:12, 33:22, 42:2, 44:5, 47:4, 64:9, 98:18, 132:3, 146:13, 153:1, 153:9, 153:13, 153:19, 153:21, 153:24, 154:1, 154:5, 154:7, 154:10, 154:13, 154:16, 154:18, 154:21, 154:23, 155:1, 155:4, 158:14, 158:18
**state-approved** [1] - 98:18
**statement** [1] - 133:3
**Statement** [2] - 3:15, 4:1
**statements** [1] - 108:22
**states** [1] - 12:3
**STATES** [1] - 1:1
**stayed** [2] - 126:10, 126:23
**stenographic** [1] - 161:5
**stick** [1] - 126:8
**still** [7] - 9:15, 50:14,

59:25, 89:11, 129:20, 133:4, 147:17
**stop** [1] - 17:2
**stopped** [1] - 17:4
**stopping** [1] - 36:25
**storage** [5] - 73:5, 74:4, 94:3, 97:3, 97:7
**store** [1] - 51:7
**Street** [40] - 2:11, 17:16, 17:24, 18:3, 20:18, 51:1, 71:2, 81:17, 81:21, 81:24, 87:3, 90:10, 97:22, 100:9, 104:13, 106:8, 107:6, 107:15, 110:11, 110:15, 110:19, 111:19, 112:5, 113:1, 114:9, 114:14, 115:11, 128:24, 129:15, 129:19, 129:24, 148:13, 148:20, 148:24, 149:3, 149:7, 150:2, 150:6, 155:7, 155:15
**strike** [1] - 62:11
**stripped** [1] - 94:20
**strong** [2] - 28:9, 87:9
**structure** [4] - 85:9, 93:19, 97:9, 97:22
**structures** [2] - 93:15, 93:17
**students** [1] - 99:17
**studio** [9] - 98:4, 98:8, 98:11, 98:14, 98:24, 99:3, 99:25, 100:3, 102:1
**subject** [3] - 18:4, 103:4, 103:9
**submit** [4] - 133:23, 134:2, 142:6, 151:23
**substantial** [1] - 14:12
**sue** [4] - 10:13, 19:2, 19:4, 19:5
**sued** [9] - 10:7, 17:5, 18:19, 19:25, 20:1, 21:18, 22:14, 23:11, 24:14
**suing** [2] - 21:4, 23:24
**suit** [1] - 87:9
**Suite** [1] - 2:12
**sum** [1] - 23:2
**sums** [1] - 156:17
**supplied** [1] - 100:22
**support** [1] - 97:4
**supporting** [1] - 152:8

**surrounding** [1] - 12:3
**suspended** [1] - 97:10
**switch** [2] - 85:4, 112:17
**switched** [1] - 12:22
**Sworn** [2] - 4:1, 5:2
**sworn** [1] - 5:4
**Syene** [1] - 2:6

## T

**Tammy** [3] - 86:23, 91:15, 92:19
**tax** [1] - 33:23
**telephone** [4] - 66:16, 71:21, 73:23, 125:8
**telephones** [1] - 30:16
**ten** [3] - 81:12, 81:15, 82:1
**tend** [1] - 6:1
**terms** [1] - 113:19
**terrible** [3] - 55:10, 94:18, 147:23
**testified** [1] - 5:5
**testify** [2] - 6:23, 7:2
**testimony** [1] - 158:12
**THE** [31] - 2:2, 2:8, 14:11, 14:14, 16:24, 20:6, 25:18, 25:22, 26:12, 27:1, 27:22, 32:19, 33:18, 41:25, 64:8, 65:25, 73:2, 73:5, 75:8, 100:22, 108:2, 114:17, 120:4, 122:13, 122:15, 124:2, 130:4, 130:18, 147:19, 150:21, 151:19
**thereafter** [1] - 129:24
**they've** [1] - 82:18
**thinking** [2] - 39:5, 101:11
**third** [3] - 39:13, 41:21, 44:14
**thousand** [1] - 21:7
**three** [10] - 14:8, 35:1, 46:4, 46:19, 46:22, 55:18, 55:20, 59:7, 84:22, 88:18
**throughout** [2] - 72:11, 125:18
**Tim** [2] - 24:14, 153:25

**Tim's** [1] - 24:25
**timeframe** [2] - 113:15, 114:11
**timely** [3] - 31:12, 41:7, 147:10
**title** [9] - 29:18, 30:1, 30:2, 30:6, 30:7, 30:12, 31:6, 31:8, 36:9
**titled** [1] - 107:17
**today** [12] - 6:22, 9:1, 25:7, 49:19, 50:14, 52:20, 54:14, 54:19, 58:11, 74:24, 157:8, 158:22
**together** [1] - 55:9
**took** [5] - 28:24, 64:21, 83:18, 126:18, 161:4
**tools** [1] - 51:16
**top** [10] - 102:7, 107:17, 107:19, 111:7, 123:9, 149:18, 150:10, 152:20, 152:25, 153:5
**torn** [2] - 94:18, 97:3
**total** [4] - 77:21, 98:5, 136:7, 139:8
**tow** [2] - 66:24, 67:5
**Toyota** [1] - 67:21
**training** [2] - 48:25, 49:2
**transcript** [4] - 4:11, 160:3, 161:8, 162:4
**transcription** [1] - 161:9
**transcripts** [1] - 7:21
**transitioned** [1] - 12:25
**traps** [2] - 27:6, 157:23
**trial** [1] - 23:7
**tried** [1] - 126:9
**trier** [1] - 158:1
**truck** [6] - 31:14, 51:16, 51:17, 51:19, 52:15, 53:13
**trucks** [1] - 94:4
**true** [2] - 9:15, 161:8
**truthfully** [2] - 6:24, 7:2
**try** [6] - 5:24, 6:3, 61:8, 89:12, 135:15, 147:25
**trying** [2] - 20:7, 126:6
**twice** [1] - 76:1
**two** [16] - 8:16, 9:23, 11:1, 11:13, 14:19, 18:8, 27:10, 28:24,

EX. 1

39:3, 55:13, 100:12, 102:21, 102:24, 109:6, 109:13, 118:18
**Tyler** [12] - 10:1, 10:7, 11:14, 15:9, 18:17, 38:24, 41:20, 43:3, 44:13, 45:3, 47:14, 47:24
**type** [12] - 34:16, 48:4, 53:18, 57:7, 57:9, 73:13, 84:19, 89:5, 105:5, 108:8, 110:5, 112:7
**types** [2] - 58:5, 60:18

## U

**umbrella** [4] - 57:20, 63:23, 75:9, 75:11
**unable** [1] - 17:9
**Under** [5] - 7:10, 7:21, 8:21, 9:11, 9:15
**under** [27] - 15:4, 34:19, 44:3, 50:18, 52:7, 53:9, 54:5, 73:8, 73:9, 78:18, 80:19, 105:23, 106:6, 107:1, 107:4, 109:25, 110:1, 110:9, 110:14, 110:18, 112:13, 112:25, 123:10, 123:16, 124:20, 138:15, 156:18
**underneath** [1] - 94:19
**understood** [1] - 6:9
**Union** [2] - 95:18, 96:17
**UNITED** [1] - 1:1
**unless** [1] - 6:18
**unpaid** [1] - 159:20
**up** [27] - 14:7, 16:13, 40:14, 41:5, 43:16, 46:10, 48:6, 51:9, 52:12, 77:7, 78:9, 79:21, 80:11, 85:14, 87:21, 92:15, 94:1, 103:15, 106:11, 111:16, 112:20, 113:11, 113:22, 117:15, 122:2, 125:2, 159:11
**updated** [1] - 49:10

## V

**V-A-N-S-O-M-E-R-E
-N** [1] - 155:3

**vacancies** [2] - 47:2, 48:9
**vacancy** [1] - 48:6
**vacant** [1] - 81:23
**value** [9] - 10:3, 10:5, 10:9, 10:10, 10:12, 126:12, 126:16, 126:17, 126:20
**van** [1] - 51:18
**VanSomeren** [1] - 155:2
**varied** [1] - 12:12
**various** [2] - 12:16, 49:7
**vehicle** [5] - 51:22, 53:16, 67:24, 67:25, 111:11
**vehicles** [1] - 60:21
**Venture** [10] - 45:9, 45:10, 46:12, 46:15, 46:17, 46:25, 47:3, 47:10, 48:3, 158:10
**venue** [1] - 33:5
**venued** [1] - 22:19
**verbatim** [1] - 161:3
**verbiage** [1] - 114:18
**versus** [1] - 152:21
**via** [2] - 67:11, 70:10, 103:7
**Village** [1] - 138:9
**visiting** [1] - 30:25
**visits** [1] - 61:3
**vs** [1] - 1:6

## W

**W-A-K-E-E-N** [1] - 99:10
**wait** [1] - 58:24
**waive** [1] - 160:7
**Wakeen** [2] - 99:7, 99:10
**walk** [1] - 134:6
**Walter** [1] - 90:21
**wants** [1] - 26:22
**warrant** [1] - 153:10
**Warren** [2] - 45:14, 45:18
**Washburn** [1] - 32:5
**water** [2] - 52:11, 53:7
**WEBER** [122] - 2:9, 5:7, 8:11, 9:9, 10:21, 14:15, 17:1, 17:21, 19:24, 20:9, 22:10, 22:13, 24:6, 25:19, 25:24, 26:14, 27:4, 27:25, 28:18, 32:13, 32:20, 33:11, 33:19,

35:23, 35:24, 36:20, 36:24, 37:2, 38:5, 40:11, 42:1, 52:19, 53:1, 53:3, 53:6, 57:4, 57:6, 59:1, 64:5, 64:11, 66:4, 73:4, 73:7, 75:6, 75:10, 76:24, 77:1, 80:8, 81:7, 81:8, 101:1, 101:18, 101:22, 104:9, 105:15, 106:15, 106:18, 107:11, 108:4, 108:16, 108:25, 109:12, 111:4, 111:6, 113:24, 114:2, 114:12, 114:22, 115:2, 116:3, 116:22, 117:9, 118:21, 119:11, 120:6, 120:25, 121:14, 121:17, 122:14, 122:16, 122:22, 123:4, 124:3, 130:21, 132:13, 134:15, 135:3, 135:22, 136:13, 136:22, 137:15, 139:1, 139:14, 139:17, 140:8, 140:13, 140:16, 141:14, 142:12, 142:24, 143:11, 143:24, 144:12, 144:24, 145:11, 147:22, 147:25, 148:3, 148:11, 148:18, 149:15, 149:16, 150:18, 150:24, 151:22, 152:14, 156:12, 156:16, 159:10, 159:14, 159:25, 160:6
**Weber** [3] - 3:3, 4:11, 5:8
**Weber's** [1] - 122:12
**week** [1] - 126:18
**welding** [2] - 12:21, 49:4
**west** [1] - 94:2
**WESTERN** [1] - 1:2
**WI** [1] - 3:10
**wife** [7] - 8:3, 22:3, 32:22, 32:23, 94:7, 94:12, 113:5
**wind** [2] - 70:19, 71:12
**windows** [2] - 94:22, 97:12
**Wings** [5] - 61:15,

61:18, 61:21, 62:17, 62:22
**WISCONSIN** [1] - 1:2
**Wisconsin** [42] - 1:17, 2:7, 13:3, 13:12, 16:5, 17:17, 17:25, 18:3, 20:19, 20:23, 22:20, 23:15, 24:18, 27:6, 29:17, 32:5, 33:13, 39:11, 42:3, 42:6, 42:9, 44:3, 46:21, 47:4, 49:5, 50:19, 56:19, 60:13, 69:18, 73:12, 76:11, 76:13, 77:12, 95:18, 96:16, 107:6, 107:16, 110:12, 110:16, 110:20, 152:21, 153:1
**WITC** [1] - 49:4
**withdrawal** [1] - 63:2
**WITNESS** [29] - 14:11, 14:14, 16:24, 20:6, 25:18, 25:22, 26:12, 27:1, 27:22, 32:19, 33:18, 41:25, 64:8, 65:25, 73:2, 73:5, 75:8, 100:22, 108:2, 114:17, 120:4, 122:13, 122:15, 124:2, 130:4, 130:18, 147:19, 150:21, 151:19
**Witness** [5] - 5:2, 162:18
**witness** [1] - 5:4
**woman** [1] - 99:2
**wondering** [1] - 122:4
**Woodville** [17] - 13:12, 17:17, 17:24, 18:3, 28:12, 28:16, 39:11, 40:18, 40:22, 42:9, 46:21, 56:19, 107:16, 110:11, 110:15, 110:20, 138:10
**word** [1] - 48:10
**words** [1] - 158:6
**worker** [6] - 29:25, 30:3, 30:7, 36:10, 36:11, 37:23
**works** [1] - 132:24
**write** [1] - 62:20
**writing** [1] - 140:15
**written** [1] - 8:24

## Y

**year** [33] - 14:16,

16:21, 21:11, 21:16, 22:18, 26:8, 29:7, 30:2, 30:10, 30:13, 30:19, 30:22, 32:10, 32:16, 37:6, 37:9, 40:21, 41:11, 43:18, 55:10, 62:25, 66:25, 67:22, 70:16, 71:13, 76:1, 90:24, 91:21, 92:16, 105:1, 113:19, 122:1
**yearlong** [1] - 113:17
**years** [26] - 10:20, 11:3, 15:17, 26:2, 26:7, 27:10, 28:24, 29:3, 29:20, 29:21, 30:1, 31:8, 35:1, 39:3, 46:4, 55:1, 55:10, 58:7, 59:7, 81:13, 81:16, 82:1, 84:22, 87:6, 88:18, 98:12
**yeses** [1] - 5:23
**youngest** [1] - 56:12
**yourself** [2] - 103:18, 146:18

## Z

**zero** [2] - 14:13, 14:14
**zeros** [1] - 14:8
**Zoom** [2] - 28:5, 28:7

EX. 1