**Page 1**

1

1          UNITED STATES DISTRICT COURT

2          WESTERN DISTRICT OF WISCONSIN

3

4    - - - - - - - - - - - - - - - - - - - -

5    KEVIN J. GRANT and DAYNA J. GRANT,

6               Plaintiffs,

7          vs.

8    STATE FARM FIRE AND CASUALTY COMPANY,

9               Defendant.

10   - - - - - - - - - - - - - - - - - - - -

11

12          Deposition of DAYNA J. GRANT, taken

13   via Zoom pursuant to Notice of Taking

14   Deposition, and taken before Gary W. Hermes, a

15   Notary Public in and for the County of Ramsey,

16   State of Minnesota, on the 18th day of

17   October, 2021, at 2935 Old Highway 8,

18   Roseville, Minnesota, commencing at

19   approximately 9:05 o'clock a.m.

20

21

22

23

24          **AFFILIATED COURT REPORTERS,**
25   **6880 RIVER ROAD, INVER GROVE HTS, MN 55076**
          **(612)338-4348**

---

**Page 2**

1    <u>APPEARANCES:</u>

2          EMILY R. WEBER, ESQ., Attorney at

3    Law, 30 East 7th Street, Suite 3200, St. Paul,

4    Minnesota 55101-4919, appeared via Zoom for

5    Defendant.

6          MICHAEL J. ANDERSON, ESQ., and HAYLEY

7    HETHERINGTON, ESQ., Attorneys at Law, 2886

8    South Syene Road, Fitchburg, Wisconsin 53711,

9    appeared via Zoom for Plaintiffs.

10

11          * * *

12

13          I N D E X

14   EXAMINATION BY MS. WEBER...................4

15

16   EX. 30 DAYNA GRANT EXAM. UNDER OATH........11

17   EX. 3 RENTER'S RATE QUOTE..................38

18   EX. 4 INSURANCE APPLICATION................39

19   EX. 5 BUSINESS OWNER'S COVERAGE FORM.......42

20   EX. 6 POL.#██████757-3 DEC. PAGES.........42

21   EX. 31 DAYNA GRANT RECORDED STATEMENT......54

22   EX. 10 PAYMENT INFO BUILDING COVERAGE......55

23   EX. 11 10-22-20 LETTER TO GRANTS...........56

24   EX. 12 PAYMENT INFO PERSONAL PROPERTY......57

25   EX. 13 11-5-20 LETTER TO KEVIN GRANT.......58

---

**Page 3**

1    EX. 14 PAYMENT INFO BUSINESS...............58

2    EX. 15 10-8-20 LETTER TO GRANTS............59

3    EX. 16 PAYMENT INFO FIRE DEPARTMENT........60

4    EX. 17 5-29-19 LETTER TO GRANTS............61

5    EX. 18 1-29-19 LETTER TO GRANTS............61

6    EX. 19 2-13-20 LETTER TO KATIE BOSWORTH....62

7    EX. 20 SWORN PROOF OF LOSS.................63

8    EX. 21 1-28-19 LETTER TO GRANTS............63

9    EX. 22 3-7-19 LETTER TO GRANTS.............64

10   EX. 23 5-28-19 LETTER TO GRANTS............65

11   EX. 24 6-18-19 LETTER TO GRANTS............65

12   EX. 25 8-26-20 LETTER TO GRANTS............66

13   EX. 26 9-8-20 LETTER TO KEVIN GRANT........66

14   EX. 27 9-14-20 LETTER TO KEVIN GRANT.......67

15   EX. 32 COMPLAINT...........................68

16   EX. 28 PFS. SUPPLEMENTAL ANS. TO INTER.....72

17

18          * * *

19

20

21

22

23

24

25

---

**Page 4**

1          P R O C E E D I N G S

2          DAYNA J. GRANT,

3    called as a witness, being first duly sworn,

4    was examined and testified as follows:

5          * * *

6          EXAMINATION

7    BY MS. WEBER:

8    Q.   Good morning, Ms. Grant. My name is Emily

9         Weber. I represent State Farm in this action.

10              Could you go ahead and state your

11        full name and spell it for us for the record?

12   **A.   Dayna Jayne Grant, D-a-y-n-a J-a-y-n-e**

13        **G-r-a-n-t.**

14   Q.   And what is your date of birth?

15   **A.   ███████**

16   Q.   Have you ever been deposed before?

17   **A.   I'm not positive what that means.**

18   Q.   Have you in a civil action ever had your

19        testimony taken under oath during litigation?

20   **A.   Yes, for this case.**

21   Q.   Are you referring to your examination under

22        oath?

23   **A.   Pardon?**

24   Q.   Are you referring to your examination under

25        oath taken by --

EX. 2

## 5

1 A.  Yes.
2 Q.  -- State Farm in the claims process?
3 A.  Yes, I am.
4 Q.  Some quick instructions before we get going.
5      First of all, Gary is taking down your
6      testimony today and everything that we say.
7      So I do ask that you have audible answers.  No
8      head shakes or head nods.  And uh huh and huh
9      uh don't really read well on the record, so if
10     you could use yes or no, it would be much
11     appreciated.
12          Also, I know in general conversation
13     it's normal to talk over each other, but,
14     again, since Gary is taking down everything
15     that we say, I ask that we try to let each
16     other finish.
17          We have an extra layer of difficulty
18     here since we are over Zoom today, so we'll do
19     the best we can, but, you know, everybody
20     understands this is not the easiest format.
21     Does that sound good to you?
22 A.  Yes.
23 Q.  If you don't understand my question, please
24     ask me to clarify or let me know that you
25     don't understand.  If you do answer my

## 6

1      question, I'm going to assume that you
2      understood the question.  Okay?
3 A.  Yes.
4 Q.  We will take regular breaks for us and for
5      Gary.  If you need a break at any time, please
6      go ahead and let me know.  I'd just ask that
7      if there is a question pending, that you
8      answer that before we take the break.  Okay?
9 A.  Okay.
10 Q.
11          MR. ANDERSON:  If I could ask you
12     something.  I don't know if it has to be on
13     the record.  Again, dealing with Zoom issues,
14     if I would like to on a break speak with
15     Dayna, is there an ability to do breakout
16     rooms on this?  Our courts do sometimes.
17          THE REPORTER:  Yes.
18          MR. ANDERSON:  All right.  If we
19     need to do that, I'll ask you to figure out
20     how we do that, Gary.  Okay?
21          THE REPORTER:  Yes.
22     BY MS. WEBER:
23 Q.  And, Dayna, your attorney may object to some
24     of my questions.  Unless he directs you not to
25     answer, I do ask that you answer.

## 7

1          MS. WEBER:  And, Mr. Anderson, I
2      know that we have an extra added layer here
3      that you maybe wanted to put on the record on
4      how we were going to deal with specific
5      directions on questions you may not want your
6      client to answer.  Do you want to go ahead and
7      explain that on the record, please?
8          MR. ANDERSON:  Sure, I'll do that.
9      Ms. Weber and I had a conversation off the
10     record as to how to address perhaps if there
11     are any Fifth Amendment occasions.  Attorney
12     Weber agreed with my suggestion through Zoom
13     that if I just say, "Fifth," that's not like
14     speaking for my client, that's kind of the
15     same as my tapping a finger as I did for Mr.
16     Grant and then she has the language and that's
17     just how we will address those issues.  That's
18     outside of a standard, really, objection, but
19     just so if we see that the first time, that's
20     why it is occurring that way.
21          MS. WEBER:  Thank you.
22     BY MS. WEBER:
23 Q.  Ms. Grant, are you on any medications that
24     would affect your ability to testify today?
25 A.  No.

## 8

1 Q.  Do you have any medical conditions that would
2      affect your ability to testify today?
3 A.  No.
4 Q.  Have you reviewed any documents in preparation
5      for this deposition today?
6 A.  Yes.
7 Q.  What have you reviewed?
8 A.  Statement.
9 Q.  What statement?
10 A.  Not sure.
11 Q.  Have you talked to anybody about your
12     testimony today?
13 A.  Don't know how to answer that.
14 Q.  Have you discussed the fact that you are going
15     to be deposed today with anybody?
16 A.  Yes.
17 Q.  Who have you spoken with?
18 A.  The lawyer and Kevin.
19 Q.  Mrs. Grant, I am now going to attempt to show
20     you a document, bear with me.  Can you see the
21     document on my screen?
22 A.  It's very small.
23          MR. ANDERSON:  Can you enlarge?
24 A.  Yes.
25     BY MS. WEBER:

EX. 2

1  **Q.**  Is that better?
2  **A.**  **Yes.**
3  **Q.**  I'm going to scroll through this document.
4      Again, Zoom adds an extra layer of difficulty
5      here, so let me know if you want me to go
6      slower or faster.  Okay?
7  **A.**  **Yes.**
8  **Q.**  (Scrolling through a document) Do you
9      recognize this document?
10         MR. ANDERSON:  Fifth.
11 **A.**  **I do, yes.**
12         MR. ANDERSON:  You have to wait a
13     second before answering so I can say
14     something, Dayna.  That's okay.  I withdraw
15     the Fifth on that one.
16 BY MS. WEBER:
17 **Q.**  Is this your signature on the last page?
18 **A.**  **Yes.**
19         MR. ANDERSON:  Dayna, do you recall
20     the procedure here?
21         THE WITNESS:  I heard somebody else
22     say yes.
23         MR. ANDERSON:  Okay.  Can I just
24     break out with her real quick?  Or else we'll
25     just say it on the record.  It pretty much is

1  what we talked about before, but I don't want
2  to go into attorney/client conversation,
3  either, with her.  So can we do a quick
4  breakout, is that possible, Gary?
5      THE REPORTER:  Yes.
6      MS. WEBER:  Due to the fact that
7  this is a Fifth Amendment issue, we'll allow
8  the breakout.
9      MR. ANDERSON:  Thank you.
10     (Recess taken for a breakout)
11 BY MS. WEBER:
12 **Q.**  See this document?  It's the same one I just
13     showed you before we took a short break.
14 **A.**  **Yes.**
15 **Q.**  Is this your signature?
16     MR. ANDERSON:  Fifth.
17 **A.**  **On the advice of counsel, I elect to assert my**
18     **Fifth Amendment privilege.**
19 **BY MS. WEBER:**
20 **Q.**  Have you read this document?
21     MR. ANDERSON:  Fifth.
22 **A.**  **On the advice of my counsel, I elect to assert**
23     **my Fifth Amendment privilege.**
24     **BY MS. WEBER:**
25 **Q.**  Did you read this document in preparation for

1  your deposition being taken today?
2      MR. ANDERSON:  Fifth.
3  **A.**  **On the advice of counsel, I elect to assert my**
4      **Fifth Amendment privilege.**
5      **BY MS. WEBER:**
6  **Q.**  Is there anything in this document you would
7      like to change?
8      MR. ANDERSON:  Fifth.
9  **A.**  **On the advice of my counsel, I elect to assert**
10     **my Fifth Amendment privilege.**
11     MS. WEBER:  Gary, can we go ahead
12     and mark this as Exhibit 30?  And I will send
13     you a copy of it.
14     THE REPORTER:  Okay.
15     MS. WEBER:  Mr. Anderson, just so
16     you're aware, I'm not sure if I said this
17     before, I'm continuing the numbering of
18     exhibits from the deposition of Mr. Grant and
19     keeping the numbers used in Mr. Grant's the
20     same.
21     MR. ANDERSON:  Makes total sense.  I
22     agree.  Thank you.
23 BY MS. WEBER:
24 **Q.**  Mrs. Grant, have you ever been involved in any
25     civil litigation before?

1  **A.**  **No.**
2  **Q.**  You have never been a defendant in a lawsuit?
3  **A.**  **No.**
4  **Q.**  And besides this action, have you ever been a
5      plaintiff in a lawsuit?
6  **A.**  **No.**
7  **Q.**  Were you ever sued by Dale Amundson around
8      2004?
9  **A.**  **Yes.  Possible.  I am not sure.**
10 **Q.**  Do you know the outcome of that action?
11 **A.**  **Don't recall.**
12 **Q.**  Have you ever been convicted of a felony?
13 **A.**  **No.**
14 **Q.**  Have you ever been convicted of a misdemeanor
15     involving dishonesty, such as fraud or
16     perjury?
17 **A.**  **No.**
18 **Q.**  Have you ever been convicted of any other
19     misdemeanor?
20 **A.**  **No.**
21 **Q.**  Have you ever been accused of any other
22     misdemeanor?
23     MR. ANDERSON:  Fifth.
24 **A.**  **No.**
25     **BY MS. WEBER:**

EX. 2

1 Q. Have you ever been accused of any felony?
2 A. No.
3        MR. ANDERSON: Objection as to form.
4 Is counsel referring to -- I'm not sure what
5 "accused" means. Are there charges that are
6 referred to a DA?
7        MS. WEBER: Fair enough.
8 BY MS. WEBER:
9 Q. Have you ever been charged with another felony
10 -- or a felony?
11 A. No.
12 Q. Mrs. Grant, did you graduate from high school?
13 A. Yes.
14 Q. Where at?
15 A. Spring Valley, Wisconsin.
16 Q. Did you have any post-secondary education?
17 A. Yes.
18 Q. What was that?
19 A. City College of Cosmetology, Eau Claire,
20 Wisconsin.
21 Q. Did you do that immediately after high school?
22 A. One year later.
23 Q. What year did you graduate from City College?
24        MR. ANDERSON: Objection. I'm not
25 sure if it's graduation or certification.

1 BY MS. WEBER:
2 Q. What year did you graduate or get certified
3 from City College?
4 A. I believe '77, could have been '78.
5 Q. And what degree or certification did you earn
6 in 1977 or '78 from City College?
7 A. Cosmetology license.
8 Q. Have you maintained your cosmetology licensure
9 since that time?
10 A. Yes.
11 Q. Did you have any other education after high
12 school besides what we discussed?
13 A. No.
14 Q. No, okay. Are you currently employed?
15 A. Yes.
16 Q. Where are you currently employed?
17 A. Baldwin, Wisconsin.
18 Q. What company?
19 A. Self-employed, O'Hair.
20 Q. When did you open O'Hair?
21        MR. ANDERSON: Can we get a spelling
22 on that? Is it O'Hair, No Hair? I didn't
23 quite --
24 A. O -- O-'-H-a-i-r.
25        MR. ANDERSON: Oh.

1 A. I -- I'm not good at remembering years.
2 O'Hair was started in '89, '90, somewhere
3 around there, '90, early '90s.
4 BY MS. WEBER:
5 Q. And what location is O'Hair currently at?
6 What's the address?
7 A. It's in Baldwin, Wisconsin, Main Street.
8 Q. How long have you been at that location?
9 A. It will be three years in January.
10 Q. Are you married?
11 A. Yes.
12 Q. Who are you married to?
13 A. Kevin Grant.
14 Q. And when did you and Kevin get married?
15 A. 1980.
16 Q. Were you married prior to Kevin?
17 A. Yes.
18 Q. Who were you married to prior to Kevin?
19 A. Dennis Gilbertson.
20 Q. And when did you marry Dennis?
21 A. '77.
22 Q. And when did you divorce?
23 A. He died.
24 Q. I'm sorry for making that assumption.
25        When did Mr. Gilbertson pass?

1 A. December of '77.
2 Q. Did you have any kids with Dennis?
3 A. No.
4 Q. Do you have any children at all?
5 A. Yes.
6 Q. How many children do you have?
7 A. One.
8 Q. And who is that?
9 A. Polly.
10 Q. What is Polly's last name?
11 A. Carlson.
12 Q. Who is Polly's father?
13 A. Kevin.
14 Q. How old is Polly?
15 A. Forty-one.
16 Q. Do you have any grandchildren?
17 A. Yes.
18 Q. How many grandchildren do you have?
19 A. Three with Polly.
20 Q. Do you have any stepchildren?
21 A. I do.
22 Q. How many stepchildren do you have?
23 A. Two.
24 Q. And what are their names?
25 A. Megan and Melanie.

EX. 2

1 Q. Can you spell Megan for us?
2 A. **M-e-g-a-n.**
3 Q. Do you know how old Megan is?
4 A. **Fifty-one.**
5 Q. Do you know how old Melanie is?
6 A. **Forty-eight.  Close.**
7 Q. What types of insurance policies do you
8    currently own?
9        MR. ANDERSON:  Objection, form.  Are
10   you referencing holding in her name if she's a
11   joint holder with someone else?  I'm not sure
12   if the question clarifies that enough.
13   BY MS. WEBER:
14 Q. What types of insurance policies are you
15   currently a named insured on?
16 A. **Vehicle, property, and I also have a policy**
17   **for my shop.**
18 Q. When you say, "property," do you mean
19   homeowner's?
20 A. **Yes.**
21 Q. Do you have a boat policy?
22 A. **Not sure right now.**
23 Q. How about a motor home policy?
24 A. **Not now.**
25 Q. Do you have an umbrella policy?

1 A. **Don't know.**
2 Q. Any renter's policies?
3 A. **No.**
4 Q. How about life insurance?
5 A. **Yes.**
6 Q. Disability insurance?
7 A. **No.**
8 Q. Any other type of insurance you can think of
9    that you may be a named insured for?
10 A. **No.**
11 Q. Who is your homeowner's policy through?
12 A. **Hudson.  Hudson Insurance.**
13 Q. Is that your agent or is that the insurance
14   company itself?
15 A. **You know, the agent is in Hudson.  Kevin takes**
16   **care of it.  I don't know.**
17 Q. Do you know --
18       MR. ANDERSON:  I'm sorry, if you
19   don't know the answer, it's easier just to say
20   "I don't know" rather than speculating and
21   guessing at it because that doesn't help
22   anybody.  I'm sorry.
23       MS. WEBER:  I ask that you don't
24   coach the witness.
25       MR. ANDERSON:  Yeah, okay.  Go

1    ahead.
2    BY MS. WEBER:
3 Q. Mrs. Grant, do you know who your car insurance
4    is currently through?
5 A. **Don't know.**
6 Q. Do you know who your life insurance is
7    currently through?
8 A. **Farmers Insurance.**
9 Q. Do you know when you purchased that policy?
10       MR. ANDERSON:  Objection, form,
11   assuming facts not in evidence.
12   BY MS. WEBER:
13 Q. Do you know when you obtained the Farmers
14   Insurance life insurance policy?
15       MR. ANDERSON:  Same objection.
16   BY MS. WEBER:
17 Q. You can go ahead and answer.
18 A. **1985 or six maybe.**
19 Q. The business policy you referred to earlier,
20   does that cover your business O'Hair?
21 A. **Yes.**
22 Q. Do you know who that policy is through?
23 A. **No.**
24 Q. Do you know who your current insurance agent
25   is?

1 A. **No.**
2 Q. Do you make payments on the insurance or does
3    Kevin do that?
4 A. **I do annually.**
5 Q. What policies do you pay annually?
6 A. **My shop insurance.**
7 Q. And how do you make that payment?
8 A. **Check.**
9 Q. And you said that was annually, so you make
10   one payment a year?
11 A. **Yes.**
12 Q. What type of insurance policies have you held
13   in the past that you do not currently hold?
14 A. **Nothing.**
15 Q. Have you ever made an insurance claim before?
16 A. **Yes.**
17 Q. What was your first insurance claim?
18 A. **Car.**
19 Q. What happened?
20       MR. ANDERSON:  Objection, form as
21   what happened as to the claim or the
22   underlying reasons for filing the claim?
23   BY MS. WEBER:
24 Q. Why did you have to make the insurance claim?
25 A. **Hit a deer.**

EX. 2

## 21

| | | |
|---|---|---|
| 1 | Q. | Do you know what year that occurred? |
| 2 | A. | **No.** |
| 3 | Q. | Can you give me a rough estimate? |
| 4 | A. | **I've hit a few in my life and no.** |
| 5 | Q. | Do you know what insurance company you made |
| 6 | | that claim to? |
| 7 | A. | **No.** |
| 8 | Q. | You said you hit a few deer in your life. |
| 9 | | Have you made one insurance claim for deer |
| 10 | | accidents or have you made multiple? |
| 11 | A. | **A turkey and one or two deer.** |
| 12 | Q. | And did you make insurance claims on all of |
| 13 | | those occasions? |
| 14 | A. | **Yes.** |
| 15 | Q. | Do you know about when any of those happened? |
| 16 | A. | **One deer was with within the last five years.** |
| 17 | Q. | Do you know what insurance company you made |
| 18 | | the claim to for the deer within the past five |
| 19 | | years? |
| 20 | | MR. ANDERSON: Objection, asked and |
| 21 | | answered. You can go ahead and answer. |
| 22 | A. | **No.** |
| 23 | | BY MS. WEBER: |
| 24 | Q. | Have you made any other insurance claims in |
| 25 | | your life? |

## 22

| | | |
|---|---|---|
| 1 | A. | **No. I haven't.** |
| 2 | Q. | Have any other insurance claims been made in |
| 3 | | your life against policies for which you were |
| 4 | | a named insured? |
| 5 | A. | **Yes.** |
| 6 | Q. | What are those claims? |
| 7 | A. | **We were robbed.** |
| 8 | Q. | When did that occur? |
| 9 | A. | **Once like three years ago and probably 15** |
| 10 | | **years ago.** |
| 11 | Q. | When you were robbed about three years ago, |
| 12 | | where did that occur? |
| 13 | A. | **At our shed, 250th Street.** |
| 14 | Q. | Do you know what insurance company that claim |
| 15 | | was made to? |
| 16 | A. | **No.** |
| 17 | Q. | When you were robbed 15 years ago or roughly |
| 18 | | 15 years ago, where were you robbed? |
| 19 | A. | **250th, same shed.** |
| 20 | Q. | Do you know what insurance company that claim |
| 21 | | was made to? |
| 22 | A. | **No.** |
| 23 | Q. | Are there any other insurance claims that you |
| 24 | | were aware of made against a policy for which |
| 25 | | you were a named insured in your lifetime? |

## 23

| | | |
|---|---|---|
| 1 | A. | **A storm at our house on 250th, high winds,** |
| 2 | | **damage.** |
| 3 | Q. | Do you know when that claim was made? |
| 4 | A. | **No.** |
| 5 | Q. | Do you know what insurance company it was made |
| 6 | | to? |
| 7 | A. | **No.** |
| 8 | Q. | Any other claims that you can think of made |
| 9 | | against an insurance policy for which you were |
| 10 | | a named insured in your lifetime? |
| 11 | A. | **Not that I recall.** |
| 12 | Q. | Did you make an insurance claim against a |
| 13 | | State Farm policy for a fire occurring on or |
| 14 | | about December 29th, 2018? |
| 15 | | MR. ANDERSON: Fifth. |
| 16 | A. | **On the advice of counsel, I elect to assert my** |
| 17 | | **Fifth Amendment privilege.** |
| 18 | | BY MS. WEBER: |
| 19 | Q. | Have you ever had an insurance claim get |
| 20 | | denied? |
| 21 | A. | **I don't know.** |
| 22 | Q. | Have you ever made an insurance claim against |
| 23 | | somebody else's insurance, in other words, |
| 24 | | insurance for which you were not a named |
| 25 | | insured? |

## 24

| | | |
|---|---|---|
| 1 | A. | **Would that be when someone backed into my** |
| 2 | | **vehicle?** |
| 3 | Q. | Yes. |
| 4 | A. | **Then yes.** |
| 5 | Q. | When did that happen? |
| 6 | A. | **I can't say. Approximately seven years.** |
| 7 | Q. | In the past when you have made claims under |
| 8 | | your car insurance policies, do you make those |
| 9 | | claims directly to the insurance company or do |
| 10 | | you work through your agent? |
| 11 | A. | **Agent.** |
| 12 | Q. | How do you normally communicate with your |
| 13 | | agent? |
| 14 | A. | **Phone or office.** |
| 15 | Q. | Do you speak directly to your agent or do you |
| 16 | | speak to somebody within the office? |
| 17 | | MR. ANDERSON: Objection, form. |
| 18 | | BY MS. WEBER: |
| 19 | Q. | You can go ahead and answer. |
| 20 | A. | **Whoever answers the phone, I guess.** |
| 21 | Q. | Do you know who your current insurance agent |
| 22 | | is? |
| 23 | A. | **No.** |
| 24 | Q. | Do you know who your insurance agent was prior |
| 25 | | to your current insurance agent? |

EX. 2

1  A.  **Can't remember his name.**
2  Q.  Do you know what company he was with?
3  A.  **State Farm.**
4  Q.  Has anybody ever made a claim against you or
5      your insurance?
6  A.  **No.**
7  Q.  Have we discussed all of the claims you've
8      made against insurance for which you were a
9      named insured that you can recall?
10 A.  **Yes, that I recall.**
11 Q.  Have we discussed all the claims you've made
12     against somebody else's insurance that you can
13     recall?
14 A.  **Yes.**
15 Q.  Do you currently own property?
16 A.  **Yes.**
17 Q.  How many properties do you own?
18 A.  **Three.**
19 Q.  Can you tell me where those properties are
20     located, their addresses?
21 A.  **Chetek, Big Round Lake and Emerald.**
22 Q.  Can you spell Chetek for us?
23 A.  **C-h-e-t-e-c-k (sic) maybe.**
24 Q.  Sounds good to me.  Do you know the address of
25     the property located in Chetek?

1  A.  **No.**
2  Q.  Do you know when you purchased that property?
3  A.  **Many years ago.**
4  Q.  Do you know how much you purchased the
5      property for?
6  A.  **No.**
7  Q.  Do you know what the list price was when you
8      purchased the property?
9  A.  **Don't recall.**
10 Q.  Did you take out a mortgage to purchase the
11     property?
12         MR. ANDERSON:  Objection, form to
13     this line of questioning.  It's not a big
14     deal, but if it's suggesting that she has done
15     this, purchased, applied for financing on her
16     her own, that may be assuming facts not in
17     evidence.  If this is including the
18     possibility that she's doing so jointly with
19     her husband, then no problem.  But I just want
20     to make sure that that's what you're
21     specifically asking because I wasn't quite
22     clear.
23         MS. WEBER:  Sure.  Gary, can you
24     read the last question back to us?
25         (Question read back)

1      BY MS. WEBER:
2  Q.  Ms. Grant, could you answer that question for
3      us?  I don't think we caught an answer.
4  A.  **I don't recall.**
5  Q.  And in the future, if I ask you if you took
6      out any financing, whether it was you or
7      multiple people, that's what I'm referring to
8      if you were a party to it.
9          Has the Chetek property ever been
10     put up for sale?
11         MR. ANDERSON:  Objection, form.  By
12     this witness?
13     BY MS. WEBER:
14 Q.  Again, by you, by your husband, in your
15     ownership, have you ever put the property up
16     for sale?
17 A.  **Never listed it, as I recall.**
18 Q.  Are there any current judgments or liens on
19     the Chetek property?
20 A.  **No.**
21 Q.  Do you currently have insurance on the Chetek
22     property?
23 A.  **Yes.**
24 Q.  Who is that insurance through?
25 A.  **Same as our house.**

1  Q.  What type of policy is that?
2  A.  **Don't know.**
3  Q.  Do you know the policy limits on that policy?
4  A.  **No.**
5  Q.  The property in Big Round Lake, do you know
6      the address for that property?
7  A.  **Luck, Wisconsin.**
8  Q.  When did you purchase that property?
9  A.  **Fifteen years ago maybe.**
10 Q.  What was the purchase price for the Luck
11     property?
12 A.  **I don't know.**
13 Q.  What was the list price for the Luck property?
14 A.  **I don't know.**
15 Q.  Did you take out a mortgage to purchase the
16     Luck property?
17 A.  **I don't know.**
18 Q.  Have you ever put the Luck property up for
19     sale?
20 A.  **Not that I recall.**
21 Q.  Do you currently have insurance on the Luck
22     property?
23 A.  **To the best of my knowledge.**
24 Q.  To the best of your knowledge yes or no?
25 A.  **Yes.**

EX. 2

## 29

1  Q.  Do you know what company the Luck property is
2      insured through?
3  A.  **Same as the house and vehicles.**
4  Q.  Do you know the policy limits on that property
5      policy?
6  A.  **No.**
7  Q.  Are there any judgments or liens against that
8      property?
9  A.  **No.**
10 Q.  Have you ever made an insurance claim related
11     to the Chetek property?
12 A.  **I don't know.**
13 Q.  Have you ever made an insurance claim related
14     to the Luck property?
15 A.  **No.**
16 Q.  What's the address for the property in
17     Emerald?
18 A.  **2648 State Road 64.**
19 Q.  Is that your primary residence?
20 A.  **Yes.**
21 Q.  When did you purchase that property?
22 A.  **Six years ago.**
23 Q.  How much did you purchase it for?
24 A.  **Not sure.**
25 Q.  Do you know what it was listed for?

## 30

1  A.  **No.**
2  Q.  Did you take out a mortgage to purchase the
3      property?
4  A.  **No.**
5  Q.  Have you ever put the Emerald property up for
6      sale?
7  A.  **No.**
8  Q.  Are there any other properties that you own
9      that we have not discussed?
10 A.  **No.**
11 Q.  Besides O'Hair, do you currently own any
12     businesses?
13 A.  **No.**
14 Q.  Besides O'Hair, have you owned any businesses
15     in the past?
16 A.  **No.**
17 Q.  What is the business organization for O'Hair?
18     For example, is it an LLC, a corporation?  How
19     is it organized?
20 A.  **Just independent.**
21 Q.  Do you have any partners in O'Hair?
22 A.  **No.**
23 Q.  Is O'Hair registered with the state of
24     Wisconsin?
25 A.  **Yes.**

## 31

1  Q.  Do you currently rent or lease space for
2      O'Hair?
3  A.  **Rent a chair.**
4  Q.  Can you explain to us what renting a chair
5      means?
6  A.  **Pay for the days you're there to use the**
7      **space.**
8  Q.  Is this located inside another salon?
9  A.  **Yes.**
10 Q.  What salon is it located inside of?
11 A.  **Designs for You by Erika.**
12 Q.  What services do you offer at O'Hair?
13 A.  **Perms, colors, cuts, waxing.**
14 Q.  How much do you pay to rent your chair?
15 A.  **Twenty dollars a day.**
16 Q.  Roughly how many days a month do you rent the
17     chair?
18 A.  **It varies.**
19 Q.  What's the range?
20 A.  **Eight to 15 maybe.**
21 Q.  Do you pay any other utilities for your chair
22     rental or is it just the flat $20 fee?
23 A.  **Flat.**
24 Q.  Do you pay for all of your products?
25 A.  **Yes.**

## 32

1  Q.  Do you keep an inventory of products to sell
2      to your clients or do you just have the
3      products that you use on your clients?
4  A.  **Products I use.**
5  Q.  Do you handle all aspects of the business for
6      O'Hair?
7  A.  **Yes.**
8  Q.  What are the policy limits for the business
9      policy covering O'Hair?
10 A.  **It's an umbrella policy.  Maybe a million-**
11     **dollar umbrella or something.  I'd have to**
12     **look.**
13 Q.  Is that just liability coverage or do you have
14     like a renter's property coverage with that?
15 A.  **Just liability.**
16 Q.  Have you ever made a claim under that policy?
17 A.  **No.**
18 Q.  Have you sold any property in the past five
19     years?
20 A.  **Yes.**
21 Q.  What properties have you sold in the past five
22     years?
23 A.  **A property on 250th Street in Glenwood City**
24     **and 105 River Street in Woodville.**
25     When did you sell the property on 250th in

EX. 2

1      Glenwood?
2   A.   **Last month.**
3   Q.   Is this the property that you had referred to
4      had been robbed twice that's your shed?
5   A.   **Correct.**
6   Q.   Did you list the property for sale prior to
7      its selling last month?
8   A.   **No.**
9   Q.   Did somebody approach you requesting to buy
10     it?
11   A.   **Yes.**
12   Q.   How much did you sell it for?
13   A.   **Over 300,000, I believe.**
14   Q.   When did you sell 105 River Street?
15   A.   **Couple months ago.**
16   Q.   Did you list that property for sale prior to
17     its sale?
18   A.   **No.**
19   Q.   Did somebody approach you, seeking to buy the
20     property?
21   A.   **Yes.**
22   Q.   How much did you sell that property for?
23   A.   **125, I believe.**
24   Q.   When did you purchase 105 River Street?
25   A.   **'99.**

1   Q.   How much did you purchase it for?
2   A.   **I don't know.**
3   Q.   Do you know what it was listed for?
4   A.   **No.**
5   Q.   Did you finance that purchase?
6   A.   **Yes.**
7   Q.   Who did you finance it through?
8   A.   **Land contract with Wally Nelson.**
9   Q.   I'm assuming since you sold that property that
10     that has been paid off?
11   A.   **It was paid off a long time ago, yes.**
12   Q.   When did you pay it off?
13   A.   **I don't know.**
14   Q.   How much was that financing for?
15   A.   **I don't know.**
16   Q.   Did you ever miss a payment on that financing?
17   A.   **No. Not that I know of.**
18   Q.   Can you describe what the property looked like
19     to us when you purchased it?
20          MR. ANDERSON: Objection, form.
21     BY MS. WEBER:
22   Q.   You can go ahead and answer.
23   A.   **Which property?**
24   Q.   105 River Street. What did it look like when
25     you purchased it?

1   A.   **It was an old lumber yard. You could drive**
2     **through one side where they picked up lumber**
3     **and dropped it off. The other side was an**
4     **office and a little retail space.**
5   Q.   Did you make any changes to the building when
6     you owned the property?
7   A.   **Yes, many.**
8          MS. WEBER: Before we get into those
9     changes, why don't we take a short five-minute
10     break? We can go off the record.
11         (Recess taken)
12     BY MS. WEBER:
13   Q.   Mrs. Grant, we just took a short break. Prior
14     to the break I had asked you if you had made
15     any changes to 105 River Street during your
16     ownership, you said you had. Can you tell me
17     what changes you made to the property?
18   A.   **First, we took the front portion of one side**
19     **of the building and put my beauty salon in**
20     **there. After that --**
21   Q.   Go ahead. Go ahead.
22   A.   **After that, a party approached us and we put a**
23     **dance studio in. And approximately during**
24     **that same time, we finished the whole rest of**
25     **the building into a bar and restaurant area.**

1   Q.   When did you make the changes for the beauty
2     salon?
3   A.   **Shortly after we bought it, '99, 2000.**
4   Q.   Approximately how much of the building did the
5     salon take up?
6   A.   **Very small portion.**
7   Q.   Would you say 10 percent, 15 percent, 20
8     percent?
9   A.   **Fifteen maybe, 20.**
10   Q.   The renovations you made for the beauty salon,
11     did you finance those renovations?
12   A.   **I don't recall.**
13   Q.   The renovations when you put in the dance
14     studio and the restaurant/bar area, did you
15     finance those renovations?
16   A.   **I believe some.**
17   Q.   Do you know who they were financed through?
18   A.   **Wisconsin Credit Union.**
19   Q.   Do you know how much they were financed for?
20   A.   **No.**
21   Q.   Do you know if that financing has been paid
22     off?
23   A.   **Yes.**
24   Q.   When was that financing paid off?
25   A.   **I don't know.**

EX. 2

1 **Q.** Did you ever miss any payments on that
2 financing?
3 **A.** **No.**
4 **Q.** Were there ever any appraisals done on the
5 property?
6 **A.** **I imagine.**
7 **Q.** Do you remember more specifically if there
8 were any done?
9 **A.** **No.**
10 **Q.** Did you ever list the property for sale?
11 **A.** **Yes.**
12 **Q.** When did you list it for sale?
13 **A.** **I don't know.**
14 **Q.** Did you list it for sale more than once?
15 **A.** **Yes.**
16 **Q.** Who was your listing agent the first time you
17 listed it for sale?
18 **A.** **I'm not sure which order this went in. One**
19 **was Tammy Degraw. The other was Larry**
20 **Albrightson.**
21 **Q.** Will you spell Albrightson for us?
22 **A.** **A-l-b-r-i-g-h-t-s-o-n.**
23 **Q.** Can you give us a rough estimate of when those
24 were listed? Was it before 2010, after 2010?
25 **A.** **After 2010, guessing.**

1 **Q.** Both times?
2 **A.** **Yes.**
3 **Q.** Was it before 2015?
4 **A.** **Don't know.**
5 **Q.** Was it listed for sale on December 29th, 2018?
6      MR. ANDERSON: Fifth.
7 **A.** **On the advice of counsel, I elect to assert my**
8 **Fifth Amendment privilege.**
9 BY MS. WEBER:
10 **Q.** Did you personally ever pick out the insurance
11 for 105 River Street?
12      MR. ANDERSON: Fifth.
13 **A.** **On the advice of counsel, I elect to certify**
14 **(sic) my Fifth Amendment privilege.**
15 BY MS. WEBER:
16 **Q.** Was there a State Farm policy covering the
17 property on December 29th, 2018?
18      MR. ANDERSON: Fifth.
19 **A.** **On the advice of counsel, I elect to assert my**
20 **Fifth Amendment privilege.**
21 BY MS. WEBER:
22 **Q.** Ms. Grant, I'm now showing you a document we
23 have previously marked in your husband's
24 deposition as Exhibit 3. Can you see this
25 document?

1 **A.** **Yes.**
2 **Q.** Do you recognize this document?
3      MR. ANDERSON: Fifth.
4 **A.** **On the advice of counsel, I elect to assert my**
5 **Fifth Amendment privilege.**
6 BY MS. WEBER:
7 **Q.** Is this a renter's rate quote procured by you
8 and your husband for 105 River Street?
9      MR. ANDERSON: Fifth.
10 **A.** **On the advice of counsel, I elect to assert my**
11 **Fifth Amendment privilege.**
12 **BY MS. WEBER:**
13 **Q.** Did you purchase this renter's policy from
14 State Farm.
15      MR. ANDERSON: Fifth.
16 **A.** **On the advice of counsel, I elect to assert my**
17 **Fifth Amendment privilege.**
18 BY MS. WEBER:
19 **Q.** Mrs. Grant, can you see a document I just put
20 up on the screen?
21 **A.** **Yes.**
22 **Q.** I'm going to scroll through it. Please let me
23 know if you want me to go faster or slower to
24 give you a chance to review. (Scrolling
25 through a document) Do you recognize this

1 document?
2      MR. ANDERSON: Fifth.
3 **A.** **On the advice of counsel, I elect to assert my**
4 **Fifth Amendment privilege.**
5 **BY MS. WEBER:**
6 **Q.** Is this the insurance application for the
7 business insurance covering 105 River Street
8 in Woodville, Wisconsin?
9      MR. ANDERSON: Fifth.
10 **A.** **On the advice of counsel, I elect to assert my**
11 **Fifth Amendment privilege.**
12 **BY MS. WEBER:**
13 **Q.** Is all the information in this document
14 correct?
15      MR. ANDERSON: Fifth.
16 **A.** **On the advice of counsel, I elect to assert my**
17 **Fifth Amendment privilege.**
18 **BY MS. WEBER:**
19 **Q.** Did you ultimately procure State Farm policy
20 number ████████757-3 as described in this
21 application?
22      MR. ANDERSON: Fifth.
23 **A.** **On the advice of counsel, I elect to assert my**
24 **Fifth Amendment privilege.**
25 **BY MS. WEBER:**

EX. 2

1 Q. Did you submit this application in order to
2 obtain a business insurance policy from State
3 Farm?
4       MR. ANDERSON: Fifth.
5 A. **On the advice of counsel, I elect to assert my**
6 **Fifth Amendment privilege.**
7       **MS. WEBER: We'll go ahead and mark**
8 **this as Exhibit 4 as previously marked in Mr.**
9 **Grant's deposition.**
10       MR. ANDERSON: Is there a need to
11 mark it again or just recognize it as Exhibit
12 4?
13       MS. WEBER: We can just recognize
14 it, that's fine.
15 BY MS. WEBER:
16 Q. Mrs. Grant, do you know what insurance company
17 covered 105 River Street during and prior to
18 2014?
19       MR. ANDERSON: Objection.
20 A. **Don't recall.**
21 BY MS. WEBER:
22 Q. Was there a business policy or other type of
23 insurance policy on 105 River Street during
24 2014?
25 A. **Yes.**

1 Q. Who was your insurance agent for that policy?
2 A. **Don't recall.**
3 Q. What were your coverage limits on that policy?
4 A. **Don't know.**
5 Q. Mrs. Grant, can you see the document I just
6 put up on my screen?
7 A. **Yes.**
8 Q. We have previously marked this document as
9 Exhibit 5 during Mr. Grant's deposition. Do
10 you recognize this document?
11       MR. ANDERSON: Fifth.
12 A. **On the advice of counsel, I elect to assert my**
13 **Fifth Amendment privilege.**
14 BY MS. WEBER:
15 Q. I'm going to scroll through this document
16 quickly for your review. Please let me know
17 if you want me to go slower at any time.
18 (Scrolling through a document) Have you
19 reviewed the document?
20 A. **It passed by my eyes, yes.**
21 Q. Mrs. Grant, I'm now showing you a document
22 previously marked as Exhibit 6. It is 38
23 pages, so I'm going to scroll through it. Let
24 me know if you need me to slow down at any
25 time so you can review it properly.

1 A. **Am I supposed to like read this?**
2 Q. Review it to your consent so you can recognize
3 it, if possible. (Scrolling through a
4 document) Mrs. Grant, do you recognize this
5 document?
6       MR. ANDERSON: Fifth.
7 A. **On the advice of counsel, I elect to assert my**
8 **Fifth Amendment privilege.**
9 BY MS. WEBER:
10 Q. Are these the declarations and endorsements
11 for the insurance policy that covered 105
12 River Street on December 29th, 2018?
13       MR. ANDERSON: Fifth.
14 A. **On the advice of counsel, I elect to assert my**
15 **Fifth Amendment privilege.**
16 BY MS. WEBER:
17 Q. Do exhibit 5 that I just showed you and
18 Exhibit 6, which we are currently looking at,
19 constitute the full agreement between you and
20 State Farm?
21       MR. ANDERSON: Ms. Weber, I don't
22 know if you heard it, but I got a warning that
23 my internet is unstable, so I don't know if
24 the witness heard this.
25       MS. WEBER: I don't think we heard

1 anything from you.
2       MR. ANDERSON: Okay. Can you hear
3 me now?
4       MS. WEBER: Yes.
5       MR. ANDERSON: Okay. Fifth.
6 A. **On the advice of counsel, I elect to assert my**
7 **Fifth Amendment privilege.**
8 BY MS. WEBER:
9 Q. Mrs. Grant, I'm now showing you Exhibit 5 once
10 again. Have you ever read this document?
11       MR. ANDERSON: Fifth.
12 A. **On the advice of counsel, I elect to assert my**
13 **Fifth Amendment privilege.**
14 BY MS. WEBER:
15 Q. Did you read this document any time in 2015?
16       MR. ANDERSON: Fifth.
17 A. **On the advice of counsel, I elect to assert my**
18 **Fifth Amendment privilege.**
19 BY MS. WEBER:
20 Q. Did you read this document any time in 2016?
21       MR. ANDERSON: Fifth.
22 A. **On the advice of counsel, I elect to assert my**
23 **Fifth Amendment privilege.**
24 BY MS. WEBER:
25 Q. Did you read this document anytime in 2017?

EX. 2

## 45

1           MR. ANDERSON: Fifth.

2 **A. On the advice of counsel, I elect to assert my**

3 **Fifth Amendment privilege.**

4 BY MS. WEBER:

5 Q. Did you read this document anytime in 2018?

6           MR. ANDERSON: Fifth.

7 **A. On the advice of counsel, I elect to assert my**

8 **Fifth Amendment privilege.**

9 BY MS. WEBER:

10 Q. Did you read this document anytime in 2019?

11           MR. ANDERSON: Fifth.

12 **A. On the advice of counsel, I elect to assert my**

13 **Fifth Amendment privilege.**

14 BY MS. WEBER:

15 Q. Have you read this document any time in the

16 course of the litigation that you initiated

17 with State Farm for which we are here today?

18           MR. ANDERSON: Fifth.

19 **A. On the advice of counsel, I elect to assert my**

20 **Fifth Amendment privilege.**

21 BY MS. WEBER:

22 Q. Mrs. Grant, I'm once again showing you Exhibit

23 6. Did you review this document in 2018?

24           MR. ANDERSON: Fifth.

25 **A. On the advice of counsel, I elect to assert my**

## 46

1 **Fifth Amendment privilege.**

2 BY MS. WEBER:

3 Q. About halfway through this page, there is a

4 note that says, "Reason for declarations:

5 Your policy is amended September 27, 2018,

6 Building Coverage Changed." Did I read that

7 correctly.

8           MR. ANDERSON: You can answer that.

9 **A. I can't see it.**

10           MR. ANDERSON: Zoom in any?

11 BY MS. WEBER:

12 Q. Is that better?

13 **A. (Examining documents) No. I still can't see**

14 **it.**

15 Q. (Zooming in).

16 **A. Okay.**

17           MR. ANDERSON: The question was if

18 you read it correctly?

19           MS. WEBER: Correct.

20 **A. I see it now.**

21 BY MS. WEBER:

22 Q. Okay. I'm going to read it one more time, now

23 that you can see it, under "Reasons for

24 Declarations," it reads, "Your policy is

25 amended September 27, 2018, Building Coverage

## 47

1 Changed." Did I read that correctly.

2 **A. Yes.**

3 Q. Do you know what building coverage changed

4 when you received these declarations?

5           MR. ANDERSON: Fifth.

6 **A. On the advice of counsel, I elect to assert my**

7 **Fifth Amendment privilege.**

8 BY MS. WEBER:

9 Q. Had you requested an increase in your policy

10 limits prior to receiving this declaration?

11           MR. ANDERSON: Fifth.

12 **A. On the advice of counsel, I elect to assert my**

13 **Fifth Amendment privilege.**

14 BY MS. WEBER:

15 Q. Did you review this document upon receipt?

16           MR. ANDERSON: Fifth.

17 **A. On the advice of counsel, I elect to assert my**

18 **Fifth Amendment privilege.**

19 BY MS. WEBER:

20 Q. Who was your insurance agent in relation to

21 this policy?

22           MR. ANDERSON: Objection, form. Are

23 you referencing the '18/'19 policy, '17/'18,

24 '16/'17?

25 BY MS. WEBER:

## 48

1 Q. I'm showing you still the Exhibit 6, the

2 declarations, the policy period is listed at

3 top. For this policy period, who was your

4 insurance agent?

5 **A. Chris Lemay.**

6 Q. How did you communicate with Mr. Lemay?

7 **A. Phone or office.**

8 Q. Was there a fire at 105 River Street on

9 December 29th, 2018?

10           MR. ANDERSON: Fifth.

11 **A. On the advice of counsel, I elect to assert my**

12 **Fifth Amendment privilege.**

13 BY MS. WEBER:

14 Q. Did you make an insurance claim to State Farm

15 in relation to this fire?

16           MR. ANDERSON: Fifth.

17 **A. On the advice of counsel, I elect to assert my**

18 **Fifth Amendment privilege.**

19 BY MS. WEBER:

20 Q. During the process of the claim you made to

21 State Farm in relation to the fire, did you

22 communicate through Chris Lemay or did you

23 communicate directly with State Farm?

24           MR. ANDERSON: Objection as to form

25 and Fifth.

EX. 2

1  **A.**   **On the advice of counsel, I elect to assert my**
2     **Fifth Amendment privilege.**
3     BY MS. WEBER:
4  **Q.**   Did you ever cancel your hair salon, day spa
5     and barber policy with State Farm?
6        MR. ANDERSON:  Objection, Fifth.
7  **A.**   **On the advice of counsel, I elect to assert my**
8     **Fifth Amendment privilege.**
9     BY MS. WEBER:
10  **Q.**   Did the hair salon, day spa and barber policy
11     you had with State Farm ever lapse?
12        MR. ANDERSON:  Objection, Fifth.
13  **A.**   **On the advice of counsel, I elect to assert my**
14     **Fifth Amendment privilege.**
15     BY MS. WEBER:
16  **Q.**   Did you ever request an increase in policy
17     limits between January 15th, 2018, and January
18     15th, 2019, on your hair salon, day spa and
19     barber policy?
20        MR. ANDERSON:  Fifth.
21  **A.**   **On the advice of counsel, I elect to assert my**
22     **Fifth Amendment privilege.**
23     BY MS. WEBER:
24  **Q.**   Did you ever receive an increase in policy
25     limits between January 15, 2018, and January

1     15, 2019, on your hair salon, day spa and
2     barber policy listed with State Farm?
3        MR. ANDERSON:  Fifth.
4  **A.**   **On advice of counsel, I elect to assert my**
5     **Fifth Amendment privilege.**
6     BY MS. WEBER:
7  **Q.**   Did you know your policy limits on your hair
8     salon, day spa and barber policy in the fall
9     of 2018?
10        MR. ANDERSON:  Fifth.
11  **A.**   **On the advice of counsel, I elect to assert my**
12     **Fifth Amendment privilege.**
13     BY MS. WEBER:
14  **Q.**   Where were you on December 29th, 2018, in the
15     early morning hours?
16        MR. ANDERSON:  Fifth.
17  **A.**   **On the advice of counsel, I elect to assert my**
18     **Fifth Amendment privilege.**
19     BY MS. WEBER:
20  **Q.**   Who were you with in the early morning hours
21     of December 29th, 2018?
22        MR. ANDERSON:  Objection, assumes
23     facts not in evidence and as to form and
24     Fifth.
25  **A.**   **On the advice of counsel, I elect to assert my**

1     **Fifth Amendment privilege.**
2     BY MS. WEBER:
3  **Q.**   Did you go to 105 River Street at any time on
4     December 29th, 2018?
5        MR. ANDERSON:  Fifth.
6  **A.**   **On the advice of counsel, I elect to the**
7     **assert my Fifth Amendment privilege.**
8     BY MS. WEBER:
9  **Q.**   When was the last time you were at 105 River
10     Street prior to December 29th, 2018?
11        MR. ANDERSON:  Fifth.
12  **A.**   **On the advice of counsel, I elect to assert my**
13     **Fifth Amendment privilege.**
14     BY MS. WEBER:
15  **Q.**   The last time you were at 105 River Street
16     prior to December 29th, 2018, what were you
17     doing there?
18        MR. ANDERSON: Fifth.
19  **A.**   **On the advice of counsel, I elect to assert my**
20     **Fifth Amendment privilege.**
21     **BY MS. WEBER:**
22  **Q.**   The last time you were at 105 River Street
23     prior to December 29th, 2018, what part of the
24     building were you in?
25        MR. ANDERSON:  Fifth.

1  **A.**   **On the advice of counsel, I elect to assert my**
2     **Fifth Amendment privilege.**
3     BY MS. WEBER:
4  **Q.**   The last time you were at 105 River Street
5     prior to December 29th, 2018, were you there
6     alone?
7        MR. ANDERSON:  Fifth.
8  **A.**   **On the advice of counsel, I elect to assert my**
9     **Fifth Amendment privilege.**
10     BY MS. WEBER:
11  **Q.**   The last time you were at 105 River Street
12     prior to December 29th, 2018, how long were
13     you there?
14        MR. ANDERSON:  Fifth.
15  **A.**   **On the advice of counsel, I elect to assert my**
16     **Fifth Amendment privilege.**
17     BY MS. WEBER:
18  **Q.**   Have you spoken to any family about the fire
19     that occurred at 105 River Street on December
20     29th, 2018?
21        MR. ANDERSON:  Fifth.
22  **A.**   **On the advice of counsel, I elect to assert my**
23     **Fifth Amendment privilege.**
24     BY MS. WEBER:
25  **Q.**   Have you spoken to any friends about the fire

EX. 2

1     that occurred at 105 River Street on December
2     29th, 2018?
3            MR. ANDERSON: Fifth.
4 A.   **On the advice of counsel, I elect to assert my**
5     **Fifth Amendment privilege.**
6     BY MS. WEBER:
7 Q.   Have you spoken to any law enforcement
8     regarding the fire that occurred at 105 River
9     Street on December 29th, 2018?
10          MR. ANDERSON: Fifth.
11 A.   **On the advice of counsel, I elect to assert my**
12     **Fifth Amendment privilege.**
13     BY MS. WEBER:
14 Q.   Have you spoken to any agents in the state
15     fire marshal's office regarding the fire that
16     occurred at 105 River Street on December 29th,
17     2018?
18          MR. ANDERSON: Fifth.
19 A.   **On the advice of counsel, I elect to assert my**
20     **Fifth Amendment privilege.**
21     BY MS. WEBER:
22 Q.   Have you spoken to State Farm regarding the
23     fire at 105 River Street on December 29th,
24     2018?
25          MR. ANDERSON: Fifth.

1 A.   **On the advice of counsel, I elect to assert my**
2     **Fifth Amendment privilege.**
3     BY MS. WEBER:
4 Q.   Mrs. Grant, I'm showing you a document which
5     we will mark as Exhibit 31. Do you recognize
6     this document?
7          MR. ANDERSON: Fifth.
8 A.   **On the advice of counsel, I elect to assert my**
9     **Fifth Amendment privilege.**
10     **BY MS. WEBER:**
11 Q.   Is this a copy of the recorded statement you
12     gave to State Farm's claim adjuster, Greg
13     Peterson, following the fire?
14          MR. ANDERSON: Fifth.
15 A.   **On the advice of counsel, I elect to assert my**
16     **Fifth Amendment privilege.**
17     BY MS. WEBER:
18 Q.   Is everything that you said in this statement
19     still correct?
20          MR. ANDERSON: Fifth.
21 A.   **On the advice of counsel, I elect to assert my**
22     **Fifth Amendment privilege.**
23     **BY MS. WEBER:**
24 Q.   Is there anything in this document you would
25     like to change?

1          MR. ANDERSON: Fifth.
2 A.   **On the advice of counsel, I elect to assert my**
3     **Fifth Amendment privilege.**
4     BY MS. WEBER:
5 Q.   Did law enforcement investigating the fire
6     that occurred at 105 River Street on December
7     29th, 2018, determine that the fire was caused
8     by arson?
9          MR. ANDERSON: Fifth.
10 A.   **On the advice of counsel, I elect to assert my**
11     **Fifth Amendment privilege.**
12     BY MS. WEBER:
13 Q.   Has law enforcement arrested anybody in
14     connection with the fire that occurred at 105
15     River Street on December 29th, 2018?
16          MR. ANDERSON: Fifth.
17 A.   **On the advice of counsel, I elect to assert my**
18     **Fifth Amendment privilege.**
19     BY MS. WEBER:
20 Q.   Mrs. Grant, I'm now showing a document we've
21     marked as Exhibit 10. Do you recognize this
22     document?
23          MR. ANDERSON: Fifth.
24 A.   **On the advice of counsel, I elect to assert my**
25     **Fifth Amendment privilege.**

1     **BY MS. WEBER:**
2 Q.   Does this document accurately reflect the
3     amount State Farm has paid to you on your
4     building coverage claim in relation to the
5     fire at 105 River Street on December 29th,
6     2018?
7          MR. ANDERSON: Fifth.
8 A.   **On the advice of counsel, I elect to assert my**
9     **Fifth Amendment privilege.**
10     BY MS. WEBER:
11 Q.   Has State Farm paid you $568,044 in insurance
12     benefits for building coverage related to the
13     fire at 105 River Street on December 29th,
14     2018?
15          MR. ANDERSON: Fifth.
16 A.   **On the advice of counsel, I elect to assert my**
17     **Fifth Amendment privilege.**
18     BY MS. WEBER:
19 Q.   Mrs. Grant, I'm now showing you a document we
20     have marked as Exhibit 11. Do you recognize
21     this document?
22          MR. ANDERSON: Fifth.
23 A.   **On the advice of counsel, I elect to assert my**
24     **Fifth Amendment privilege.**
25     BY MS. WEBER:

EX. 2

1 Q. Did you receive this letter from State Farm in
2  connection with your insurance claim regarding
3  the fire at 105 River Street on December 29th,
4  2018?
5       MR. ANDERSON:  Fifth.
6 A. **On the advice of counsel, I elect to assert my**
7  **Fifth Amendment privilege.**
8 BY MS. WEBER:
9 Q. To make our life slightly easier now going
10  forward, when I refer to "the fire," I'm
11  referring to the fire that took place at 105
12  River Street on December 29th, 2018.
13       MR. ANDERSON:  Instead of saying
14  December 29, 2018, with an address, we can say
15  the fire, understood.
16 BY MS. WEBER:
17 Q. Mrs. Grant, I'm now showing you a document we
18  have marked as Exhibit 12.  Does this document
19  accurately reflect what State Farm has paid on
20  your personal property claim related to the
21  fire?
22       MR. ANDERSON:  Fifth.
23 A. **On the advice of counsel, I elect to assert my**
24  **Fifth Amendment privilege.**
25 **BY MS. WEBER:**

1 Q. Has State Farm paid you $14,792.02 on your
2  personal property claim related to the fire?
3       MR. ANDERSON:  Fifth.
4 A. **On the advice of counsel, I elect to assert my**
5  **Fifth Amendment privilege.**
6 BY MS. WEBER:
7 Q. Mrs. Grant, I'm now showing you a document we
8  have marked as Exhibit 13.  Did you receive
9  this document in relation to the claim you
10  made to State Farm related to the fire?
11       MR. ANDERSON:  Fifth.
12 A. **On the advice of counsel, I elect to assert my**
13  **Fifth Amendment privilege.**
14 BY MS. WEBER:
15 Q. Mrs. Grant, I'm now showing you a document we
16  have marked as Exhibit 14.  Do you recognize
17  this document?
18       MR. ANDERSON:  Fifth.
19 A. **On the advice of counsel, I elect to assert my**
20  **Fifth Amendment privilege.**
21 BY MS. WEBER:
22 Q. Does this document accurately reflect what
23  State Farm has paid to you for business
24  interruption on your loss of income claim in
25  relation to the fire?

1       MR. ANDERSON:  Fifth.
2 A. **On the advice of counsel, I elect to assert my**
3  **Fifth Amendment privilege.**
4 BY MS. WEBER:
5 Q. Has state farmed paid you $390.67 in lost
6  income in relation to the fire?
7       MR. ANDERSON:  Fifth.
8 A. **On the advice of counsel, I elect to assert my**
9  **Fifth Amendment privilege.**
10 BY MS. WEBER:
11 Q. Mrs. Grant, I'm now showing you a document we
12  have marked as Exhibit 15.  Do you recognize
13  this document?
14       MR. ANDERSON:  Fifth.
15 A. **On the advice of counsel, I elect to assert my**
16  **Fifth Amendment privilege.**
17 **BY MS. WEBER:**
18 Q. Did you receive this letter in conjunction
19  with the claim you made to State Farm
20  regarding the fire?
21       MR. ANDERSON:  Fifth.
22 A. **On the advice of counsel, I elect to assert my**
23  **Fifth Amendment privilege.**
24 BY MS. WEBER:
25 Q. Mrs. Grant, I'm now showing you a document we

1  have marked as Exhibit 16.  Do you recognize
2  this document?
3       MR. ANDERSON:  Fifth.
4 A. **On the advice of counsel, I elect to assert my**
5  **Fifth Amendment privilege.**
6 BY MS. WEBER:
7 Q. Does this document accurately reflect what
8  State Farm has paid for the fire department's
9  surcharge in relation to the fire?
10       MR. ANDERSON:  Fifth.
11 A. **On the advice of counsel, I elect to assert my**
12  **Fifth Amendment privilege.**
13 **BY MS. WEBER:**
14 Q. Has State Farm paid $2,500 in fire department
15  fees in relation to the fire?
16       MR. ANDERSON:  Fifth.
17 A. **On the advice of counsel, I elect to assert my**
18  **Fifth Amendment privilege.**
19 BY MS. WEBER:
20 Q. The four payments we just discussed, do they
21  represent all the payments made by State Farm
22  in relation to the fire?
23       MR. ANDERSON:  Fifth.
24 A. **On the advice of counsel, I elect to assert my**
25  **Fifth Amendment privilege.**

EX. 2

1     BY MS. WEBER:
2 Q.  Has State Farm paid a total of $585,726.69 on
3     the insurance claim related to the fire?
4         MR. ANDERSON: Fifth.
5 A.  **On the advice of counsel, I elect to assert my**
6     **Fifth Amendment privilege.**
7     BY MS. WEBER:
8 Q.  Mrs. Grant, I'm now showing you a document we
9     have marked as Exhibit 17. Do you recognize
10     this document?
11         MR. ANDERSON: Fifth.
12 A.  **On the advice of counsel, I elect to assert my**
13     **Fifth Amendment privilege.**
14     BY MS. WEBER:
15 Q.  Did you receive this document in relation to
16     the claim you made to State Farm for the fire?
17         MR. ANDERSON: Fifth.
18 A.  **On the advice of counsel, I elect to assert my**
19     **Fifth Amendment privilege.**
20     BY MS. WEBER:
21 Q.  Mrs. Grant, I am now showing you a document we
22     have marked as Exhibit 18. Do you recognize
23     this document?
24         MR. ANDERSON: Fifth.
25 A.  **On the advice of counsel, I elect to assert my**

1     **Fifth Amendment privilege.**
2     BY MS. WEBER:
3 Q.  Did you receive this document in relation to
4     the insurance claim that you made to State
5     Farm for the fire?
6         MR. ANDERSON: Fifth.
7 A.  **On the advice of counsel, I elect to assert my**
8     **Fifth Amendment privilege.**
9     BY MS. WEBER:
10 Q.  Mrs. Grant, I'm now showing you a document we
11     marked as Exhibit 19. It's a letter dated
12     February 13th, 2020. Do you recognize this
13     document?
14         MR. ANDERSON: Fifth.
15 A.  **On the advice of counsel, I elect to assert my**
16     **Fifth Amendment privilege.**
17     BY MS. WEBER:
18 Q.  Mrs. Grant, who is Katie J. Bosworth?
19         MR. ANDERSON: Fifth.
20 A.  **On the advice of counsel, I elect to assert my**
21     **Fifth Amendment privilege.**
22     BY MS. WEBER:
23 Q.  Did you and Mr. Grant hire Katie J. Bosworth
24     to represent you in relation to the insurance
25     claim you made to State Farm regarding the

1     fire?
2         MR. ANDERSON: Fifth.
3 A.  **On the advice of counsel, I elect to assert my**
4     **Fifth Amendment privilege.**
5     BY MS. WEBER:
6 Q.  Mrs. Grant, I am now showing you a document we
7     have marked as Exhibit 20. Do you recognize
8     this document?
9         MR. ANDERSON: Fifth.
10 A.  **On the advice of counsel, I elect to assert my**
11     **Fifth Amendment privilege.**
12     BY MS. WEBER:
13 Q.  Did you or your husband submit this document
14     to State Farm in relation to the insurance
15     claim you made regarding the fire?
16         MR. ANDERSON: Fifth.
17 A.  **On the advice of counsel, I elect to assert my**
18     **Fifth Amendment privilege.**
19     BY MS. WEBER:
20 Q.  Mrs. Grant, I'm now showing you a document we
21     have marked as Exhibit 21. It is a letter
22     dated January 28th, 2019. Do you recognize
23     this document?
24         MR. ANDERSON: Fifth.
25 A.  **On the advice of counsel, I elect to assert my**

1     **Fifth Amendment privilege.**
2     BY MS. WEBER:
3 Q.  Did you receive this document in relation to
4     the insurance claim you made to State Farm
5     regarding the fire?
6         MR. ANDERSON: Fifth.
7 A.  **On the advice of counsel, I elect to assert my**
8     **Fifth Amendment privilege.**
9     BY MS. WEBER:
10 Q.  Mrs. Grant, I'm now showing you a document
11     that we have marked as Exhibit 22. It's a
12     letter dated March 7, 2019. Do you recognize
13     this document?
14         MR. ANDERSON: Fifth.
15 A.  **On the advice of counsel, I elect to assert my**
16     **Fifth Amendment privilege.**
17     **BY MS. WEBER:**
18 Q.  Did you receive this document in relation to
19     the insurance claim you made to State Farm
20     regarding the fire?
21         MR. ANDERSON: Fifth.
22 A.  **On the advice of counsel, I elect to assert my**
23     **Fifth Amendment privilege.**
24     BY MS. WEBER:
25 Q.  Mrs. Grant, I'm now showing you a document we

EX. 2

1 have marked as Exhibit 23. It is a letter
2 dated May 28th, 2019. Do you recognize this
3 document?
4     MR. ANDERSON: Fifth.
5 **A. On the advice of counsel, I elect to assert my**
6 **Fifth Amendment privilege.**
7 **BY MS. WEBER:**
8 Q. Did you receive this document in relation to
9 the insurance claim you made to State Farm
10 regarding the fire?
11     MR. ANDERSON: Fifth.
12 **A. On the advice of counsel, I elect to assert my**
13 **Fifth Amendment privilege.**
14 BY MS. WEBER:
15 Q. Mrs. Grant, I'm now showing you a document we
16 have marked as Exhibit 24. Do you recognize
17 this document?
18     MR. ANDERSON: Fifth.
19 **A. On the advice of counsel, I elect to assert my**
20 **Fifth Amendment privilege.**
21 BY MS. WEBER:
22 Q. Did you receive this document in relation to
23 the insurance claim you made to State Farm
24 regarding the fire?
25     MR. ANDERSON: Fifth.

1 **A. On the advice of counsel, I elect to assert my**
2 **Fifth Amendment privilege.**
3 BY MS. WEBER:
4 Q. Mrs. Grant, I am now showing you a document we
5 have marked as Exhibit 25, a letter dated
6 August 26, 2020. Do you recognize this
7 document?
8     MR. ANDERSON: Fifth.
9 **A. On the advice of counsel, I elect to assert my**
10 **Fifth Amendment privilege.**
11 **BY MS. WEBER:**
12 Q. Did you receive this document in relation to
13 the claims you made to State Farm regarding
14 the fire?
15     MR. ANDERSON: Fifth.
16 **A. On the advice of counsel, I elect to assert my**
17 **Fifth Amendment privilege.**
18 BY MS. WEBER:
19 Q. Mrs. Grant, I am now showing you a document we
20 have marked as Exhibit 26, a letter dated
21 September 8, 2020. Do you recognize this
22 document?
23     MR. ANDERSON: Fifth.
24 **A. On the advice of counsel, I elect to assert my**
25 **Fifth Amendment privilege.**

1 BY MS. WEBER:
2 Q. Did you receive this letter in relation to the
3 insurance claim you made to State Farm
4 regarding the fire?
5     MR. ANDERSON: Fifth. Fifth.
6 **A. On the advice of my counsel, I elect to assert**
7 **my Fifth Amendment privilege.**
8 BY MS. WEBER:
9 Q. Mrs. Grant, I am now showing you a document we
10 have marked as Exhibit 27, a letter dated
11 September 14, 2020. Do you recognize this
12 document?
13     MR. ANDERSON: Fifth.
14 **A. On the advice of counsel, I elect to assert my**
15 **Fifth Amendment privilege.**
16 BY MS. WEBER:
17 Q. Did you receive this document in relation to
18 the insurance claim you made to State Farm
19 regarding the fire?
20     MR. ANDERSON: Fifth.
21 **A. On the advice of counsel, I elect to assert my**
22 **Fifth Amendment privilege.**
23     MS. WEBER: And we are in a good
24 place to take a break. Let's go off the
25 record.

1     MR. ANDERSON: How long. 11:15?
2     MS. WEBER: Yeah, let's do 11:15.
3     MR. ANDERSON: Thank you.
4     (Recess taken)
5 BY MS. WEBER:
6 Q. Mrs. Grant, I'm now showing you a document we
7 will mark as Exhibit 32. Do you recognize
8 this document?
9     MR. ANDERSON: Fifth.
10 **A. On the advice of counsel, I elect to assert my**
11 **Fifth Amendment privilege.**
12 BY MS. WEBER:
13 Q. Is this document the complaint that you and
14 your husband Kevin Grant filed in this action
15 against State Farm?
16     MR. ANDERSON: Fifth.
17 **A. On the advice of counsel, I elect to assert my**
18 **Fifth Amendment privilege.**
19 BY MS. WEBER:
20 Q. Are you claiming that State Farm breached the
21 insurance contract in this action?
22     MR. ANDERSON: Fifth.
23 **A. On the advice of counsel, I elect to assert my**
24 **Fifth Amendment privilege.**
25 BY MS. WEBER:

EX. 2

## 69

1   **Q.**  Did State Farm breach the insurance contract?
2         MR. ANDERSON: Fifth.
3   **A.**  **On the advice of counsel, I elect to assert my**
4     **Fifth Amendment privilege.**
5     BY MS. WEBER:
6   **Q.**  Has State Farm paid you all sums due under the
7     contract?
8         MR. ANDERSON: Fifth.
9   **A.**  **On the advice of counsel, I elect to assert my**
10    **Fifth Amendment privilege.**
11    BY MS. WEBER:
12   **Q.**  Can you tell me what facts you base your
13    breach of contract claim upon?
14        MR. ANDERSON: Fifth.
15   **A.**  **On the advice of counsel, I elect to assert my**
16    **Fifth Amendment privilege.**
17    BY MS. WEBER:
18   **Q.**  In this action, are you claiming that State
19    Farm acted in bad faith in the adjustment of
20    your insurance claim?
21        MR. ANDERSON: Objection, calls for
22    a conclusion of law and Fifth.
23   **A.**  **On the advice of counsel, I elect to assert my**
24    **Fifth Amendment privilege.**
25    BY MS. WEBER:

## 70

1   **Q.**  Mrs. Grant, will you please read paragraph 10
2    of the document I have up, Exhibit 32?
3        MR. ANDERSON: Out loud or to
4    herself?
5    BY MS. WEBER:
6   **Q.**  Out loud, please.
7   **A.**  **"Defendant State Farm and Casualty Company has**
8    **failed to exercise good faith with respect to**
9    **plaintiffs and their claims under the subject**
10    **policy of insurance and, instead, has**
11    **exercised bad faith by failing to timely pay**
12    **plaintiffs in full for their insurance losses**
13    **without a reasonable basis and with knowledge**
14    **or reckless disregard to the lack of**
15    **reasonable basis for same."**
16   **Q.**  Are you claiming in this action that State
17    Farm acted in bad faith?
18        MR. ANDERSON: Fifth.
19   **A.**  **On the advice of counsel, I elect to assert my**
20    **Fifth Amendment privilege.**
21    **BY MS. WEBER:**
22   **Q.**  Did State Farm fairly and reasonably adjust
23    your insurance claim related to the fire?
24        MR. ANDERSON: Fifth.
25   **A.**  **On the advice of counsel, I elect to assert my**

## 71

1   **Fifth Amendment privilege.**
2    BY MS. WEBER:
3   **Q.**  Are you claiming that State Farm acted
4    negligently in this action?
5        MR. ANDERSON: Fifth.
6   **A.**  **On the advice of counsel, I elect to assert my**
7    **Fifth Amendment privilege.**
8    BY MS. WEBER:
9   **Q.**  Did State Farm act negligently --
10       MR. ANDERSON: Objection, calls --
11    I'm sorry. Apologies.
12    BY MS. WEBER:
13   **Q.**  Did State Farm act negligently regarding your
14    insurance policy?
15       MR. ANDERSON: Objection, calls for
16    a conclusion of law which this witness isn't
17    qualified to answer. Further, Fifth.
18   **A.**  **On the advice of counsel, I elect to assert my**
19    **Fifth Amendment privilege.**
20    BY MS. WEBER:
21   **Q.**  What is the current condition of 105 River
22    Street?
23       MR. ANDERSON: Fifth.
24   **A.**  **On the advice of counsel, I elect to assert my**
25    **Fifth Amendment privilege.**

## 72

1    BY MS. WEBER:
2   **Q.**  Prior to your sale of 105 River Street, did
3    you do any demolition after the fire?
4       MR. ANDERSON: Fifth.
5   **A.**  **On the advice of counsel, I elect to assert my**
6    **Fifth Amendment privilege.**
7    BY MS. WEBER:
8   **Q.**  Prior to your sale of 105 River Street and
9    after the fire, did you have any debris
10    removal done?
11       MR. ANDERSON: Fifth.
12   **A.**  **On the advice of counsel, I elect to assert my**
13    **Fifth Amendment privilege.**
14    BY MS. WEBER:
15   **Q.**  Did you pay any sums related to demolition or
16    debris removal after the fire at 105 River
17    Street?
18       MR. ANDERSON: Fifth.
19   **A.**  **On the advice of counsel, I elect to assert my**
20    **Fifth Amendment privilege.**
21    BY MS. WEBER:
22   **Q.**  Mrs. Grant, I'm now showing a document that we
23    have marked as Exhibit 28. Do you recognize
24    this document?
25       MR. ANDERSON: Fifth.

EX. 2

**73**

1 A.  **On the advice of counsel, I elect to assert my**
2     **Fifth Amendment privilege.**
3     BY MS. WEBER:
4 Q.  Mrs. Grant, are you claiming that State Farm
5     owes you $179,000 for debris removal?
6         MR. ANDERSON:  Fifth.
7 A.  **On the advice of counsel, I elect to assert my**
8     **Fifth Amendment privilege.**
9     BY MS. WEBER:
10 Q.  How was this number calculated?
11        MR. ANDERSON:  Fifth.
12 A.  **On the advice of counsel, I elect to assert my**
13     **Fifth Amendment privilege.**
14     BY MS. WEBER:
15 Q.  Did you actually spend $179,000 in debris
16     removal after the fire at 105 River Street?
17        MR. ANDERSON:  Fifth.
18 A.  **On the advice of counsel, I elect to assert my**
19     **Fifth Amendment privilege.**
20     BY MS. WEBER:
21 Q.  Are you claiming State Farm owes you $8,200
22     for the cost of renting an alternate facility
23     after the fire at 105 River Street?
24        MR. ANDERSON:  Fifth.
25 A.  **On the advice of counsel, I elect to assert my**

**74**

1     **Fifth Amendment privilege.**
2     BY MS. WEBER:
3 Q.  How was this number calculated?
4         MR. ANDERSON:  Fifth.
5 A.  **On the advice of counsel, I elect to assert my**
6     **Fifth Amendment privilege.**
7     BY MS. WEBER:
8 Q.  Have these amounts been paid by you?
9         MR. ANDERSON:  Fifth.
10 A.  **On the advice of counsel, I elect to assert my**
11     **Fifth Amendment privilege.**
12     BY MS. WEBER:
13 Q.  Are you claiming State Farm owes you $28,700
14     in loss of income or interruption of income
15     related to the fire?
16        MR. ANDERSON:  Fifth.
17 A.  **On the advice of counsel, I elect to assert my**
18     **Fifth Amendment privilege.**
19     BY MS. WEBER:
20 Q.  How was this number calculated?
21        MR. ANDERSON:  Fifth.
22 A.  **On the advice of counsel, I elect to assert my**
23     **Fifth Amendment privilege.**
24     BY MS. WEBER:
25 Q.  Have you lost $28,700 in income since the

**75**

1     fire?
2         MR. ANDERSON:  Fifth.
3 A.  **On the advice of counsel, I elect to assert my**
4     **Fifth Amendment privilege.**
5     BY MS. WEBER:
6 Q.  Was this alleged loss of income due to the
7     fire?
8         MR. ANDERSON:  Fifth.
9 A.  **On the advice of counsel, I elect to assert my**
10     **Fifth Amendment privilege.**
11        MS. WEBER:  I don't have any
12     further questions.
13        MR. ANDERSON:  I have no follow-up.
14        MS. WEBER:  I think we can wrap this
15     up then.
16        MR. ANDERSON:  Gary, I think I have
17     your contact info.  I'll get in touch with you
18     about whether I'll be requesting a copy of the
19     transcript or not.  Thank you very much.
20        MS. WEBER:  Are you going to read
21     and sign or are you waiving that?
22        MR. ANDERSON:  I can waive
23     signature.  And going back in Kevin's, if you
24     sent it off to me, we can waive signature on
25     that one as well.

**76**

1         MS. WEBER:  And, Gary, we'll
2     obviously take transcripts as well.  If you
3     want to do electronic, that's fine.  We don't
4     need a -- well, besides the original, we don't
5     need a hard copy.
6         (Deposition ended at 11:21 a.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

EX. 2

77

1 **STATE OF MINNESOTA**
     ss
2 **COUNTY OF RAMSEY**

3

4 **I** hereby certify that I reported the
deposition via Zoom of DAYNA J. GRANT, on the
5 18th day of October, 2021, in Roseville,
Minnesota, and that the witness was by me
first duly sworn to tell the whole truth;

6

7 **That** the testimony was transcribed under my
direction and is a true record of the
testimony of the witness;

8

9 **That** the cost of the original has been charged
to the party who noticed the deposition, and
10 that all parties who ordered copies have been
charged at the same rate for such copies;

11 **That** I am not a relative or employee or
attorney or counsel of any of the parties, or
12 a relative or employee of such attorney or
counsel;

13

14 **That** I am not financially interested in the
action and have no contract with the parties,
15 attorneys, or persons with an interest in the
action that affects or has a substantial
tendency to affect my impartiality;

16

17 **That** the right to read and sign the deposition
by the witness was waived;

18      WITNESS MY HAND AND SEAL THIS 18th
day of October, 2021.

19

20      _____
        Gary W. Hermes
21
22
23
24
25

EX. 2

## $

**$14,792.02** [1] - 58:1
**$179,000** [2] - 73:5, 73:15
**$2,500** [1] - 60:14
**$20** [1] - 31:22
**$28,700** [2] - 74:13, 74:25
**$390.67** [1] - 59:5
**$568,044** [1] - 56:11
**$585,726.69** [1] - 61:2
**$8,200** [1] - 73:21

## '

**'16/'17** [1] - 47:24
**'17/'18** [1] - 47:23
**'18/'19** [1] - 47:23
**'77** [3] - 14:4, 15:21, 16:1
**'78** [2] - 14:4, 14:6
**'89** [1] - 15:2
**'90** [2] - 15:2, 15:3
**'90s** [1] - 15:3
**'99** [2] - 33:25, 36:3

## 1

**1-28-19** [1] - 3:8
**1-29-19** [1] - 3:5
**10** [4] - 2:22, 36:7, 55:21, 70:1
**10-22-20** [1] - 2:23
**10-8-20** [1] - 3:2
**105** [35] - 32:24, 33:14, 33:24, 34:24, 35:15, 38:11, 39:8, 40:7, 41:17, 41:23, 43:11, 48:8, 51:3, 51:9, 51:15, 51:22, 52:4, 52:11, 52:19, 53:1, 53:8, 53:16, 53:23, 55:6, 55:14, 56:5, 56:13, 57:3, 57:11, 71:21, 72:2, 72:8, 72:16, 73:16, 73:23
**11** [2] - 2:23, 56:20
**11-5-20** [1] - 2:25
**11:15** [2] - 68:1, 68:2
**11:21** [1] - 76:6
**12** [2] - 2:24, 57:18
**125** [1] - 33:23
**13** [2] - 2:25, 58:8
**13th** [1] - 62:12
**14** [3] - 3:1, 58:16, 67:11
**15** [9] - 3:2, 22:9,

22:17, 22:18, 31:20, 36:7, 49:25, 50:1, 59:12
**15th** [2] - 49:17, 49:18
**16** [2] - 3:3, 60:1
**17** [2] - 3:4, 61:9
**18** [2] - 3:5, 61:22
**18th** [1] - 1:16, 77:4, 77:18
**19** [2] - 3:6, 62:11
**1977** [1] - 14:6
**1980** [1] - 15:15
**1985** [1] - 19:18

## 2

**2-13-20** [1] - 3:6
**20** [4] - 3:7, 36:7, 36:9, 63:7
**2000** [1] - 36:3
**2004** [1] - 12:8
**2010** [3] - 37:24, 37:25
**2014** [2] - 41:18, 41:24
**2015** [2] - 38:3, 44:15
**2016** [1] - 44:20
**2017** [1] - 44:25
**2018** [32] - 23:14, 38:5, 38:17, 43:12, 45:5, 45:23, 46:5, 46:25, 48:9, 49:17, 49:25, 50:9, 50:14, 50:21, 51:4, 51:10, 51:16, 51:23, 52:5, 52:12, 52:20, 53:2, 53:9, 53:17, 53:24, 55:7, 55:15, 56:6, 56:14, 57:4, 57:12, 57:14
**2019** [6] - 45:10, 49:18, 50:1, 63:22, 64:12, 65:2
**2020** [4] - 62:12, 66:6, 66:21, 67:11
**2021** [3] - 1:17, 77:4, 77:18
**21** [2] - 3:8, 63:21
**22** [2] - 3:9, 64:11
**23** [2] - 3:10, 65:1
**24** [2] - 3:11, 65:16
**25** [2] - 3:12, 66:5
**250th** [5] - 22:13, 22:19, 23:1, 32:23, 32:25
**26** [3] - 3:13, 66:6, 66:20
**2648** [1] - 29:18
**27** [4] - 3:14, 46:5, 46:25, 67:10
**28** [2] - 3:16, 72:23
**2886** [1] - 2:7

## 28th
**28th** [2] - 63:22, 65:2
**29** [1] - 57:14
**2935** [1] - 1:17
**29th** [24] - 23:14, 38:5, 38:17, 43:12, 48:9, 50:14, 50:21, 51:4, 51:10, 51:16, 51:23, 52:5, 52:12, 52:20, 53:2, 53:9, 53:16, 53:23, 55:7, 55:15, 56:5, 56:13, 57:3, 57:12

## 3

**3** [2] - 2:17, 38:24
███████ [1] - 4:15
**3-7-19** [1] - 3:9
**30** [3] - 2:3, 2:16, 11:12
**300,000** [1] - 33:13
**31** [2] - 2:21, 54:5
**32** [3] - 3:15, 68:7, 70:2
**3200** [1] - 2:3
**38** [1] - 42:22

## 4

**4** [3] - 2:18, 41:8, 41:12

## 5

**5** [4] - 2:19, 42:9, 43:17, 44:9
**5-28-19** [1] - 3:10
**5-29-19** [1] - 3:4
**53711** [1] - 2:8
**55076** [1] - 1:25
**55101 -4919** [1] - 2:4

## 6

**6** [5] - 2:20, 42:22, 43:18, 45:23, 48:1
**6-18-19** [1] - 3:11
**612)338-4348** [1] - 1:25
**64** [1] - 29:18
**6880** [1] - 1:25

## 7

**7** [1] - 64:12
**7th** [1] - 2:3

## 8

**8** [2] - 1:17, 66:21
**8-26-20** [1] - 3:12

## 9

**9-14-20** [1] - 3:14
**9-8-20** [1] - 3:13
████████757-3 [1] - 40:20
**9:05** [1] - 1:19

## A

**a-l-b-r-i-g-h-t-s-o-n** [1] - 37:22
**a.m** [2] - 1:19, 76:6
**ability** [3] - 6:15, 7:24, 8:2
**accidents** [1] - 21:10
**accurately** [4] - 56:2, 57:19, 58:22, 60:7
**accused** [2] - 12:21, 13:1, 13:5
**act** [2] - 71:9, 71:13
**acted** [3] - 69:19, 70:17, 71:3
**action** [1] - 4:9, 4:18, 12:4, 12:10, 68:14, 68:21, 69:18, 70:16, 71:4, 77:14, 77:15
**added** [1] - 7:2
**address** [7] - 7:10, 7:17, 15:6, 25:24, 28:6, 29:16, 57:14
**addresses** [1] - 25:20
**adds** [1] - 9:4
**adjust** [1] - 70:22
**adjuster** [1] - 54:12
**adjustment** [1] - 69:19
**advice** [125] - 10:17, 10:22, 11:3, 11:9, 23:16, 38:7, 38:13, 38:19, 39:4, 39:10, 39:16, 40:3, 40:10, 40:16, 40:23, 41:5, 42:12, 43:7, 43:14, 44:6, 44:12, 44:17, 44:22, 45:2, 45:7, 45:12, 45:19, 45:25, 47:6, 47:12, 47:17, 48:11, 48:17, 49:1, 49:7, 49:13, 49:21, 50:4, 50:11, 50:17, 50:25, 51:6, 51:12, 51:19, 52:1, 52:8, 52:15, 52:22, 53:4,

53:11, 53:19, 54:1, 54:8, 54:15, 54:21, 55:2, 55:10, 55:17, 55:24, 56:8, 56:16, 58:3, 57:6, 57:23, 58:4, 58:12, 58:19, 59:2, 59:9, 59:15, 59:22, 60:4, 60:11, 60:17, 60:24, 61:5, 61:12, 61:18, 61:25, 62:7, 62:15, 62:20, 63:3, 63:10, 63:17, 63:25, 64:7, 64:15, 64:22, 65:5, 65:12, 65:19, 66:1, 66:9, 66:16, 66:24, 67:6, 67:14, 67:21, 68:10, 68:17, 68:23, 69:3, 69:9, 69:15, 69:23, 70:19, 70:25, 71:6, 71:18, 71:24, 72:5, 72:12, 72:19, 73:1, 73:7, 73:12, 73:18, 73:25, 74:5, 74:10, 74:17, 74:22, 75:3, 75:9
**affect** [3] - 7:24, 8:2, 77:15
**affects** [1] - 77:15
**AFFILIATED** [1] - 1:24
**agent** [14] - 18:13, 18:15, 19:24, 24:10, 24:11, 24:13, 24:15, 24:21, 24:24, 24:25, 37:16, 42:1, 47:20, 48:4
**agents** [1] - 53:14
**ago** [10] - 22:9, 22:10, 22:11, 22:17, 22:18, 26:3, 28:9, 29:22, 33:15, 34:11
**agree** [1] - 11:22
**agreed** [1] - 7:12
**agreement** [1] - 43:19
**ahead** [12] - 4:10, 6:6, 7:6, 11:11, 19:1, 19:17, 21:21, 24:19, 34:22, 35:21, 41:7
**Albrightson** [2] - 37:20, 37:21
**alleged** [1] - 75:6
**allow** [1] - 10:7
**alone** [1] - 52:6
**alternate** [1] - 73:22
**amended** [2] - 46:5, 46:25
**Amendment** [127] - 7:11, 10:7, 10:18, 10:23, 11:4, 11:10, 23:17, 38:8, 38:14,

EX. 2

38:20, 39:5, 39:11, 39:17, 40:4, 40:11, 40:17, 40:24, 41:6, 42:13, 43:8, 43:15, 44:7, 44:13, 44:18, 44:23, 45:3, 45:8, 45:13, 45:20, 46:1, 47:7, 47:13, 47:18, 48:12, 48:18, 49:2, 49:8, 49:14, 49:22, 50:5, 50:12, 50:18, 51:1, 51:7, 51:13, 51:20, 52:2, 52:9, 52:16, 52:23, 53:5, 53:12, 53:20, 54:2, 54:9, 54:16, 54:22, 55:3, 55:11, 55:18, 55:25, 56:9, 56:17, 56:24, 57:7, 57:24, 58:5, 58:13, 58:20, 59:3, 59:9, 59:16, 59:23, 60:5, 60:12, 60:18, 60:25, 61:6, 61:13, 61:19, 62:1, 62:8, 62:16, 62:21, 63:4, 63:11, 63:18, 64:1, 64:8, 64:16, 64:23, 65:6, 65:13, 65:20, 66:2, 66:10, 66:17, 66:25, 67:7, 67:15, 67:22, 68:11, 68:18, 68:24, 69:4, 69:10, 69:16, 69:24, 70:20, 71:1, 71:7, 71:19, 71:25, 72:6, 72:13, 72:20, 73:2, 73:8, 73:13, 73:19, 74:1, 74:6, 74:11, 74:18, 74:23, 75:4, 75:10

**amount** [1] - 56:3
**amounts** [1] - 74:8
**Amundson** [1] - 12:7
**AND** [2] - 1:8, 77:18
**Anderson** [2] - 7:1, 11:15
**ANDERSON** [168] - 2:6, 6:11, 6:18, 7:8, 8:23, 9:10, 9:12, 9:19, 9:23, 10:9, 10:16, 10:21, 11:2, 11:8, 11:21, 12:23, 13:3, 13:24, 14:21, 14:25, 17:9, 18:18, 18:25, 19:10, 19:15, 20:20, 21:20, 23:15, 24:17, 26:12, 27:11, 34:20, 38:6, 38:12, 38:18, 39:3, 39:9, 39:15, 40:2, 40:9,

40:15, 40:22, 41:4, 41:10, 41:19, 42:11, 43:6, 43:13, 43:21, 44:2, 44:5, 44:11, 44:16, 44:21, 45:1, 45:6, 45:11, 45:18, 45:24, 46:8, 46:10, 46:17, 47:5, 47:11, 47:16, 47:22, 48:10, 48:16, 48:24, 49:6, 49:12, 49:20, 50:3, 50:10, 50:16, 50:22, 51:5, 51:11, 51:18, 51:25, 52:7, 52:14, 52:21, 53:3, 53:10, 53:18, 53:25, 54:7, 54:14, 54:20, 55:1, 55:9, 55:16, 55:23, 56:7, 56:15, 56:22, 57:5, 57:13, 57:22, 58:3, 58:11, 58:18, 59:1, 59:7, 59:14, 59:21, 60:3, 60:10, 60:16, 60:23, 61:4, 61:11, 61:17, 61:24, 62:6, 62:14, 62:19, 63:2, 63:9, 63:16, 63:24, 64:6, 64:14, 64:21, 65:4, 65:11, 65:18, 65:25, 66:8, 66:15, 66:23, 67:5, 67:13, 67:20, 68:1, 68:3, 68:9, 68:16, 68:22, 69:2, 69:8, 69:14, 69:21, 70:3, 70:18, 70:24, 71:5, 71:10, 71:15, 71:23, 72:4, 72:11, 72:18, 72:25, 73:6, 73:11, 73:17, 73:24, 74:4, 74:9, 74:16, 74:21, 75:2, 75:8, 75:13, 75:16, 75:22

**annually** [1] - 20:4, 20:5, 20:9
**ANS** [1] - 3:16
**answer** [15] - 5:25, 6:8, 6:25, 7:6, 8:13, 18:19, 19:17, 21:21, 24:19, 27:2, 27:3, 34:22, 46:8, 71:17
**answered** [1] - 21:21
**answering** [1] - 9:13
**answers** [2] - 5:7, 24:20
**anytime** [3] - 44:25, 45:5, 45:10
**apologies** [1] - 71:11
**APPEARANCES** [1] - 2:1

**appeared** [2] - 2:4, 2:9
**application** [3] - 40:6, 40:21, 41:1
**APPLICATION ...........
......39** [1] - 2:18
**applied** [1] - 26:15
**appraisals** [1] - 37:4
**appreciated** [1] - 5:11
**approach** [2] - 33:9, 33:19
**approached** [1] - 35:22
**area** [2] - 35:25, 36:14
**arrested** [1] - 55:13
**arson** [1] - 55:8
**aspects** [1] - 32:5
**assert** [124] - 10:17, 10:22, 11:3, 11:9, 23:16, 38:7, 38:19, 39:4, 39:10, 39:16, 40:3, 40:10, 40:16, 40:23, 41:5, 42:12, 43:7, 43:14, 44:6, 44:12, 44:17, 44:22, 45:2, 45:7, 45:12, 45:19, 45:25, 47:6, 47:12, 47:17, 48:11, 48:17, 49:1, 49:7, 49:13, 49:21, 50:4, 50:11, 50:17, 50:25, 51:7, 51:12, 51:19, 52:1, 52:8, 52:15, 52:22, 53:4, 53:11, 53:19, 54:1, 54:8, 54:15, 54:21, 55:2, 55:10, 55:17, 55:24, 56:8, 56:16, 56:23, 57:6, 57:23, 58:4, 58:12, 58:19, 59:2, 59:8, 59:15, 59:22, 60:4, 60:11, 60:17, 60:24, 61:5, 61:12, 61:18, 61:25, 62:7, 62:15, 62:20, 63:3, 63:10, 63:17, 63:25, 64:7, 64:15, 64:22, 65:5, 65:12, 65:19, 66:1, 66:9, 66:16, 66:24, 67:6, 67:14, 67:21, 68:10, 68:17, 68:23, 69:3, 69:9, 69:15, 69:23, 70:19, 70:25, 71:6, 71:18, 71:24, 72:5, 72:12, 72:19, 73:1, 73:7, 73:12, 73:18, 73:25, 74:5, 74:10, 74:17, 74:22, 75:3, 75:9
**assume** [1] - 6:1
**assumes** [1] - 50:22

**assuming** [3] - 19:11, 26:16, 34:9
**assumption** [1] - 15:24
**attempt** [1] - 8:19
**Attorney** [1] - 2:2
**attorney** [4] - 6:23, 7:11, 77:11, 77:12
**attorney /client** [1] - 10:2
**Attorneys** [1] - 2:7
**attorneys** [1] - 77:14
**audible** [1] - 5:7
**August** [1] - 66:6
**aware** [2] - 11:16, 22:24

## B

**backed** [1] - 24:1
**bad** [3] - 69:19, 70:11, 70:17
**Baldwin** [2] - 14:17, 15:7
**bar** [1] - 35:25
**barber** [5] - 49:5, 49:10, 49:19, 50:2, 50:8
**base** [1] - 69:12
**basis** [2] - 70:13, 70:15
**bear** [1] - 8:20
**beauty** [3] - 35:19, 36:1, 36:10
**benefits** [1] - 56:12
**best** [3] - 5:19, 28:23, 28:24
**better** [2] - 9:1, 46:12
**between** [3] - 43:19, 49:17, 49:25
**Big** [2] - 25:21, 28:5
**big** [1] - 26:13
**birth** [1] - 4:14
**boat** [1] - 17:21
**Bosworth** [2] - 62:18, 62:23
**BOSWORTH ....62** [1] - 3:6
**bought** [1] - 36:3
**breach** [2] - 69:1, 69:13
**breached** [1] - 68:20
**break** [9] - 6:5, 6:8, 6:14, 9:24, 10:13, 35:10, 35:13, 35:14, 67:24
**breakout** [4] - 6:15, 10:4, 10:8, 10:10
**breaks** [1] - 6:4

**building** [8] - 35:5, 35:19, 35:25, 36:4, 47:3, 51:24, 56:4, 56:12
**Building** [2] - 46:6, 46:25
**BUILDING** [1] - 2:22
**business** [9] - 19:19, 19:20, 30:17, 32:5, 32:8, 40:7, 41:2, 41:22, 58:23
**BUSINESS** [1] - 2:19
**BUSINESS ...............
58** [1] - 3:1
**businesses** [2] - 30:12, 30:14
**buy** [2] - 33:9, 33:19
**BY** [153] - 2:14, 4:7, 6:22, 7:22, 8:25, 9:16, 10:11, 10:19, 10:24, 11:5, 11:23, 12:25, 13:8, 14:1, 15:4, 17:13, 19:2, 19:12, 19:16, 20:23, 21:23, 23:18, 24:18, 27:1, 27:13, 34:21, 35:12, 38:9, 38:15, 38:21, 39:6, 39:12, 39:18, 40:5, 40:12, 40:18, 40:25, 41:15, 41:21, 42:14, 43:9, 43:16, 44:8, 44:14, 44:19, 44:24, 45:4, 45:9, 45:14, 45:21, 46:2, 46:11, 46:21, 47:8, 47:14, 47:19, 47:25, 48:13, 48:19, 49:3, 49:9, 49:15, 49:23, 50:6, 50:13, 50:19, 51:2, 51:8, 51:14, 51:21, 52:3, 52:10, 52:17, 52:24, 53:6, 53:13, 53:21, 54:3, 54:10, 54:17, 54:23, 55:4, 55:12, 55:19, 56:1, 56:10, 56:18, 56:25, 57:8, 57:16, 57:25, 58:6, 58:14, 58:21, 59:4, 59:10, 59:17, 59:24, 60:6, 60:13, 60:19, 61:1, 61:7, 61:14, 61:20, 62:2, 62:9, 62:17, 62:22, 63:5, 63:12, 63:19, 64:2, 64:9, 64:17, 64:24, 65:7, 65:14, 65:21, 66:3, 66:11, 66:18, 67:1, 67:8, 67:16, 68:5, 68:12, 68:19,

EX. 2

68:25, 69:5, 69:11, 69:17, 69:25, 70:5, 70:21, 71:2, 71:8, 71:12, 71:20, 72:1, 72:7, 72:14, 72:21, 73:3, 73:9, 73:14, 73:20, 74:2, 74:7, 74:12, 74:19, 74:24, 75:5

## C

**calculated** [3] - 73:10, 74:3, 74:20
**cancel** [1] - 49:4
**car** [3] - 19:3, 20:18, 24:8
**care** [1] - 18:16
**Carlson** [1] - 16:11
**case** [1] - 4:20
**CASUALTY** [1] - 1:8
**Casualty** [1] - 70:7
**caught** [1] - 27:3
**caused** [1] - 55:7
**certification** [2] - 13:25, 14:5
**certified** [1] - 14:2
**certify** [2] - 38:13, 77:3
**chair** [5] - 31:3, 31:4, 31:14, 31:17, 31:21
**chance** [1] - 39:24
**change** [2] - 11:7, 54:25
**Changed** [2] - 46:6, 47:1
**changed** [1] - 47:3
**changes** [5] - 35:5, 35:9, 35:15, 35:17, 36:1
**charged** [3] - 13:9, 77:8, 77:10
**charges** [1] - 13:5
**check** [1] - 20:8
**CHETECK** [1] - 25:23
**Chetek** [7] - 25:21, 25:22, 25:25, 27:9, 27:19, 27:21, 29:11
**children** [2] - 16:4, 16:6
**Chris** [2] - 48:5, 48:22
**City** [5] - 13:19, 13:23, 14:3, 14:6, 32:23
**civil** [2] - 4:18, 11:25
**claim** [42] - 20:15, 20:17, 20:21, 20:22, 20:24, 21:6, 21:9, 21:18, 22:14, 22:20, 23:3, 23:12, 23:19,

23:22, 25:4, 29:10, 29:13, 32:16, 48:14, 48:20, 54:12, 56:4, 57:2, 57:20, 58:2, 58:9, 58:24, 59:19, 61:3, 61:16, 62:4, 62:25, 63:15, 64:4, 64:19, 65:9, 65:23, 67:3, 67:18, 69:13, 69:20, 70:23
**claiming** [7] - 68:20, 69:18, 70:16, 71:3, 73:4, 73:21, 74:13
**claims** [13] - 5:2, 21:12, 21:24, 22:2, 22:6, 22:23, 23:8, 24:7, 24:9, 25:7, 25:11, 66:13, 70:9
**Claire** [1] - 13:19
**clarifies** [1] - 17:12
**clarify** [1] - 5:24
**clear** [1] - 26:22
**client** [2] - 7:6, 7:14
**clients** [2] - 32:2, 32:3
**close** [1] - 17:6
**coach** [1] - 18:24
**College** [4] - 13:19, 13:23, 14:3, 14:6
**colors** [1] - 31:13
**commencing** [1] - 1:18
**communicate** [4] - 24:12, 48:6, 48:22, 48:23
**Company** [1] - 70:7
**COMPANY** [1] - 1:8
**company** [11] - 14:18, 18:14, 21:5, 21:17, 22:14, 22:20, 23:5, 24:9, 25:2, 29:1, 41:16
**complaint** [1] - 68:13
**COMPLAINT** .............. ...............**68** [1] - 3:15
**conclusion** [2] - 69:22, 71:16
**condition** [1] - 71:21
**conditions** [1] - 8:1
**conjunction** [1] - 59:18
**connection** [2] - 55:14, 57:2
**consent** [1] - 43:2
**constitute** [1] - 43:19
**contact** [1] - 75:17
**continuing** [1] - 11:17
**contract** [6] - 34:8, 68:21, 69:1, 69:7, 69:13, 77:14
**conversation** [3] -

5:12, 7:9, 10:2
**convicted** [3] - 12:12, 12:14, 12:18
**copies** [2] - 77:9, 77:10
**copy** [4] - 11:13, 54:11, 75:18, 76:5
**corporation** [1] - 30:18
**correct** [4] - 33:5, 40:14, 46:19, 54:19
**correctly** [3] - 46:7, 46:18, 47:1
**Cosmetology** [1] - 13:19
**cosmetology** [2] - 14:7, 14:8
**cost** [2] - 73:22, 77:8
**counsel** [128] - 10:17, 10:22, 11:3, 11:9, 13:4, 23:16, 38:7, 38:13, 38:19, 39:4, 39:10, 39:16, 40:3, 40:10, 40:16, 40:23, 41:5, 42:12, 43:7, 43:14, 44:6, 44:12, 44:17, 44:22, 45:2, 45:7, 45:12, 45:19, 45:25, 47:6, 47:12, 47:17, 48:11, 48:17, 49:1, 49:7, 49:13, 49:21, 50:4, 50:11, 50:17, 50:25, 51:6, 51:12, 51:19, 52:1, 52:8, 52:15, 52:22, 53:4, 53:11, 53:19, 54:1, 54:8, 54:15, 54:21, 55:2, 55:10, 55:17, 55:24, 56:8, 56:16, 56:23, 57:6, 57:23, 58:4, 58:12, 58:19, 59:2, 59:8, 59:15, 59:22, 60:4, 60:11, 60:17, 60:24, 61:5, 61:12, 61:18, 61:25, 62:7, 62:15, 62:20, 63:3, 63:10, 63:17, 63:25, 64:7, 64:15, 64:22, 65:5, 65:12, 65:19, 66:1, 66:9, 66:16, 66:24, 67:6, 67:14, 67:21, 68:10, 68:17, 68:23, 69:3, 69:9, 69:15, 69:23, 70:19, 70:25, 71:6, 71:18, 71:24, 72:5, 72:12, 72:19, 73:1, 73:7, 73:12, 73:18, 73:25, 74:5, 74:10, 74:17, 74:22,

75:3, 75:9, 77:11, 77:12
**County** [1] - 1:15
**COUNTY** [1] - 77:2
**couple** [1] - 33:15
**course** [1] - 45:16
**COURT** [2] - 1:1, 1:24
**courts** [1] - 6:16
**cover** [1] - 19:20
**coverage** [6] - 32:13, 32:14, 42:3, 47:3, 56:4, 56:12
**Coverage** [2] - 46:6, 46:25
**COVERAGE** [1] - 2:19
**COVERAGE** ......**55** [1] - 2:22
**covered** [2] - 41:17, 43:11
**covering** [3] - 32:9, 38:16, 40:7
**Credit** [1] - 36:18
**current** [5] - 19:24, 24:21, 24:25, 27:18, 71:21
**cuts** [1] - 31:13

## D

**DA** [1] - 13:6
**Dale** [1] - 12:7
**damage** [1] - 23:2
**dance** [2] - 35:23, 36:13
**date** [1] - 4:14
**dated** [7] - 62:11, 63:22, 64:12, 65:2, 66:5, 66:20, 67:10
**Dayna** [5] - 4:12, 6:15, 6:23, 9:14, 9:19
**DAYNA** [7] - 1:5, 1:12, 2:16, 2:21, 4:2, 4:12, 77:4
**days** [2] - 31:6, 31:16
**deal** [2] - 7:4, 26:14
**dealing** [1] - 6:13
**debris** [4] - 72:9, 72:16, 73:5, 73:15
**DEC** [1] - 2:20
**December** [26] - 16:1, 23:14, 38:5, 38:17, 43:12, 48:9, 50:14, 50:21, 51:4, 51:10, 51:16, 51:23, 52:5, 52:12, 52:19, 53:1, 53:9, 53:16, 53:23, 55:6, 55:15, 56:5, 56:13, 57:3, 57:12, 57:14

**declaration** [1] - 47:10
**declarations** [4] - 43:10, 46:4, 47:4, 48:2
**Declarations** [1] - 46:24
**deer** [6] - 20:25, 21:8, 21:9, 21:11, 21:16, 21:18
**Defendant** [1] - 1:9, 2:5
**defendant** [2] - 12:2, 70:7
**Degraw** [1] - 37:19
**degree** [1] - 14:5
**demolition** [2] - 72:3, 72:15
**denied** [1] - 23:20
**Dennis** [3] - 15:19, 15:20, 16:2
**department** [1] - 60:14
**department 's** [1] - 60:8
**DEPARTMENT** ........ **60** [1] - 3:3
**deposed** [2] - 4:16, 8:15
**deposition** [10] - 8:5, 11:1, 11:18, 38:24, 41:9, 42:9, 76:6, 77:4, 77:9, 77:16
**Deposition** [2] - 1:12, 1:14
**describe** [1] - 34:18
**described** [1] - 40:20
**designs** [1] - 31:11
**determine** [1] - 55:7
**died** [1] - 15:23
**difficulty** [2] - 5:17, 9:4
**direction** [1] - 77:7
**directions** [1] - 7:5
**directly** [3] - 24:9, 24:15, 48:23
**directs** [1] - 6:24
**disability** [1] - 18:6
**discussed** [6] - 8:14, 14:12, 25:7, 25:11, 30:9, 60:20
**dishonesty** [1] - 12:15
**disregard** [1] - 70:14
**DISTRICT** [2] - 1:1, 1:2
**divorce** [1] - 15:22
**document** [91] - 8:20, 8:21, 9:3, 9:8, 9:9, 10:12, 10:20, 10:25, 11:6, 38:22, 38:25, 39:2, 39:19, 39:25, 40:1, 40:13, 42:5, 42:8, 42:10, 42:15,

EX. 2

42:18, 42:19, 42:21, 43:4, 43:5, 44:10, 44:15, 44:20, 44:25, 45:5, 45:10, 45:15, 45:23, 47:15, 54:4, 54:6, 54:24, 55:20, 55:22, 56:2, 56:19, 56:21, 57:17, 57:18, 58:7, 58:9, 58:15, 58:17, 58:22, 59:11, 59:13, 59:25, 60:2, 60:7, 61:8, 61:10, 61:15, 61:21, 61:23, 62:3, 62:10, 62:13, 63:6, 63:8, 63:13, 63:20, 63:23, 64:3, 64:10, 64:13, 64:18, 64:25, 65:3, 65:8, 65:15, 65:17, 65:22, 66:4, 66:7, 66:12, 66:19, 66:22, 67:9, 67:12, 67:17, 68:6, 68:8, 68:13, 70:2, 72:22, 72:24

**documents** [2] - 8:4, 46:13
**dollar** [1] - 32:11
**dollars** [1] - 31:15
**done** [4] - 26:14, 37:4, 37:8, 72:10
**down** [3] - 5:5, 5:14, 42:24
**drive** [1] - 35:1
**dropped** [1] - 35:3
**due** [3] - 10:6, 69:6, 75:6
**duly** [2] - 4:3, 77:5
**during** [7] - 4:19, 35:15, 35:23, 41:17, 41:23, 42:9, 48:20

## E

**early** [3] - 15:3, 50:15, 50:20
**earn** [1] - 14:5
**easier** [2] - 18:19, 57:9
**easiest** [1] - 5:20
**East** [1] - 2:3
**Eau** [1] - 13:19
**education** [2] - 13:16, 14:11
**eight** [2] - 17:6, 31:20
**either** [1] - 10:3
**elect** [125] - 10:17, 10:22, 11:3, 11:9, 23:16, 38:7, 38:13, 38:19, 39:4, 39:10, 39:16, 40:3, 40:10,

40:16, 40:23, 41:5, 42:12, 43:7, 43:14, 44:6, 44:12, 44:17, 44:22, 45:2, 45:7, 45:12, 45:19, 45:25, 47:6, 47:12, 47:17, 48:11, 48:17, 49:1, 49:7, 49:13, 49:21, 50:4, 50:11, 50:17, 50:25, 51:6, 51:12, 51:19, 52:1, 52:8, 52:15, 52:22, 53:4, 53:11, 53:19, 54:1, 54:8, 54:15, 54:21, 55:2, 55:10, 55:17, 55:24, 56:8, 56:16, 56:23, 57:6, 57:23, 58:4, 58:12, 58:19, 59:2, 59:8, 59:15, 59:22, 60:4, 60:11, 60:17, 60:24, 61:5, 61:12, 61:18, 61:25, 62:7, 62:15, 62:20, 63:3, 63:10, 63:17, 63:25, 64:7, 64:15, 64:22, 65:5, 65:12, 65:19, 66:1, 66:9, 66:16, 66:24, 67:6, 67:14, 67:21, 68:10, 68:17, 68:23, 69:3, 69:9, 69:15, 69:23, 70:19, 70:25, 71:6, 71:18, 71:24, 72:5, 72:12, 72:19, 73:1, 73:7, 73:12, 73:18, 73:25, 74:5, 74:10, 74:17, 74:22, 75:3, 75:9
**electronic** [1] - 76:3
**Emerald** [3] - 25:21, 29:17, 30:5
**Emily** [1] - 4:8
**EMILY** [1] - 2:2
**employed** [3] - 14:14, 14:16, 14:19
**employee** [2] - 77:11, 77:12
**ended** [1] - 76:6
**endorsements** [1] - 43:10
**enforcement** [1] - 53:7, 55:5, 55:13
**enlarge** [1] - 8:23
**Erika** [1] - 31:11
**ESQ** [3] - 2:2, 2:6, 2:7
**estimate** [2] - 21:3, 37:23
**evidence** [3] - 19:11, 26:17, 50:23
**EX** [26] - 2:16, 2:17,

2:18, 2:19, 2:20, 2:21, 2:22, 2:23, 2:24, 2:25, 3:1, 3:2, 3:3, 3:4, 3:5, 3:6, 3:7, 3:8, 3:9, 3:10, 3:11, 3:12, 3:13, 3:14, 3:15, 3:16
**EXAM** [1] - 2:16
**examination** [2] - 4:21, 4:24
**EXAMINATION** [2] - 2:14, 4:6
**examined** [1] - 4:4
**Examining** [1] - 46:13
**example** [1] - 30:18
**exercise** [1] - 70:8
**exercised** [1] - 70:11
**exhibit** [1] - 43:17
**Exhibit** [32] - 11:12, 38:24, 41:8, 41:11, 42:9, 42:22, 43:18, 44:9, 45:22, 48:1, 54:5, 55:21, 56:20, 57:18, 58:8, 58:16, 59:12, 60:1, 61:9, 61:22, 62:11, 63:7, 63:21, 64:11, 65:1, 65:16, 66:5, 66:20, 67:10, 68:7, 70:2, 72:23
**exhibits** [1] - 11:18
**explain** [2] - 7:7, 31:4
**extra** [3] - 5:17, 7:2, 9:4
**eyes** [1] - 42:20

## F

**facility** [1] - 73:22
**fact** [2] - 8:14, 10:6
**facts** [4] - 19:11, 26:16, 50:23, 69:12
**failed** [1] - 70:8
**failing** [1] - 70:11
**fair** [1] - 13:7
**fairly** [1] - 70:22
**faith** [4] - 69:19, 70:8, 70:11, 70:17
**fall** [1] - 50:8
**family** [1] - 52:18
**Farm** [54] - 4:9, 5:2, 23:13, 25:3, 38:16, 39:14, 40:19, 41:3, 43:20, 45:17, 48:14, 48:21, 48:23, 49:5, 49:11, 50:2, 53:22, 56:3, 56:11, 57:1, 57:19, 58:1, 58:10, 58:23, 59:19, 60:8,

60:14, 60:21, 61:2, 61:16, 62:5, 62:25, 63:14, 64:4, 64:19, 65:9, 65:23, 66:13, 67:3, 67:18, 68:15, 68:20, 69:1, 69:6, 69:19, 70:7, 70:17, 70:22, 71:3, 71:9, 71:13, 73:4, 73:21, 74:13
**FARM** [1] - 1:8
**Farm's** [1] - 54:12
**farmed** [1] - 59:5
**Farmers** [2] - 19:8, 19:13
**faster** [2] - 9:6, 39:23
**father** [1] - 16:12
**February** [1] - 62:12
**fee** [1] - 31:22
**fees** [1] - 60:15
**felony** [2] - 12:12, 13:1, 13:9, 13:10
**few** [2] - 21:4, 21:8
**fifteen** [2] - 28:9, 36:9
**Fifth** [221] - 7:11, 7:13, 9:15, 10:7, 10:18, 10:23, 11:4, 11:10, 23:17, 38:8, 38:14, 38:20, 39:5, 39:11, 39:17, 40:4, 40:11, 40:17, 40:24, 41:6, 42:13, 43:8, 43:15, 44:7, 44:13, 44:18, 44:23, 45:3, 45:8, 45:13, 45:20, 46:1, 47:7, 47:13, 47:18, 48:12, 48:18, 48:25, 49:2, 49:6, 49:8, 49:12, 49:14, 49:20, 49:22, 50:3, 50:5, 50:10, 50:12, 50:16, 50:18, 50:24, 51:1, 51:5, 51:7, 51:11, 51:13, 51:18, 51:20, 51:25, 52:2, 52:7, 52:9, 52:14, 52:16, 52:21, 52:23, 53:3, 53:5, 53:10, 53:12, 53:18, 53:20, 53:25, 54:2, 54:7, 54:9, 54:14, 54:16, 54:20, 54:22, 55:1, 55:3, 55:9, 55:11, 55:16, 55:18, 55:23, 55:25, 56:7, 56:9, 56:15, 56:17, 56:22, 56:24, 57:5, 57:7, 57:22, 57:24, 58:3, 58:5, 58:11, 58:13, 58:18, 58:20, 59:1, 59:3,

59:7, 59:9, 59:14, 59:16, 59:21, 59:23, 60:3, 60:5, 60:10, 60:12, 60:16, 60:18, 60:23, 60:25, 61:4, 61:6, 61:11, 61:13, 61:17, 61:19, 61:24, 62:1, 62:6, 62:8, 62:14, 62:16, 62:19, 62:21, 63:2, 63:4, 63:9, 63:11, 63:16, 63:18, 63:24, 64:1, 64:6, 64:8, 64:14, 64:16, 64:21, 64:23, 65:4, 65:6, 65:11, 65:13, 65:18, 65:20, 65:25, 66:2, 66:8, 66:10, 66:15, 66:17, 66:23, 66:25, 67:5, 67:7, 67:13, 67:15, 67:20, 67:22, 68:9, 68:11, 68:16, 68:18, 68:22, 68:24, 69:2, 69:4, 69:8, 69:10, 69:14, 69:16, 69:22, 69:24, 70:18, 70:20, 70:24, 71:1, 71:7, 71:17, 71:19, 71:23, 71:25, 72:4, 72:6, 72:11, 72:13, 72:18, 72:20, 72:25, 73:2, 73:6, 73:8, 73:11, 73:13, 73:17, 73:19, 73:24, 74:1, 74:4, 74:6, 74:9, 74:11, 74:16, 74:18, 74:21, 74:23, 75:2, 75:4, 75:8, 75:10
**fifth** [36] - 9:10, 10:16, 10:21, 11:2, 11:8, 12:23, 23:15, 38:6, 38:12, 38:18, 39:3, 39:9, 39:15, 40:2, 40:9, 40:15, 40:22, 41:4, 42:11, 43:6, 43:13, 44:5, 44:11, 44:16, 44:21, 45:1, 45:6, 45:11, 45:18, 45:24, 47:5, 47:11, 47:16, 48:10, 48:16, 71:5
**fifty** [1] - 17:4
**fifty-one** [1] - 17:4
**figure** [1] - 6:19
**filed** [1] - 68:14
**filing** [1] - 20:22
**finance** [4] - 34:5, 34:7, 36:11, 36:15
**financed** [2] - 36:17, 36:19

EX. 2

**financially** [1] - 77:13
**financing** [7] - 26:15, 27:6, 34:14, 34:16, 36:21, 36:24, 37:2
**fine** [2] - 41:14, 76:3
**finger** [1] - 7:15
**finish** [1] - 5:16
**finished** [1] - 35:24
**fire** [52] - 23:13, 48:8, 48:15, 48:21, 52:18, 52:25, 53:8, 53:15, 53:23, 54:13, 55:5, 55:7, 55:14, 56:5, 56:13, 57:3, 57:10, 57:11, 57:15, 57:21, 58:2, 58:10, 58:25, 59:6, 59:20, 60:8, 60:9, 60:14, 60:15, 60:22, 61:3, 61:16, 62:5, 63:1, 63:15, 64:5, 64:20, 65:10, 65:24, 66:14, 67:4, 67:19, 70:23, 72:3, 72:9, 72:16, 73:16, 73:23, 74:15, 75:1, 75:7
**FIRE** [2] - 1:8, 3:3
**first** [7] - 4:3, 5:5, 7:19, 20:17, 35:18, 37:16, 77:5
**Fitchburg** [1] - 2:8
**five** [5] - 21:16, 21:18, 32:18, 32:21, 35:9
**five-minute** [1] - 35:9
**flat** [2] - 31:22, 31:23
**follow** [1] - 75:13
**follow -up** [1] - 75:13
**following** [1] - 54:13
**follows** [1] - 4:4
**form** [11] - 13:3, 17:9, 19:10, 20:20, 24:17, 26:12, 27:11, 34:20, 47:22, 48:24, 50:23
**FORM** .......**42** [1] - 2:19
**format** [1] - 5:20
**forty** [2] - 16:15, 17:6
**forty-eight** [1] - 17:6
**forty-one** [1] - 16:15
**forward** [1] - 57:10
**four** [1] - 60:20
**fraud** [1] - 12:15
**friends** [1] - 52:25
**front** [1] - 35:18
**full** [3] - 4:11, 43:19, 70:12
**future** [1] - 27:5

# G

**G-r-a-n-t** [1] - 4:13
**Gary** [10] - 1:14, 5:5, 5:14, 6:5, 6:20, 10:4, 11:11, 75:16, 76:1, 77:20
**gary** [1] - 26:23
**general** [1] - 5:12
**Gilbertson** [2] - 15:19, 15:25
**Glenwood** [2] - 32:23, 33:1
**graduate** [3] - 13:12, 13:23, 14:2
**graduation** [1] - 13:25
**grandchildren** [2] - 16:16, 16:18
**grant** [38] - 4:8, 7:16, 8:19, 11:18, 11:24, 13:12, 19:3, 38:22, 41:16, 42:5, 42:21, 43:4, 44:9, 45:22, 54:4, 55:20, 56:19, 58:7, 58:15, 59:11, 59:25, 61:8, 61:21, 62:10, 62:18, 62:23, 63:6, 63:20, 64:10, 64:25, 65:15, 66:4, 66:19, 67:9, 68:6, 70:1, 72:22, 73:4
**GRANT** [7] - 1:5, 1:12, 2:16, 2:21, 4:2, 77:4
**Grant** [8] - 4:12, 7:23, 15:13, 27:2, 35:13, 39:19, 57:17, 68:14
**grant's** [2] - 11:19, 41:9
**Grant's** [1] - 42:9
**GRANT** .......**66** [1] - 3:13
**GRANT** .......**58** [1] - 2:25
**GRANT** .......**67** [1] - 3:14
**GRANTS** ...........**64** [1] - 3:9
**GRANTS** ...........**59** [1] - 3:2
**GRANTS** ...........**61** [2] - 3:4, 3:5
**GRANTS** ...........**63** [1] - 3:8
**GRANTS** ...........**65** [2] - 3:10, 3:11
**GRANTS** ...........**66** [1] - 3:12
**GRANTS** ...........**56** [1] - 2:23

**Greg** - 54:12
**GROVE** [1] - 1:25
**guess** [1] - 24:20
**guessing** [2] - 18:21, 37:25

# H

**hair** [5] - 49:4, 49:10, 49:18, 50:1, 50:7
**Hair** [1] - 14:22
**halfway** [1] - 46:3
**HAND** [1] - 77:18
**handle** [1] - 32:5
**hard** [1] - 76:5
**HAYLEY** [1] - 2:6
**head** [1] - 5:8
**hear** [1] - 44:2
**heard** [4] - 9:21, 43:22, 43:24, 43:25
**held** [1] - 20:12
**help** [1] - 18:21
**hereby** [1] - 77:3
**Hermes** [2] - 1:14, 77:20
**herself** [1] - 70:4
**HETHERINGTON** [1] - 2:7
**high** [4] - 13:12, 13:21, 14:11, 23:1
**Highway** [1] - 1:17
**hire** [1] - 62:23
**hit** [3] - 20:25, 21:4, 21:8
**hold** [1] - 20:13
**holder** [1] - 17:11
**holding** [1] - 17:10
**home** [1] - 17:9
**homeowner 's** [2] - 17:19, 18:11
**hours** [2] - 50:15, 50:20
**house** [3] - 23:1, 27:25, 29:3
**HTS** [1] - 1:25
**Hudson** [3] - 18:12, 18:15
**husband** [5] - 26:19, 27:14, 39:8, 63:13, 68:14
**husband 's** [1] - 38:23

# I

**imagine** [1] - 37:6
**immediately** [1] - 13:21
**impartiality** [1] - 77:15

**in)** [1] - 46:15
**including** [1] - 26:17
**income** [6] - 58:24, 59:6, 74:14, 74:25, 75:6
**increase** [3] - 47:9, 49:16, 49:24
**independent** [1] - 30:20
**info** [1] - 75:17
**INFO** [4] - 2:22, 2:24, 3:1, 3:3
**information** [1] - 40:13
**initiated** [1] - 45:16
**inside** [2] - 31:8, 31:10
**instead** [2] - 57:13, 70:10
**instructions** [1] - 5:4
**insurance** [75] - 17:7, 17:14, 18:4, 18:6, 18:8, 18:13, 19:3, 19:6, 19:14, 19:24, 20:2, 20:6, 20:12, 20:15, 20:17, 20:24, 21:5, 21:9, 21:12, 21:17, 21:24, 22:2, 22:14, 22:20, 22:23, 23:5, 23:9, 23:12, 23:19, 23:22, 23:23, 23:24, 24:8, 24:9, 24:21, 24:24, 24:25, 25:5, 25:8, 25:12, 27:21, 27:24, 28:21, 29:10, 29:13, 38:10, 40:6, 40:7, 41:2, 41:16, 41:23, 42:1, 43:11, 47:20, 48:4, 48:14, 56:11, 57:2, 61:3, 62:4, 62:24, 63:14, 64:4, 64:19, 65:9, 65:23, 67:3, 67:18, 68:21, 69:1, 69:20, 70:10, 70:12, 70:23, 71:14
**INSURANCE** [2] - 2:18
**Insurance** [3] - 18:12, 19:8, 19:14
**insured** [8] - 17:15, 18:9, 22:4, 22:25, 23:10, 23:25, 25:9, 29:2
**INTER** .....**72** [1] - 3:16
**interest** [1] - 77:14
**interested** [1] - 77:13
**internet** [1] - 43:23
**interruption** [2] - 58:24, 74:14
**inventory** [1] - 32:1
**INVER** [1] - 1:25

**investigating** [1] - 55:5
**involved** [1] - 11:24
**involving** [1] - 12:15
**issue** [1] - 10:7
**issues** [2] - 6:13, 7:17
**itself** [1] - 18:14

# J

**January** [6] - 15:9, 49:17, 49:25, 63:22
**Jayne** [1] - 4:12
**JAYNE** [1] - 4:12
**joint** [1] - 17:11
**jointly** [1] - 26:18
**judgments** [2] - 27:18, 29:7

# K

**KATIE** [1] - 3:6
**Katie** [2] - 62:18, 62:23
**keep** [1] - 32:1
**keeping** [1] - 11:19
**Kevin** [9] - 8:18, 15:13, 15:14, 15:16, 15:18, 16:13, 18:15, 20:3, 68:14
**KEVIN** [4] - 1:5, 2:25, 3:13, 3:14
**Kevin's** [1] - 75:23
**kids** [1] - 16:2
**kind** [1] - 7:14
**knowledge** [3] - 28:23, 28:24, 70:13

# L

**lack** [1] - 70:14
**Lake** [2] - 25:21, 28:5
**land** [1] - 34:8
**language** [1] - 7:16
**lapse** [1] - 49:11
**Larry** [1] - 37:19
**last** [11] - 9:17, 16:10, 21:16, 26:24, 33:2, 33:7, 51:9, 51:15, 51:22, 52:4, 52:11
**Law** [2] - 2:3, 2:7
**law** [5] - 53:7, 55:5, 55:13, 69:22, 71:16
**lawsuit** [2] - 12:2, 12:5
**lawyer** [1] - 8:18
**layer** [3] - 5:17, 7:2, 9:4
**lease** [1] - 31:1

EX. 2

**Lemay** [3] - 48:5, 48:6, 48:22
**LETTER** [13] - 2:23, 2:25, 3:2, 3:4, 3:5, 3:6, 3:8, 3:9, 3:10, 3:11, 3:12, 3:13, 3:14
**letter** [10] - 57:1, 59:18, 62:11, 63:21, 64:12, 65:1, 66:5, 66:20, 67:2, 67:10
**liability** [2] - 32:13, 32:15
**license** [1] - 14:7
**licensure** [1] - 14:8
**liens** [2] - 27:18, 29:7
**life** [8] - 18:4, 19:6, 19:14, 21:4, 21:8, 21:25, 22:3, 57:9
**lifetime** [2] - 22:25, 23:10
**limits** [8] - 28:3, 29:4, 32:8, 42:3, 47:10, 49:17, 49:25, 50:7
**line** [1] - 26:13
**list** [7] - 26:7, 28:13, 33:6, 33:16, 37:10, 37:12, 37:14
**listed** [8] - 27:17, 29:25, 34:3, 37:17, 37:24, 38:5, 48:2, 50:2
**listing** [1] - 37:16
**litigation** [3] - 4:19, 11:25, 45:16
**LLC** [1] - 30:18
**located** [4] - 25:20, 25:25, 31:8, 31:10
**location** [2] - 15:5, 15:8
**look** [2] - 32:12, 34:24
**looked** [1] - 34:18
**looking** [1] - 43:18
**loss** [3] - 58:24, 74:14, 75:6
**LOSS** ................63 [1] - 3:7
**losses** [1] - 70:12
**lost** [2] - 59:5, 74:25
**loud** [2] - 70:3, 70:6
**Luck** [8] - 28:7, 28:10, 28:13, 28:16, 28:18, 28:21, 29:1, 29:14
**lumber** [2] - 35:1, 35:2

## M

**M-e-g-a-n** [1] - 17:2
**Main** [1] - 15:7

**maintained** [1] - 14:8
**March** [1] - 64:12
**mark** [5] - 11:12, 41:7, 41:11, 54:5, 68:7
**marked** [23] - 38:23, 41:8, 42:8, 42:22, 55:21, 56:20, 57:18, 58:8, 58:16, 59:12, 60:1, 61:9, 61:22, 62:11, 63:7, 63:21, 64:11, 65:1, 65:16, 66:5, 66:20, 67:10, 72:23
**married** [5] - 15:10, 15:12, 15:14, 15:16, 15:18
**marry** [1] - 15:20
**marshal 's** [1] - 53:15
**mean** [1] - 17:18
**means** [4] - 4:17, 13:5, 31:5
**medical** [1] - 8:1
**medications** [1] - 7:23
**Megan** [3] - 16:25, 17:1, 17:3
**Melanie** [2] - 16:25, 17:5
**MICHAEL** [1] - 2:6
**million** [1] - 32:10
**MINNESOTA** [1] - 77:1
**Minnesota** [4] - 1:16, 1:18, 2:4, 77:5
**minute** [1] - 35:9
**misdemeanor** [3] - 12:14, 12:19, 12:22
**miss** [2] - 34:16, 37:1
**MN** [1] - 1:25
**month** [3] - 31:16, 33:2, 33:7
**months** [1] - 33:15
**morning** [3] - 4:8, 50:15, 50:20
**mortgage** [3] - 26:10, 28:15, 30:2
**motor** [1] - 17:23
**MR** [167] - 6:11, 6:18, 7:8, 8:23, 9:10, 9:12, 9:19, 9:23, 10:9, 10:16, 10:21, 11:2, 11:8, 11:21, 12:23, 13:3, 13:24, 14:21, 14:25, 17:9, 18:18, 18:25, 19:10, 19:15, 20:20, 21:20, 23:15, 24:17, 26:12, 27:11, 34:20, 38:6, 38:12, 38:18, 39:3, 39:9, 39:15, 40:2, 40:9, 40:15, 40:22, 41:4, 41:10, 41:19, 42:11,

43:6, 43:13, 43:21, 44:2, 44:5, 44:11, 44:16, 44:21, 45:1, 45:6, 45:11, 45:18, 45:24, 46:8, 46:10, 46:17, 47:5, 47:11, 47:16, 47:22, 48:10, 48:16, 48:24, 49:6, 49:12, 49:20, 50:3, 50:10, 50:16, 50:22, 51:5, 51:11, 51:18, 51:25, 52:7, 52:14, 52:21, 53:3, 53:10, 53:18, 53:25, 54:7, 54:14, 54:20, 55:1, 55:9, 55:16, 55:23, 56:7, 56:15, 56:22, 57:5, 57:13, 57:22, 58:3, 58:11, 58:18, 59:1, 59:7, 59:14, 59:21, 60:3, 60:10, 60:16, 60:23, 61:4, 61:11, 61:17, 61:24, 62:6, 62:14, 62:19, 63:2, 63:9, 63:16, 63:24, 64:6, 64:14, 64:21, 65:4, 65:11, 65:18, 65:25, 66:8, 66:15, 66:23, 67:5, 67:13, 67:20, 68:1, 68:3, 68:9, 68:16, 68:22, 69:2, 69:8, 69:14, 69:21, 70:3, 70:18, 70:24, 71:5, 71:10, 71:15, 71:23, 72:4, 72:11, 72:18, 72:25, 73:6, 73:11, 73:17, 73:24, 74:4, 74:9, 74:16, 74:21, 75:2, 75:8, 75:13, 75:16, 75:22
**MS** [173] - 2:14, 4:7, 6:22, 7:1, 7:21, 7:22, 8:25, 9:16, 10:6, 10:11, 10:19, 10:24, 11:5, 11:11, 11:15, 11:23, 12:25, 13:7, 13:8, 14:1, 15:4, 17:13, 18:23, 19:2, 19:12, 19:16, 20:23, 21:23, 23:18, 24:18, 26:23, 27:1, 27:13, 34:21, 35:8, 35:12, 38:9, 38:15, 38:21, 39:6, 39:12, 39:18, 40:5, 40:12, 40:18, 40:25, 41:7, 41:13, 41:15, 41:21, 42:14, 43:9, 43:16, 43:25, 44:4, 44:8, 44:14, 44:19, 44:24, 45:4,

45:9, 45:14, 45:21, 46:2, 46:11, 46:19, 46:21, 47:8, 47:14, 47:19, 47:25, 48:13, 48:19, 49:3, 49:9, 49:15, 49:23, 50:6, 50:13, 50:19, 51:2, 51:8, 51:14, 51:21, 52:3, 52:10, 52:17, 52:24, 53:6, 53:13, 53:21, 54:3, 54:10, 54:17, 54:23, 55:4, 55:12, 55:19, 56:1, 56:10, 56:18, 56:25, 57:8, 57:16, 57:25, 58:6, 58:14, 58:21, 59:4, 59:10, 59:17, 59:24, 60:6, 60:13, 60:19, 61:1, 61:7, 61:14, 61:20, 62:2, 62:9, 62:17, 62:22, 63:5, 63:12, 63:19, 64:2, 64:9, 64:17, 64:24, 65:7, 65:14, 65:21, 66:3, 66:11, 66:18, 67:1, 67:8, 67:16, 67:23, 68:2, 68:5, 68:12, 68:19, 68:25, 69:5, 69:11, 69:17, 69:25, 70:5, 70:21, 71:2, 71:8, 71:12, 71:20, 72:1, 72:7, 72:14, 72:21, 73:3, 73:9, 73:14, 73:20, 74:2, 74:7, 74:12, 74:19, 74:24, 75:5, 75:11, 75:14, 75:20, 76:1
**multiple** [2] - 21:10, 27:7
**MY** [1] - 77:18

## N

**name** [5] - 4:8, 4:11, 16:10, 17:10, 25:1
**named** [7] - 17:15, 18:9, 22:4, 22:25, 23:10, 23:24, 25:9
**names** [1] - 16:24
**need** [6] - 6:5, 6:19, 41:10, 42:24, 76:4, 76:5
**negligently** [3] - 71:4, 71:9, 71:13
**Nelson** [1] - 34:8
**never** [2] - 12:2, 27:17
**normal** [1] - 5:13
**normally** [1] - 24:12
**Notary** [1] - 1:15

**note** [1] - 46:4
**nothing** [1] - 20:14
**Notice** [1] - 1:13
**noticed** [1] - 77:9
**number** [4] - 40:20, 73:10, 74:3, 74:20
**numbering** [1] - 11:17
**numbers** [1] - 11:19

## O

**o'clock** [1] - 1:19
**O'Hair** [15] - 14:19, 14:20, 14:22, 15:2, 15:5, 19:20, 30:11, 30:14, 30:17, 30:21, 30:23, 31:2, 31:12, 32:6, 32:9
**O-'-H-a-i-r** [1] - 14:24
**oath** [3] - 4:19, 4:22, 4:25
**OATH** ........11 [1] - 2:16
**object** [1] - 6:23
**objection** [21] - 7:18, 13:3, 13:24, 17:9, 19:10, 19:15, 20:20, 21:20, 24:17, 26:12, 27:11, 34:20, 41:19, 47:22, 48:24, 49:6, 49:12, 50:22, 69:21, 71:10, 71:15
**obtain** [1] - 41:2
**obtained** [1] - 19:13
**obviously** [1] - 76:2
**occasions** [2] - 7:11, 21:13
**occur** [2] - 22:8, 22:12
**occurred** [7] - 21:1, 52:19, 53:1, 53:8, 53:16, 55:6, 55:14
**occurring** [2] - 7:20, 23:13
**October** [3] - 1:17, 77:4, 77:18
**OF** [4] - 1:2, 3:7, 77:1, 77:2
**offer** [1] - 31:12
**office** [5] - 24:14, 24:16, 35:4, 48:7, 53:15
**old** [4] - 16:14, 17:3, 17:5, 35:1
**Old** [1] - 1:17
**once** [4] - 22:9, 37:14, 44:9, 45:22
**one** [15] - 9:15, 10:12, 13:22, 16:7, 16:15, 17:4, 20:10, 21:9,

EX. 2

7

21:11, 21:16, 35:2,
35:18, 37:18, 46:22,
75:25
**open** [1] - 14:20
**order** [2] - 37:18, 41:1
**ordered** [1] - 77:9
**organization** [1] -
30:17
**organized** [1] - 30:19
**original** [2] - 76:4,
77:8
**outcome** [1] - 12:10
**outside** [1] - 7:18
**owes** [3] - 73:5, 73:21,
74:13
**own** [6] - 17:8, 25:15,
25:17, 26:16, 30:8,
30:11
**owned** [2] - 30:14,
35:6
**OWNER 'S** [1] - 2:19
**ownership** [2] - 27:15,
35:16

## P

**page** [2] - 9:17, 46:3
**pages** [1] - 42:23
**PAGES .........42** [1] -
2:20
**paid** [15] - 34:10,
34:11, 36:21, 36:24,
56:3, 56:11, 57:19,
58:1, 58:23, 59:5,
60:8, 60:14, 61:2,
69:6, 74:8
**paragraph** [1] - 70:1
**pardon** [1] - 4:23
**part** [1] - 51:23
**parties** [3] - 77:9,
77:11, 77:14
**partners** [1] - 30:21
**party** [3] - 27:8, 35:22,
77:9
**pass** [1] - 15:25
**passed** [1] - 42:20
**past** [6] - 20:13, 21:18,
24:7, 30:15, 32:18,
32:21
**paul** [1] - 2:3
**pay** [8] - 20:5, 31:6,
31:14, 31:21, 31:24,
34:12, 70:11, 72:15
**PAYMENT** [4] - 2:22,
2:24, 3:1, 3:3
**payment** [3] - 20:7,
20:10, 34:16
**payments** [4] - 20:2,
37:1, 60:20, 60:21

---

10:25
**pending** [1] - 6:7
**people** [1] - 27:7
**percent** [2] - 36:7,
36:8
**perhaps** [1] - 7:10
**period** [2] - 48:2, 48:3
**perjury** [1] - 12:16
**perms** [1] - 31:13
**personal** [2] - 57:20,
58:2
**PERSONAL** [1] - 2:24
**personally** [1] - 38:10
**persons** [1] - 77:14
**Peterson** [1] - 54:13
**PFS** [1] - 3:16
**phone** [3] - 24:14,
24:20, 48:7
**pick** [1] - 38:10
**picked** [1] - 35:2
**place** [2] - 57:11,
67:24
**plaintiff** [1] - 12:5
**Plaintiffs** [1] - 1:6, 2:9
**plaintiffs** [1] - 70:9,
70:12
**POL.#_____757-3**
[1] - 2:20
**policies** [7] - 17:7,
17:14, 18:2, 20:5,
20:12, 22:3, 24:8
**policy** [47] - 17:16,
17:21, 17:23, 17:25,
18:11, 19:9, 19:14,
19:19, 19:22, 22:24,
23:9, 23:13, 28:1,
28:3, 29:4, 29:5,
32:8, 32:9, 32:10,
32:16, 38:16, 39:13,
40:19, 41:2, 41:22,
41:23, 42:1, 42:3,
43:11, 46:5, 46:24,
47:9, 47:21, 47:23,
48:2, 48:3, 49:5,
49:10, 49:16, 49:19,
49:24, 50:2, 50:7,
50:8, 70:10, 71:14
**polly** [1] - 16:9
**Polly** [2] - 16:14, 16:19
**Polly's** [2] - 16:10,
16:12
**portion** [2] - 35:18,
36:6
**positive** [1] - 4:17
**possibility** [1] - 26:18
**possible** [3] - 10:4,
12:9, 43:3
**post** [1] - 13:16
**post-secondary** [1] -
13:16
**preparation** [2] - 8:4,

---

**pretty** [1] - 9:25
**previously** [4] - 38:23,
41:8, 42:8, 42:22
**price** [3] - 26:7, 28:10,
28:13
**primary** [1] - 29:19
**privilege** [125] - 10:18,
10:23, 11:4, 11:10,
23:17, 38:8, 38:14,
38:20, 39:5, 39:11,
39:17, 40:4, 40:11,
40:17, 40:24, 41:6,
42:13, 43:8, 43:15,
44:7, 44:13, 44:18,
44:23, 45:3, 45:8,
45:13, 45:20, 46:1,
47:7, 47:13, 47:18,
48:12, 48:18, 49:2,
49:8, 49:14, 49:22,
50:5, 50:12, 50:18,
51:1, 51:7, 51:13,
51:20, 52:2, 52:9,
52:16, 52:23, 53:5,
53:12, 53:20, 54:2,
54:9, 54:16, 54:22,
55:3, 55:11, 55:18,
55:25, 56:9, 56:17,
56:24, 57:7, 57:24,
58:5, 58:13, 58:20,
59:3, 59:9, 59:16,
59:23, 60:5, 60:12,
60:18, 60:25, 61:6,
61:13, 61:19, 62:1,
62:8, 62:16, 62:21,
63:4, 63:11, 63:18,
64:1, 64:8, 64:16,
64:23, 65:6, 65:13,
65:20, 66:2, 66:10,
66:17, 66:25, 67:7,
67:15, 67:22, 68:11,
68:18, 68:24, 69:4,
69:10, 69:16, 69:24,
70:20, 71:1, 71:7,
71:19, 71:25, 72:6,
72:13, 72:20, 73:2,
73:8, 73:13, 73:19,
74:1, 74:6, 74:11,
74:18, 74:23, 75:4,
75:10
**problem** [1] - 26:19
**procedure** [1] - 9:20
**process** [2] - 5:2,
48:20
**procure** [1] - 40:19
**procured** [1] - 39:7
**products** [4] - 31:24,
32:1, 32:3, 32:4
**PROOF** [1] - 3:7
**properly** [1] - 42:25

---

**properties** [4] - 25:17,
25:19, 30:8, 32:21
**property** [48] - 17:16,
17:18, 25:15, 25:25,
26:2, 26:5, 26:8,
26:11, 27:9, 27:15,
27:19, 27:22, 28:5,
28:6, 28:8, 28:11,
28:13, 28:16, 28:18,
28:22, 29:1, 29:4,
29:8, 29:11, 29:14,
29:16, 29:21, 30:3,
30:5, 32:14, 32:18,
32:23, 32:25, 33:3,
33:6, 33:16, 33:20,
33:22, 34:9, 34:18,
34:23, 35:6, 35:17,
37:5, 37:10, 38:17,
57:20, 58:2
**PROPERTY ......57** [1]
- 2:24
**Public** [1] - 1:15
**purchase** [11] - 26:10,
28:8, 28:10, 28:15,
29:21, 29:23, 30:2,
33:24, 34:1, 34:5,
39:13
**purchased** [7] - 19:9,
26:2, 26:4, 26:8,
26:15, 34:19, 34:25
**pursuant** [1] - 1:13
**put** [10] - 7:3, 27:10,
27:15, 28:18, 30:5,
35:19, 35:22, 36:13,
39:19, 42:6

## Q

**qualified** [1] - 71:17
**questioning** [1] -
26:13
**questions** [3] - 6:24,
7:5, 75:12
**quick** [3] - 5:4, 9:24,
10:3
**quickly** [1] - 42:16
**quite** [2] - 14:23,
26:21
**quote** [1] - 39:7
**QUOTE ..................38**
[1] - 2:17

## R

**Ramsey** [1] - 1:15
**RAMSEY** [1] - 77:2
**range** [1] - 31:19
**RATE** [1] - 2:17
**rate** [2] - 39:7, 77:10

---

**rather** [1] - 18:20
**read** [20] - 5:9, 10:20,
10:25, 26:24, 26:25,
43:1, 44:10, 44:15,
44:20, 44:25, 45:5,
45:10, 45:15, 46:6,
46:18, 46:22, 47:1,
70:1, 75:20, 77:16
**reads** [1] - 46:24
**real** [1] - 9:24
**really** [2] - 5:9, 7:18
**Reason** [1] - 46:4
**reasonable** [2] -
70:13, 70:15
**reasonably** [1] - 70:22
**reasons** [1] - 20:22
**Reasons** [1] - 46:23
**receipt** [1] - 47:15
**receive** [13] - 49:24,
57:1, 58:8, 59:18,
61:15, 62:3, 64:3,
64:18, 65:8, 65:22,
66:12, 67:2, 67:17
**received** [1] - 47:4
**receiving** [1] - 47:10
**Recess** [3] - 10:10,
35:11, 68:4
**reckless** [1] - 70:14
**recognize** [27] - 9:9,
39:2, 39:25, 41:11,
41:13, 42:10, 43:2,
43:4, 54:5, 55:21,
56:20, 58:16, 59:12,
60:1, 61:9, 61:22,
62:12, 63:7, 63:22,
64:12, 65:2, 65:16,
66:6, 66:21, 67:11,
68:7, 72:23
**record** [10] - 4:11, 5:9,
6:13, 7:3, 7:7, 7:10,
9:25, 35:10, 67:25,
77:7
**recorded** [1] - 54:11
**RECORDED** [1] - 2:21
**refer** [1] - 57:10
**referencing** [2] -
17:10, 47:23
**referred** [3] - 13:6,
19:19, 33:3
**referring** [5] - 4:21,
4:24, 13:4, 27:7,
57:11
**reflect** [3] - 56:2,
57:19, 58:22, 60:7
**regarding** [15] - 53:8,
53:15, 53:22, 57:2,
59:20, 62:25, 63:15,
64:5, 64:20, 65:10,
65:24, 66:13, 67:4,
67:19, 71:13

EX. 2

**registered** [1] - 30:23
**regular** [1] - 6:4
**related** [10] - 29:10, 29:13, 56:12, 57:20, 58:2, 58:10, 61:3, 70:23, 72:15, 74:15
**relation** [21] - 47:20, 48:15, 48:21, 56:4, 58:9, 58:25, 59:6, 60:9, 60:15, 60:22, 61:15, 62:3, 62:24, 63:14, 64:3, 64:18, 65:8, 65:22, 66:12, 67:2, 67:17
**relative** [2] - 77:11, 77:12
**remember** [2] - 25:1, 37:7
**remembering** [1] - 15:1
**removal** [4] - 72:10, 72:16, 73:5, 73:16
**renovations** [4] - 36:10, 36:11, 36:13, 36:15
**rent** [4] - 31:1, 31:3, 31:14, 31:16
**rental** [1] - 31:22
**renter's** [4] - 18:2, 32:14, 39:7, 39:13
**RENTER'S** [1] - 2:17
**renting** [2] - 31:4, 73:22
**reported** [1] - 77:3
**REPORTER** [4] - 6:17, 6:21, 10:5, 11:14
**REPORTERS** [1] - 1:24
**represent** [2] - 4:9, 60:21, 62:24
**request** [1] - 49:16
**requested** [1] - 47:9
**requesting** [2] - 33:9, 75:18
**residence** [1] - 29:19
**respect** [1] - 70:8
**rest** [1] - 35:24
**restaurant** [1] - 35:25
**restaurant /bar** [1] - 36:14
**retail** [1] - 35:4
**review** [6] - 39:24, 42:16, 42:25, 43:2, 45:23, 47:15
**reviewed** [3] - 8:4, 8:7, 42:19
**RIVER** [1] - 1:25
**River** [35] - 32:24, 33:14, 33:24, 34:24, 35:15, 38:11, 39:8,

40:7, 41:17, 41:23, 43:12, 48:8, 51:3, 51:9, 51:15, 51:22, 52:4, 52:11, 52:19, 53:1, 53:8, 53:16, 53:23, 55:6, 55:15, 56:5, 56:13, 57:3, 57:12, 71:21, 72:2, 72:8, 72:16, 73:16, 73:23
**Road** [2] - 2:8, 29:18
**ROAD** [1] - 1:25
**robbed** [5] - 22:7, 22:11, 22:17, 22:18, 33:4
**rooms** [1] - 6:16
**Roseville** [2] - 1:18, 77:4
**rough** [2] - 21:3, 37:23
**roughly** [2] - 22:17, 31:16
**Round** [2] - 25:21, 28:5

## S

**sale** [14] - 27:10, 27:16, 28:19, 30:6, 33:6, 33:16, 33:17, 37:10, 37:12, 37:14, 37:17, 38:5, 72:2, 72:8
**salon** [11] - 31:8, 31:10, 35:19, 36:2, 36:5, 36:10, 49:4, 49:10, 49:18, 50:1, 50:8
**school** [3] - 13:12, 13:21, 14:12
**screen** [3] - 8:21, 39:20, 42:6
**scroll** [4] - 9:3, 39:22, 42:15, 42:23
**Scrolling** [3] - 9:8, 39:24, 42:18, 43:3
**SEAL** [1] - 77:18
**second** [1] - 9:13
**secondary** [1] - 13:16
**see** [10] - 7:19, 8:20, 10:12, 38:24, 39:19, 42:5, 46:9, 46:13, 46:20, 46:23
**seeking** [1] - 33:19
**self** [1] - 14:19
**self-employed** [1] - 14:19
**sell** [5] - 32:1, 32:25, 33:12, 33:14, 33:22
**selling** [1] - 33:7

**send** [1] - 11:12
**sense** [1] - 11:21
**sent** [1] - 75:24
**September** [4] - 46:5, 46:25, 66:21, 67:11
**services** [1] - 31:12
**seven** [1] - 24:6
**shakes** [1] - 5:8
**shed** [3] - 22:13, 22:19, 33:4
**shop** [2] - 17:17, 20:6
**short** [3] - 10:13, 35:9, 35:13
**shortly** [1] - 36:3
**show** [1] - 8:19
**showed** [2] - 10:13, 43:17
**showing** [26] - 38:22, 42:21, 44:9, 45:22, 48:1, 54:4, 55:20, 56:19, 57:17, 58:7, 58:15, 59:11, 59:25, 61:8, 61:21, 62:10, 63:6, 63:20, 64:10, 64:25, 65:15, 66:4, 66:19, 67:9, 68:6, 72:22
**sic** [2] - 25:23, 38:14
**side** [3] - 35:2, 35:3, 35:18
**sign** [2] - 75:21, 77:16
**signature** [4] - 9:17, 10:15, 75:23, 75:24
**six** [2] - 19:18, 29:22
**slightly** [1] - 57:9
**slow** [1] - 42:24
**slower** [3] - 9:6, 39:23, 42:17
**small** [2] - 8:22, 36:6
**sold** [3] - 32:18, 32:21, 34:9
**someone** [2] - 17:11, 24:1
**sometimes** [1] - 6:16
**somewhere** [1] - 15:2
**sorry** [4] - 15:24, 18:18, 18:22, 71:11
**sound** [1] - 5:21
**sounds** [1] - 25:24
**South** [1] - 2:8
**spa** [5] - 49:4, 49:10, 49:18, 50:1, 50:8
**space** [3] - 31:1, 31:7, 35:4
**speaking** [1] - 7:14
**specific** [1] - 7:4
**specifically** [2] - 26:21, 37:7
**speculating** [1] - 18:20

**spell** [4] - 4:11, 17:1, 25:22, 37:21
**spelling** [1] - 14:21
**spend** [1] - 73:15
**spoken** [6] - 8:17, 52:18, 52:25, 53:7, 53:14, 53:22
**Spring** [1] - 13:15
**ss** [1] - 77:1
**St** [1] - 2:3
**standard** [1] - 7:18
**started** [1] - 15:2
**state** [4] - 4:10, 30:23, 53:14, 59:5
**STATE** [2] - 1:8, 77:1
**State** [57] - 1:16, 4:9, 5:2, 23:13, 25:3, 29:18, 38:16, 39:14, 40:19, 41:2, 43:20, 45:17, 48:14, 48:21, 48:23, 49:5, 49:11, 50:2, 53:22, 54:12, 56:3, 56:11, 57:1, 57:19, 58:1, 58:10, 58:23, 59:19, 60:8, 60:14, 60:21, 61:2, 61:16, 62:4, 62:25, 63:14, 64:4, 64:19, 65:9, 65:23, 66:13, 67:3, 67:18, 68:15, 68:20, 69:1, 69:6, 69:18, 70:7, 70:16, 70:22, 71:3, 71:9, 71:13, 73:4, 73:21, 74:13
**statement** [4] - 8:8, 8:9, 54:11, 54:18
**STATEMENT ......54** [1] - 2:21
**STATES** [1] - 1:1
**stepchildren** [2] - 16:20, 16:22
**still** [3] - 46:13, 48:1, 54:19
**storm** [1] - 23:1
**Street** [39] - 2:3, 15:7, 22:13, 32:23, 32:24, 33:14, 33:24, 34:24, 35:15, 38:11, 39:8, 40:7, 41:17, 41:23, 43:12, 48:8, 51:3, 51:10, 51:15, 51:22, 52:4, 52:11, 52:19, 53:1, 53:9, 53:16, 53:23, 55:6, 55:15, 56:5, 56:13, 57:3, 57:12, 71:22, 72:2, 72:8, 72:17, 73:16, 73:23
**studio** [2] - 35:23,

36:14
**subject** [1] - 70:9
**submit** [2] - 41:1, 63:13
**substantial** [1] - 77:15
**sued** [1] - 12:7
**suggesting** [1] - 26:14
**suggestion** [1] - 7:12
**Suite** [1] - 2:3
**sums** [2] - 69:6, 72:15
**SUPPLEMENTAL** [1] - 3:16
**supposed** [1] - 43:1
**surcharge** [1] - 60:9
**SWORN** [1] - 3:7
**sworn** [2] - 4:3, 77:5
**Syene** [1] - 2:8

## T

**Tammy** [1] - 37:19
**tapping** [1] - 7:15
**tendency** [1] - 77:15
**testified** [1] - 4:4
**testify** [2] - 7:24, 8:2
**testimony** [5] - 4:19, 5:6, 8:12, 77:6, 77:7
**THE** [5] - 6:17, 6:21, 9:21, 10:5, 11:14
**THIS** [1] - 77:18
**three** [5] - 15:9, 16:19, 22:9, 22:11, 25:18
**timely** [1] - 70:11
**TO** [14] - 2:23, 2:25, 3:2, 3:4, 3:5, 3:6, 3:8, 3:9, 3:10, 3:11, 3:12, 3:13, 3:14, 3:16
**today** [9] - 5:6, 5:18, 7:24, 8:2, 8:5, 8:12, 8:15, 11:1, 45:17
**took** [5] - 10:13, 27:5, 35:13, 35:18, 57:11
**top** [1] - 48:3
**total** [2] - 11:21, 61:2
**touch** [1] - 75:17
**transcribed** [1] - 77:6
**transcript** [1] - 75:19
**transcripts** [1] - 76:2
**true** [1] - 77:7
**truth** [1] - 77:5
**try** [1] - 5:15
**turkey** [1] - 21:11
**twenty** [1] - 31:15
**twice** [1] - 33:4
**two** [2] - 16:23, 21:11
**type** [4] - 18:8, 20:12, 28:1, 41:22
**types** [2] - 17:7, 17:14

## U

**ultimately** [1] - 40:19
**umbrella** [3] - 17:25, 32:10, 32:11
**under** [9] - 4:19, 4:21, 4:24, 24:7, 32:16, 46:23, 69:6, 70:9, 77:6
**UNDER** [1] - 2:16
**underlying** [1] - 20:22
**understood** [2] - 6:2, 57:15
**Union** [1] - 36:18
**UNITED** [1] - 1:1
**unless** [1] - 6:24
**unstable** [1] - 43:23
**up** [11] - 27:10, 27:15, 28:18, 30:5, 35:2, 36:5, 39:20, 42:6, 70:2, 75:13, 75:15
**utilities** [1] - 31:21

## V

**Valley** [1] - 13:15
**varies** [1] - 31:18
**vehicle** [2] - 17:16, 24:2
**vehicles** [1] - 29:3
**via** [4] - 1:13, 2:4, 2:9, 77:4
**vs** [1] - 1:7

## W

**wait** [1] - 9:12
**waive** [2] - 75:22, 75:24
**waived** [1] - 77:17
**waiving** [1] - 75:21
**Wally** [1] - 34:8
**warning** [1] - 43:22
**waxing** [1] - 31:13
**WEBER** [173] - 2:2, 4:7, 6:22, 7:1, 7:21, 7:22, 8:25, 9:16, 10:6, 10:11, 10:19, 10:24, 11:5, 11:11, 11:15, 11:23, 12:25, 13:7, 13:8, 14:1, 15:4, 17:13, 18:23, 19:2, 19:12, 19:16, 20:23, 21:23, 23:18, 24:18, 26:23, 27:1, 27:13, 34:21, 35:8, 35:12, 38:9, 38:15, 38:21, 39:6, 39:12,

39:18, 40:5, 40:12, 40:18, 40:25, 41:7, 41:13, 41:15, 41:21, 42:14, 43:9, 43:16, 43:25, 44:4, 44:8, 44:14, 44:19, 44:24, 45:4, 45:9, 45:14, 45:21, 46:2, 46:11, 46:19, 46:21, 47:8, 47:14, 47:19, 47:25, 48:13, 48:19, 49:3, 49:9, 49:15, 49:23, 50:6, 50:13, 50:19, 51:2, 51:8, 51:14, 51:21, 52:3, 52:10, 52:17, 52:24, 53:6, 53:13, 53:21, 54:3, 54:10, 54:17, 54:23, 55:4, 55:12, 55:19, 56:1, 56:10, 56:18, 56:25, 57:8, 57:16, 57:25, 58:6, 58:14, 58:21, 59:4, 59:10, 59:17, 59:24, 60:6, 60:13, 60:19, 61:1, 61:7, 61:14, 61:20, 62:2, 62:9, 62:17, 62:22, 63:5, 63:12, 63:19, 64:2, 64:9, 64:17, 64:24, 65:7, 65:14, 65:21, 66:3, 66:11, 66:18, 67:1, 67:8, 67:16, 67:23, 68:2, 68:5, 68:12, 68:19, 68:25, 69:5, 69:11, 69:17, 69:25, 70:5, 70:21, 71:2, 71:8, 71:12, 71:20, 72:1, 72:7, 72:14, 72:21, 73:3, 73:9, 73:14, 73:20, 74:2, 74:7, 74:12, 74:19, 74:24, 75:5, 75:11, 75:14, 75:20, 76:1
**weber** [1] - 43:21
**Weber** [3] - 4:9, 7:9, 7:12
**WEBER** ....................
  **4** [1] - 2:14
**WESTERN** [1] - 1:2
**whole** [2] - 35:24, 77:5
**winds** [1] - 23:1
**Wisconsin** [9] - 2:8, 13:15, 13:20, 14:17, 15:7, 28:7, 30:24, 36:18, 40:8
**WISCONSIN** [1] - 1:2
**withdraw** [1] - 9:14
**witness** [8] - 4:3, 18:24, 27:12, 43:24,

71:16, 77:5, 77:7, 77:17
**WITNESS** [2] - 9:21, 77:18
**Woodville** [2] - 32:24, 40:8
**words** [1] - 23:23
**wrap** [1] - 75:14

## Y

**yard** [1] - 35:1
**year** [5] - 13:22, 13:23, 14:2, 20:10, 21:1
**years** [15] - 15:1, 15:9, 21:16, 21:19, 22:9, 22:10, 22:11, 22:17, 22:18, 24:6, 26:3, 28:9, 29:22, 32:19, 32:22

## Z

**Zoom** [9] - 1:13, 2:4, 2:9, 5:18, 6:13, 7:12, 9:4, 46:10, 77:4
**zooming** [1] - 46:15

EX. 2