ANGIE # (715) 760-5120

\# 4 DAYS A WEEK — $500⁰⁰ A MONTH

\# USE OF KITCHEN SPACE & APPLIANCES

\# UTILITIES WILL BE INCLUDED — BUT MONITORED TO SEE IF EXCESSIVE — RE-NEGOTIATED AT THAT TIME

\# ABILITY TO USE REST OF FACILITY FOR POP-UP RESTAURANT — COST TO BE NEGOTIATED

\# ABILITY TO USE ADDITIONAL SPACE FOR SET UP

\# RIGHT OF FIRST REFUSAL

\# RETURN OF PREMISES IN CLEAN AND GOOD CONDITION AT END OF LEASE

\# 1 YEAR LEASE WITH RENEWAL PRIVILEGES — PRICE & TERMS RE-NEGOTIABLE

\# SNOW REMOVAL — TENANTS RESPONSIBILITY
LAWN CARE — LANDLORD