UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Kevin J. Grant and Dayna J. Grant, | Case No. 3:21-cv-00055-wmc |
| Plaintiffs, | |
| v. | |
| State Farm Fire and Casualty Company, | **SUPPLEMENTAL DECLARATION OF EMILY R. WEBER** |
| Defendant. | |

STATE OF MINNESOTA     )
                       )
COUNTY OF RAMSEY       )

EMILY R. WEBER, being first duly sworn upon oath, deposes and states as follows:

1. I am and adult citizen of the State of Minnesota. I make this declaration upon my own personal knowledge and of my own free will.

2. I am an attorney at HAWS-KM, P.A. and one of the attorneys representing Defendant State Farm Fire and Casualty Company ("State Farm") in the above-captioned matter. I am licensed to practice law in the State of Wisconsin.

3. Attached hereto as **Exhibit 7** is a true and correct copy of Exhibit 6 to the deposition of Kevin Grant taken October 13, 2021.

4. Attached hereto as **Exhibit 8** is a true and correct copy of St. Croix County Case Number 2021CF000597 found at https://wcca.wicourts.gov/caseDetail.html?caseNo=2021CF000597&countyNo=55&index=0&mode=details on December 13, 2021.

FURTHER YOUR DECLARANT SAYETH NOT.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: <u>Electronically signed by: *Emily R. Weber*</u>
Emily R. Weber, 1122477

Executed in Ramsey County, Minnesota
On the 13th day of December, 2021.

4869-7635-1494, v. 1