IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN J. GRANT AND DAYNA J. GRANT,

    Plaintiffs,

  v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

Case No.  21-cv-55-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant State Farm Fire and Casualty Company against plaintiffs Kevin J. Grant and Dayna J. Grant dismissing this case.

| s/ R. Swanson, Deputy Clerk | 3/16/2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |